IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VAUGHN G., et al.                *

       Plaintiffs            *

      v.                        *    CIVIL ACTION NO. MJG-84-1911

MAYOR and CITY COUNCIL OF        *
  BALTIMORE, et al.
                            *

       Defendants

\*     \*     \*     \*     \*     \*     \*     \*     \*

<u>ORDER</u>

    The Special Master has advised the Court that on April 4, 2003 she will distribute electronically a draft status report on the Baltimore City Public School System's compliance with the Court's outstanding orders regarding the operation of the school district's Special Education Information Systems and Special Education Tracking System.  In the interest of facilitating the Court's prompt review of a final version of this report, the parties should provide the Special Master with comments on the draft report no later than April 15, 2003.

    SO ORDERED, on <u>Friday, April 4, 2003</u>.


                                                / s /
                                       Marvin J. Garbis
                               United States District Judge