# MINUTES OF THE MARYLAND STATE BOARD OF EDUCATION

Wednesday
November 19, 2003

Maryland State Board of Education
200 W. Baltimore Street
Baltimore, Maryland 21201

The Maryland State Board of Education met in special session on Wednesday, November 19, 2003 at the Maryland State Education building. The following members were in attendance: Dr. Edward Root, President; Ms. Jo Ann T. Bell, Vice President; Dr. Philip Benzil; Mr. Dunbar Brooks; Mr. Calvin Disney; Rev. Clarence Hawkins; Mr. Walter Levin; Dr. Karabelle Pizzigati; Dr. Maria C. Torres-Queral; Dr. John Wisthoff; and Dr. Nancy S. Grasmick, Secretary/Treasurer and State Superintendent of Schools. Absent: Christopher Caniglia.

Valerie V. Cloutier, Principal Counsel, Assistant Attorney General and the following staff members were present: Dr. A. Skipp Sanders, Deputy State Superintendent, Office of Administration; Mr. Richard Steinke, Deputy State Superintendent for Instruction and Academic Acceleration; Dr. Ron Peiffer, Deputy State Superintendent for Academic Policy; and Mr. Anthony L. South, Executive Director to the State Board.

**BRIEFING ON BALTIMORE CITY PUBLIC SCHOOLS**

Dr. Bonnie Copeland, CEO, Baltimore City Public Schools, Dr. Patricia Welch, President, Baltimore City Board of School Commissioners; and former State Senator Robert Neall, provided a briefing on the financial status of the Baltimore City Public School System.

Dr. Grasmick reviewed the role of the MSDE vis-à-vis the 1997 City-State Partnership with the Baltimore City Public School System. It was clear in the crafting of the legislation that developed this partnership that this was not a take-over of the school system and that the governing structure remained with the City Board of School Commissioners. As defined in the legislation, the State appointed John Sarbanes, Esquire, to serve in the role of liaison between the City Board and the State Board.

Dr. Grasmick indicated that the Board was aware of the deficit in Baltimore City but the magnitude and circumstances of it is a new revelation to the State Board.

1

**BRIEFING ON
BALTIMORE CITY
PUBLIC SCHOOLS
(continued)**

Dr. Copeland, Dr. Welch and Senator Neall shared with the Board the current status of the financial situation of the Baltimore City Public School System. Dr. Welch stated that the Baltimore City Board learned over the last two years that there were major concerns about the fiscal affairs of the Baltimore City Public School System. Since the appointment of Dr. Copeland, the system has probed into the extent of the problem and sought the expertise of Senator Neall in helping to evaluate the situation.

Dr. Copeland and Senator Neall shared their findings of the fiscal situation and what action is being taken to remedy the problems. Senator Neall indicated that his assignment was to make an assessment of the situation and develop some recommendations of how to deal with the financial problems facing the school system.

Senator Neall reported that the system closed the 2002 budget year with a $21 million deficit. Embedded in the 2003 budget was a plan to erase that deficit in its entirety during the course of FY 2003. The FY 2004 budget was developed with the assumption that the plan was completed and the system was beginning with a zero balance. However, when the fiscal year ended on June 30, 2003, the $21 million deficit had not been erased and an additional $31 million deficit had occurred and the system had a cumulative deficit of approximately $51 million.

Senator Neall requested a review of the payroll since the largest part of the system's budget is payroll. It was determined that payroll was budgeted at $542,000 but a total of $580,000 was being expended. The major thrust now is to get the payroll as close to the $542,000 annual figure as possible.

During the course of the FY 2005 budget deliberation process, additional refinements and adjustments will probably be done to get the system within the revenue that it generates. The school system also has to be cognizant of the fact that since the school population is decreasing and school finances are based on dollars per student, they will probably have less revenue next year.

Senator Neall indicated that the system has yet to review outstanding invoices from various vendors. These invoices are due today, November 19th, and the system will then be able to determine the amount that is owed to outside vendors.

Dr. Copeland reported on how the system plans to deal with this deficit. All senior staff have been asked to reduce their payroll by 50%. It is anticipated that approximately 1,000 persons will be laid off as a result of these cuts. The review of the senior staff's recommendations for cost savings will be done on Thursday, November 20th. A review of the affected staff to be laid-off will be

**BRIEFING ON
BALTIMORE CITY
PUBLIC SCHOOLS
(continued)**

done by legal counsel and Human Resources on Friday, November 21 thru Sunday, November 23. On Monday, November 24, Dr. Copeland will be meeting with all employees at the central office to outline the process for these staff cuts and available resources to assist impacted staff in finding other employment. Senior staff are required to have a face-to-face meeting with each staff person who will be affected by these cuts. These cuts that will be effective the first week of January 2004. After these difficult cuts are made, it is anticipated that by late January or early February, the Board of School Commissioners will be provided a report on how the new school system is operating.

Dr. Copeland has also met with principals and requested that they suggest ways they could recommend to help save money. The recommendations will be viewed with an eye toward making sure that the functions are not detrimental to the children in the classroom. Dr. Grasmick and Dr. Copeland will be reviewing the special education cuts to make sure that they are not harmful to the children and do not void the requirements of the consent decree.

Dr. Copeland reported that the Board of School Commissioners along with Mayor O'Malley have solicited the support of Ernst & Young to review the budgeting functions of the system. Ernst & Young will make recommendations to an oversight committee regarding on-going protocols and controls that must be in place so that this kind of deficit does not occur again. Dr. Grasmick and Dr. Welch serve as members of this oversight committee.

The State Board will be updated monthly on the progress being made until there is a level of confidence that there is stability and re-engineering of the system.

**EXECUTIVE
SESSION AND
ADJOURNMENT**

Pursuant to §10-503(a)(1)(i) and §10-508(a)(1), (7) & (8) of the State Government Article, Annotated Code of Maryland, and upon motion by Dr. Benzil, seconded by Mr. Levin, and with unanimous agreement, the Maryland State Board of Education met in closed session on Wednesday, November 19, 2003, in the Board Room, 7th floor, at the Maryland State Department of Education. The executive session commenced at 2:00 p.m.

The following Board members were in attendance: Edward Root; Jo Ann T. Bell; Philip Benzil; Dunbar Brooks; Calvin Disney; Clarence Hawkins; Walter Levin; Karabelle Pizzigati; Maria Torres-Queral; John Wisthoff; Nancy S. Grasmick; Valerie V. Cloutier; A. Skipp Sanders; Richard Steinke; Ron Peiffer; and Anthony South.

**EXECUTIVE
SESSION AND
ADJOURNMENT**
(continued)

The State Board received legal advice from Mrs. Cloutier about the scope of the Board's authority with respect to suspending provisions of a local collective bargaining agreement. The Board took no acti on this matter.

The Sate Board discussed with Dr. Grasmick and Mr. Sarbanes a personnel matter involving the Baltimore City Public School System. The Board took no action on this issue.

The executive session concluded at 2:55 p.m.

Respectfully submitted,

Nancy S. Grasmick
Secretary/Treasurer

NSG:sgc
APPROVED: