FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JUL 26  A 10: 58

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Vaughn G., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. MJG-84-1911 |
|  | ) (Consolidated) |
| Mayor and City Council of | ) **EXEMPT FROM ECF** |
| Baltimore, et al., | ) |
| Defendants. | ) |

# ORDER

Upon consideration of the Special Master's Motion for Disbursement of Funds with respect to the City Defendants filed on July 6, 2006 and any opposition thereto, it is by the Court,

ORDERED that the motion is granted; and it is

FURTHER ORDERED that defendant Baltimore City Public School System shall deposit in the Court Registry, as required by the March 1, 2000 Corrected Order of Reference, as amended on October 6, 2004 (approved nunc pro tunc March 16, 2005), the sum of $15,004.61; and it is

FURTHER ORDERED that the Clerk of the Court shall issue a check to Amy Totenberg in the amount of $15,004.61 ($11,410.00 fees and $3,594.61 expenses incurred) that is drawn

from funds deposited into the Court Registry by defendant Baltimore City Public School System; and it is

So Ordered this the \_\_\_25TH\_\_\_ day of July, 2006.

_____
Marvin J. Garbis
United States District Court Judge