IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
LODGED ——— ENTERED
———— RECEIVED

SEP - 8 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

VAUGHN G., *et al.*,                    )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )    Civil Action No. MJG 84-1911
                                        )
MAYOR AND CITY COUNCIL OF               )    **EXEMPT FROM ECF**
BALTIMORE, *et al.*,                    )
                                        )
        Defendants.                     )
                                        )
                                        )

**BALTIMORE CITY PUBLIC SCHOOLS'
COMPLIANCE STATEMENT FOR SCHOOL YEAR 2007-08**

Pursuant to the Implementation Plan ("IP") for 2007-08 school year and the Consent Order Regarding the IP, Defendants Baltimore City Public School System ("City Schools" or the "District"), its Board of School Commissioners (the "Board") and Chief Executive Officer ("CEO"), Dr. Andres A. Alonso, respectfully submit this Compliance Statement addressing the outstanding Ultimate Measurable Outcomes ("UMOs" or "Outcomes"). The City Schools[1] notes that Outcomes #3, #4, #7, #8, #9, #11, and #13 have been extended beyond their original timeframes, and the current standard to measure achievement with all of these Outcomes is "substantial compliance."

As explained below, the City Schools submits that during the 2007-08 school year, it is in full compliance with the disengagement standards for Outcomes #8 and

_____

[1]    Unless noted otherwise, the term "City Schools" shall refer to the Baltimore City Public Schools, the Board, and Dr. Alonso, collectively.

#9, in substantial compliance with Outcome #7, in partial compliance with Outcomes #3, #4, and #13, and not in compliance with Outcome #11.

The 2007-08 Implementation Plan ("IP") was structured to incorporate activities required by the various Enhanced Monitoring for Continuous Improvement and Results ("EMCIR") reports to the Maryland State Department of Education ("MSDE")2/ and the corresponding Corrective Action Plans ("CAPs"). Thus, the quarterly reports of CAP activities track closely the City Schools' completion of IP activities and serve as one of the primary sources of evidence regarding the City Schools' progress toward achievement of the Outcomes.

I.    **STANDARD FOR MEASURING COMPLIANCE**

Pursuant to the Consent Order of May 4, 2000, substantial compliance with the UMOs is determined based on three factors:  (a) progress toward the Outcome; (b) assessment of effectiveness of the institutional mechanisms for meeting and maintaining the Outcome; and (c) student achievement. *See Vaughn G. v. Mayor and City Council of Baltimore*, No. MJG-84-1911, 2004 WL 3467057 (D. Md. Dec. 17, 2004) at *7 (citing Consent Order of May 4, 2000, as amended by Consent Order of July 28, 2003).

In analyzing these factors, it is useful to consider the guidelines set forth by other federal courts as to what "substantial compliance" entails in the context of consent decrees.  Significantly, substantial compliance is not "exact compliance" or perfection. *Joseph A. by Wolfe v. N.M Dep't of Human Servs.*, 69 F.3d 1081, 1085 (10th Cir.1995). "Like reasonableness, substantiality must depend on the circumstances of each case, including the nature of the interest at stake and the degree to which noncompliance affects that interest." *Fortin v. Comm'r of the Dep't of Mass. Pub. Welfare,* 692 F.2d 790, 795 (1st Cir.1982); *see also Wyatt v. Rogers,*

---

2/    The City Schools submitted these reports and all referenced attachments to MSDE after the close of the corresponding quarter.  Because these attachments are voluminous, the City Schools does not attach them here, but will provide copies to the Special Master or the plaintiffs upon request.

985 F.Supp. 1356, 1388 (M.D.Ala.1997) (observing that substantial compliance is something less than 100% compliance; "it would be impractical, and thus unreasonable, to expect 100% compliance 100% of the time" with respect to the complex requirements of a consent decree). Moreover, sustained "good faith" efforts by defendants are an important part of the substantial compliance analysis. *R.C. ex rel. Alabama Disabilities Advocacy Program v. Walley*, 390 F.Supp.2d 1030, 1043 (M.D.Ala. 2005) (citing *Board of Educ. v. Dowell*, 498 U.S. 237, 249-50 (1991).

## II.    DRAMATIC STUDENT ACHIEVEMENT GAINS IN 2007-08

Because student achievement is a relevant factor to be considered by the Court in the substantial compliance analysis for all of the outstanding UMOs, and because the overarching responsibility and measure of the City Schools is to improve outcomes for all students, the District first summarizes the substantial gains for students overall, and for students with disabilities in particular, on the Maryland School Assessment ("MSA"), Scholastic Aptitude Test ("SAT"), and Advanced Placement tests ("APs") during the 2007-08 school year.

**Maryland School Assessment**. According to data released by MSDE, more of the City Schools' elementary and middle schools met the rigorous federal mandate of Adequate Yearly Progress ("AYP"), required under the *No Child Left Behind Act of 2001* ("NCLB"), than in any other year since 2004. For 2007-08, 82 of City Schools' 152 elementary and middle schools made AYP, compared to 65 of 153 schools in 2006-07—a 26% increase.

The increase in the number of schools that made AYP reflects sizable gains on the MSA in 2007-08. In 141 of 152 elementary and middle schools, more students scored proficient or advanced on the MSA than in the previous year. Even at the 70 schools that did not make AYP in 2007-08, 61 made progress on the MSA, and 13 schools made gains of 10% or more. Moreover, when District AYP results are finalized later this fall, the City Schools will have met AYP for elementary grades and all elementary subgroups as a whole.

Overall, in 2007-08, elementary and middle school students achieved their highest scores since the inception of the MSA in 2003. Every grade advanced in Reading and Math, with double digit gains in 3rd grade Math and 5th, 6th and 7th grade Reading. Average gains across all grades were 10.9% in Reading and 7.8% in Math. Moreover, across all elementary school grades in Reading and Math, the City Schools outperformed the statewide averages and also Baltimore County and Prince George's County, the two counties most comparable to the city. Furthermore, the City Schools outperformed the state averages and these two counties in Reading and Math in all middle school grades.

More students in City Schools scored proficient or advanced than ever before, with more than 3,000 test-takers scoring proficient or advanced in Reading than in 2006-07 and more than 1,900 test-takers scoring proficient or advanced in Math than in 2006-07. These gains were achieved despite the fact that the City Schools had more than 1,300 fewer test-takers during 2007-08 than in 2006-07.

These results were particularly impressive because the greatest gains occurred in the numbers of students who scored in the advanced category. Students did not simply move from the basic category to the proficient category. For example, the number of students who scored proficient in Reading increased 3.7% from 2006-07 to 2007-08, whereas the number of students who scored advanced in Reading surged 7.3% during the same period. Since 2002-03, there has been a remarkable 514% increase in students scoring advanced in Reading.

Gains achieved in Math are equally impressive. The number of students who scored proficient in Math increased by 2% from 2006-07 to 2007-08, whereas the number of students who scored advanced in Math surged 5.2% during the same period. Since 2002-03, there has been a 1,177% increase in students scoring advanced in Math. This solid systemwide growth reflects relentless attention to improved instruction during 2007-08, resulting from a focus on curricular alignment, access to state standards, and differentiated instruction during the year.

In addition, the gains in some schools were particularly dramatic. For example, Sharp-Leadenhall Elementary, a special education school that has been in

School Improvement status since 2004, made AYP for the first time. For 2007-08, it ranked among the City Schools' top 20 "gainers" on the MSA: 65% of its students passed the MSA compared to 43% in 2006-07—a 22% gain.

In every school, gains in AYP reflect significant improvement in student achievement for special education students because a school only makes AYP if students across ethnic, socioeconomic, special education, and English Language Learner subgroups meet targets in Reading, Math, and attendance. The AYP targets become more demanding every year as schools move toward the federal mandate that all students must be proficient by 2012. This means that every year, achieving AYP is more difficult than it was the year before. Against this backdrop, the AYP progress this year is particularly impressive.

Special education students out-performed their peers in terms of gains on the MSA, up 11.2% in Reading compared to 10% for regular education students and up 8.2% in Math compared to 6.9% for regular education students. Overall, for the 2007-08 school year, 43.0% of special education students were proficient or advanced in Reading, and 33.5% were proficient or advanced in Math. Tab 1 provides charts showing three-year comparisons in MSA results, by school, for special education students. Moreover, increases on the MSA occurred for special education students in all LRE placements, as the graphs in Tab 2 illustrate.

City Schools' special education students who were eligible to take the Alternate MSA had dramatic gains. With the exception of 7th and 8th grade Math (which were almost at their all-time high), special education students in grades 3 through 10 posted the highest ever percentage of students scoring proficient or advanced in Reading and in Math. In almost every case, there were double-digit gains from 2006-07 to 2007-08: 3rd grade Reading was up 21.6%; 4th grade Reading was up 21.8%; 3rd grade Math was up 24%; and 4th grade Math was up 21.8%. There were gains of 15 percentage points or more in 5th, 6th, and 10th grade Reading and in 5th and 6th grade Math. To see the full span among students eligible for the alternative MSA, 88.2% of 3rd grade students scored proficient or advanced in Reading, and 82.6% of 10th students scored proficient or advanced in

Reading; and, in Math, 84.3% of 3rd grade students scored proficient or advanced and 76.1% of 10th grade students scored proficient or advanced.  This is compelling evidence that special education students are sustaining achievement across grades.

Furthermore, from 2005 until 2008, City Schools' special education students have outperformed the state in every grade for both Reading and Math, with the exception of 7th and 8th grade Math, where District performance lagged behind the state by only a few percentage points.

**Scholastic Aptitude Test**.  Data results from the SAT, attached at Tab 3, also show dramatic improvement in academic achievement and underscore a growing college-bound trend among the City Schools' students.  For the 2007-08 school year, the average combined SAT Verbal, Math, and Writing score was up 9 points for high school graduates in City Schools, in a year where SAT scores for the state and the nation were either flat or down.

Moreover, despite declining student enrollment in the City Schools, SAT participation has been on an upward trend this decade.  In 2007-08, 79% of high school students in City Schools took the SAT, compared with 46% in 2001.  As a result, the percentage of high school students taking the SAT is now higher in the City Schools than in the State of Maryland (69%) and the nation as a whole (45%). This dramatic participation rate by City Schools' students reflects an inculcated college-bound culture which captures students who might not normally bring themselves forward to attempt a test of such difficulty.

As the charts in Tab 3 illustrate, the SAT participation increase in the City Schools has been accompanied by steady increase in SAT scores in numerous schools, including neighborhood schools, a testament to the growing institutionalization of academic rigor and progress throughout the District's high schools.

**Advanced Placement.**  Growing college preparation among District high schoolers is also evidenced by increased participation in AP courses and exams. Enrollment in AP courses was up 9% in 2007-08 from the previous year, and up 37%

since 2003-04. And, since 2003-04, there was a 44% increase in students taking AP exams.

## III.  SYSTEMWIDE REFORMS WILL INCREASE THE EFFECTIVENESS OF MECHANISMS FOR ACHIEVING SUBSTANTIAL COMPLIANCE

The dramatic gains in achievement and other outcomes for students overall, and for special education students in particular, are expected to continue or accelerate due to a series of bold new reforms launched under the direction of Dr. Alonso in 2007-08, his first full school year at the District's helm, as well as other initiatives that are being implemented in the 2008-09 school year. These reform initiatives have also increased the effectiveness of the District's institutional mechanisms for meeting and maintaining the UMOs, which is the second key factor in the substantial compliance analysis pursuant to the Consent Decree.

Among the reform efforts planned or underway are these:

A.    New District Leadership Team and Central Office Restructuring. In addition to Dr. Alonso's appointment as CEO, the District's top leadership has been invigorated with high-caliber hires, including Dr. Marty Minter as the District's new Chief Academic Officer ("CAO") and Major General (retired) Bennie E. Williams as the new Chief of Staff ("COS"). The CEO, CAO, and COS each has a cabinet of key staff that meets weekly to provide coordination and implementation, and these meetings include agenda items to ensure accountability for the UMOs.

The CAO's Office has been restructured so that it is leaner and more supportive of schools. For instance, the City Schools eliminated the jobs of area academic officers who used to supervise principals. Principals now report to either the Executive Director of Elementary Schools—Irma Johnson—or the Executive Director of Secondary Schools—Roger Shaw—both of whom were promoted to these posts after serving as exemplary District principals. Along with Ms. Johnson and Mr. Shaw, the Executive Director for Special Education Initiatives is a critical participant in the CAO's Cabinet. The CAO's Cabinet also includes the Executive Director for Student Support Services, who oversees attendance, discipline,

guidance services, and the alternative education programs.  The City Schools hired Jonathan Brice this year to fill that post, and he has been a point person for various reform efforts described below that are of critical importance to achieving the UMOs.  Another new member of cabinet is JoAnne Koehler, a former member of the Intensive Management Capacity Improvement Team ("IMCIT") and now Chief Human Resources Officer, who works closely with Dr. Minter and the Executive Director for Special Education Initiatives on the human capital strategies that are essential to improving capacity in the schools in the area of special education.

The District is partnering with the Harvard Business School and the Harvard Graduate School of Education's Public Education Leadership Project ("PELP") in bringing an analytic framework to improve the District's central coherence and its ability to support schools.  In July, an eight-person District team spent a week at Harvard to learn with participants from other large districts, including Anne Arundel County and Montgomery County in Maryland, about effective cases and practice new approaches to problem solving issues impacting urban education.  The work of PELP provides opportunities for the District to collaborate on shared issues and initiatives with some of the most innovative districts in the country, including San Diego, Boston, San Francisco, Memphis, Charleston, and Chicago.  More information about PELP is available at http://www.hbs.edu/pelp/.

Tabs 4 and 5 provide current organizational charts for the City Schools overall and for the Chief Academic Officer's Office, with extensive detail regarding the revised structure of the Special Education Office.  Tab 6 includes resumes for selected individuals hired in the past year to District leadership positions.

B.    Fair Student Funding.  As part of the 2008-09 District budget process, the City Schools completely overhauled its school funding procedures in significant ways that will benefit all students, including special education students, as described in more detail in the document attached as Tab 7:

- The City Schools simplified the school funding formula and made it more equitable and transparent.  The amount of money a school receives is now

directly tied to its student enrollment, and similar students at similar schools are allocated the same funding.

- The new process shifts resources away from the central office to the schools, and gives principals greater flexibility and autonomy to spend those resources—within clear policy boundaries, including compliance with special education requirements.  As a result of this new process, principals went from controlling 3% of their schools' budgets to having responsibility for 66%.

- Principals were required to engage parents and communities in their schools' budget decision-making process.  Principals received budgeting support and resources from the central office and external partners, such as charter operators and university partners.

- In their budgets, principals included additional resources to expand after school programs, enrichment opportunities, and fine arts education.

- In return for their increased financial independence, principals are fully accountable for how well their students do in school.

As noted above, the City Schools reduced the size and role of the central office administration so that it is more supportive of and accountable to schools.  At the same time, the central support for special education initiatives, including budget resources and staffing, increased in order to ensure stability in this area during a year of transition.  During this first year of Fair Student Funding, school budgets for special education maintained a staffing funding approach rather than a per pupil approach.  Dr. Alonso has pledged that a committee of principals and stakeholders will study the implications of extending a per pupil approach to the funding of special education services for the 2009-2010 school year.

As a result of the changes effectuated by the Fair Student Funding Plan, the City Schools overcame a $77 million dollar budgetary shortfall for the 2008-09 school year and devolved $92 million in additional dollars to schools.  Every school level and all but eight schools experienced an increase in funding.

C.    Autonomy in Exchange for Accountability for Principals.  As discussed above, a primary goal of the new Fair Student Funding Plan is to give principals significantly more autonomy in exchange for accountability.  The City Schools

streamlined oversight of principals, as explained above, and provided additional support by assigning 15 accomplished principals to mentor and coach their peers.

The City Schools also enhanced the leadership of many of its schools. The CEO recommended 54 principal changes from July 1, 2007 to the present. Every individual principal appointee was among three recommendations brought to the CEO by a school-based team, and then interviewed by the CAO, the Executive Directors, and finally by Dr. Alonso.

Principals will be rigorously monitored and evaluated using an evidence-based accountability framework oriented around five essential elements:

- Curriculum and instruction that supports high school achievement for every student;

- Transformational leadership that builds teacher quality to promote high achievement for every student;

- Family and community engagement that promotes high achievement for every student;

- Safe, supportive learning environments that promote high achievement for every student; and

- Resources that promote high achievement for every student.

Before submitting their budgets, principals received guidance—current versions of which are attached as Tab 8—about these essential elements, including specific guidance about required versus discretionary strategies to bring them about.

The CEO has convened a committee, which includes representatives from his leadership team and principal representatives, to identify school and central goals for each of these essential elements, incorporating federal mandates, state requirements, and district policies, including those applicable to special education. The accountability for every level of the District will be consistent and revolve around these essential elements and goals.

D.     Curriculum Reform. During the 2007-08 school year, the City Schools continued engaging in an extensive, ongoing internal analysis of data and audit of

its curricula and practices and the material to support the curricula.  As a result of this internal work, the City Schools revised aspects of its curricula to ensure that they were aligned with the Voluntary State Curriculum and that the curricula addressed the needs of all students, including special education students.  The City Schools also reviewed its mandated textbooks to determine whether they supported the Voluntary State Curriculum.  This resulted in the adoption of new textbooks for a number of middle and high school courses.  Consistent with a philosophy that responsibility and greater capacity comes with problem solving and choice, the District departed from past practice by providing principals with a limited set of choices among effective materials, as opposed to single options.

The City Schools, in partnership with the state, also allocated significant resources for after-school and Saturday interventions, especially tutoring and mentoring and incentives for students in the high school graduating cohorts of 2009 and 2010 who had failed at least one Maryland High School Assessment ("HSA").  The City Schools began to work on its role in implementing the Bridge Plan as an alternative path to meeting Maryland's testing requirement for graduation through a series of rigorous curriculum modules that help students who have test fears and/or do not test well by identifying students' standing in every school, supporting principals in understanding this data and the state's new accountability framework, and working with administrators on best practices, including piloting the Bridge Plan in three of its high schools.

Evidence of the success in these efforts awaits the release of state data on HSA outcomes and graduation rate, but preliminary evidence indicates important progress.  The number of students who passed the four tests (Algebra/Data Analysis, Biology, English II, and Government) in 2007-08 appears to have increased 22.6% from 2006-07.  Initial pass rates also suggest strong gains for Algebra, Biology, and Government.  Moreover, as discussed *infra* at page 23, dropout rates are declining.

E.    Highly Qualified Teachers.  The City Schools increased the percentage of teachers certified as "highly qualified," as required by NCLB, from 34.3% in 2003-

04 to 51.1% in 2007-08.  As part of the central office restructuring through the Fair Student Funding initiative, almost 350 highly qualified surplus teachers and 31 assistant principals were identified in June 2008 and placed in 2008-09 vacancies— eliminating the need to hire non-certified teachers.  As a result, the City Schools had a surplus of teachers at the beginning of the school year for the first time in decades, even though it terminated 206 teachers with expired certificates in June 2008.  All new hires have valid conditional certificates, and the District is continuing its collaboration with the College of Notre Dame to cultivate highly qualified special education teachers.   The District also maintained three separate alternative certification and recruitment programs (partnerships with Teach for America, the Baltimore City Teacher Resident program and its International Teachers Recruitment initiative) in order to increase its number of highly qualified teachers.

Over 200 fewer teachers retired and/or resigned in 2007-2008 than in 2006-2007.  This increased the likelihood of significant improvement in the percentage of highly qualified teachers in 2008-2009.

F.    Increased Teacher Planning and Collaborative Planning Time.  After a lengthy labor dispute, and as result of the District's conviction that improvement requires professionals to collaborate in their practice, for the first time ever every teacher will share in a weekly collaborative planning period in 2008-2009.  For the 2008-09 school year, all elementary schools will have at least four 45-minute planning sessions per week (an increase of one period) and all secondary schools will have at least five 45-minute planning sessions per week.  At all schools, there will be at least one collaborative planning session per week, under the leadership of the school principal.  Research strongly suggests that collaborative planning will bolster the quality of instruction for all students, including special education students, by: ensuring alignment of instruction with the Voluntary State Curriculum; sharing of best practices and attention to the needs of individual children; and allowing teachers and other professionals to focus on individual and aggregate school data together and on an ongoing basis.

G.     Secondary School Transformation Initiative.  For the 2008-09 school year, the City Schools opened six new combined middle-high schools with full enrollment:  Baltimore Civitas School; Friendship Academy of Engineering and Technology; Friendship Academy of Science and Technology; KAPPA Baltimore Secondary; the REACH! School; and Baltimore Freedom Academy.  These Transformation Schools are a direct response to changing secondary education in Baltimore.

Operated by experienced, independent educational entities in a structure similar to charter schools, Transformation Schools each have a specific theme, and a unique approach and culture, as described in Tab 9.  They have no entrance criteria; they are open to all students, including special education students in all LRE categories.  Each grade has between 8 and 120 students, to keep the schools to a manageable size and provides students with an opportunity to be known and educated in a smaller setting.  The Transformation Schools have started with grades 6 and 9, growing up two additional grades each year until the school reaches full capacity.

In the next four years, the City Schools will open 18 additional Transformation Schools.  A third of the schools will be college preparatory, a third will be vocational, and a third will be alternative schools for students with behavioral and academic problems.

H.     Discipline Reform.  Tab 10 details the City Schools' comprehensive disciplinary reform initiative that is key to compliance with Outcome #7, as discussed below.  A major component of this initiative was a thorough revision of the City Schools' disciplinary policy and practices.  For example, the exclusion of a student from school for an extended suspension longer than five days now requires approval by the CEO or the CEO's designee.

Because students who are suspended for prolonged periods are more likely to drop out of school and become involved in violence, the City Schools' new policy, attached as Tab 11, ensures that there are multiple levels of review for a decision that can profoundly affect a child's life.  As a result of these revisions, based on

preliminary data reported to MSDE, the number of suspensions decreased by more than 2,000 incidents from 16,752 during the 2006-07 school year to 14,649 during the 2007-08 school year—and was lower than at any point in the past five years. This trend contributed to the increase in attendance rates and drop in truancy rates for 2007-08. *See infra* at page 23.

In addition, after months of collaboration among school staff, students, parents, and the broader community, a new Student Code of Conduct, attached as Tab 12, was developed. The new Code: emphasizes the City Schools' commitment to addressing disciplinary issues within the school setting; includes a series of prevention and intervention strategies to be used before and with any disciplinary response; and expressly recognizes that additional steps must be taken where students with disabilities are disciplined. Schools are required to:

- Teach the Code to all students;

- Select and implement a schoolwide positive behavioral program;

- Model appropriate classroom behavior on an ongoing basis; and

- Participate in appropriate professional development for implementation of positive behavioral strategies and fair administration of the Code.

Tab 13 provides analysis of school choices during the Fair Student Funding process showing that schools had used their increased funding and flexibility to tackle the problems addressed in the Code. As a result, the number of restorative alternatives to suspension increased so that every school now has such programs.

The City Schools also provided additional support to schools identified on the "persistently dangerous" continuum pursuant to NCLB. Five schools—Thurgood Marshall Middle School, Dr. Martin Luther King, Jr. Middle School, Forest Park High School, Doris M. Johnson High School, and Heritage High School—exited the continuum in 2007-2008. Additionally, three schools on the continuum—Roland N. Patterson, Robert Poole, and Canton Middle School—were closed, further reducing the number of City Schools identified on the persistently dangerous continuum.

The alternative education initiative discussed below complements the City Schools' new discipline reform strategy.

I.      Alternative Options Program Overhaul.  As a critical part of its strategy to reduce the dropout rate by accelerating progress for students falling behind, and to decrease school violence by providing options for students being suspended, the City Schools created 1,000 new seats in alternative education programs by redesigning existing alternative schools and opening four new alternative programs, including:

- Rising Star Academy, which serves middle school students who have had to repeat one or more grades and are older than their classmates.  The City Schools determined that being overage is the most powerful predictor of whether a student will drop out of high school.

- Success Academy, which works with students on long-term suspension and expulsion in order to send them back to their schools with improved social and academic skills.  Before, these students had no structured options if they did not have an IEP.

The City Schools also reviewed and revised the curricula used in its alternative schools and programs so that the curricula are rigorous, computer-based, and individualized to meet students' academic needs.  In addition, alternative schools provide wrap-around services to meet students' social needs.

J.      Parent and Community Engagement Initiatives.  During 2007-08, the City Schools focused on parent participation and engagement in a number of ways, including the creation of a Parent Response Unit, a Fraud Hotline, and a Global Connect system to communicate with parents.  In addition, the City Schools contracted with 11 community-based organizations to work with 68 schools to dramatically expand family and community engagement to benefit all students, including special education students, by:

- Increasing families' participation in activities that support their child's academic success;

- Providing additional opportunities for parent participation in existing parent organizations or supporting parent organizations where they do not exist;

- Increasing the return rate on the revised parent climate survey;

- Recruiting community coaches who understand and educate others on the process of secondary school choice and college education;

- Supporting school attendance initiatives, including direct outreach to families that school has difficulty engaging;

- Establishing and/or reinforcing school safety strategies; and

- Recruiting volunteers to support school strategies.

Also, in April 2008, the City Schools launched a campaign to recruit 500 volunteers for the City Schools. To date, over 850 people have stepped up to volunteer in activities including tutoring, classroom and lunchroom assistance, and afterschool programs and clubs.

In 2008-2009, the CEO has committed to increase the community's ownership of its schools by incorporating structured feedback from parent, teacher and student climate surveys into his evaluation of school and principal performance. There is presently a committee working on an expansion of the structured responsibilities of the School Improvement Teams so that they will function more like charter school boards. That initiative will require Board approval.

K.    Professional Development. During the 2007-08 school year, the City Schools significantly revised its professional development efforts to provide enhanced instruction in a number of areas to support the UMOs. The professional development plan includes the structures, systems, and content needed to comprehensively ramp up the capacity of all City Schools employees around improving instruction and providing high quality services for all students. Tab 14 contains a comprehensive chart that details all planned professional development for school leadership by date, and an overview of professional development opportunities for teachers, principals, assistant principals, and principal coaches.

Significant efforts have been made to systematize and differentiate professional development. There continue to be ten systemic professional development days primarily focused on the needs of teachers. As discussed at pages

12-13, teachers also are expected to participate in weekly collaborative planning periods led by principals or their designees looking at student data. Teachers also participate in monthly faculty meetings with their principals. Principals and assistant principals meet with the CAO (and generally the CEO) once a month as a group. Principals and assistant principals meet with their Executive Directors and principal coaches once a month or more as needed. Meetings include work with partners on best practices and will include inter-visitations with model schools other districts. The CEO Cabinet meets weekly, works with the team that attended PELP at Harvard University in July 2008, attends external conferences, and works with other Districts on best practices. A new CEO Cabinet Subcommittee on Teaching and Learning will be launched in late September to serve as the overarching strategy committee around this work. Finally, targeted schools will attend tailored professional development programs based on their AYP status, school level, student outcome data, and IP outcome data.

The City Schools also reorganized and reoriented the central office to provide guidance, support, and accountability to school leaders and schools. As such, there are several support teams. They include: Executive Directors for Elementary/K-8 and Secondary and their Academic Teams, Curriculum and Instruction Teams, Student Support Office Teams, and the Office of Special Education—all coordinated under the CAO. Similarly, there are several key personnel who provide support to schools. These include: principals and assistant principals, educational specialists and teacher mentors, and lead teachers in professional development center schools. Finally, City Schools engages with several external stakeholders to further enhance and expand the support provided by central and at the school level including university partners, the MSDE, and external professional development partners.

The professional development for City Schools employees for the 2008-09 school year will cover all content disciplines such as mathematics, literacy, enrichment (world and classical languages specialist, visual and performing arts, Gifted and Talented Education, etc.), science and health, social studies, early learning, career and technology education, and special education. Content also will

cover leadership, best school level practices, differentiated instruction, pedagogy, and youth development. Overall, the theory guiding all professional development is that it must consist fundamentally of practical problem-solving of problems of practice and be embedded in the school, data-driven, and aligned with City Schools' goals and needs.

      L.    <u>Facilities and Maintenance Overhaul</u>. As part of the Facilities Solutions Initiative to "right size" the District's building inventory, six school buildings have been closed since 2006. The third phase of this initiative includes significant capital projects at 34 sites, including art, music, and science classroom expansion at 26 elementary schools. Also underway are upgrades at 28 schools as part of the Aging School Program, window and media upgrade projects, and major renovations at five sites, two of which are in the construction phase and three are in the design phase. The City Schools also: established a preventative maintenance program; cleared the backlog of capital projects; improved effectiveness and efficiency of design, construction, inspection, maintenance, and planning operations; and pursued alternative financing with Baltimore City for new schools and other priority initiatives.

      In July 2008, the Maryland Interagency Committee on School Construction recognized that the City Schools made substantial improvements in the areas of facility management, execution of major capital projects, maintenance operations, environmental safety, school closures, and the development of a comprehensive master plan. The Committee modified its partial oversight of City Schools' facilities efforts in recognition of this improvement in the District's practices.

      M.    <u>Participation in the 2009 Trial Urban District Assessment</u>. The City Schools volunteered and was selected to expand its participation in the nation's premier urban district assessment, the National Assessment of Educational Progress ("NAEP"). NAEP is universally recognized as the "gold standard" for educational assessment. The City Schools' admission to the select cohort of Trial Urban District Assessment ("TUDA") emphasizes the premium the District places on accountability by taking a hard look at how students, including special education

students, are performing against national standards more rigorous than those of any state, and by providing a true comparison of the City Schools with comparable districts that are leading the nation in systemic reform and accountability, such as New York City, Austin, Chicago, and Miami-Dade.

The foregoing systemwide reform initiatives are transforming the City Schools in ways that will also increase the effectiveness of the District's mechanisms for meeting and maintaining the UMOs, which is the second factor in the substantial compliance analysis pursuant to the Consent Decree.

## IV.    STATUS OF ACHIEVEMENT OF OUTSTANDING ULTIMATE MEASURABLE OUTCOMES

Prior to discussing the District's specific achievements with respect to the UMOs, the City Schools notes that it is performing better than other school districts across Maryland in a number of areas in providing services to special education students. See data available at http://www.mdideareport.org/Indicators.aspx?IndicatorType=2. For instance, the City Schools had:

- A higher percentage than 11 other school districts of children, with parental consent to evaluate, who are evaluated within 60 days (or the State-established timeline);

- A higher percentage than five county school districts of parents with a child receiving special education services who reported that schools facilitated parent involvement as a means of improving services and results for children with disabilities;

- A higher percentage than six county school districts of preschool children with IEPs who received special education and related services in settings with typically developing peers; and

- A higher percentage than six county school districts of children referred by Part C prior to age 3, who are found eligible for Part B, and who have an IEP developed and implemented by their third birthdays. *Id.*

A critical component of the City Schools' progress toward all UMOs was Implementation Plan ("IP") Stat. Key staff met once a month in IP Stat to review

data and progress. As concerns arose during the school year, IP Stat enhanced institutional mechanisms and developed strategies for corrective action.

Another key component of the City Schools' progress was the Court-ordered collaboration between the City Schools and MSDE, which was particularly productive during the 2007-08 school year in helping further progress toward the UMOs and implementation of the IP. MSDE's IMCIT representatives served on committees, attended meetings of top-level District leadership, focused on targeted high need schools, and provided input on cabinet selections and District initiatives, especially those related to special education. The Special Master's contributions were also instrumental to the City Schools' progress toward the UMOs, by highlighting areas of need, stressing accountability, and supporting the District's consistent focus on improving outcomes for students with disabilities.

A.    **Status of Achievement of Outcomes #3 and #4**

---

**Disengagement Standard for Outcome #3: Within three years, the City Schools will increase the rate of school completion for students with disabilities from 50% to 57.2% as measured by exit data reported to MSDE.**

**Standard to measure achievement of the Outcome: Substantial Compliance.**

**Assessment of compliance: Partial Compliance.**

---

**Disengagement Standard for Outcome #4: Within three years, the City Schools will increase its graduation rate (students receiving diplomas) for students with disabilities from 32% to 41.6% as measured by exit data reported to MSDE.**

**Standard to Measure Achievement of the Outcome: Substantial Compliance.**

**Assessment of Compliance: Partial Compliance.**

---

During the 2007-08 school year, the City Schools was in partial compliance with Outcomes #3 and #4 applicable to school completion and graduation rates for

students with disabilities.  This determination is based on application of the Consent Decree's three-factor substantial compliance standard:  (a) progress toward the Outcome; (b) assessment of effectiveness of the institutional mechanisms for meeting and maintaining the Outcome; and (c) student achievement.

**Measurable Progress**.  The City Schools made significant progress toward the disengagement standards for these Outcomes.  As of the date of this filing, only preliminary 2007-08 data regarding school completion rate and graduation rates for students with disabilities are available.  Based on this preliminary data and using the method of calculation determined in the 2000 Consent Order, the 2007-08 school completion rate for students with disabilities was 46.5% and the graduation rate was 35.9%, both of which were higher than the respective rates in 2006-07, as Table 1 illustrates.  Overall, since 2004-05, school completion rates have increased 8.5%, and graduation rates have increased 8.9%.

Tabs 15 include charts detailing school completion and graduation rates, by school, for the 2006-07 school year (finalized) and the 2007-08 school year (preliminary).  Based on the preliminary data, the City Schools has made improvements during the 2007-08, especially in graduation rates.  For instance, Patterson High School's graduation rate for students with disabilities increased from 22.7% in 2006-07 to 35.9% in 2007-08.  And Frederick Douglas High School's rate increased from 46.2% to 54.7%.  Overall, 68.6% high schools improved or maintained their graduation rates from 2006-07 to 2007-08.

### Table 1:  Summary of Compliance Rates with Outcomes #3 and #4

| School Year | Number of Students with Disabilities with Exit Code | | | | Outcome #3: School Completion Rate | Outcome #4: Graduation Rate |
| --- | --- | --- | --- | --- | --- | --- |
| | B: Diploma | C: Certificate | D: Reached Age 21 | H: Dropped Out | | |
| 2004/05 | 316 | 90 | 37 | 724 | 38.0% | 27.1% |
| 2005/06 | 314 | 79 | 21 | 817 | 33.6% | 25.5% |
| 2006/07 | 391 | 71 | 34 | 653 | 43.2% | 34.0% |
| 2007/08* | 402 | 71 | 48 | 600 | 46.5% | 35.9% |
| Disengagement Standard | | | | | 57.2% | 41.6% |

Note:  2007-08 school year data has not yet been finalized with MSDE.

**Effective Institutional Mechanisms**. As discussed in Section III, there were significant systemwide reform efforts that contributed to improving the effectiveness of the City Schools' institutional mechanisms for meeting and maintaining these Outcomes, including, for instance, the District's disciplinary reforms and overhaul of alternative education programs.

Tab 16 includes the Fourth Quarter Corrective Action Plan ("CAP") report that the City Schools submitted to MSDE detailing the activities the City Schools undertook in connection with the CAP bearing on Outcomes #3 and #4.3/ As the City Schools' CAP reports illustrate, targeted interventions to prevent dropouts, reduce truancy, and bolster school attendance were among the critical elements in the District's effective strategy to increase school completion and graduation rates for students with disabilities. The City Schools implemented a revised Attendance Handbook, attached at Tab 17, which provides specific directives for special education procedures; and the City Schools has continued its institutionalized processes for generating attendance data and requiring schools to review those data on a monthly basis.

During the 2007-08 school year, the City Schools also reestablished an Attendance and Truancy Office to support and improve school-based interventions. The Attendance and Truancy Office focused on schools with the highest truancy rates, with special emphasis on students with disabilities at those schools. Tab 18 shows the results of these efforts. Of the 20 middle and high schools with the highest truancy rates, 14 improved their rate of attendance for students with disabilities in the 2007-08 school year. Reform efforts have been undertaken at the schools that did not improve. One of these schools has since closed and, at the other schools, either the principal has been replaced or significant restructuring has occurred.

_____

3/    All CAP reports have previously been provided to the parties and the Special Master.

As a result of these and other related attendance and truancy initiatives, the overall dropout rate, according to preliminary data set forth in the chart provided in Tab 19, continued to decline in 2007-08, as it has in the past four school years. Preliminary data, not yet released by MSDE, indicates a dropout rate of 7.92% for 2007-08, which is a decline from the 2006-07 rate of 9.56%, and the 2005-06 rate of 11.69%.

Tab 19 also contains data showing that the special education attendance rate for 2007-08 was 86.9%—part of an overall trend of increases in attendance rates for all students in the City Schools' elementary, middle, and high schools in 2007-08. Moreover, the special education attendance rate for 2007-08 was within four percentage points of the regular attendance rate of 90.8%. Special education rates also improved at many schools over the past three years, as Tab 19 illustrates. For instance, the attendance rate at Reginald F. Lewis High School went from 79.1% in 2006-07 to 85.4% in 2007-08. Overall, City Schools appear on pace to reverse a persistent trend of enrollment loss every year for at least two decades, reflecting the success of alternative placement options, a maturing charter school movement, and an academic program that is being embraced more fully by the community than it has been at any time in recent past.

Another initiative that has helped stem enrollment loss is the High School Choice process, which seeks to encourage school completion by engaging students and their parents in the school assignment process. Data provided by the Office of Student Placement indicates that more than 90% of 8th grade students with disabilities participated in the High School Choice process for 2007-08. Notably, this participation rate was higher than that for general education students.

In addition, schools have implemented remediation opportunities for all students with disabilities who failed the HSAs in aligned courses and, as necessary, IEP teams undertook a review of accommodations and modifications. The City Schools also expanded its school counseling program to focus on improving graduation and attendance rates through more accurate reporting and record

keeping and through proactively assisting students in overcoming obstacles that interfere with their academic success.

Professional development is another key component of the City Schools' efforts to improve its institutional capacity to address obstacles to school completion and graduation for students with disabilities. For example, during the 2007-2008 school year, the City Schools provided professional development for school staff on maintenance and management of student records to ensure students are on track for graduation. Principals received professional development on the City Schools' graduation requirements, which included discussions about alternative options for students with disabilities to obtain a high school diploma. The Office of Transition Services provided professional development for IEP team members and assisted schools in the implementation of effective transition programming.

**Student Achievement**. As discussed in Section II, all District students, including special education students, made significant gains in academic achievement in 2007-08. Also relevant in evaluation of this factor are the increases in attendance rates and the corresponding reduction in truancy and dropout rates.

For the foregoing reasons, the City Schools has determined that it was in partial compliance with Outcomes #3 and #4 for the 2007-08 school year.

**B.    Status of Achievement of Outcome #7**

---

**Disengagement Standard for Outcome #7:  The City Schools will assure that all students suspended more than ten cumulative days, those suspended more than ten consecutive days, and those expelled were done so in accordance with IDEA.  The City Schools will monitor and intervene where necessary in all cases.**

**Standard to Measure Achievement of the Outcome:  Substantial Compliance.**

**Assessment of Compliance:  Substantial Compliance.**

---

Applying the Consent Decree's three-factor standard for measuring compliance, during the 2007-08 school year, the City Schools was in substantial

compliance with Outcome #7, which addresses significant disciplinary actions for students with disabilities.

   **Measurable Progress**.  The City Schools has substantially achieved the numerical requirements of this Outcome.  Table 2 below provides a five-year longitudinal analysis of annual rates of compliance with requirements of the *Individuals with Disabilities Education Act* ("IDEA"), as amended in 2004 by the *Individuals with Disabilities Education Improvement Act*, for students expelled or placed on suspension for more than 10 consecutive or cumulative days, using data from the Special Education Tracking System ("SETS").

**Table 2: District Compliance Summary for Outcome #7:
Suspensions Over 10 Days and Expulsions in Compliance with IDEA**

| Report Date | Quarter (year end) | # Incidents | % Full Compliance | % Partial Compliance | % Noncompliant |
|---|---|---|---|---|---|
| 6/30/2008 | 4th | 634 | 89.4% | 4.1% | 6.5% |
| 6/30/2007 | 4th | 709 | 75.7% | 6.3% | 17.9% |
| 6/30/2006 | 4th | 757 | 87.8% | 4.3% | 7.9% |
| 6/30/2005 | 4th | 915 | 92.5% | 2.2% | 5.3% |
| 6/30/2004 | 4th | 1004 | 87.8% | 4.4% | 7.8% |

   As this table illustrates, 89.4% of incidents were in full compliance with the IDEA's requirements, and another 4.4% were in partial compliance.  Moreover, these rates for full and partial compliance were higher than in the past three years.

   Tab 20 includes a summary of IDEA compliance for significant disciplinary actions during the 2007-08 school year by areas.   The only areas with compliance rates below 80% were one elementary school area and the District's charter schools. Tab 20 also includes a redacted chart listing all students who were placed on long-term suspension or expelled during the 2007-08 school year, including information regarding the student's removal date, whether a manifestation meeting was held, a Functional Behavior Assessment ("FBA") conducted, and a Behavior Intervention Plan ("BIP") developed, along with the date the student was received in an alternative education setting ("AES").  Follow-up reveals that many incidents where

there was not full compliance were the result of data that has not been updated in SETS, rather than actual failures to comply with IDEA requirements. Increased monitoring of this data on a monthly basis will be devoted to addressing this problem going forward.

As further evidence of measurable progress, the discipline review audit contained in the MSDE's Enhanced Monitoring for Continuous Improvement and Results ("EMCIR"), Vol IX (Aug. 2008), includes many positive findings and notes marked improvements since the audit for the 2006-07 school year:

- Even though the sample sizes were similar, the number of students whose records documented disciplinary actions and/or removal from school in excess of ten days "notably decreased" from 2006-07 to 2007-08. *Id.* at 54. The number of students disciplined decreased by 33.36% and the number removed in excess of 10 days decreased by 66.90%. *Id.* at 58.

- Of the students suspended, the percentage who were removed for a shorter period of 1-10 days increased from 2006-07 to 2007-08 whereas the number of longer term suspensions correspondingly decreased. *Id.* at 55.

- The availability and completeness of discipline folders improved from 56.15% in the 2006-2007 audit to 68.97% in the 2007-2008 audit. *Id.* The consistency of student disciplinary information maintained in the students' disciplinary folders and District databases also increased.

- For students suspended more than 10 days, compliance rates of 100% were found for two of the eleven disciplinary standards required by either IDEA or state regulations; compliance rates exceeding 86% were found for six other requirements. *Id.* at 59. Moreover, compliance rates improved in all but one category from 2006-07 to 2007-08. *Id.* at 60.

**Effective Institutional Mechanisms**. As discussed in Section III, there were significant systemwide reform efforts that have contributed to improving the effectiveness of the City Schools' institutional mechanisms for meeting and maintaining this Outcome. Notably, the District expects that the dramatic steps it has taken to overhaul its disciplinary policies and procedures will help it maintain and enhance its substantial compliance with Outcome #7. Already, these changes have improved consistency in implementation of suspension policy and practices

across schools and have resulted in a reduction in the overall number of suspensions, as described in Section III.

In addition, attached at Tab 21 is the Fourth Quarter CAP report that the City Schools submitted to MSDE detailing the activities the City Schools undertook in connection with the CAPs regarding Outcome #7. As the CAP report details, the Office of Special Education Monitoring and Compliance ("OSEMC") continued its Quality Compliance Audits during the 2007-08 school year. The City Schools provided copies of these audit reports to the Special Master and the parties as OSEMC completed them. OSEMC followed up with principals at schools that were audited to ensure issues identified in the audits were addressed.

Another pertinent institutional mechanism is the Suspension Focus Group ("SFG"), which, as in previous years, continued to meet regularly during 2007-08 school year and discussed a range of topics at each meeting including:

- Disproportionality between general education and special education suspensions;

- Professional development;

- Compliance issues – reports on OSEMC audits, status of long-term suspensions/AES placements and SH-19 cases;

- Questions from schools and/or area offices regarding discipline matters; and

- Development and refinement of discipline data summary reports.

**Student Achievement.** District special education students have made significant gains in academic achievement, outpacing regular education students in their gains on the MSA, as discussed in Section II.

For the foregoing reasons, the City Schools has determined that it was in substantial compliance with Outcome #7 for the 2007-08 school year.

C.    Status of Achievement of Outcomes #8 and #9

> **Disengagement Standard for Outcome #8**:  Within three years 58.8% of students with disabilities will receive IEP required services in regular education and/or combined programs (resource room).
>
> **Standard to Measure Achievement of the Outcome**:  Substantial Compliance.
>
> **Assessment of Compliance**:  Full Compliance.

> **Disengagement Standard for Outcome #9**:  Within three years, at least 80% of newly identified students with disabilities will receive IEP required services in the school they would attend if they were not disabled.
>
> **Standard to Measure Achievement of the Outcome**:  Substantial Compliance.
>
> **Assessment of Compliance**:  Full compliance.

During the 2007-08 school year, the City Schools was in full compliance with Outcomes #8 and $9—both of which address the IDEA requirement that special education services must be delivered, to the extent possible, in the Least Restrictive Environment ("LRE").

**Measurable Progress.**  Table 3 below shows that, since June 2003, a higher percentage of students with disabilities received IEP-required services in regular education ("LRE A") or in combined programs ("LRE B") than is required for full compliance with Outcome #8.

As further evidence of measurable progress, the City Schools attaches at Tab 22 data showing that, in every school area in the District, the percentage of students placed in LREs A and B at the end of the 2007-08 school year exceeded or was within one percentage point of the disengagement standard for Outcome #8.

Moreover, the vast majority of individual schools exceeded the disengagement standard.  Compliance is particularly strong in elementary schools.

**Table 3:**
**District Placement Rate in LRE A and B**

| Report Date | Quarter | % Students in LRE A and B |
|---|---|---|
| 6/30/2008 | 4th | 65.3% |
| 6/30/2007 | 4th | 64.6% |
| 6/30/2006 | 4th | 64.8% |
| 6/30/2005 | 4th | 64.5% |
| 6/30/2004 | 4th | 65.2% |
| 6/30/2003 | 4th | 63.0% |
| 6/30/2002 | 4th | 58.0% |

**Effective Institutional Mechanisms**.  As discussed in Section III above, there were significant systemwide reform efforts that have contributed to improving the effectiveness of the City Schools' institutional mechanisms for meeting and maintaining these Outcomes, including the District's curriculum audits and reforms, Fair Student Funding Plan, professional development initiatives, enhanced principal autonomy and accountability, and alternative education program overhaul.

As detailed in the Fourth Quarter CAP report the City Schools submitted to MSDE regarding Outcomes #8 and #9, attached as Tab 23, schools with LRE placement rates below the disengagement standard have received twice monthly technical assistance.  Monthly meeting were held to support school staff and review LRE and activities put in place by the inclusion team.  There have been increases in LRE by 5% in 16 of the 42 schools targeted for improvement.  Moreover, in 136 of the 139 District schools that have LRE percentages above the disengagement standard, LRE has been maintained or enhanced.

In a recent report on Outcomes #8 and #9, the Special Master acknowledged that the "totality of the evidence" indicates that (a) the City Schools met Outcome #8's requirements regarding the numeric percentage of students in LRE A/B placements, and (b) the District has made "significant improvement" in ensuring that students actually receive the IEP required services. *See* the City Schools Response to Special Master's Recommendations Regarding Outcomes 8 and 9 (filed Feb. 29, 2008).

Pursuant to the Special Master's recommendations, the City Schools worked collaboratively with its IMCIT partners to develop a framework, centered around the statement that: "ALL CHILDREN WILL PARTICIPATE IN INSTRUCTION THAT IS ADAPTED TO THEIR UNIQUE NEEDS." This framework supplements and enhances the remedial strategies and measures outlined in the IP and relevant CAP for the 2007-2008 school year, and, thus, helps improve the effectiveness of the City Schools' institutional mechanisms for meeting and maintaining Outcomes #8 and #9.

The City Schools followed this framework in the 2007-08 school year, focusing in particular on the need to ensure that student scheduling is consistent with the specialized needs that are identified in IEPs, especially at the secondary level. Reflecting the emphasis on principal empowerment and accountability that is the main theme of many of the City Schools' reform initiatives discussed in Section III, the CEO, CAO, Special Education Officer, and other key staff implemented intensive and ongoing instructional leadership development and training for principals (including modeling and pairing of schools) to guide and assist them in assuming educational leadership responsibility for successful implementation of students' IEP required services in the LRE.

The LRE audit included in EMCIR, Vol IX (Aug. 2008), did not directly address the issue of LRE placement, which is the principal focus of Outcomes #8

and #9. Yet, it is worth noting that this audit found that the City Schools improved compliance with IDEA procedural, parental notification, documentation, and reporting requirements for determination of LRE placements by students' IEP teams. The overall rate of compliance declined slightly from 81.76% to 79.01% from 2005-06 to 2006-07, but surged up to 88.03% in 2007-08. *Id.* at 36. On 24 of the 29 requirements reviewed for 2007-08, compliance exceeded 82%. *Id.* at 35. The District is targeting interventions to increase the average rate at which students are provided with the accommodations specified in their IEPs. For 2007-08, MSDE calculated that the rate of accommodation provision was above 61.28%. *Id.* at 52.

 **Student Achievement.** Students with disabilities in all LRE placements, like their peers in regular education, achieved marked gains on the MSA in 2007-08, as discussed in Section II. These improvements are in large part due to increased access to the general education curriculum for students with disabilities. As also discussed in Section II, overall gains on the MSA for students with disabilities outpaced their general education students.

 For the foregoing reasons, the City Schools has determined that it was in full compliance with Outcomes #8 and #9 for the 2007-08 school year.

**D. Status of Achievement of Outcome #11**

---

**Disengagement Standard for Outcome #11: No more than 2% of students with disabilities will have interruptions in service in any school year as reported by the OCA data.**

**Standard to Measure Achievement of the Outcome: Substantial Compliance.**

**Assessment of Compliance: Noncompliance.**

---

The City Schools has determined that it is in "noncompliance" for Outcome #11 for 2007-08, based on application of the three-factor substantial compliance test.

    **Measurable Progress.** There was a slight uptick, as shown in Table 4, in the percentage of students with interruption in at least one related service from 2006-07 to 2007-08, after a significant decline from 2006-06 to 2006-07. Attached at Tab 24 are charts showing the rate of self-reported interruptions in services on an area-by-area and a school-by-school basis, as well as a redacted chart listing all students with services interrupted during the 2007-08 school year.   The corresponding Schedule A report has been completed and provided to the parties.

**Table 4: The City Schools Compliance with Outcome #11**
**District Interruptions in Services Rate from OCS**

| Report Date | Quarter | % Students with Interruptions |
|---|---|---|
| 6/30/2008 | 4th | 4.5% |
| 6/30/2007 | 4th | 4.1% |
| 6/30/2006 | 4th | 9.6% |
| 6/30/2005 | 4th | 80% rate determined by MSDE |
| 6/30/2004 | 4th | 4.1% |
| 6/30/2003 | 4th | 1.4% |
| 6/30/2002 | 4th | 4.7% |

    The overwhelming majority of violations were in the area of classroom instruction, as Table 5 illustrates.  Other significant areas of concern are: (a) lack of documentation to support provision of indirect services by special educators; (b) lack of documentation to support implementation of Circular #8 by principals; (c) scheduling issues; and (d) transfer issues that resulted in time line violations.  The City Schools' primary goal is to find the interruptions sooner and get them fixed before they ever become violations.

**Table 5: Award Hours Summary for all Violation Types by Services**

| Related Services | Total Number of Awards | Total Award Hours | % of all Award Hours |
|---|---|---|---|
| 11: Classroom Instruction | 539 | 16983.47 | 89.26% |
| 12: Physical Education | 0 | 0 | 0.0% |
| 13: Speech / Language | 371 | 997.39 | 5.24% |
| 19: Transition Services | 18 | 18.5 | 0.10% |
| 20: Audiology | 16 | 182.5 | 0.96% |
| 21: Psychological Services | 12 | 24.5 | 0.13% |
| 22: Occupational Therapy | 68 | 164.25 | 0.86% |
| 23: Physical Therapy | 6 | 14.25 | 0.07% |
| 26: Counseling | 142 | 287.59 | 1.51% |
| 29: Social Work Services | 32 | 72.5 | 0.38% |
| 31: Transportation | 6 | 39 | 0.20% |
| 32: Vision Services | 0 | 0 | 0.0% |
| 35: Orientation and Mobility Training | 2 | 17.5 | 0.09% |
| 41: IEP Aides | 1 | 18 | 0.09% |
| Unknown | 13 | 207.5 | 1.09% |
| **Total** | **1226** | **19026.95** | **100.00%** |

**Effective Institutional Mechanisms**.  As discussed in Section III, there were significant systemwide reform efforts that have contributed to improving the effectiveness of the City Schools' institutional mechanisms for meeting and maintaining this Outcome.  The District attaches at Tab 25 the Fourth Quarter CAP report submitted to MSDE detailing the activities undertaken in connection with the City Schools' Related Services CAP.  Over the course of the year, approximately 25 professional development sessions on the requirements for Outcome #11 were held with area officers, principals, special education coordinators, ITAs, TSPs and related services staff.  Other significant accomplishments during 2007-08 include:  implementing the Encounter Tracker for Related Service providers (except Audiology); streamlining the Prevention Plan process; completing two self-training modules completed; and hiring a Related Services management and supervisory staff.

Transportation services continued to be a compliance strength, as illustrated by the transportation audit in MSDE's EMCIR, Vol IX (Aug. 2008).  Based on a review of transportation logs, MSDE found that the City Schools was diligently

recording on a daily basis that students with disabilities who required transportation services in order to receive a free appropriate public education received the required services. *Id.* at v.  MSDE also noted that this finding was consistent with a 2007 determination that nearly 99% of students who required transportation services received the services without interruption. *Id.*

To improve compliance for the 2008-09 school year, the City Schools intends to undertake a variety of strategies including:

- Development and implementation of professional development activities for principals and assistant principals that stress Circular #8 directives and increase their accountability to implement required actions and document monthly meetings and other school-based activities related to Outcome #11 appropriately;

- Professional development for principals, assistant principals, schedulers, ITAs and providers on issues and procedures related to scheduling, documentation of indirect services and student transfers;

- Management/monitoring redesign for Related Services supervisors utilizing Encounter Tracker notes and custom reports; and

- Enhanced Encounter Tracker capability and targeted and random self-audits of Related Services notes to ensure service provision.

**Student Achievement.**  On the positive side, the City Schools made marked improvements in student achievement, as discussed in Section II.  These included dramatic gains for special education students on the MSA, outpacing even their regular education peers.  These improvements also contributed to more elementary and middle schools making AYP then ever before.

For the foregoing reasons, the City Schools has determined that it was in noncompliance with Outcome #11 for the 2007-08 school year.

E.    <u>Status of Achievement of Outcome #13</u>

<div style="border:1px solid">

**<u>Disengagement Standard for Outcome #13</u>:  The City Schools will ensure a minimum of 98% of the students with disabilities (age 14 and above) who are designated as "dropouts" will have an IEP Team review meeting.**

**<u>Standard to Measure Achievement of the Outcome</u>:  Substantial Compliance.**

**<u>Assessment of Compliance</u>:  Partial Compliance.**

</div>

Applying the Consent Decree's three-factor standard for measuring compliance, during the 2007-08 school year, the City Schools was in partial compliance with Outcome #13 regarding procedures and documentation for students exiting special education services.

**<u>Measurable Progress</u>.**  Table 6 provides a summary of annual statistics of measurable progress toward Outcome #13's disengagement standard.  For 2007-08, the percentage of students, age 14 and above, who received an IEP meeting prior to exiting special education services was 93.6%, which is less than five percentage points below the disengagement standard.

**Table 6:**
**Rate of Compliance with IEP Procedures for Students**
**Exiting Special Education**

| Report Date | Quarter | Compliance Rate |
|---|---|---|
| 6/24/2008 | 4th | 93.6% |
| 6/30/2007 | 4th | 87.8% |
| 6/30/2006 | 4th | 94.6% |
| 6/30/2005 | 4th | 93.6% |
| 6/30/2004 | 4th | 90.4% |
| 6/30/2003 | 4th | 89.2% |
| 6/30/2002 | 4th | 79.1% |

Moreover, on a school-by-school basis, staff have substantially improved their recording of consistent exit codes.  The disengagement standard was met or exceeded during the 2007-08 school year by all elementary, all middle schools, 12 of 26 high schools, and 3 of 6 charter schools with exiting special education students.

Of the remaining 14 high schools, half had compliance rates of 90% or higher. Further evidence of the City Schools' progress is provided in Tab 26, which includes a more detailed year-end report demonstrating substantial compliance with Outcome #13, as well as a redacted chart listing data for all exiting students during the 2007-08 school year.4/

    **Effective Institutional Mechanisms**.  As discussed in Section III, there were significant systemwide reform efforts that have contributed to improving the effectiveness of the City Schools' institutional mechanisms for meeting and maintaining this Outcome, including the District's new leadership team, and its initiatives regarding parental engagement, professional development, and enhanced principal autonomy and accountability.

    The Fourth Quarter CAP report the City Schools submitted to MSDE, attached at Tab 27, detail the activities the City Schools undertook in connection with the CAP bearing on Outcome #13.  Systematic OSEMC exit auditing and intensive professional development have occurred and will continue,  In the 2008-09 school year, there will be monthly reviews of exit data to identify schools requiring intensive technical assistance and corrective actions, including personnel actions as required.

    **Student Achievement.**  As discussed in Section II, District special education students have made significant gains in academic achievement, including strong gains on the MSA for elementary and middle school special education students.

    For the foregoing reasons, the City Schools has determined that it was in partial compliance with Outcome #13 for the 2007-08 school year.

---

4/    The City Schools will provide unredacted copies of this Tab to MSDE and the Special Master on request.

## CONCLUSION

Overall, the 2007-08 school year was one marked by dramatic gains in achievement for all students, and especially special education students. Transformational reform efforts systemwide are changing the face of the District and will enhance the effectiveness of the City Schools' mechanisms for achieving and maintaining the UMOs. Finally, the City Schools has continued to make compliance with the UMOs and special education services top priorities.

For the foregoing reasons, during the 2007-08 school year, the City Schools has determined, after applying the Consent Decree's three-factor "substantial compliance" standard, that it is: (1) in full compliance with the disengagement standards for Outcomes #8 and #9; (2) in substantial compliance with Outcome #7; (3) in partial compliance with Outcomes #3, #4, and #13; and (4) in noncompliance with Outcome #11.

Respectfully submitted,

Maree F. Sneed (Bar No. 16598)
Joshua I. Civin
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (fax)
MFSneed@hhlaw.com

*Counsel for Baltimore City Public School System, the Board of School Commissioners and Chief Executive Officer Andres Alonso*

September 10, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Baltimore City Public School System's Compliance Statement for School Year 2007-08 was served upon the following by electronic mail (without exhibits) and by first-class mail, postage prepaid (with exhibits) on this 10th day of September, 2008:

Amy Totenberg
Special Master
United States District Court
For the District of Maryland
101 West Lombard Street
Chambers 2D
Baltimore, Maryland 21201

Elliott S. Schoen
Office of the Attorney General
200 Saint Paul Place, 19th Floor
Baltimore, Maryland 21202

Robert Berlow
Leslie Margolis
Maryland Disability Law Center
1800 N. Charles Street, Suite 400
Baltimore, Maryland 21201

Maree Sneed

- 38 -