Special Education Student Gains on Maryland State Assessment in Reading, 2006 -2008 (by school)

| schoolnumber | schoolname | 2005-06 | | | 2006-07 | | | 2007-08 | | | Read 2 YrGain | Read 1 YrGain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Read # Prof/Adv | Read # tested | Read Pct Prof/Adv | Read # Prof/Adv | Read # tested | Read Pct Prof/Adv | Read # Prof/Adv | Read # tested | Read Pct Prof/Adv | | |
| 256 | Calvin M. Rodwell Elementary | 3 | 18 | 16.7 | 11 | 18 | 61.1 | 13 | 13 | 100.0 | 83.3 | 38.9 |
| 95 | Franklin Square Elementary | 5 | 26 | 19.2 | 17 | 21 | 81.0 | 34 | 35 | 97.1 | 77.9 | 16.2 |
| 85 | Fort Worthington Elementary | 10 | 44 | 22.7 | 18 | 45 | 40.0 | 29 | 29 | 100.0 | 77.3 | 60.0 |
| 31 | Coldstream Park Elementary | 4 | 19 | 21.1 | 4 | 24 | 16.7 | 13 | 16 | 81.3 | 60.2 | 64.6 |
| 10 | James McHenry Elementary | 7 | 29 | 24.1 | 13 | 25 | 52.0 | 24 | 30 | 80.0 | 55.9 | 28.0 |
| 23 | Wolfe Street Academy | 2 | 9 | 22.2 | 4 | 8 | 50.0 | 7 | 9 | 77.8 | 55.6 | 27.8 |
| 60 | Gwynns Falls Elementary | 16 | 35 | 45.7 | 6 | 38 | 15.8 | 31 | 31 | 100.0 | 54.3 | 84.2 |
| 5 | Langston Hughes Elementary | 4 | 11 | 36.4 | 4 | 6 | 66.7 | 7 | 8 | 87.5 | 51.1 | 20.8 |
| 21 | Hilton Elementary | 5 | 17 | 29.4 | 5 | 17 | 29.4 | 15 | 19 | 78.9 | 49.5 | 49.5 |
| 37 | Harford Heights Intermediate | 14 | 47 | 29.8 | 32 | 61 | 52.5 | 49 | 64 | 76.6 | 46.8 | 24.1 |
| 322 | New Song Academy | 1 | 5 | 20.0 | 4 | 6 | 66.7 | 4 | 6 | 66.7 | 46.7 | 0.0 |
| 325 | ConneXions Community Leaders | 1 | 13 | 7.7 | 2 | 12 | 16.7 | 12 | 23 | 52.2 | 44.5 | 35.5 |
| 54 | Barclay Elementary/Middle | 14 | 53 | 26.4 | 31 | 51 | 60.8 | 37 | 53 | 69.8 | 43.4 | 9.0 |
| 88 | Lyndhurst Elementary | 15 | 28 | 53.6 | 23 | 28 | 82.1 | 20 | 21 | 95.2 | 41.7 | 13.1 |
| 16 | Johnston Square Elementary | 18 | 44 | 40.9 | 17 | 40 | 42.5 | 45 | 55 | 81.8 | 40.9 | 39.3 |
| 7 | Cecil Elementary | 13 | 25 | 52.0 | 15 | 18 | 83.3 | 10 | 11 | 90.9 | 38.9 | 7.6 |
| 248 | Sinclair Lane Elementary | 1 | 31 | 3.2 | 0 | 22 | 0.0 | 8 | 19 | 42.1 | 38.9 | 42.1 |
| 83 | William Paca Elementary | 14 | 46 | 30.4 | 20 | 55 | 36.4 | 44 | 65 | 67.7 | 37.3 | 31.3 |
| 212 | Garrett Heights Elementary | 14 | 33 | 42.4 | 26 | 35 | 74.3 | 31 | 39 | 79.5 | 37.1 | 5.2 |
| 144 | James Mosher Elementary | 13 | 23 | 56.5 | 13 | 15 | 86.7 | 14 | 15 | 93.3 | 36.8 | 6.7 |
| 232 | Thomas Jefferson Elementary | 2 | 15 | 13.3 | 5 | 21 | 23.8 | 16 | 32 | 50.0 | 36.7 | 26.2 |
| 87 | Windsor Hills Elementary | 5 | 18 | 27.8 | 6 | 13 | 46.2 | 10 | 16 | 62.5 | 34.7 | 16.3 |
| 98 | Samuel F. B. Morse Elementary | 8 | 34 | 23.5 | 12 | 29 | 41.4 | 15 | 26 | 57.7 | 34.2 | 16.3 |
| 64 | Liberty Elementary | 10 | 17 | 58.8 | 17 | 30 | 56.7 | 23 | 25 | 92.0 | 33.2 | 35.3 |
| 28 | William Pinderhughes Elementa | 2 | 11 | 18.2 | 6 | 14 | 42.9 | 4 | 8 | 50.0 | 31.8 | 7.1 |
| 237 | Highlandtown Elementary #0237 | 6 | 14 | 42.9 | 6 | 8 | 75.0 | 17 | 23 | 73.9 | 31.1 | -1.1 |
| 323 | The Crossroads School | 4 | 15 | 26.7 | 7 | 16 | 43.8 | 8 | 14 | 57.1 | 30.5 | 13.4 |
| 201 | Dickey Hill Elementary/Middle | 8 | 30 | 26.7 | 12 | 30 | 40.0 | 16 | 28 | 57.1 | 30.5 | 17.1 |

Special Education Student Gains on Maryland State Assessment in Reading, 2006 -2008 (by school)

| School | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 229 | Holabird Elementary | 7 | 15 | 46.7 | 4 | 9 | 44.4 | 10 | 13 | 76.9 | 30.3 | 32.5 |
| 45 | Federal Hill Preparatory | 7 | 20 | 35.0 | 17 | 25 | 68.0 | 15 | 23 | 65.2 | 30.2 | -2.8 |
| 27 | Commodore John Rogers Eleme | 5 | 22 | 22.7 | 11 | 35 | 31.4 | 26 | 50 | 52.0 | 29.3 | 20.6 |
| 220 | Morrell Park Elementary/Middle | 11 | 49 | 22.4 | 13 | 53 | 24.5 | 28 | 55 | 50.9 | 28.5 | 26.4 |
| 164 | Arundel Elementary/Middle | 1 | 38 | 2.6 | 7 | 31 | 22.6 | 8 | 26 | 30.8 | 28.1 | 8.2 |
| 203 | Maree Garnett Farring Elementa | 11 | 26 | 42.3 | 10 | 25 | 40.0 | 21 | 30 | 70.0 | 27.7 | 30.0 |
| 145 | Alexander Hamilton Elementary | 6 | 23 | 26.1 | 8 | 18 | 44.4 | 9 | 17 | 52.9 | 26.9 | 8.5 |
| 124 | Bay-Brook Elementary | 12 | 20 | 60.0 | 26 | 32 | 81.3 | 32 | 37 | 86.5 | 26.5 | 5.2 |
| 251 | Callaway Elementary | 9 | 24 | 37.5 | 10 | 21 | 47.6 | 12 | 19 | 63.2 | 25.7 | 15.5 |
| 13 | Tench Tilghman Elementary | 5 | 14 | 35.7 | 1 | 14 | 7.1 | 14 | 23 | 60.9 | 25.2 | 53.7 |
| 314 | Sharp-Leadenhall Elementary | 14 | 45 | 31.1 | 18 | 39 | 46.2 | 25 | 45 | 55.6 | 24.4 | 9.4 |
| 97 | Collington Square Elementary | 0 | 37 | 0.0 | 4 | 38 | 10.5 | 9 | 37 | 24.3 | 24.3 | 13.8 |
| 63 | Rosemont Elementary/Middle | 9 | 23 | 39.1 | 11 | 29 | 37.9 | 27 | 43 | 62.8 | 23.7 | 24.9 |
| 225 | Westport Academy | 6 | 61 | 9.8 | 9 | 45 | 20.0 | 13 | 39 | 33.3 | 23.5 | 13.3 |
| 217 | Belmont Elementary | 13 | 37 | 35.1 | 9 | 37 | 24.3 | 22 | 38 | 57.9 | 22.8 | 33.6 |
| 236 | Hamilton Elementary/Middle | 43 | 92 | 46.7 | 40 | 77 | 51.9 | 69 | 100 | 69.0 | 22.3 | 17.1 |
| 55 | Hampden Elementary | 10 | 24 | 41.7 | 22 | 32 | 68.8 | 14 | 22 | 63.6 | 22.0 | -5.1 |
| 56 | Robert Poole Middle | 17 | 105 | 16.2 | 12 | 65 | 18.5 | 7 | 19 | 36.8 | 20.7 | 18.4 |
| 53 | Margaret Brent Elementary | 6 | 11 | 54.5 | 5 | 13 | 38.5 | 9 | 12 | 75.0 | 20.5 | 36.5 |
| 221 | Mount Washington Elementary | 12 | 16 | 75.0 | 11 | 14 | 78.6 | 21 | 22 | 95.5 | 20.5 | 16.9 |
| 84 | Thomas Johnson Elementary | 13 | 23 | 56.5 | 17 | 22 | 77.3 | 23 | 30 | 76.7 | 20.1 | -0.6 |
| 160 | Dr. Carter Godwin Woodson Pre | 4 | 33 | 12.1 | 4 | 21 | 19.0 | 10 | 31 | 32.3 | 20.1 | 13.2 |
| 206 | Furley Elementary | 3 | 28 | 10.7 | 11 | 23 | 47.8 | 10 | 33 | 30.3 | 19.6 | -17.5 |
| 58 | Dr. Nathan A. Pitts-Ashburton El | 24 | 60 | 40.0 | 20 | 59 | 33.9 | 27 | 46 | 58.7 | 18.7 | 24.8 |
| 231 | Brehms Lane Elementary | 20 | 54 | 37.0 | 36 | 59 | 61.0 | 26 | 47 | 55.3 | 18.3 | -5.7 |
| 245 | Leith Walk Elementary | 26 | 44 | 59.1 | 30 | 46 | 65.2 | 34 | 44 | 77.3 | 18.2 | 12.1 |
| 239 | Benjamin Franklin Jr. Middle | 11 | 92 | 12.0 | 23 | 83 | 27.7 | 28 | 93 | 30.1 | 18.2 | 2.4 |
| 214 | Guilford Elementary/Middle | 8 | 35 | 22.9 | 6 | 31 | 19.4 | 10 | 25 | 40.0 | 17.1 | 20.6 |
| 105 | Moravia Park Primary | 13 | 77 | 16.9 | 23 | 77 | 29.9 | 28 | 83 | 33.7 | 16.9 | 3.9 |
| 49 | Northeast Middle | 9 | 84 | 10.7 | 13 | 81 | 16.0 | 27 | 98 | 27.6 | 16.8 | 11.5 |
| 224 | Grove Park Elementary | 19 | 32 | 59.4 | 16 | 30 | 53.3 | 19 | 25 | 76.0 | 16.6 | 22.7 |
| 213 | Govans Elementary | 17 | 42 | 40.5 | 21 | 36 | 58.3 | 23 | 41 | 56.1 | 15.6 | -2.2 |
| 170 | Thurgood Marshall Middle Schoo | 7 | 137 | 5.1 | 2 | 23 | 8.7 | 1 | 5 | 20.0 | 14.9 | 11.3 |
| 209 | Winston Middle | 13 | 63 | 20.6 | 21 | 71 | 29.6 | 26 | 75 | 34.7 | 14.0 | 5.1 |
| 62 | Edgecombe Circle Elementary | 4 | 15 | 26.7 | 8 | 25 | 32.0 | 13 | 32 | 40.6 | 14.0 | 8.6 |
| 134 | Walter P. Carter Elementary | 9 | 29 | 31.0 | 10 | 23 | 43.5 | 13 | 29 | 44.8 | 13.8 | 1.3 |
| 241 | Fallstaff Elementary | 1 | 10 | 10.0 | 13 | 17 | 76.5 | 4 | 17 | 23.5 | 13.5 | -52.9 |

Special Education Student Gains on Maryland State Assessment in Reading, 2006-2008 (by school)

| ID | School | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Eutaw-Marshburn Elementary | 9 | 32 | 28.1 | 8 | 28 | 28.6 | 9 | 22 | 40.9 | 12.8 | 12.3 |
| 150 | Bentalou Elementary | 21 | 30 | 70.0 | 13 | 29 | 44.8 | 24 | 29 | 82.8 | 12.8 | 37.9 |
| 76 | Francis Scott Key Elementary/Mi | 24 | 88 | 27.3 | 17 | 65 | 26.2 | 24 | 60 | 40.0 | 12.7 | 13.8 |
| 67 | Edgewood Elementary | 19 | 48 | 39.6 | 18 | 50 | 36.0 | 20 | 39 | 51.3 | 11.7 | 15.3 |
| 234 | Arlington Elementary | 28 | 40 | 70.0 | 23 | 38 | 60.5 | 40 | 49 | 81.6 | 11.6 | 21.1 |
| 46 | Chinquapin Middle | 9 | 95 | 9.5 | 13 | 127 | 10.2 | 24 | 114 | 21.1 | 11.6 | 10.8 |
| 228 | John Ruhrah Elementary | 17 | 45 | 37.8 | 11 | 38 | 28.9 | 30 | 62 | 48.4 | 10.6 | 19.4 |
| 41 | Hamilton Middle | 8 | 122 | 6.6 | 13 | 102 | 12.7 | 10 | 59 | 16.9 | 10.4 | 4.2 |
| 246 | Beechfield Elementary | 13 | 48 | 27.1 | 23 | 61 | 37.7 | 23 | 62 | 37.1 | 10.0 | -0.6 |
| 249 | Medfield Heights Elementary | 17 | 22 | 77.3 | 17 | 20 | 85.0 | 20 | 23 | 87.0 | 9.7 | 2.0 |
| 8 | City Springs Elementary | 1 | 16 | 6.3 | 2 | 16 | 12.5 | 5 | 32 | 15.6 | 9.4 | 3.1 |
| 210 | Hazelwood Elementary/Middle | 6 | 66 | 9.1 | 11 | 61 | 18.0 | 12 | 65 | 18.5 | 9.4 | 0.4 |
| 22 | George Washington Elementary | 10 | 11 | 90.9 | 10 | 12 | 83.3 | 12 | 12 | 100.0 | 9.1 | 16.7 |
| 4 | Steuart Hill Elementary/Middle | 13 | 53 | 24.5 | 16 | 53 | 30.2 | 20 | 60 | 33.3 | 8.8 | 3.1 |
| 75 | Calverton Elementary/Middle | 14 | 166 | 8.4 | 19 | 140 | 13.6 | 26 | 151 | 17.2 | 8.8 | 3.6 |
| 215 | Highlandtown Elementary #215 | 3 | 18 | 16.7 | 4 | 26 | 15.4 | 7 | 28 | 25.0 | 8.3 | 9.6 |
| 205 | Woodhome Elementary/Middle | 25 | 65 | 38.5 | 33 | 68 | 48.5 | 28 | 60 | 46.7 | 8.2 | -1.9 |
| 51 | Waverly Elementary | 28 | 79 | 35.4 | 17 | 62 | 27.4 | 26 | 60 | 43.3 | 7.9 | 15.9 |
| 372 | Woodbourne Day School | 9 | 58 | 15.5 | 13 | 74 | 17.6 | 12 | 53 | 22.6 | 7.1 | 5.1 |
| 122 | The Historic Samuel Coleridge-T | 7 | 20 | 35.0 | 16 | 24 | 66.7 | 15 | 36 | 41.7 | 6.7 | -25.0 |
| 73 | Sarah M. Roach Elementary | 7 | 31 | 22.6 | 6 | 23 | 26.1 | 7 | 24 | 29.2 | 6.6 | 3.1 |
| 211 | Gardenville Elementary | 17 | 24 | 70.8 | 30 | 35 | 85.7 | 34 | 44 | 77.3 | 6.4 | -8.4 |
| 89 | Rognel Heights Elementary/Mid | 14 | 44 | 31.8 | 18 | 46 | 39.1 | 16 | 42 | 38.1 | 6.3 | -1.0 |
| 240 | Graceland Park/O'Donnell Heigh | 5 | 14 | 35.7 | 9 | 24 | 37.5 | 13 | 31 | 41.9 | 6.2 | 4.4 |
| 79 | William H. Lemmel Middle | 9 | 144 | 6.3 | 6 | 116 | 5.2 | 14 | 117 | 12.0 | 5.7 | 6.8 |
| 142 | Robert W. Coleman Elementary | 5 | 19 | 26.3 | 3 | 19 | 15.8 | 7 | 22 | 31.8 | 5.5 | 16.0 |
| 230 | Canton Middle | 6 | 70 | 8.6 | 7 | 91 | 7.7 | 7 | 50 | 14.0 | 5.4 | 6.3 |
| 57 | Lombard Middle | 2 | 88 | 2.3 | 6 | 58 | 10.3 | 3 | 40 | 7.5 | 5.2 | -2.8 |
| 235 | Glenmount Elementary/Middle | 29 | 83 | 34.9 | 20 | 64 | 31.3 | 29 | 73 | 39.7 | 4.8 | 8.5 |
| 82 | Dr. Roland N. Patterson Sr. Aca | 13 | 121 | 10.7 | 4 | 54 | 7.4 | 8 | 54 | 14.8 | 4.1 | 7.4 |
| 242 | Northwood Elementary | 16 | 42 | 38.1 | 15 | 31 | 48.4 | 16 | 38 | 42.1 | 4.0 | -6.3 |
| 66 | Mount Royal Elementary/Middle | 22 | 59 | 37.3 | 24 | 57 | 42.1 | 27 | 66 | 40.9 | 3.6 | -1.2 |
| 80 | West Baltimore Middle | 19 | 189 | 10.1 | 9 | 148 | 6.1 | 16 | 119 | 13.4 | 3.4 | 7.4 |
| 42 | Garrison Middle | 7 | 116 | 6.0 | 19 | 120 | 15.8 | 10 | 108 | 9.3 | 3.2 | -6.6 |
| 226 | Violetville Elementary/Middle | 4 | 30 | 13.3 | 4 | 27 | 14.8 | 5 | 31 | 16.1 | 2.8 | 1.3 |
| 326 | City Neighbors Charter School | 5 | 8 | 62.5 | 8 | 12 | 66.7 | 13 | 20 | 65.0 | 2.5 | -1.7 |
| 324 | KIPP Ujima Village Academy | 6 | 13 | 46.2 | 8 | 21 | 38.1 | 16 | 33 | 48.5 | 2.3 | 10.4 |

Special Education Student Gains on Maryland State Assessment in Reading, 2006-2008 (by school)

| # | School | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 159 | Cherry Hill Elementary/Middle | 6 | 26 | 23.1 | 5 | 24 | 20.8 | 7 | 28 | 25.0 | 1.9 | 4.2 |
| 130 | Booker T. Washington Middle | 12 | 108 | 11.1 | 12 | 104 | 11.5 | 14 | 110 | 12.7 | 1.6 | 1.2 |
| 233 | Roland Park Elementary/Middle | 24 | 40 | 60.0 | 27 | 43 | 62.8 | 40 | 65 | 61.5 | 1.5 | -1.3 |
| 327 | Patterson Park Public Charter Sc | 4 | 12 | 33.3 | 5 | 24 | 20.8 | 10 | 29 | 34.5 | 1.1 | 13.6 |
| 133 | Paul Laurence Dunbar Middle | 4 | 71 | 5.6 | 6 | 80 | 7.5 | 6 | 91 | 6.6 | 1.0 | -0.9 |
| 157 | George G. Kelson Elementary | 5 | 42 | 11.9 | 3 | 44 | 6.8 | 4 | 33 | 12.1 | 0.2 | 5.3 |
| 413 | Harbor City High School | 0 | 1 | 0.0 | 0 | 1 | 0.0 | 0 | 2 | 0.0 | 0.0 | 0.0 |
| 457 | Laurence G. Paquin Middle/High | 0 | 1 | 0.0 | 0 | 1 | 0.0 | 0 | 2 | 0.0 | 0.0 | 0.0 |
| 884 | Eager Street Academy | 0 | 4 | 0.0 | | | | | 4 | | 0.0 | |
| 163 | Patapsco Elementary/Middle | 3 | 30 | 10.0 | 1 | 25 | 4.0 | 3 | 30 | 10.0 | 0.0 | 6.0 |
| 329 | Inner Harbor East Academy | 3 | 3 | 100.0 | 3 | 5 | 60.0 | 6 | 6 | 100.0 | 0.0 | 40.0 |
| 243 | Armistead Gardens Elementary | 8 | 15 | 53.3 | 6 | 25 | 24.0 | 16 | 30 | 53.3 | 0.0 | 29.3 |
| 50 | Abbottston Elementary | 12 | 12 | 100.0 | 10 | 11 | 90.9 | 10 | 10 | 100.0 | 0.0 | 9.1 |
| 223 | Pimlico Elementary | 28 | 47 | 59.6 | 32 | 61 | 52.5 | 35 | 60 | 58.3 | -1.2 | 5.9 |
| 162 | Diggs-Johnson Middle | 10 | 100 | 10.0 | 6 | 85 | 7.1 | 5 | 60 | 8.3 | -1.7 | 1.3 |
| 78 | Harlem Park Middle | 5 | 81 | 6.2 | | | | 1 | 24 | 4.2 | -2.0 | |
| 47 | Hampstead Hill Academy | 8 | 21 | 38.1 | 1 | 18 | 5.6 | 9 | 26 | 34.6 | -3.5 | 29.1 |
| 207 | Curtis Bay Elementary | 13 | 32 | 40.6 | 15 | 36 | 41.7 | 16 | 44 | 36.4 | -4.3 | -5.3 |
| 81 | North Bend Elementary | 10 | 23 | 43.5 | 7 | 21 | 33.3 | 8 | 21 | 38.1 | -5.4 | 4.8 |
| 250 | Dr. Bernard Harris, Sr. Elementa | 31 | 44 | 70.5 | 14 | 32 | 43.8 | 24 | 37 | 64.9 | -5.6 | 21.1 |
| 39 | Dallas F. Nicholas Sr. Elementar | 21 | 27 | 77.8 | 20 | 25 | 80.0 | 18 | 25 | 72.0 | -5.8 | -8.0 |
| 35 | Harlem Park Elementary | 10 | 21 | 47.6 | 13 | 32 | 40.6 | 11 | 27 | 40.7 | -6.9 | 0.1 |
| 12 | Lakeland Elementary/Middle | 24 | 68 | 35.3 | 16 | 76 | 21.1 | 21 | 79 | 26.6 | -8.7 | 5.5 |
| 247 | Cross Country Elementary | 23 | 37 | 62.2 | 21 | 48 | 43.8 | 31 | 58 | 53.4 | -8.7 | 9.7 |
| 255 | Southeast Middle | 13 | 68 | 19.1 | 10 | 61 | 16.4 | 3 | 31 | 9.7 | -9.4 | -6.7 |
| 254 | Dr. Martin Luther King, Jr. Eleme | 24 | 47 | 51.1 | 25 | 64 | 39.1 | 29 | 71 | 40.8 | -10.2 | 1.8 |
| 138 | Harriet Tubman Elementary | 6 | 16 | 37.5 | 4 | 14 | 28.6 | 3 | 11 | 27.3 | -10.2 | -1.3 |
| 321 | Midtown Academy | 4 | 6 | 66.7 | 4 | 7 | 57.1 | 5 | 9 | 55.6 | -11.1 | -1.6 |
| 25 | Dr. Rayner Browne Elementary | 3 | 11 | 27.3 | 4 | 14 | 28.6 | 2 | 14 | 14.3 | -13.0 | -14.3 |
| 61 | John Eager Howard Elementary | 7 | 11 | 63.6 | 6 | 10 | 60.0 | 4 | 8 | 50.0 | -13.6 | -10.0 |
| 260 | Frederick Elementary | 4 | 21 | 19.0 | 11 | 24 | 45.8 | 1 | 21 | 4.8 | -14.3 | -41.1 |
| 29 | Matthew A. Henson Elementary | 16 | 23 | 69.6 | 14 | 30 | 46.7 | 12 | 22 | 54.5 | -15.0 | 7.9 |
| 15 | Stadium School | 5 | 10 | 50.0 | 3 | 13 | 23.1 | 8 | 23 | 34.8 | -15.2 | 11.7 |
| 204 | Mary E. Rodman Elementary | 13 | 23 | 56.5 | 11 | 28 | 39.3 | 12 | 30 | 40.0 | -16.5 | 0.7 |
| 219 | Yorkwood Elementary | 20 | 31 | 64.5 | 17 | 40 | 42.5 | 16 | 34 | 47.1 | -17.5 | 4.6 |
| 261 | Lockerman Bundy Elementary | 2 | 11 | 18.2 | 2 | 15 | 13.3 | 0 | 7 | 0.0 | -18.2 | -13.3 |
| 34 | Charles Carroll Barrister Elemen | 10 | 18 | 55.6 | 8 | 21 | 38.1 | 5 | 17 | 29.4 | -26.1 | -8.7 |

Special Education Student Gains on Maryland State Assessment in Reading, 2006 -2008 (by school)

| | School | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | Westside Elementary | 16 | 18 | 88.9 | 15 | 20 | 75.0 | 8 | 20 | 40.0 | -48.9 | -35.0 |
| 262 | Empowerment Academy | 1 | 1 | 100.0 | 0 | 1 | 0.0 | 1 | 2 | 50.0 | -50.0 | 50.0 |
| 44 | Montebello Elementary | | | | | | | 31 | 51 | 60.8 | | |
| 107 | Gilmor Elementary | | | | | | | 7 | 37 | 18.9 | | |
| 125 | Furman L. Templeton Elementary | | | | | | | 16 | 43 | 37.2 | | |
| 263 | William C. March Middle | | | | 12 | 46 | 26.1 | 14 | 85 | 16.5 | | -9.6 |
| 313 | Lois T. Murray Elementary | | | | | | | 0 | 1 | | | |
| 328 | Southwest Baltimore Charter School | | | | | | | 0 | 2 | 0.0 | | |
| 330 | Northwood Appold Community Academy | | | | 2 | 2 | 100.0 | 4 | 8 | 50.0 | -50.0 | |
| 331 | MD Academy of Technology and Health Sciences | | | | 4 | 10 | 40.0 | 0 | 7 | 0.0 | -40.0 | |
| 332 | The Green School | | | | | | | 1 | 2 | 50.0 | | |
| 334 | Bluford Drew Jemison MST Academy | | | | | | | 6 | 10 | 60.0 | | |
| 335 | Baltimore International Academy | | | | | | | 1 | 1 | 100.0 | | |
| 488 | Alternative Learning Center | | | | 0 | 7 | 0.0 | 0 | 17 | 0.0 | 0.0 | 0.0 |

# Special Education Student Gains on Maryland State Assessment in Math, 2006-2008 (by school)

| schoolnumber | schoolname | 2005-06 | | | 2006-07 | | | 2007-08 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Math # Prof/Adv | Math # tested | Math Pct Prof/Adv | Math # Prof/Adv | Math # tested | Math Pct Prof/Adv | Math # Prof/Adv | Math # tested | Math Pct Prof/Adv |
| 329 | Inner Harbor East Academy | 0 | 1 | 0.0 | 2 | 5 | 40.0 | 6 | 6 | 100.0 |
| 95 | Franklin Square Elementary | 4 | 26 | 15.4 | 16 | 21 | 76.2 | 31 | 34 | 91.2 |
| 85 | Fort Worthington Elementary | 8 | 44 | 18.2 | 21 | 43 | 48.8 | 26 | 29 | 89.7 |
| 256 | Calvin M. Rodwell Elementary | 3 | 18 | 16.7 | 14 | 18 | 77.8 | 11 | 13 | 84.6 |
| 23 | Wolfe Street Academy | 0 | 9 | 0.0 | 3 | 8 | 37.5 | 6 | 9 | 66.7 |
| 60 | Gwynns Falls Elementary | 11 | 35 | 31.4 | 20 | 38 | 52.6 | 30 | 31 | 96.8 |
| 83 | William Paca Elementary | 7 | 46 | 15.2 | 27 | 55 | 49.1 | 52 | 65 | 80.0 |
| 16 | Johnston Square Elementary | 12 | 44 | 27.3 | 18 | 41 | 43.9 | 49 | 55 | 89.1 |
| 84 | Thomas Johnson Elementary | 6 | 23 | 26.1 | 18 | 22 | 81.8 | 25 | 30 | 83.3 |
| 54 | Barclay Elementary/Middle | 10 | 53 | 18.9 | 33 | 52 | 63.5 | 39 | 53 | 73.6 |
| 31 | Coldstream Park Elementary | 4 | 19 | 21.1 | 0 | 24 | 0.0 | 12 | 16 | 75.0 |
| 28 | William Pinderhughes Elementary | 0 | 11 | 0.0 | 9 | 14 | 64.3 | 4 | 8 | 50.0 |
| 220 | Morrell Park Elementary/Middle | 5 | 49 | 10.2 | 18 | 52 | 34.6 | 33 | 55 | 60.0 |
| 88 | Lyndhurst Elementary | 12 | 28 | 42.9 | 20 | 28 | 71.4 | 19 | 21 | 90.5 |
| 314 | Sharp-Leadenhall Elementary | 4 | 44 | 9.1 | 16 | 40 | 40.0 | 25 | 45 | 55.6 |
| 45 | Federal Hill Preparatory | 5 | 20 | 25.0 | 17 | 25 | 68.0 | 16 | 23 | 69.6 |
| 145 | Alexander Hamilton Elementary | 2 | 23 | 8.7 | 1 | 17 | 5.9 | 9 | 17 | 52.9 |
| 229 | Holabird Elementary | 5 | 15 | 33.3 | 6 | 9 | 66.7 | 10 | 13 | 76.9 |
| 212 | Garrett Heights Elementary | 7 | 33 | 21.2 | 27 | 35 | 77.1 | 24 | 39 | 61.5 |
| 10 | James McHenry Elementary | 4 | 29 | 13.8 | 10 | 25 | 40.0 | 16 | 30 | 53.3 |
| 63 | Rosemont Elementary/Middle | 2 | 23 | 8.7 | 7 | 29 | 24.1 | 20 | 43 | 46.5 |
| 7 | Cecil Elementary | 16 | 25 | 64.0 | 14 | 18 | 77.8 | 11 | 11 | 100.0 |
| 248 | Sinclair Lane Elementary | 2 | 31 | 6.5 | 1 | 22 | 4.5 | 8 | 19 | 42.1 |
| 134 | Walter P. Carter Elementary | 4 | 29 | 13.8 | 12 | 23 | 52.2 | 14 | 29 | 48.3 |
| 37 | Harford Heights Intermediate | 12 | 47 | 25.5 | 24 | 61 | 39.3 | 38 | 65 | 58.5 |
| 47 | Hampstead Hill Academy | 2 | 21 | 9.5 | 1 | 18 | 5.6 | 11 | 26 | 42.3 |
| 21 | Hilton Elementary | 7 | 17 | 41.2 | 5 | 17 | 29.4 | 14 | 19 | 73.7 |
| 144 | James Mosher Elementary | 13 | 23 | 56.5 | 11 | 15 | 73.3 | 13 | 15 | 86.7 |
| 138 | Harriet Tubman Elementary | 7 | 16 | 43.8 | 8 | 14 | 57.1 | 8 | 11 | 72.7 |
| 231 | Brehms Lane Elementary | 11 | 54 | 20.4 | 29 | 59 | 49.2 | 23 | 47 | 48.9 |
| 58 | Dr. Nathan A. Pitts-Ashburton Eleme | 9 | 59 | 15.3 | 7 | 59 | 11.9 | 20 | 46 | 43.5 |
| 203 | Maree Garnett Farring Elementary | 11 | 26 | 42.3 | 11 | 25 | 44.0 | 21 | 30 | 70.0 |
| 4 | Steuart Hill Elementary/Middle | 3 | 53 | 5.7 | 11 | 53 | 20.8 | 20 | 60 | 33.3 |
| 228 | John Ruhrah Elementary | 13 | 45 | 28.9 | 17 | 38 | 44.7 | 34 | 62 | 54.8 |
| 246 | Beechfield Elementary | 4 | 48 | 8.3 | 19 | 61 | 31.1 | 20 | 62 | 32.3 |
| 323 | The Crossroads School | 3 | 15 | 20.0 | 5 | 16 | 31.3 | 6 | 14 | 42.9 |
| 225 | Westport Academy | 8 | 61 | 13.1 | 9 | 45 | 20.0 | 14 | 39 | 35.9 |
| 236 | Hamilton Elementary/Middle | 27 | 92 | 29.3 | 27 | 77 | 35.1 | 52 | 100 | 52.0 |
| 213 | Govans Elementary | 9 | 41 | 22.0 | 10 | 37 | 27.0 | 18 | 41 | 43.9 |
| 247 | Cross Country Elementary | 10 | 37 | 27.0 | 21 | 48 | 43.8 | 28 | 58 | 48.3 |
| 159 | Cherry Hill Elementary/Middle | 1 | 26 | 3.8 | 3 | 24 | 12.5 | 7 | 28 | 25.0 |
| 98 | Samuel F. B. Morse Elementary | 8 | 32 | 25.0 | 8 | 29 | 27.6 | 12 | 26 | 46.2 |
| 233 | Roland Park Elementary/Middle | 12 | 40 | 30.0 | 15 | 43 | 34.9 | 33 | 65 | 50.8 |
| 160 | Dr. Carter Godwin Woodson Prek th | 3 | 33 | 9.1 | 4 | 21 | 19.0 | 9 | 31 | 29.0 |
| 27 | Commodore John Rogers Elementa | 1 | 22 | 4.5 | 9 | 35 | 25.7 | 12 | 50 | 24.0 |
| 62 | Edgecombe Circle Elementary | 1 | 15 | 6.7 | 2 | 25 | 8.0 | 8 | 32 | 25.0 |
| 251 | Callaway Elementary | 7 | 24 | 29.2 | 6 | 21 | 28.6 | 9 | 19 | 47.4 |

## Special Education Student Gains on Maryland State Assessment in Math, 2006-2008 (by school)

| ID | School | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 224 | Grove Park Elementary | 20 | 32 | 62.5 | 20 | 30 | 66.7 | 20 | 25 | 80.0 |
| 73 | Sarah M. Roach Elementary | 5 | 31 | 16.1 | 6 | 23 | 26.1 | 8 | 24 | 33.3 |
| 78 | Harlem Park Middle | 0 | 81 | 0.0 | | | | 4 | 24 | 16.7 |
| 50 | Abbottston Elementary | 10 | 12 | 83.3 | 9 | 11 | 81.8 | 10 | 10 | 100.0 |
| 11 | Eutaw-Marshburn Elementary | 5 | 32 | 15.6 | 10 | 28 | 35.7 | 7 | 22 | 31.8 |
| 201 | Dickey Hill Elementary/Middle | 7 | 30 | 23.3 | 6 | 30 | 20.0 | 11 | 28 | 39.3 |
| 221 | Mount Washington Elementary | 12 | 16 | 75.0 | 13 | 14 | 92.9 | 20 | 22 | 90.9 |
| 245 | Leith Walk Elementary | 17 | 44 | 38.6 | 26 | 46 | 56.5 | 24 | 44 | 54.5 |
| 211 | Gardenville Elementary | 18 | 24 | 75.0 | 27 | 35 | 77.1 | 40 | 44 | 90.9 |
| 64 | Liberty Elementary | 9 | 18 | 50.0 | 12 | 30 | 40.0 | 17 | 26 | 65.4 |
| 56 | Robert Poole Middle | 6 | 105 | 5.7 | 4 | 66 | 6.1 | 4 | 19 | 21.1 |
| 49 | Northeast Middle | 2 | 84 | 2.4 | 5 | 85 | 5.9 | 17 | 97 | 17.5 |
| 210 | Hazelwood Elementary/Middle | 3 | 66 | 4.5 | 9 | 60 | 15.0 | 12 | 65 | 18.5 |
| 105 | Moravia Park Primary | 5 | 76 | 6.6 | 12 | 76 | 15.8 | 17 | 83 | 20.5 |
| 67 | Edgewood Elementary | 12 | 48 | 25.0 | 16 | 50 | 32.0 | 15 | 39 | 38.5 |
| 326 | City Neighbors Charter School | 1 | 8 | 12.5 | 6 | 12 | 50.0 | 5 | 20 | 25.0 |
| 61 | John Eager Howard Elementary | 3 | 12 | 25.0 | 3 | 10 | 30.0 | 3 | 8 | 37.5 |
| 24 | Westside Elementary | 6 | 18 | 33.3 | 11 | 20 | 55.0 | 9 | 20 | 45.0 |
| 164 | Arundel Elementary/Middle | 0 | 39 | 0.0 | 4 | 31 | 12.9 | 3 | 26 | 11.5 |
| 29 | Matthew A. Henson Elementary | 12 | 23 | 52.2 | 14 | 30 | 46.7 | 14 | 22 | 63.6 |
| 87 | Windsor Hills Elementary | 6 | 18 | 33.3 | 6 | 13 | 46.2 | 7 | 16 | 43.8 |
| 209 | Winston Middle | 2 | 62 | 3.2 | 11 | 69 | 15.9 | 10 | 75 | 13.3 |
| 130 | Booker T. Washington Middle | 0 | 110 | 0.0 | 4 | 105 | 3.8 | 11 | 110 | 10.0 |
| 217 | Belmont Elementary | 10 | 37 | 27.0 | 10 | 37 | 27.0 | 14 | 38 | 36.8 |
| 249 | Medfield Heights Elementary | 17 | 22 | 77.3 | 17 | 20 | 85.0 | 20 | 23 | 87.0 |
| 22 | George Washington Elementary | 10 | 11 | 90.9 | 11 | 12 | 91.7 | 12 | 12 | 100.0 |
| 157 | George G. Kelson Elementary | 0 | 42 | 0.0 | 1 | 42 | 2.4 | 3 | 33 | 9.1 |
| 325 | ConneXions Community Leadership | 0 | 13 | 0.0 | 0 | 12 | 0.0 | 2 | 23 | 8.7 |
| 97 | Collington Square Elementary | 1 | 37 | 2.7 | 1 | 38 | 2.6 | 4 | 37 | 10.8 |
| 242 | Northwood Elementary | 11 | 42 | 26.2 | 9 | 31 | 29.0 | 13 | 38 | 34.2 |
| 214 | Guilford Elementary/Middle | 7 | 35 | 20.0 | 7 | 32 | 21.9 | 7 | 25 | 28.0 |
| 5 | Langston Hughes Elementary | 6 | 11 | 54.5 | 3 | 6 | 50.0 | 5 | 8 | 62.5 |
| 232 | Thomas Jefferson Elementary | 4 | 15 | 26.7 | 7 | 21 | 33.3 | 11 | 32 | 34.4 |
| 240 | Graceland Park/O'Donnell Heights E | 6 | 14 | 42.9 | 12 | 24 | 50.0 | 15 | 30 | 50.0 |
| 82 | Dr. Roland N. Patterson Sr. Academy | 3 | 125 | 2.4 | 2 | 52 | 3.8 | 5 | 55 | 9.1 |
| 205 | Woodhome Elementary/Middle | 21 | 65 | 32.3 | 24 | 68 | 35.3 | 23 | 60 | 38.3 |
| 226 | Violetville Elementary/Middle | 5 | 30 | 16.7 | 6 | 27 | 22.2 | 7 | 31 | 22.6 |
| 321 | Midtown Academy | 3 | 6 | 50.0 | 3 | 7 | 42.9 | 5 | 9 | 55.6 |
| 327 | Patterson Park Public Charter School | 1 | 12 | 8.3 | 6 | 24 | 25.0 | 4 | 29 | 13.8 |
| 124 | Bay-Brook Elementary | 13 | 20 | 65.0 | 16 | 32 | 50.0 | 26 | 37 | 70.3 |
| 57 | Lombard Middle | 2 | 87 | 2.3 | 1 | 57 | 1.8 | 3 | 40 | 7.5 |
| 219 | Yorkwood Elementary | 13 | 31 | 41.9 | 17 | 40 | 42.5 | 16 | 34 | 47.1 |
| 66 | Mount Royal Elementary/Middle | 16 | 59 | 27.1 | 21 | 56 | 37.5 | 21 | 66 | 31.8 |
| 207 | Curtis Bay Elementary | 8 | 32 | 25.0 | 17 | 37 | 45.9 | 13 | 44 | 29.5 |
| 163 | Patapsco Elementary/Middle | 2 | 32 | 6.3 | 4 | 28 | 14.3 | 3 | 30 | 10.0 |
| 75 | Calverton Elementary/Middle | 2 | 165 | 1.2 | 5 | 141 | 3.5 | 7 | 153 | 4.6 |
| 243 | Armistead Gardens Elementary | 9 | 15 | 60.0 | 5 | 25 | 20.0 | 19 | 30 | 63.3 |
| 215 | Highlandtown Elementary #215 | 2 | 18 | 11.1 | 4 | 26 | 15.4 | 4 | 28 | 14.3 |
| 42 | Garrison Middle | 2 | 116 | 1.7 | 9 | 119 | 7.6 | 5 | 109 | 4.6 |
| 41 | Hamilton Middle | 3 | 121 | 2.5 | 9 | 102 | 8.8 | 3 | 59 | 5.1 |
| 76 | Francis Scott Key Elementary/Middle | 17 | 89 | 19.1 | 4 | 65 | 6.2 | 13 | 61 | 21.3 |
| 239 | Benjamin Franklin Jr. Middle | 3 | 90 | 3.3 | 7 | 83 | 8.4 | 5 | 94 | 5.3 |
| 254 | Dr. Martin Luther King, Jr. Elementary | 9 | 47 | 19.1 | 14 | 65 | 21.5 | 15 | 71 | 21.1 |
| 162 | Diggs-Johnson Middle | 2 | 102 | 2.0 | 3 | 84 | 3.6 | 2 | 60 | 3.3 |
| 234 | Arlington Elementary | 25 | 40 | 62.5 | 21 | 38 | 55.3 | 31 | 49 | 63.3 |

# Special Education Student Gains on Maryland State Assessment in Math, 2006-2008 (by school)

| Code | School | 2006 # | 2006 N | 2006 % | 2007 # | 2007 N | 2007 % | 2008 # | 2008 N | 2008 % |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Chinquapin Middle | 3 | 95 | 3.2 | 6 | 120 | 5.0 | 4 | 114 | 3.5 |
| 230 | Canton Middle | 0 | 68 | 0.0 | 1 | 89 | 1.1 | 0 | 50 | 0.0 |
| 262 | Empowerment Academy | 0 | 1 | 0.0 | 1 | 1 | 100.0 | 0 | 2 | 0.0 |
| 413 | Harbor City High School | 0 | 1 | 0.0 | 0 | 1 | 0.0 | 0 | 2 | 0.0 |
| 884 | Eager Street Academy | 0 | 5 | 0.0 | | | | | 4 | |
| 260 | Frederick Elementary | 3 | 21 | 14.3 | 3 | 24 | 12.5 | 3 | 21 | 14.3 |
| 133 | Paul Laurence Dunbar Middle | 1 | 72 | 1.4 | 2 | 81 | 2.5 | 1 | 92 | 1.1 |
| 79 | William H. Lemmel Middle | 3 | 146 | 2.1 | 5 | 115 | 4.3 | 2 | 117 | 1.7 |
| 255 | Southeast Middle | 5 | 70 | 7.1 | 9 | 59 | 15.3 | 2 | 30 | 6.7 |
| 80 | West Baltimore Middle | 4 | 185 | 2.2 | 1 | 145 | 0.7 | 2 | 119 | 1.7 |
| 170 | Thurgood Marshall Middle School | 1 | 138 | 0.7 | 0 | 22 | 0.0 | 0 | 5 | 0.0 |
| 235 | Glenmount Elementary/Middle | 11 | 83 | 13.3 | 7 | 64 | 10.9 | 9 | 73 | 12.3 |
| 55 | Hampden Elementary | 8 | 24 | 33.3 | 15 | 32 | 46.9 | 7 | 22 | 31.8 |
| 35 | Harlem Park Elementary | 5 | 21 | 23.8 | 7 | 32 | 21.9 | 6 | 27 | 22.2 |
| 122 | The Historic Samuel Coleridge-Taylor | 4 | 19 | 21.1 | 11 | 24 | 45.8 | 7 | 36 | 19.4 |
| 250 | Dr. Bernard Harris, Sr. Elementary | 27 | 44 | 61.4 | 11 | 33 | 33.3 | 22 | 37 | 59.5 |
| 15 | Stadium School | 2 | 10 | 20.0 | 0 | 13 | 0.0 | 4 | 23 | 17.4 |
| 206 | Furley Elementary | 4 | 27 | 14.8 | 5 | 23 | 21.7 | 4 | 33 | 12.1 |
| 241 | Fallstaff Elementary | 5 | 10 | 50.0 | 13 | 17 | 76.5 | 8 | 17 | 47.1 |
| 8 | City Springs Elementary | 2 | 16 | 12.5 | 0 | 16 | 0.0 | 3 | 32 | 9.4 |
| 53 | Margaret Brent Elementary | 5 | 11 | 45.5 | 7 | 13 | 53.8 | 5 | 12 | 41.7 |
| 13 | Tench Tilghman Elementary | 5 | 14 | 35.7 | 4 | 14 | 28.6 | 7 | 23 | 30.4 |
| 204 | Mary E. Rodman Elementary | 6 | 23 | 26.1 | 10 | 27 | 37.0 | 6 | 29 | 20.7 |
| 142 | Robert W. Coleman Elementary | 3 | 20 | 15.0 | 6 | 18 | 33.3 | 2 | 22 | 9.1 |
| 372 | Woodbourne Day School | 8 | 56 | 14.3 | 4 | 69 | 5.8 | 4 | 54 | 7.4 |
| 81 | North Bend Elementary | 5 | 23 | 21.7 | 1 | 21 | 4.8 | 3 | 21 | 14.3 |
| 237 | Highlandtown Elementary #0237 | 9 | 14 | 64.3 | 6 | 8 | 75.0 | 13 | 23 | 56.5 |
| 150 | Bentalou Elementary | 21 | 30 | 70.0 | 15 | 29 | 51.7 | 18 | 29 | 62.1 |
| 261 | Lockerman Bundy Elementary | 1 | 11 | 9.1 | 3 | 14 | 21.4 | 0 | 7 | 0.0 |
| 51 | Waverly Elementary | 23 | 79 | 29.1 | 12 | 62 | 19.4 | 12 | 60 | 20.0 |
| 34 | Charles Carroll Barrister Elementary | 8 | 18 | 44.4 | 6 | 21 | 28.6 | 6 | 17 | 35.3 |
| 39 | Dallas F. Nicholas Sr. Elementary | 21 | 27 | 77.8 | 16 | 25 | 64.0 | 17 | 25 | 68.0 |
| 12 | Lakeland Elementary/Middle | 17 | 68 | 25.0 | 8 | 76 | 10.5 | 12 | 79 | 15.2 |
| 89 | Rognel Heights Elementary/Middle | 16 | 43 | 37.2 | 13 | 47 | 27.7 | 11 | 42 | 26.2 |
| 223 | Pimlico Elementary | 23 | 45 | 51.1 | 31 | 62 | 50.0 | 24 | 60 | 40.0 |
| 25 | Dr. Rayner Browne Elementary | 3 | 11 | 27.3 | 4 | 14 | 28.6 | 2 | 14 | 14.3 |
| 322 | New Song Academy | 3 | 4 | 75.0 | 3 | 6 | 50.0 | 3 | 6 | 50.0 |
| 324 | KIPP Ujima Village Academy | 10 | 13 | 76.9 | 11 | 21 | 52.4 | 14 | 33 | 42.4 |
| 44 | Montebello Elementary | | | | | | | 29 | 51 | 56.9 |
| 107 | Gilmor Elementary | | | | | | | 7 | 37 | 18.9 |
| 125 | Furman L. Templeton Elementary | | | | | | | 14 | 43 | 32.6 |
| 263 | William C. March Middle | | | | 5 | 46 | 10.9 | 5 | 85 | 5.9 |
| 313 | Lois T. Murray Elementary | | | | | | | | 1 | |
| 328 | Southwest Baltimore Charter School | | | | | | | 0 | 2 | 0.0 |
| 330 | Northwood Appold Community Academy | | | | 1 | 2 | 50.0 | 5 | 8 | 62.5 |
| 331 | MD Academy of Technology and Health Sciences | | | | 3 | 10 | 30.0 | 1 | 7 | 14.3 |
| 332 | The Green School | | | | | | | 1 | 2 | 50.0 |
| 334 | Bluford Drew Jemison MST Academy | | | | | | | 4 | 10 | 40.0 |
| 335 | Baltimore International Academy | | | | | | | 1 | 1 | 100.0 |
| 457 | Laurence G. Paquin Middle/High | | | | 0 | 1 | 0.0 | 0 | 2 | 0.0 |
| 488 | Alternative Learning Center | | | | 0 | 7 | 0.0 | 0 | 18 | 0.0 |

**Special Education Student Gains on Maryland State Assessment in Math, 2006-2008 (by school)**

| Math 2 Yr Gain | Math 1 Yr Gain |
|---|---|
| 100.0 | 60.0 |
| 75.8 | 15.0 |
| 71.5 | 40.8 |
| 67.9 | 6.8 |
| 66.7 | 29.2 |
| 65.3 | 44.1 |
| 64.8 | 30.9 |
| 61.8 | 45.2 |
| 57.2 | 1.5 |
| 54.7 | 10.1 |
| 53.9 | 75.0 |
| 50.0 | -14.3 |
| 49.8 | 25.4 |
| 47.6 | 19.0 |
| 46.5 | 15.6 |
| 44.6 | 1.6 |
| 44.2 | 47.1 |
| 43.6 | 10.3 |
| 40.3 | -15.6 |
| 39.5 | 13.3 |
| 37.8 | 22.4 |
| 36.0 | 22.2 |
| 35.7 | 37.6 |
| 34.5 | -3.9 |
| 32.9 | 19.1 |
| 32.8 | 36.8 |
| 32.5 | 44.3 |
| 30.1 | 13.3 |
| 29.0 | 15.6 |
| 28.6 | -0.2 |
| 28.2 | 31.6 |
| 27.7 | 26.0 |
| 27.7 | 12.6 |
| 25.9 | 10.1 |
| 23.9 | 1.1 |
| 22.9 | 11.6 |
| 22.8 | 15.9 |
| 22.7 | 16.9 |
| 22.0 | 16.9 |
| 21.2 | 4.5 |
| 21.2 | 12.5 |
| 21.2 | 18.6 |
| 20.8 | 15.9 |
| 19.9 | 10.0 |
| 19.5 | -1.7 |
| 18.3 | 17.0 |
| 18.2 | 18.8 |

# Special Education Student Gains on Maryland State Assessment in Math, 2006-2008 (by school)

| | |
|---:|---:|
| 17.5 | 13.3 |
| 17.2 | 7.2 |
| 16.7 | |
| 16.7 | 18.2 |
| 16.2 | -3.9 |
| 16.0 | 19.3 |
| 15.9 | -1.9 |
| 15.9 | -2.0 |
| 15.9 | 13.8 |
| 15.4 | 25.4 |
| 15.3 | 15.0 |
| 15.1 | 11.6 |
| 13.9 | 3.5 |
| 13.9 | 4.7 |
| 13.5 | 6.5 |
| 12.5 | -25.0 |
| 12.5 | 7.5 |
| 11.7 | -10.0 |
| 11.5 | -1.4 |
| 11.5 | 17.0 |
| 10.4 | -2.4 |
| 10.1 | -2.6 |
| 10.0 | 6.2 |
| 9.8 | 9.8 |
| 9.7 | 2.0 |
| 9.1 | 8.3 |
| 9.1 | 6.7 |
| 8.7 | 8.7 |
| 8.1 | 8.2 |
| 8.0 | 5.2 |
| 8.0 | 6.1 |
| 8.0 | 12.5 |
| 7.7 | 1.0 |
| 7.1 | 0.0 |
| 6.7 | 5.2 |
| 6.0 | 3.0 |
| 5.9 | 0.4 |
| 5.6 | 12.7 |
| 5.5 | -11.2 |
| 5.3 | 20.3 |
| 5.2 | 5.7 |
| 5.1 | 4.6 |
| 4.7 | -5.7 |
| 4.5 | -16.4 |
| 3.8 | -4.3 |
| 3.4 | 1.0 |
| 3.3 | 43.3 |
| 3.2 | -1.1 |
| 2.9 | -3.0 |
| 2.6 | -3.7 |
| 2.2 | 15.2 |
| 2.0 | -3.1 |
| 2.0 | -0.4 |
| 1.4 | -0.2 |
| 0.8 | 8.0 |

# Special Education Student Gains on Maryland State Assessment in Math, 2006-2008 (by school)

| | |
|---:|---:|
| 0.4 | -1.5 |
| 0.0 | -1.1 |
| 0.0 | -100.0 |
| 0.0 | 0.0 |
| 0.0 | |
| 0.0 | 1.8 |
| -0.3 | -1.4 |
| -0.3 | -2.6 |
| -0.5 | -8.6 |
| -0.5 | 1.0 |
| -0.7 | 0.0 |
| -0.9 | 1.4 |
| -1.5 | -15.1 |
| -1.6 | 0.3 |
| -1.6 | -26.4 |
| -1.9 | 26.1 |
| -2.6 | 17.4 |
| -2.7 | -9.6 |
| -2.9 | -29.4 |
| -3.1 | 9.4 |
| -3.8 | -12.2 |
| -5.3 | 1.9 |
| -5.4 | -16.3 |
| -5.9 | -24.2 |
| -6.9 | 1.6 |
| -7.5 | 9.5 |
| -7.8 | -18.5 |
| -7.9 | 10.3 |
| -9.1 | -21.4 |
| -9.1 | 0.6 |
| -9.2 | 6.7 |
| -9.8 | 4.0 |
| -9.8 | 4.7 |
| -11.0 | -1.5 |
| -11.1 | -10.0 |
| -13.0 | -14.3 |
| -25.0 | 0.0 |
| -34.5 | -10.0 |
| | |
| | |
| | -5.0 |
| | |
| | 12.5 |
| | -15.7 |
| | |
| | |
| | 0.0 |
| | 0.0 |