Baltimore City Public School System
Maryland School Assessment

Reading
LRE Status

2006
2007
2008
Percent Proficient or Advanced
60
50
40
30
20
10
0
31.3
38.4
48.4
20.2
27.6
40.0
19.9
24.0
33.4
23.3
27.0
39.6

LRE A
(2008 N=2660)
(2007 N=2643)
(2006 N=2665)
LRE B
(2008 N=855)
(2007 N=971)
(2006 N=1037)
LRE C
(2008 N=1583)
(2007 N=1707)
(2006 N=1889)
LRE F
(2008 N=91)
(2007 N=115)
(2006 N=103)

# Baltimore City Public School System

## Maryland School Assessment

## Mathematics

### LRE Status

2006
2007
2008

21.7
31.7
39.6
LRE A
(2008 N=2652)
(2007 N=2628)
(2006 N=2660)

13.5
23.5
32.4
LRE B
(2008 N=854)
(2007 N=972)
(2006 N=1037)

11.0
16.8
22.5
LRE C
(2008 N=1579)
(2007 N=1709)
(2006 N=1887)
12.0
19.3
36.3
LRE F
(2008 N=80)
(2007 N=109)
(2006 N=100)

Percent Proficient or Advanced
0
10
20
30
40
50
60