Report for Board of School Commissioners

# SAT Results: 2008*

Seventy-nine percent of the Baltimore City School 2008 graduating seniors took the SAT. The average scores increased in Critical Reading, Writing and Total.

August 2008



**Division of Research, Evaluation, Assessment, and Accountability**

BALTIMORE CITY PUBLIC SCHOOLS

*All data presented in this report are indicative of averaged scores for graduating seniors only.*

# 2008 SAT HIGHLIGHTS

- A total of 3,176 (79.0%) students in the Baltimore City Public Schools (City Schools) graduating class of 2008 participated in The College Board's SAT Program, a 9.7% decrease in participation from 2007.

- City Schools' average SAT Critical Reading was 384, a 5-point increase compared to 2007's average.

- City Schools average SAT Mathematics score was 374, a 2-point decrease compared to 2007's average.

- City Schools average SAT Writing score was 387, a 6-point increase compared to 2007's average.

- City Schools Total SAT score (i.e., SAT Verbal + Mathematics + Writing) was 1145, a 9-point increase compared to 2007's average.

- In Critical Reading, Maryland had an average score of 499, a 1-point decline, while the nation maintained an average score of 502. In Mathematics, the Maryland average score was 502, and the national average score was 515. These scores remained the same compared to 2007. In Writing, the Maryland average score was 497, a 1-point increase, and the national average score of 494 remained the same as 2007.

- City Schools' male test takers' 2008 average Critical Reading score was 381, a 3-point increase from 2007. Female test takers' average Critical Reading score was 387, a 6-point increase. City Schools' 2008 average Total score for male test takers was 1139, a 9-point increase from 2007. Female test takers' average Total score was 1153, a 7-point increase compared to 2007.

- All Race/ethnicity test takers had an increase ranging from 4- to 36-points on the Writing test, except for Mexican test takers who had a 23-point decrease. There were declines on the Critical Reading and Mathematics, except for the Asian test takers who had a 4-point increase on the Critical reading.

- Baltimore School for the Arts had the highest average SAT Critical Reading score (522) and highest average Writing score (528). Baltimore Polytechnic Institute had the highest average SAT Mathematics score (535) and Total score (1,546).

- Fifteen schools showed a one-year gain or remained the same on SAT Critical Reading. Augusta Fell Savage had a 41-point gain in SAT Critical Reading. Eleven schools showed a one-year gain or remained the same in SAT Mathematics. Laurence G. Paquin had a 26-point gain in Mathematics. Seventeen schools showed a one-year gain or remained the same in SAT Writing. Augusta Fell Savage had a 38-point gain in Writing.

- Seven schools had increases in the number of test-takers for the SAT during the 2008 school year. There were 16 schools above an 80% participation rate.

## Table 1
### 12th Grade SAT Participation Rates for Baltimore City Public Schools 1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Graduates | 3,915 | 3,937 | 3,742 | 4,365 | 4,529 | 4,337 | 3,979 | 4,146 | 4108 | 4,118 | 4,019* |
| Number of SAT Takers | 1,866 | 1,992 | 1,944 | 2,009 | 2,147 | 2,132 | 2,143 | 2,460 | 3,120 | 3,518 | 3,176 |
| Percent of SAT Takers | 47.6% | 50.5% | 51.9% | 46.0% | 47.4% | 49.2% | 53.9% | 59.3% | 75.6% | 85.4% | 79.0% |

* Source SASI as of August 21, 2008, and includes Summer Learning graduates

## Table 2
### Average 12th Grade SAT Critical Reading, Mathematics, Writing and Total Scores for Baltimore City Public Schools 1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Critical Reading | 415 | 416 | 408 | 405 | 402 | 405 | 403 | 400 | 383 | 379 | 384 |
| Mathematics | 400 | 394 | 396 | 393 | 393 | 396 | 400 | 397 | 376 | 376 | 374 |
| Writing** | | | | | | | | | 389 | 381 | 387 |
| Total | 815 | 810 | 804 | 798 | 795 | 801 | 803 | 797 | 1,148 | 1,136 | 1,145 |

** The administration of Wring test began in March 2005. The first scores report was for the class of 2006

**Table 3**

A Comparison of Baltimore City Public Schools 12th Grade SAT Results to Statewide and National Averages: 1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Critical Reading* | | | | | | | | | | | |
| Baltimore | 415 | 416 | 408 | 405 | 402 | 405 | 403 | 400 | 383 | 379 | 384 |
| Maryland | 506 | 507 | 507 | 508 | 507 | 509 | 511 | 511 | 503 | 500 | 499 |
| National | 505 | 505 | 505 | 506 | 504 | 507 | 508 | 508 | 503 | 502 | 502 |
| *Mathematics* | | | | | | | | | | | |
| Baltimore | 400 | 394 | 396 | 393 | 393 | 396 | 400 | 397 | 376 | 376 | 374 |
| Maryland | 508 | 507 | 509 | 510 | 513 | 515 | 515 | 515 | 509 | 502 | 502 |
| National | 512 | 511 | 514 | 514 | 516 | 519 | 518 | 520 | 518 | 515 | 515 |
| *Writing* | | | | | | | | | | | |
| Baltimore | | | | | | | | | 387 | 381 | 387 |
| Maryland | | | | | | | | | 499 | 496 | 497 |
| National | | | | | | | | | 497 | 494 | 494 |
| *Total Score* | | | | | | | | | | | |
| Baltimore | 815 | 810 | 804 | 798 | 795 | 801 | 803 | 797 | 1,146 | 1,136 | 1,145 |
| Maryland | 1,014 | 1,014 | 1,016 | 1,018 | 1,020 | 1,024 | 1,026 | 1,026 | 1,511 | 1,498 | 1,498 |
| National | 1,017 | 1,016 | 1,019 | 1,020 | 1,020 | 1,026 | 1,026 | 1,028 | 1,518 | 1,511 | 1,511 |
| *Number Taking SAT* | | | | | | | | | | | |
| Baltimore | 1,866 | 1,992 | 1,944 | 2,009 | 2,147 | 2,132 | 2,143 | 2,460 | 3,120 | 3,518 | 3,176 |
| Maryland | 34,244 | 35,819 | 36,871 | 37,698 | 38,813 | 40,726 | 41,624 | 44,458 | 45,231 | 46,558 | 46,928 |
| National | 1,172,779 | 1,220,130 | 1,260,278 | 1,276,320 | 1,327,831 | 1,406,324 | 1,419,007 | 1,475,623 | 1,465,744 | 1,494,531 | 1,518,859 |

# Table 4

Baltimore City Public Schools
12th Grade SAT Critical Reading/Verbal, Mathematics and Total Scores Disaggregated by Gender:
1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Critical Reading | | | | | | | | | | | |
| Males | 419 | 427 | 409 | 408 | 399 | 405 | 404 | 402 | 379 | 378 | 381 |
| Females | 412 | 410 | 407 | 404 | 403 | 404 | 402 | 398 | 386 | 381 | 387 |
| *Mathematics* | | | | | | | | | | | |
| Males | 422 | 419 | 413 | 408 | 405 | 410 | 413 | 410 | 380 | 384 | 382 |
| Females | 388 | 380 | 387 | 385 | 386 | 388 | 392 | 390 | 373 | 374 | 370 |
| *Writing* | | | | | | | | | | | |
| Males | | | | | | | | | | 368 | 376 |
| Females | | | | | | | | | | 391 | 396 |
| *Total Score* | | | | | | | | | | | |
| Males | 841 | 846 | 822 | 816 | 804 | 815 | 817 | 812 | 1,139 | 1,130 | 1,139 |
| Females | 800 | 790 | 794 | 789 | 789 | 792 | 794 | 789 | 1,156 | 1,146 | 1,153 |
| *Number Taking SAT* | | | | | | | | | | | |
| Males | 656 | 704 | 677 | 722 | 802 | 792 | 790 | 887 | 1,241 | 1,288 | 1,283 |
| Females | 1,210 | 1,288 | 1,267 | 1,287 | 1,345 | 1,340 | 1,353 | 1,573 | 1,879 | 2,128 | 1,846 |

Table 5
Baltimore City Public Schools
12th Grade SAT Critical Reading/Verbal, Mathematics, Writing, and Total Scores
Disaggregated by Race/Ethnicity 1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Critical Reading* | | | | | | | | | | | |
| Overall | 415 | 416 | 408 | 405 | 402 | 405 | 403 | 400 | 383 | 379 | 384 |
| African American | 408 | 408 | 401 | 397 | 393 | 399 | 398 | 401 | 386 | 384 | 380 |
| American Indian | 403 | 374 | 433 | 423 | 374 | 380 | 395 | 371 | 368 | 374 | 328 |
| Asian/Pacific Islander | 483 | 461 | 430 | 403 | 413 | 437 | 404 | 437 | 441 | 418 | 422 |
| Hispanic or Latino Background | | | | | | | | | | | |
| Mexican | -- | 342 | -- | -- | -- | -- | 352 | 365 | -- | 379 | 349 |
| Puerto Rican | -- | -- | 490 | 465 | -- | 479 | 502 | 468 | 408 | -- | 394 |
| Latino | 391 | 490 | 451 | 402 | 464 | 460 | 423 | 407 | 519 | 433 | 414 |
| White | 503 | 515 | 517 | 532 | 524 | 505 | 499 | 519 | 531 | 525 | 510 |
| *Mathematics* | | | | | | | | | | | |
| Overall | 400 | 394 | 396 | 393 | 393 | 396 | 400 | 397 | 376 | 376 | 374 |
| African American | 392 | 381 | 388 | 383 | 383 | 388 | 394 | 397 | 380 | 379 | 370 |
| American Indian | 386 | 386 | 421 | 408 | 381 | 349 | 382 | 355 | 366 | 368 | 342 |
| Asian/Pacific Islander | 479 | 513 | 472 | 451 | 457 | 480 | 421 | 465 | 471 | 452 | 447 |
| Hispanic or Latino Background | | | | | | | | | | | |
| Mexican | -- | 343 | -- | -- | -- | -- | 350 | 364 | -- | 367 | 361 |
| Puerto Rican | -- | -- | 460 | 452 | -- | 471 | 472 | 454 | 414 | -- | 390 |
| Latino | 383 | 456 | 410 | 399 | 503 | 419 | 418 | 393 | 506 | 431 | 408 |
| White | 487 | 499 | 503 | 518 | 506 | 510 | 505 | 508 | 531 | 524 | 510 |
| *Writing* | | | | | | | | | | | |
| Overall | | | | | | | | | 387 | 381 | 387 |
| African American | | | | | | | | | 392 | 380 | 384 |
| American Indian | | | | | | | | | 386 | 338 | 345 |
| Asian/Pacific Islander | | | | | | | | | 434 | 401 | 437 |
| Hispanic or Latino Background | | | | | | | | | | | |
| Mexican | | | | | | | | | -- | 384 | 361 |
| Puerto Rican | | | | | | | | | 410 | -- | 400 |
| Latino | | | | | | | | | 491 | 410 | 418 |
| White | | | | | | | | | 433 | 502 | 509 |
| *Total Score* | | | | | | | | | | | |
| Overall | 815 | 810 | 804 | 798 | 795 | 801 | 803 | 797 | 1526 | 1,136 | 1,145 |
| African American | 800 | 789 | 789 | 780 | 776 | 787 | 792 | 798 | 1158 | 1,143 | 1,134 |
| American Indian | 789 | 760 | 854 | 831 | 755 | 729 | 777 | 726 | 1120 | 1,080 | 1,015 |
| Asian/Pacific Islander | 962 | 974 | 902 | 854 | 870 | 917 | 825 | 902 | 1346 | 1,271 | 1,306 |
| Hispanic or Latino Background | | | | | | | | | | | |
| Mexican | -- | 685 | -- | -- | -- | -- | 702 | 729 | -- | 1,130 | 1,071 |
| Puerto Rican | -- | -- | 950 | 917 | -- | 950 | 974 | 922 | 1,232 | -- | 1,184 |
| Latino | 774 | 946 | 860 | 801 | 967 | 879 | 841 | 800 | 1,516 | 1,274 | 1,240 |
| White | 990 | 1,014 | 1,020 | 1,050 | 1,030 | 1,015 | 1,004 | 1,027 | 1,495 | 1,551 | 1,529 |
| *Number of Taking SAT* * | | | | | | | | | | | |
| Overall | 1,866 | 1,992 | 1,944 | 2,009 | 2,147 | 2,132 | 2,143 | 2,467 | 3,120 | 3,518 | 3,176 |
| African American | 1,461 | 1,519 | 1,486 | 1,558 | 1,635 | 1,554 | 1,481 | 1,718 | 1,693 | 1,573 | 2,189 |
| American Indian | 16 | 20 | 13 | 16 | 16 | 14 | 13 | 14 | 26 | 13 | 20 |
| Asian/Pacific Islander | 27 | 30 | 30 | 31 | 35 | 36 | 27 | 26 | 37 | 29 | 47 |
| Hispanic or Latino Background | | | | | | | | | | | |
| Mexican | 3 | 6 | 1 | 1 | 1 | 3 | 5 | 10 | 4 | 7 | 12 |
| Puerto Rican | 2 | 3 | 7 | 6 | 4 | 9 | 5 | 5 | 5 | 2 | 7 |
| Latino | 7 | 8 | 8 | 9 | 7 | 11 | 15 | 7 | 11 | 7 | 32 |
| White | 138 | 173 | 128 | 121 | 147 | 112 | 138 | 164 | 153 | 121 | 167 |

*-- Mean scores are not reported because there are fewer than five test-takers.*

*"*" denotes that the number of test-takers by race/ethnicity does include students who did not respond to the question.*

# Table 6
### Baltimore City Public Schools 12th Grade **SAT Critical Reading** Scores Disaggregated by High School: 1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Academy of College & Career | | | | | | | | | | | 365 |
| Augusta Fells Savage | | | | | | | | | | 318 | 359 |
| Baltimore City College | 466 | 468 | 457 | 451 | 458 | 464 | 473 | 467 | 471 | 459 | 461 |
| Baltimore Freedom Academy | | | | | | | | | | 353 | 362 |
| Baltimore Polytechnic Institute | 512 | 509 | 510 | 513 | 518 | 516 | 505 | 518 | 516 | 503 | 504 |
| Baltimore School for the Arts | 539 | 534 | 511 | 525 | 540 | 517 | 537 | 555 | 525 | 542 | 522 |
| Baltimore Talent Development | | | | | | | | | | | 358 |
| Carver Voc-Tech | 377 | 351 | 341 | 355 | 362 | 355 | 357 | 351 | 341 | 352 | 342 |
| Digital Harbor | | | | | | | | | 333 | 364 | 368 |
| Doris M Johnson | | | | | | | | | 393 | 336 | 342 |
| Dr. Samuel L. Banks | | | | | | | | 365 | 336 | 357 | 332 |
| Dr. W.E.B. Dubois | | | | | | | 359 | 338 | 337 | 333 | 345 |
| Edmondson-Westside | 365 | 372 | 363 | 375 | 358 | 388 | 353 | 370 | 358 | 363 | 354 |
| Forest Park | 334 | 357 | 349 | 362 | 335 | 356 | 332 | 351 | 336 | 348 | 348 |
| Francis M. Wood Alternative | 241 | 276 | -- | -- | -- | -- | -- | -- | -- | 301 | -- |
| Frederick Douglass | 365 | 357 | 317 | 336 | 325 | 336 | 335 | 332 | 328 | 338 | 318 |
| Harbor City | 454 | 356 | 393 | 382 | 414 | 358 | -- | 390 | 331 | 302 | 289 |
| Heritage | | | | | | | | | 320 | 318 | 330 |
| Homeland Security Academy | | | | | | | | | 326 | 321 | 353 |
| Inst. Business & Entrepreneur | | | | | | | | | 338 | 323 | 319 |
| Laurence G. Paquin | 364 | 385 | 329 | 370 | 396 | 320 | 327 | 382 | 365 | 296 | 354 |
| Maritime Industries Academy | | | | | | | | | 350 | 319 | 352 |
| Mergenthaler Voca-Tech | 372 | 368 | 377 | 380 | 368 | 383 | 386 | 376 | 374 | 374 | 365 |
| National Academy Foundation | | | | | | 359 | 334 | -- | 353 | 387 | 374 |
| New Era Academy | | | | | | | | | | 361 | 360 |
| Northwestern | 357 | 397 | 363 | 367 | 361 | 355 | 348 | 369 | 343 | 335 | 332 |
| Patterson | 364 | 358 | 352 | 339 | 335 | 354 | 362 | 343 | 329 | 333 | 330 |
| Paul Laurence Dunbar | 402 | 403 | 402 | 395 | 392 | 388 | 390 | 386 | 386 | 387 | 391 |
| Reginald F. Lewis | | | | | | | | 321 | 339 | 347 | 346 | 332 |
| Southside Academy | | | | -- | -- | -- | 386 | 395 | 361 | 366 | 349 | 342 |
| Thurgood Marshall | | | | | | | | | 328 | 331 | 334 |
| Vivian T. Thomas | | | | | | | | | | 327 | 355 |
| Western | 480 | 478 | 465 | 469 | 467 | 460 | 452 | 453 | 463 | 439 | 434 |

*-- Mean scores are not reported because there are fewer than five test-takers.*

## Table 7
### Baltimore City Public Schools 12th Grade SAT Mathematics Scores
### Disaggregated by High School: 1998 through 2008

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Academy of College & Career | | | | | | | | | | | 344 |
| Augusta Fells Savage | | | | | | | | | | 319 | 337 |
| Baltimore City College | 446 | 438 | 437 | 429 | 435 | 459 | 467 | 462 | 463 | 452 | 444 |
| Baltimore Freedom Academy | | | | | | | | | | 325 | 350 |
| Baltimore Polytechnic Institute | 533 | 535 | 534 | 539 | 539 | 555 | 535 | 548 | 543 | 534 | 535 |
| Baltimore School for the Arts | 468 | 468 | 463 | 460 | 493 | 465 | 478 | 501 | 485 | 494 | 466 |
| Baltimore Talent Development | | | | | | | | | | | 339 |
| Carver Voc-Tech | 345 | 321 | 339 | 329 | 347 | 346 | 352 | 348 | 329 | 345 | 335 |
| Digital Harbor | | | | | | | | | 340 | 367 | 380 |
| Doris M Johnson | | | | | | | | | 351 | 335 | 327 |
| Dr. Samuel L. Banks | | | | | | | | 349 | 320 | 336 | 335 |
| Dr. W.E.B. Dubois | | | | | | 366 | 344 | 335 | 363 | 321 | |
| Edmondson-Westside | 350 | 351 | 350 | 359 | 354 | 368 | 365 | 351 | 355 | 343 | 339 |
| Forest Park | 322 | 354 | 336 | 338 | 326 | 342 | 332 | 357 | 321 | 330 | 316 |
| Francis M. Wood Alternative | 280 | 266 | -- | -- | -- | -- | -- | -- | -- | 293 | -- |
| Frederick Douglass | 346 | 341 | 324 | 328 | 315 | 313 | 325 | 336 | 306 | 316 | 312 |
| Harbor City | 384 | 331 | 359 | 349 | 364 | 350 | -- | 334 | 306 | 296 | 300 |
| Heritage | | | | | | | | | 308 | 321 | 315 |
| Homeland Security Academy | | | | | | | | | 303 | 329 | 313 |
| Inst. Business & Entrepreneur | | | | | | | | | 321 | 328 | 331 |
| Laurence G. Paquin | 336 | 322 | 321 | 385 | 424 | 287 | 315 | 350 | 321 | 303 | 329 |
| Maritime Industries Academy | | | | | | | | | 333 | 323 | 334 |
| Mergenthaler Voca-Tech | 372 | 364 | 380 | 380 | 379 | 375 | 374 | 374 | 367 | 375 | 360 |
| National Academy Foundation | | | | | | 357 | 333 | -- | 340 | 355 | 340 |
| New Era Academy | | | | | | | | | | 356 | 339 |
| Northwestern | 340 | 352 | 340 | 343 | 357 | 346 | 340 | 350 | 317 | 334 | 324 |
| Patterson | 356 | 351 | 362 | 351 | 344 | 338 | 354 | 351 | 318 | 330 | 319 |
| Paul Laurence Dunbar | 385 | 359 | 376 | 372 | 368 | 378 | 393 | 388 | 400 | 393 | 393 |
| Reginald F. Lewis | | | | | | | | 336 | 321 | 318 | 321 | 324 |
| Southside Academy | | | -- | -- | -- | 360 | 392 | 364 | 381 | 369 | 325 |
| Thurgood Marshall | | | | | | | | | 328 | 312 | 298 |
| Vivian T. Thomas | | | | | | | | | | 334 | 339 |
| Western | 463 | 446 | 436 | 443 | 445 | 435 | 434 | 439 | 457 | 448 | 420 |

-- *Mean scores are not reported because there are fewer than five test-takers.*

# Table 8
### Baltimore City Public Schools 12th Grade SAT Writing Scores **
### Disaggregated by High School: 2006-2008

| Graduating Class of: | 2006 | 2007 | 2008 |
|---|---|---|---|
| Academy of College & Career | | | 357 |
| Augusta Fells Savage | | 313 | 351 |
| Baltimore City College | 472 | 471 | 465 |
| Baltimore Freedom Academy | | 368 | 364 |
| Baltimore Polytechnic Institute | 520 | 511 | 507 |
| Baltimore School for the Arts | 532 | 558 | 528 |
| Baltimore Talent Development | | | 357 |
| Carver Voc-Tech | 338 | 353 | 348 |
| Digital Harbor | 340 | 355 | 369 |
| Doris M Johnson | 395 | 339 | 339 |
| Dr. Samuel L. Banks | 335 | 349 | 333 |
| Dr. W.E.B. Dubois | 338 | 343 | 342 |
| Edmondson-Westside | 350 | 356 | 361 |
| Forest Park | 341 | 335 | 344 |
| Francis M. Wood Alternative | -- | 289 | -- |
| Frederick Douglass | 331 | 330 | 320 |
| Harbor City | 321 | 309 | 311 |
| Heritage | 315 | 318 | 329 |
| Homeland Security Academy | 323 | 312 | 340 |
| Inst. Business & Entrepreneur | 331 | 325 | 334 |
| Laurence G. Paquin | 364 | 292 | 326 |
| Maritime Industries Academy | 356 | 322 | 335 |
| Mergenthaler Voca-Tech | 380 | 373 | 370 |
| National Academy Foundation | 355 | 370 | 381 |
| New Era Academy | | 374 | 373 |
| Northwestern | 336 | 332 | 338 |
| Patterson | 335 | 328 | 346 |
| Paul Laurence Dunbar | 404 | 385 | 402 |
| Reginald F. Lewis | 350 | 337 | 341 |
| Southside Academy | 395 | 360 | 335 |
| Thurgood Marshall | 331 | 319 | 332 |
| Vivian T. Thomas | | 323 | 346 |
| Western | 484 | 470 | 449 |

-- *Mean scores are not reported because there are fewer than five test-takers.*
** *The administration of the Writing test being in March 2005. The first score report was for the class of 2006.*

**Table 9**

**Baltimore City Public Schools 12th Grade SAT Total Scores**
Disaggregated by High School: 1998 through 2008

*Average Total*

| Graduating Class of: | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006* | 2007* | 2008* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Academy of College & Career | | | | | | | | | | | 1,066 |
| Augusta Fells Savage | | | | | | | | | | 950 | 1,047 |
| Baltimore City College | 912 | 906 | 894 | 880 | 893 | 923 | 940 | 929 | 1,406 | 1,382 | 1,370 |
| Baltimore Freedom Academy | | | | | | | | | | 1,046 | 1,076 |
| Baltimore Polytechnic Institute | 1,045 | 1,044 | 1,044 | 1,052 | 1,057 | 1,071 | 1,040 | 1,066 | 1,579 | 1,548 | 1,546 |
| Baltimore School for the Arts | 1,007 | 1,002 | 974 | 985 | 1,033 | 982 | 1,015 | 1,056 | 1,542 | 1,594 | 1,516 |
| Baltimore Talent Development | | | | | | | | | | | 1,054 |
| Carver Voc-Tech | 722 | 672 | 680 | 684 | 709 | 701 | 709 | 699 | 1,008 | 1,050 | 1,025 |
| Digital Harbor | | | | | | | | | 1,013 | 1,086 | 1,117 |
| Doris M Johnson | | | | | | | | | 1,139 | 1,010 | 1,008 |
| Dr. Samuel L. Banks | | | | | | | | 714 | 991 | 1,042 | 1,000 |
| Dr. W.E.B. Dubois | | | | | | | 725 | 682 | 1,010 | 1,039 | 1,008 |
| Edmondson-Westside | 715 | 723 | 713 | 734 | 712 | 756 | 718 | 721 | 1,063 | 1,062 | 1,054 |
| Forest Park | 656 | 711 | 685 | 700 | 661 | 698 | 664 | 708 | 998 | 1,013 | 1,008 |
| Francis M. Wood Alternative | 521 | 542 | -- | -- | -- | -- | -- | -- | -- | 883 | -- |
| Frederick Douglass | 711 | 682 | 641 | 664 | 640 | 649 | 660 | 668 | 965 | 984 | 950 |
| Harbor City | 838 | 687 | 752 | 731 | 778 | 708 | -- | 724 | 958 | 907 | 900 |
| Heritage | | | | | | | | | 943 | 957 | 974 |
| Homeland Security Academy | | | | | | | | | 952 | 963 | 1,006 |
| Inst. Business & Entrepreneur | | | | | | | | | 990 | 976 | 984 |
| Laurence G. Paquin | 700 | 707 | 650 | 755 | 820 | 607 | 642 | 732 | 1,050 | 891 | 1,009 |
| Maritime Industries Academy | | | | | | | | | 1,039 | 964 | 1,021 |
| Mergenthaler Voca-Tech | 744 | 732 | 757 | 760 | 747 | 758 | 760 | 750 | 1,121 | 1,122 | 1,095 |
| National Academy Foundation | | | | | | 716 | 667 | -- | 1,048 | 1,112 | 1,095 |
| New Era Academy | | | | | | | | | | 1,091 | 1,072 |
| Northwestern | 697 | 749 | 703 | 710 | 718 | 701 | 688 | 719 | 996 | 1,001 | 994 |
| Patterson | 720 | 709 | 714 | 690 | 679 | 692 | 716 | 694 | 982 | 991 | 995 |
| Paul Laurence Dunbar | 787 | 762 | 778 | 767 | 760 | 766 | 783 | 774 | 1,190 | 1,165 | 1,186 |
| Reginald F. Lewis | | | | | | | 657 | 660 | 1,015 | 1,004 | 997 |
| Southside Academy | | | | | | -- | 746 | 787 | 725 | 1,142 | 1,078 | 1,002 |
| Thurgood Marshall | | | | | | | | | 987 | 962 | 964 |
| Vivian T. Thomas | | | | | | | | | | 984 | 1,040 |
| Western | 943 | 924 | 901 | 912 | 912 | 895 | 886 | 892 | 1,304 | 1,357 | 1,303 |

-- Mean scores are not reported because there are fewer than five test-takers.
* Writing score included in SAT Total Score

**Table 10**
Comparison of the City Schools 12th Grade Average scores with the top five performing schools on the SAT Critical Reading, Mathematics, and Writing tests: 2008 Graduates

|  | Critical Reading | Mathematics | Writing | Total |
|---|---|---|---|---|
| *City Schools Average* | *384* | *374* | *387* | *1145* |
| Baltimore Polytechnic Institute | 504 | 535 | 507 | 1,546 |
| Baltimore School for the Arts | 522 | 466 | 528 | 1,516 |
| Baltimore City College | 461 | 444 | 465 | 1,370 |
| Western | 434 | 420 | 449 | 1,303 |
| Paul Laurence Dunbar | 391 | 393 | 402 | 1,186 |

**Table 11**
Baltimore City Public Schools 12th Grade **SAT Participation** by High School:
2006 through 2008

| School Code | Graduating Class of: | 2006 | 2007 | Δ 06 to 07 | 2008 | Δ 07 to 08 |
|---|---|---|---|---|---|---|
| 405 | Patterson | 177 | 212 | 35 | 165 | -47 |
| 401 | Northwestern | 136 | 166 | 30 | 121 | -45 |
| 407 | Western | 207 | 228 | 21 | 188 | -40 |
| 450 | Frederick Douglass | 137 | 132 | -5 | 96 | -36 |
| 414 | Paul Laurence Dunbar | 102 | 124 | 22 | 92 | -32 |
| 416 | Digital Harbor | 138 | 184 | 46 | 154 | -30 |
| 429 | Vivian T. Thomas | | 77 | 77 | 49 | -28 |
| 413 | Harbor City | 79 | 40 | -39 | 14 | -26 |
| 425 | Heritage | 110 | 90 | -20 | 65 | -25 |
| 419 | Reginald F. Lewis | 57 | 90 | 33 | 68 | -22 |
| 430 | Augusta Fells Savage | | 57 | n/a | 36 | -21 |
| 434 | Homeland Security Academy | 56 | 35 | -21 | 16 | -19 |
| 418 | Dr. W.E.B. Dubois | 77 | 88 | 11 | 70 | -18 |
| 410 | Mergenthaler Voca-Tech | 232 | 249 | 17 | 231 | -18 |
| 454 | Carver Voc-Tech | 198 | 227 | 29 | 209 | -18 |
| 424 | Thurgood Marshall | 79 | 85 | 6 | 69 | -16 |
| 423 | Baltimore Freedom Academy | 2 | 62 | 60 | 46 | -16 |
| 420 | Dr. Samuel L. Banks | 85 | 86 | 1 | 72 | -14 |
| 435 | Inst. Business & Entrepreneur | 45 | 52 | 7 | 38 | -14 |
| 421 | National Academy Foundation | 39 | 53 | 14 | 44 | -9 |
| 406 | Forest Park | 100 | 104 | 4 | 97 | -7 |
| 178 | Francis M. Wood Alternative | 2 | 7 | 5 | 3 | -4 |
| 181 | Southside Academy | 28 | 48 | 20 | 45 | -3 |
| 457 | Laurence G. Paquin | 14 | 11 | -3 | 9 | -2 |
| 426 | Doris M Johnson | 15 | 55 | 40 | 53 | -2 |
| 415 | Baltimore School for the Arts | 64 | 67 | 3 | 70 | 3 |
| 431 | Maritime Industries Academy | 23 | 22 | -1 | 26 | 4 |
| 400 | Edmondson-Westside | 158 | 189 | 31 | 194 | 5 |
| 422 | New Era Academy | | 41 | 41 | 48 | 7 |
| 480 | Baltimore City College | 337 | 329 | -8 | 342 | 13 |
| 403 | Baltimore Polytechnic Institute | 258 | 259 | 1 | 282 | 23 |
| 427 | Academy of College & Career | | 1 | n/a | 94 | 93 |
| 412 | Southwestern | 135 | 17 | -118 | closed | -- |
| 451 | Central Career Academy at Briscoe | 1 | 1 | 0 | 0 | -- |
| 436 | Liberal Arts | 29 | 30 | 1 | closed | -- |
| 428 | Baltimore Talent Development | | | 0 | 70 | n/a |
| | Total | 3,120 | 3,518 | 398 | 3,176 | -342 |

--     *school closed after the 2007-08 school year.*

n/a     *no students tested in the previous school year.*

Table 12
Baltimore City Public Schools Participation Rate for 2008 12th Grade SAT Test-Takers

| School Number | Graduating Class of: | SAT Test-takers 08 | Grade 12 Enrollment* | Percent of Participation** |
|---|---|---|---|---|
| 178 | Francis M. Wood Alternative | 3 | 39 | 7.7 |
| 181 | Southside Academy | 45 | 54 | 83.3 |
| 400 | Edmondson-Westside | 194 | 232 | 83.6 |
| 401 | Northwestern | 121 | 185 | 65.4 |
| 403 | Baltimore Polytechnic Institute | 282 | 279 | 101.1 |
| 405 | Patterson | 165 | 215 | 76.7 |
| 406 | Forest Park | 97 | 117 | 82.9 |
| 407 | Western | 188 | 178 | 105.6 |
| 410 | Mergenthaler Voca-Tech | 231 | 254 | 90.9 |
| 413 | Harbor City | 14 | 94 | 14.9 |
| 414 | Paul Laurence Dunbar | 92 | 102 | 90.2 |
| 415 | Baltimore School for the Arts | 70 | 69 | 101.4 |
| 416 | Digital Harbor | 154 | 145 | 106.2 |
| 418 | Dr. W.E.B. Dubois | 70 | 110 | 63.6 |
| 419 | Reginald F. Lewis | 68 | 93 | 73.1 |
| 420 | Dr. Samuel L. Banks | 72 | 112 | 64.3 |
| 421 | National Academy Foundation | 44 | 48 | 91.7 |
| 422 | New Era Academy | 48 | 30 | 160.0 |
| 423 | Baltimore Freedom Academy | 46 | 42 | 109.5 |
| 424 | Thurgood Marshall | 69 | 114 | 60.5 |
| 425 | Heritage | 65 | 100 | 65.0 |
| 426 | Doris M Johnson | 53 | 103 | 51.5 |
| 427 | Academy of College & Career | 94 | 97 | 96.9 |
| 428 | Baltimore Talent Development | 70 | 99 | 70.7 |
| 429 | Vivian T. Thomas | 49 | 41 | 119.5 |
| 430 | Augusta Fells Savage | 36 | 65 | 55.4 |
| 431 | Maritime Industries Academy | 26 | 34 | 76.5 |
| 434 | Homeland Security Academy | 16 | 76 | 21.1 |
| 435 | Inst. Business & Entrepreneur | 38 | 88 | 43.2 |
| 450 | Frederick Douglass | 96 | 144 | 66.7 |
| 451 | Central Career Academy at Briscoe |  | 15 | 0.0 |
| 454 | Carver Voc-Tech | 209 | 234 | 89.3 |
| 457 | Laurence G. Paquin | 9 | 39 | 23.1 |
| 480 | Baltimore City College | 342 | 323 | 105.9 |
|  | Total 12th Graders | 3176 | 3,970 | 79.0 |

*as of 9/30/07
** A higher than 100% participation rate is possible because of fluctuation of enrollment after the 9/30/07 count.

*Division of Research, Evaluation, Assessment, and Accountability*  
*SAT Highlights, 2008*

## 2008 Ranking of Average Total Scores for High School Seniors in City Schools

| School | Score |
|---|---|
| Baltimore Polytechnic Institute | 1,546 |
| Baltimore School for the Arts | 1,516 |
| Baltimore City College | 1,370 |
| Western | 1,303 |
| Paul Laurence Dunbar | 1,186 |
| Digital Harbor | 1,117 |
| Mergenthaler Voca-Tech | 1,095 |
| National Academy Foundation | 1,095 |
| Baltimore Freedom Academy | 1,076 |
| New Era Academy | 1,072 |
| Academy of College & Career | 1,066 |
| Baltimore Talent Development | 1,054 |
| Edmondson-Westside | 1,054 |
| Augusta Fells Savage | 1,047 |
| Vivian T. Thomas | 1,040 |
| Carver Voc-Tech | 1,025 |
| Maritime Industries Academy | 1,021 |
| Laurence G. Paquin | 1,009 |
| Doris M Johnson | 1,008 |
| Dr. W.E.B. Dubois | 1,008 |
| Forest Park | 1,008 |
| Homeland Security Academy | 1,006 |
| Southside Academy | 1,002 |
| Dr. Samuel L. Banks | 1,000 |
| Reginald F. Lewis | 997 |
| Patterson | 995 |
| Northwestern | 994 |
| Inst. Business & Entrepreneur. | 984 |
| Heritage | 974 |
| Thurgood Marshall | 964 |
| Frederick Douglass | 950 |
| Harbor City | 900 |

# Baltimore City Public Schools
# Board of School Commissioners

Brian D. Morris, *Board Chair*

Jerrelle Francois, *Board Vice-Chair*

Anirban Basu

James W. Campbell

Neil E. Duke

Robert Heck

Maxine Johnson Wood

George M. VanHook, Sr.

Vacant, *Student Commissioner*

## Andrés A. Alonso, Ed.D.
*Chief Executive Officer*



GREAT KIDS
GREAT SCHOOLS

*The Baltimore City Public Schools offers equal employment and educational opportunities for all, regardless of race, religion, color, age, sexual orientation, national origin, handicapping condition, veteran's status or any other occupationally irrelevant criteria.*