

# DRAFT
## CITY SCHOOLS ORGANIZATION CHART 2008-2009
## CHIEF ACADEMIC OFFICER – ACADEMIC ACHIEVEMENT

CAO 2 of 11

PROPOSED REVISION September 5, 2008

**Executive Director – Academic Achievement**
Kathy Volk

- Executive Assistant — Joan Hammonds
- Educational Specialist – Assessment — Barbara Holman
- Administrative Assistant — Glorious Reed

### Director – Professional Development
C. Thomas Bowmann
- PBES Coordinator — Nancy Neilson (Split Funded General/Grant 4501)
- Staff Associate/12 mo — Daniel Jenkins

### Director – CTE
Lisa Tarter
- Coordinator – Work Based Learning — Deborah Johnson
- Business Manager — Stacy Rowlett
- Data Analyst — Ebony McFadden
- (3.0) Educational Specialist — Gregory Holmes, Paula Matthews, Carolyn Blair (Perkins Grant 4533)
- Staff Specialist — Chelee Barnes (.33 Perkins Grant 4533 / .67 General Funds)
- Teacher — Kiah Mitchell (Perkins Grant 4533)
- Office Assistant III — Breea Williams

### Director – Early Learning
Brenda Kelly
- Age 3-4 Specialist — Mary Ashton, Beatrice Williams
- Age 5 Specialist — Sharon Brooks

### Director – Social Studies
Amy Rosenkrans
- Secretary III — Vacant
- Elementary Specialist — Lynetric Bridges
- Middle Specialist — Shannon McCutchen

### Director – Science & Health
Donna Stewart
- Elementary Specialist — Dionn Brown
- Middle/High School Specialist — Marcelia Upshur
- Health Coordinator — Vacant (Fund: 4562)
- Office Assistant — Ruth Jackson
- Staff Associate/12 mth — Gregory Wise (Fund 4650)
- .5 ESOL Teacher — (Fund: ESOL Grant)

### Director – Enrichment
Bertha Knight
- Secretary III — Niya Spencer
- World and Classical Languages Specialist — John Neubauer
- Visual & Performing Arts Specialist — Larry Friend
- GTE Specialist PTD & SEM — Vacant
- Secondary School Athletics Specialist — Robert Wade
- Physical Education Specialist — Jessica Ivey, LaDonna Schemm
- Multi-Cultural Specialist — Judith Smith
- Library Media Specialist — Shelia Grap
- ESOL Specialist — Jill Base-Featherston

### Director – Literacy
Nicole Gavin
- Secretary III — Sandra Manuel
- Elementary Specialist — Martha Christ, Heather Skopak
- Middle Specialist — Dawn Shirey, Lisa Miller
- High School Specialist — Stacie Smith-Cannon, Vacant
- Coordinator – Reading First — Elizabeth Williams (Fund 4664)
- Temporary — Dorothea Moody
- Intervention Teacher — Elaine Feltz, Paige Issacson, Karen Hellen (Fund 4664)
- IST Reading First — Tary Scroggins, Beth Vissari, Dawn England, Tony McCray (Fund 4664)

### Director – Mathematics
Linda Eberhart
- Elementary Specialist — Angelete Bazemore, Vacant
- Middle Specialist — Florenceline Jasmin, Vacant
- High School Specialist — Terence Hampson
- Teacher (School Based) — Tara Barnes



City Schools Organizational Chart – 2008-2009 — Chief Academic Officer – Executive Directors Office (DRAFT, Proposed Revision September 5, 2008)









**DRAFT**

CITY SCHOOLS ORGANIZATIONAL CHART – 2008-2009
OFFICE OF THE CHIEF ACADEMIC OFFICER
OFFICE OF EXTENDED LEARNING

PROPOSED REVISION
September 5, 2008

- **Director II – Extended Learning Programs** — Andrey Bundley
  - Secretary II Shared with SST — Myell Bunn
  - Non-Instructional Assistant/12 mth AOP — Ursula Meredith
  - **Coordinator AOP** — Yolanda Grissom
  - **Coordinator Extended Learning** — Rosa Bolden
  - **Director I – Home & Hospital** — Florence Johnson
    - School Secretary II — Evangeline Kimbers
    - **Coordinator – Home & Hospital** — Janet Lippman
      - Psychologist — Carol Slicher
      - Social Worker(s) — Vineeta Proter, Moria Schwartz
      - Speech Psychologist (0.6) — Vacant
      - Guidance Counselor (2.0) — Lorraine Owens, Patricia White-Thomas
      - Hourly Part-time Home and Hospital Teachers — Teachers - 25.0; Special Education Teachers - 31.0
      - Facilitator CHIP — Mae Johnson
      - Facilitator (Home/Tele) Funded by Special Education — Michael Loban
      - IET Team Associate — Amandalore Everett
      - Team Support Paraprofessional — Breon Savage
      - Assistant - Special Education — Demetrius Franklin, Patricia Jeffries
      - Special Education Paraeducator — Nancy Robinson

Extended Learning:
- Home Schooling
- Home & Hospital
- Alternative Options
- Twilight & Credit Recovery

CAO 7 of 11

# DRAFT

## City Schools Organizational Chart – 2008-2009
## Office of the Chief Academic Officer
## Attendance and Truancy

**PROPOSED REVISION**
September 5, 2008

**Director I – Attendance & Truancy**
*Glostine (Tina) Spears*

- **Temporary Support**
  *Vernon Gundy*

- **Social Worker**
  *Deborah Pierson*

- **Staff Associate**
  *Belinda Conaway*

- **Staff Associate/12 mth**
  *Olive Randall*
  *Charlene Thomas*
  *Tanya Williams*
  *Christopher Ruffin*

- **Supervisor – Youth Services**
  *Alfred Barbour Jr.*

**Attendance & Truancy**
BTAC
Attendance Monitoring

CAO 8 of 11

# DRAFT

## City Schools Organizational Chart – 2008-2009
## Office of the Chief Academic Officer
## Suspension Services

**Suspension Services**

**Director I – Suspension Services**
*Christine Cichan*

- **Office Supervisor** — *Carolyn Greer*
- **Office Assistant III** — *Lillie Thomas*
- **Temporary Professional I** — *Sandella Anderson*

**Coordinator**
*Willie Curbeam*

**Assistant – Special Education Billing**
Grant 4602
*Samuel Austin Jr.*

**Staff Specialist**
- Pamela Body
- Edward Bonapart
- Barbara Cooper
- Corutney Dickerson
- Antonia Johnson
- Veverly Karim
- Joseph Schwargmann
- Brenda Tuck
- Williams Dixon

Grant 4602
*Ernestean Connally*

**Staff Associate 12mth**
- Veatrice Holmes
- Lincoln Stokes
- Sherri West-Barber

**Educational Associate**
*Phyllis Howard*



PROPOSED REVISION
September 5, 2008



**DRAFT** — City Schools Organizational Chart – 2008-2009, Office of the Chief Academic Officer, Student Support Team Services (CAO 9 of 11; Proposed Revision September 5, 2008)



**DRAFT** — City Schools Organizational Chart – 2008-2009 — Office of the Chief Academic Officer — Guidance & School Counseling

CAO 10 of 11

Guidance & School Counseling: Guidance, School Counseling, College Readiness, Service Learning, Student Records, Foster Care Students, Homeless Students



PROPOSED REVISION September 5, 2008





SPEC 1 of 6

**DRAFT**

CITY SCHOOLS ORGANIZATIONAL CHART – 2008-2009
OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATION

PROPOSED REVISION
September 5, 2008

- Chief Academic Officer — MARY MINTER
  - Executive Director, Special Education — Idalyn Hauss
    - Administrative Assistant I — Dawn Asbury
    - Director – Special Education Services — Grant 4519 — Theresa Sincavage
    - Staff Specialist — Grant 4519 — Gloria Baylor Cook
    - Operational Director, Special Education (FTE in 0582) — Reginald Robinson
    - Academic Director, Related Services (FTE in 0564) — James Padden
    - Director II – Special Education Monitoring & Compliance (FTE in 0570) — Jay Salkauskas
    - Director II, Data Monitoring & Compliance (FTE in 0563) — Kimberly Hoffman
    - Academic Director, Special Education (FTE in 0586) — Debra Barbour





**DRAFT**

CITY SCHOOLS ORGANIZATIONAL CHART – 2008-2009
OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATION RELATED SERVICES

SPEC 3 of 6

PROPOSED REVISION
September 3, 2008

Executive Director
Special Education
*Idalyn Hauss*

Director II
Related Services
*James Padden*

Supervisor – Clinical Services
Grant 4519 – (3.0)
*Beverly Brown*
*(2) Vacant*

Coordinator – Related Services
Ana Maria Garcia-Fernandez – Grant 4519
Eleanor Kotula – Grant 4519
Katherine Popowych – Grant 4519
Katie Cohen - Grant 4602
Debra Ramsey – Grant 4602
Randy Olley
Claudia Lawrence-Webb

Speech Pathologist (2.2)
(School Based)
*Sharon Principe*
*Vacant – (1.2)*

Physical Therapist – (5.0)
(School Based)
*Bassheva Freidman*
*Vacant (4)*

Audiologist
*Vacant*

Related Services Intern
(Temporary Positions*)
(School Based)

Staff Associate/12 mth
Grant 4519 – (6.0)
*Marilyn DeGannes*
*Mercy Kariuki*
*Deborah Mullen*
*Lee Rosenbaum*
*Crystal Smith*
*Tanya Sutton*

Staff Specialist
Grant 4519
*Tiffany Page*

Occupational Therapist
Kammie Sullivan – (.60) - Grant 4519
*Shoshana Gretz*
*Nechamah Rotenberg*
*Nora Zehnwirth*
*Vacant (3.5)*

Assistant – Non-Instructional/12 mth
*Kelly Bey*
*Effie Coleman*



City Schools Organizational Chart – 2008-2009
Office of the Chief Academic Officer
Special Education Data Monitoring & Compliance

DRAFT — SPEC 4 of 6 — PROPOSED REVISION September 5, 2008

- Executive Director, Special Education: *Idalyn Hauss*
  - Special Education Office Support Assistant: *Lynda Chaney*
  - Director II, Data Monitoring & Compliance: *Kimberly Hoffman*
    - Staff Associate/12 mth: *Daryl Anderson*
    - Coordinator: *Willie Henry*
      - Staff Specialist: *Hattie Bey, Aime Brayton, Kenneth Jackson, Ruth Lewis, Shawn Lyles, Carol Morgan, Terra Parker, Sharon Pettus*
      - Non-Instructional Assistant/12 mth — Executive Director - Elementary/Secondary Offices:
        - (6.0) Grant 4602: Milton Thomas, Melissa Moore, Cecily Owens, Vacant, Rhonda Schenck, Janet Fleming
        - (2.0) General: Vacant, Angela Privette
    - Coordinator: *Charles Brooks*
      - Data Analyst – Special Education: *Neal Helton, Joel Madrid, Deanna Milton, Aisha Moody, Jessica Pierre-Louise, Reginald Scott*

# DRAFT

## CITY SCHOOLS ORGANIZATIONAL CHART – 2008-2009
## OFFICE OF THE CHIEF ACADEMIC OFFICER
## SPECIAL EDUCATION OSEMC

SPEC 5 of 6

PROPOSED REVISION
September 5, 2008

**Executive Director Special Education**
*Idalyn Hauss*

**Office Assistant III**
*Fannie Hughes*

**Director II – Special Education Monitoring & Compliance**
*Jay Salkaukas*

**Staff Specialist**
*Angela Parker - Grant 4519*

**Staff Specialist**
*Michele Grant-Thornton*

- **Senior Special Education Office Support Assistant**
  *Jacqueline Winchester*

- **Special Education Billing Assistant**
  *Terri Lowry - Grant 4602*
  *Deborah Merryman – Grant 4602*
  *Gerald Robbins – Grant 4602*

- **Staff Associate/12 mth**
  *Sherry Frazier*
  *Tara Seaton*

- **Senior Special Education Office Support Assistant**
  *Hattie Kennedy-Stewart - Grant 4602*
  *Tanisha Tillman – Grant 4602*
  *Priscilla Wise – Grant 4602*

**Coordinator**
*Pamela Rice-Montgomery - Grant 4519*

**Staff Specialist**
*Meredith Evans Jr.*
*Roberta Neal*
*James Pierce*
*Valencia Porter*

**Coordinator**
*Sharon Woods*

**Staff Specialist (5.0)**
*Jessie Hargrove*
*Angela Myrick*
*Dorothea Wilkins*
*Joyce Harris*
*Arthur Moore - Grant 4519*

**Coordinator**
*Lenora Bevins - Grant 4602*

**Staff Specialist**
*Mary Mann*
*Rosemary Jones*

**Director – Compensatory Services**
*Donna Banning*
*(Special Project thru December 2008)*

SPEC 6 of 6

# DRAFT

## City Schools Organization Chart 2008-2009
## Office of the Chief Academic Officer
## Special Education – Student Learning Support

*PROPOSED REVISION September 5, 2008*

**Executive Director Special Education**
*Idalyn Hauss*

- **Secretary II** — *Melissa Jones*

**Academic Director Special Education**
*Debra Barbour*

- **Coordinator – Literacy** — *Joan Holt - Grant 4519*
- **Coordinator Special Education Math** — *Grant 4519, Vacant*

### Director I IEP Teams — Grant 4519, Vacant

- **Assistant – Non-Instructional/12 mth** — *Deliscia Casey-Pack*
- **Coordinator** — *Frances Copeland - Grant 4519*
  - **IEP Team Associate (159.40)**
  - **Team Support Paraprofessional (157) (School Based)**
- **Coordinator** — *Denise Mabry - Grant 4519*
  - **Facilitator / 10mth** — *Marsha Robinson - Grant 4519*
- **Educational Specialist**
  - Gregory Miller
  - Lois Jones Smith
  - Edna Harold
  - Debra Madison-Moore - Grant 4519
  - Robin Stewart-Bey
  - Tylia Worthington
  - Beryl Pierce - Grant 4519
  - Christa McGonigal
- **Educational Specialist Inclusion**
  - Ruth LaFontaine
  - Jeff Wyatt
  - Jennifer Womack
  - Sherl Woodland - Grant 4519
  - Bonnie Holmes - Grant 4519
  - Lorraine Wisda
  - Karen Shaw - Grant 4519
  - Vacant

### Area Special Education Coordinator (8.0) – Grant 4519
**Executive Director – Elementary/Secondary Offices**
- Brenda Bailey
- Ronda Phillips
- Tracey Garrett
- Charles Altman
- Marion Masseaux
- Concetta Fantom
- Lois McLaughlin
- Dorothy Chambers

### Director I Special Programs — Malcum Dates Jr. - Grant 4519

- **Special Populations (0551)**
  **Teacher – Special Education**
  - Vasantha Ayilavarapu
  - Linda Baskerville
  - Andrew Bates
  - Frederick Burger
  - Karen Nicholas-DiDomenico
  - Lynne Dreyer (.80)
  - Charfeye Dyer
  - Lynne Groveman
  - Joanne Kines
  - Karen Jones (.60)
  - Mary Kinney
  - Sharon Love
  - Jenny McGrath
  - Paula Wheatley
  - Marguerite Workman
  - (4.2) Vacant

- **Educational Specialist I (4.0)**
  - **Elementary** — Shakera Adkins
  - **Middle** — Joanne Stasik
  - **High School** — Patricia Petrosino
  - **ED** — Damon West

- **Teacher – Special Education (3.0)**
  - **Hearing/Deaf** — Patricia Bangs-Wilson
  - **Autism** — Darlene Bethea
  - **Inclusion** — Robin Bradshaw

- **Educational Associate** — *Leslie Brudnell - Grant 4519*
- **Educational Associate/12 mth**
  - **Vision** — Sharon Zervitz