# Bennie E. Williams, Major General (Ret.)
626 N. Calvert Street
Baltimore, Maryland 21202
443-904-8673

---

## EXECUTIVE SUMMARY

More than 30-years of hands-on leadership, logistics and managerial experience. A proven record of achieving outstanding productivity and efficiency. An innovative and experienced executive, effective communicator with exceptional organizational, administrative and people skills. More than 20-years of Supply Chain experience that includes: Transportation Management, Inventory Management, Personnel Management, Operations/Logistics Management, Strategic Planning, and Resource Management.

## SELECTED PROFESSIONAL EXPERIENCES

**August 2007 Present**   **Chief of Staff – Baltimore City Public School System – Baltimore, Maryland**
Under the direction of the Chief Executive Officer, I act for, represent and exercise the authority of the CEO in directing the implementation of BCPSS' school system plans, policies and programs. I coordinate the activities of the system's officers for the effective and efficient operation of all schools and central offices. In addition, represent the CEO at various meetings, conferences and system functions as required. Hear grievances and appeals and at times act for the CEO on student transfers, suspensions and grades, evaluations, promotions and demotions as well as disciplinary or dismissal actions.

**2005-2007**   **Chief Operating Officer – Defense Logistics Agency – Fort Belvoir, Virginia**
Served as Chief Operations Officer of the Defense Logistic Agency (DLA) leading a staff of over 400 civilian and military personnel responsible for providing worldwide logistics solutions to Military Services as well as to foreign military customers and other federal agencies.
**Accomplishments**
- Successfully directed the material acquisition and distribution of 4.6 million items for customers located around the globe.
- Provided policy oversight and direction to a worldwide organization of over 22,000 employees, with an annual operation budget of over $31 billion.

**2003-2005**   **Commanding General – Europe**
Served as Commanding General of the 21st Theater Support Command comprised of five Colonel-level commands with a total strength of over 7,000 soldiers (in the U.S. Army Reserves and National Guard), civilians and local national employees.
**Accomplishments**
- Provided unsurpassed logistical support to the European Central and Southern Regions with over 40% of the Command deployed in out-of-area operations.
- Developed and implemented the Theater Restructuring Plan under the mandate and directives of the Secretary of Defense, Commanding General, European Command and Commanding General, U.S. Army Europe.
- Developed the Southwest Asia Theater Reconstitution Support Plan and began equipment repairs within a short span of less than 180 days.
- Deployed the 1st Infantry Division to Turkey and coordinated the air movement of the 173rd Airborne Brigade for parachute assault in Northern Iraq.

**2000-2003**   **Deputy Commanding General – Europe**
Responsible for the oversight of external support by air, land, or sea critical to planning and deploying V Corps, logistical units, nine support brigades, and the 1st Armored Division from Germany to Kuwait in preparation for ground combat operations against Iraq; served as the conduit between various stateside and U.S./Foreign based DOD elements to ensure theater support was timely, accurate and on target at the outset and throughout combat operations in Iraq and Afghanistan.

Bennie E. Williams, Major General (Ret.)
**Selected Professional Experiences** – continued

| | |
|---|---|
| 1998-2000 | **Senior Staff Officer – Defense Logistics Agency – Fort Belvoir, Virginia**<br>Served as Chief, Joint Transportation Policy and later as Executive Officer to the Commander, Defense Logistics Support Command (DLA). Established policy, assessed and provided oversight of transportation activity and performance at 23 distribution depots and four supply centers that bought, issued and received over 30 million lines of material annually. |
| 1997-1998 | **Senior Staff Officer – Multifunctional Logistics Organization – Wiesbaden, Germany**<br>Served as the Chief of Staff for a corporate headquarters that provided command and control of a logistical organization comprising 4,200 soldiers dispersed over a 35,000 square area. |
| 1995-1997 | **Chief Operating Officer – Multifunctional Logistics Organization – Hanau, Germany**<br>Led an organization of 2,500 personnel who provided a wide range of logistics, supplies, and services. Supported over 20,000 customers with retail supply and maintenance for vehicles. Engineered equipment and rotary wing aircraft. |
| 1972-1995 | **Multiple Logistics Development Positions – Multiple Locations/U.S. Army**<br>Served in a variety of career enhancing roles with increasing responsibility. |

## EDUCATION

- **Master of Science Degree** – Transportation Management – Florida Institute of Technology, Melbourne, Florida
- **Bachelor of Science Degree** – Education Administration – Morgan State University, Baltimore, Maryland

## TECHNICAL TRAINING & CERTIFICATION

- **The Broad Center for the Management of School Systems** – San Francisco, California.
- **United States Army War College** – completed training and studies at the U.S. Army's most senior military educational institution, which prepares high-level military personnel and civilians for strategic leadership responsibilities - Carlisle Barracks, Carlisle, Pennsylvania.
- **United States Army Command and General Staff College** – educates and trains intermediate level Army Officers, International Officers, Sister Service Officers, and Interagency leaders to operate in full spectrum Army, joint, interagency, and multinational operations as field grade commanders and staff officers – Fort Leavenworth, Kansas.
- **Transportation Officer – Advanced Course** – completed advanced training in preparation for continuing in the Operations career field, serving in the Transportation Corps at ever-increasing levels of leadership responsibility – Fort Eustis, Newport News, Virginia.
- **Infantry Officer Basic Course** – Fort Benning, Georgia

## PROFESSIONAL MEMBERSHIPS AND AFFILIATIONS

- National Defense Transportation Association
- United States Transportation Corps Regimental Association
- Association of the United States Army
- The ROCKS, Inc. Mentoring Program

*Mary Mildred Minter, Ed.D*
*3407 Hilton Road*
*Baltimore, Maryland 21215*
*Home (410) 664-1395*
*Work (410) 396-9148*
*Fax (410) 545-7838*
*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*

---

**OBJECTIVE**   Seeking a position as a leader of a forward thinking educational program utilizing my practical experience, enthusiasm, energy, and creativity.

**EDUCATION**   1999-Ed.D- Nova Southeastern University: Educational Leadership
1994-ED.D (21) semester hrs. Morgan State University: Urban Ed. Leadership
1993- M.S.- Morgan State University: Administration Supervision
1983- Masters Equivalency in Elementary Ed. State of Md.
1973-B.S.- Morgan State University: Elementary Education
1969- Graduated from Edmondson High School

**TEACHING EXPERIENCES**

September, 2000- Present   **Johns Hopkins University**
Curriculum Development/ Educational Leadership

September 1973-
June, 1991
Thomas Johnson Elementary School
. First.
. Fifth
. Sixth
. Master Teacher

**ADMINISTRATIVE**   **Chief academic Officer, BCPS**
12/08-present
Area #9 Restructuring Implementation Schools- 2006-2008
**Area Academic Officer**
William Paca Elementary School- 2001-2008
**Principal**
Curtis Bay Elementary School-1993-2001
**Principal**
Thomas Johnson Elementary-1991-1993
**Assistant Principal**

**ADDITIONAL INFORMATION**

During the 2002-2005 school years, I was recognized by the State School Board as one of four Distinguish Principals for the state of Maryland. I am recognized as the only Baltimore City female African American principal considered for the position to date.

During my time as Distinguished Principal, I provided training for new principals through out the state of Maryland in the state's Principals Academy which takes place each year.

I've serve as a principal mentor for over five for new principals in the Baltimore city school system

In 2000, I was selected by Ms. Russo( the former superintendent of the BCPSS ) to help turn around one of the largest( 830 students)and   lowest performing schools in the Baltimore City school system( William Paca Elementary). The mission was accomplished.

| | |
|---|---|
| **HONORS /AWARDS** | *Maryland Distinguish Principal's Award* **2003-2006** |
| | *Hayward Harrison Memorial Leadership Award/ M.S.U.* |
| | *Maryland School Improvement Award 1996/1998* |
| | *Recognized by Working Women Magazine as one of ten schools in the nation for today's families: 1999* |
| **AVAILABILITY** | *Weekends and afternoons* |
| **REFERENCES** | *Furnished upon request* |

# Irma E. Johnson
1561 Lochwood Road, Baltimore, MD 21218
410-366-6538
ijohnson@bcpsK-12.md.us

*"...your positive spirit is a breath of fresh air in the lives of your students."*

*Peggy Shapiro*
*My Sister's Circle*

*"Over seven years at P.S. 39, Johnson has maintained a stable and dedicated staff, forged teaching relationships with the Walters Art Museum and several higher-ed institutions, developed an AmeriCorps tutoring and teacher-support program, organized (with local churches) a food bank for parents, pushed test scores upward year after year, and is now forging her site into a magnet school for creatively gifted children. Think of her the next time you hear (or speak) the usual bum rap on city schools.*

*Best Public School Principal in Baltimore City Schools*
*City Paper-2002*

*"...Being here at Dallas Nicholas Elementary School has made volunteering fun, rewarding, education, and more. From the Principal on down, those here at Dallas Nicholas are dedicated to children, professional, kind, and just good folks".*

*Mr. Michael, Experience Corp Volunteer-March 1, 2005*

## Professional Profile
Eager to bring the Baltimore City Public School district into a professional learning community using a unique combination of educational experience coupled with thirty years of educational background in educating a diverse student population and instructional staff.

## Education, Honors, and Certifications
**Administration and Supervision Certificate**
Coppin State University, Baltimore, MD
**Master of Special Education**
Coppin State University, Baltimore, MD
**Bachelor of Science-Elementary Education K-6, Special Education K-12**
University of Maryland, College Park

## Professional Certifications
Advanced Profession Principal and Supervisor
MD State Department of Education 1989-91
Advanced Professional Special Education – Grades Kindergarten-12
Elementary Grades 1-6 and Middle School

## Computer Skills
- Software: Microsoft Word, Microsoft Publisher, Microsoft Power Point, Working knowledge of the Internet, and Printer Operations

## Employment
**The Baltimore City Public School System**

**Principal,** 1988 to present
Responsibilities Include:
**School Leadership Competencies**
- Ensure effective teaching and learning
- Focus on data and outcomes
- Nurture student and adult efficacy
- Lead learning organizations
- Manage effectively
- Build school community and culture

**Personal Leadership Competencies**
- Model the Way
- Inspire a shared vision
- Challenge the Process
- Enable Others to Act
- Encourage the Heart

> *"Thank you…for opening the doors for me. My first teaching experience was wonderful because of you. You are a great principal and a special person."*
>
> *Michelle Spears*
> *Special Educator*

**Technical Leadership Competencies**
- Budget
- Union Contract
- School Law
- Scheduling
- HR Policies and Procedures
- Facilities
- Technology

**Assistant Principal,** 1992-1998
Responsibilities Include:
- Providing both education and managerial direction for 398 students and 50 staff members.
- Administrator in charge during principal's absence.
- Monitoring and supervising the implementation of special education compliance activities, ARD process, and the monitoring of the placement, related services of handicapped students.
- Monitoring and supervising the implementation of Title I compliance activities.
- Monitoring funds from general, Title I and grants.
- Requisitioning instructional materials and supplies for the instructional and non-instructional staff.
- Observing teachers formally and informally.
- Implementing city/school-wide disciplinary procedures.
- Planning and conducting staff development workshops.
- Planning and conducting parent workshops and successful conferences.
- Recruiting new teachers, community volunteers, business partnerships and parent volunteers.

**Special Education Department Head,** 1988-1992
Responsibilities Include:
- Monitoring the instructional program for special education students.
- Monitoring and implementing the Admission, Review, and Dismissal (ARD) Policies.
- Observing the special education instructional staff formally and informally.
- Conducting special education staff development/workshops for general educators.
- Coordinating computer courses with IBM for teachers.
- Conducting educational assessments.
- Chairing ARD committee meetings.

**Divisional Chairperson-Office of Admission, Review, and Dismissal,** 1985-1992
Responsibilities Include:
- Determining appropriate/alternative programs for identified handicapped/non-handicapped students.

**Itinerant Admission. Review and Dismissal Committee,** 1984-1985
Responsibilities Include:
- Identifying handicapped students.
- Determining appropriate/alternative programs for identified handicapped/non-handicapped students.
- Conducting educational assessments.
- Developing individual educational programs.

**Special Educator Resource Teacher,** 1982-1984
Responsibilities Include:
- Conducting educational assessments.
- Developing informal educational assessments.
- Writing educational assessment reports.
- Developing/implementing Individual Educational Programs (IEP)
- Teaching handicapped students

**Diagnostic/Prescriptive Teacher,** 1979-1982
Responsibilities Include:
- Completing educational assessments and reports.
- Assisting Northeast Are Assistant Superintendent Specialist with developing programming for handicapped students.
- Providing instructional activities for classroom teachers.
- Monitoring special education programs.
- Developing programs for general educators' programs/activities for handicapped students.
- Monitoring state funding to special education (SSIS).

**Special Education Teacher,** 1975-1979
Responsibilities Include:
- Developing and implementing instructional strategies for handicapped students.

## Related Professional Activities

Adjunct Professor – University of Pennsylvania

Chairperson – Staff Development, Northern Area Administrators – 1996-1997

Presenter – Metropolitan-Baltimore Alliance of Black School Educators, Fall 1996 Conference

Evaluator – Skill Assessment Activity – Baltimore City Public Schools, Spring 1996

Presenter – Staff Development Advisory Committee, Public School Administrators and Supervisors Association of Baltimore City, 1995

The Student Assistance Team, Baltimore City Public Schools, 1991-1992

IBM Coordinator – Paul Lawrence Dunbar Middle School #133, IBM Project, Spring 1991

Instructor – Eighth Annual Learning Conference, Towson University, Fall 1983 Conference

Instructor – Teaching Handicapped Students, Maryland State Department of Education Certification, 1983

## Professional Affiliations

Association for Supervision and Curriculum

National Baptist Association

Alpha Kappa Alpha Sorority, Inc.

# THE CURRICULUM VITAE'
## OF
## ROGER A. SHAW

4311 Dana Street  
Baltimore, Maryland 21229

410-644-2337 (H)  
410-396-0612 (W)

**CAREER OBJECTIVE:** To acquire the appointment of Executive Director of Secondary Schools for Baltimore City Public School System.

**EDUCATION:** May, 1983 - B.A., English, Greensboro College  
September, 1995 - M. Ed., Administration and Supervision, Loyola College

**PROFESSIONAL EXPERIENCES:**

**Baltimore City Public School System**

2007 – Present **Appointment – Executive Director of Secondary Schools**

2001 - 2007 **PRINCIPAL** - Paul Laurence Dunbar High School  
**Responsibilities:**
- Provides leadership to school staff in improving student achievement, attendance, and climate
- Implements the daily responsibilities of a Principal

1999 - 2001 **ASSISTANT PRINCIPAL** - Carver Vocational Technical High School  
**Responsibilities:**
- Supervised and monitored all vocational areas
- Sophomore Class Administrator
- Service Learning Coordinator
- Physical Plant Manager
- Athletic Administrator
- Appointed as Review Summer School Coordinator (2001)
- Developed/Facilitated Male Mentoring Program

1996 - 1999 **ASSISTANT PRINCIPAL** - Harlem Park Middle School  
**Responsibilities:**
- Assisted with staff development in the areas of MSPAP strategies, and writing strategies to promote student achievements.
- Developed and Implemented a school-wide character education program.
- Created an entrepreneurship program for students
- Assisted with grant writing to expand the Alternative Learning Center for Disruptive Students.
- Developed and implemented the Male Enrichment Program.
- Expanded the school-wide "kudos" program to increase student achievement.
- Participated in Chesapeake Bay Foundation training to promote hands-on-learning for students.

*Page Two*                                                                                                    **Roger A. Shaw**

- *Provided students with cultural experiences through the Living Classrooms Program.*
- *Facilitated staff development for new teachers in the areas cooperative discipline.*
- *Observed and Evaluate new teacher(s) in the areas of classroom management and lesson plan writing.*
- *Addressed the needs of parents through the STAR Program and Harambe' Program.*
- *Continued to expand the Communication Technology Magnet through the development of the school newspaper.*
- *Assisted the principal with the implementation of school rules and policies.*
- *Facilitated a Transition Program for special needs students in the areas of Science and Social Studies.*

*1995 - 1996 -* **ACTING ASSISTANT COMMUNITY PRINCIPAL** *- Harlem Park Middle School*
**Responsibilities:**
- *Assisted with staff development in the areas of MSPAP strategies and writing strategies to promote student achievement.*
- *Developed and implemented a school-wide "Kudos" program to promote student attendance.*
- *Assisted the principal with the development of a Alternative Learning Center for disruptive students.*
- *Addressed the needs of parents, students and teachers.*
- *Observed and evaluate new teachers in the areas of Classroom Management and Daily Lesson Plan Writing.*
- *Implemented the development of a school newspaper.*
- *Provided cultural experiences for students.*
- *Assisted the principal with the implementation of school rules and policies.*

*1994 - 1995 -* **COMMUNITY MANAGER -** *Harlem Park Community School*
**Responsibilities:**
- *Assisted the assistant principal with various administrative tasks.*
- *Evaluated teaching techniques of new teachers.*
- *Maintained and implemented discipline procedures for students.*
- *Participated in student placement for special needs students.*
- *Coordinated and led staff development in the areas of conflict resolution, peer mediation and multiple intelligence.*

*Page Three* **Roger A. Shaw**

*1993 - 1994 -* **CURRICULUM COORDINATOR** - *Harlem Park Community School*
> ***Responsibilities:***
> - *Developed a journalism curriculum for magnet program.*
> - *Assisted with the implementation of a computerized writing lab.*
> - *Wrote curricula for various disciplines in the magnet program.*
> - *Monitored incentive programs for students.*

*1992 - 1993 -* **PHYSICAL EDUCATION TEACHER** - *Harlem Park Community School*
> ***Responsibilities:***
> - *Taught the Physical Education curriculum*

*1987 - 1992 -* **ENGLISH TEACHER AND ACTING ASSISTANT PRINCIPAL** - *Harlem Park Community School*
> ***Responsibilities:***
> - *Taught the English Curriculum to 6th, 7th, and 8th grade students.*
> - *Assumed acting assistant principal position from January, 1992 until June, 1992.*
> - *Substituted for absent administrators periodically.*

*1986 - 1987 -* **ENGLISH AND HISTORY TEACHER** - *Longfellow Academy*
> ***Responsibilities:***
> - *Taught the English and History Curricula to 7th and 8th grade students.*

*1984 - 1986 -* **ENGLISH TEACHER** - *Harlem Park Community School*
> ***Responsibilities:***
> - *Taught the English Curricula to 8th grade students.*

## OTHER EMPLOYMENT OPPORTUNITIES

*1983 - 1992 -* **S.C.E. Summer School Teacher** - *Harlem Park Community School*
> ***Responsibilities:***
> - *Taught Writer's Workshop*
> - *Organized Cultural Enrichment activities*

*1983 - 1990 -* **Assistant Lacrosse Coach** - *Harlem Park Community School*
> ***Responsibilities:***
> - *Taught Lacrosse skills to middle school students*
> - *Implemented a monitoring system for students academic progress*

*1987 - 1989 -* **Upward Bound Teacher** - *Morgan State University*
> ***Responsibilities:***
> - *Taught verbal S.A.T. skills to high school students*

## SPECIAL RECOGNITION

*11/06  Principal of the Year, Touchdown Club*
*8/2006  Advocate of the Year, College Bound Foundation*

**REFERENCES -** *Available Upon Request*

**JONATHAN T. BRICE, M.S., M.Ed.**
136 Maple Ridge Road
Reisterstown, Md. 21136

Cell: 443.414.7701
Email: Briceusp@aol.com

## PROFESSIONAL EXPERIENCE

**Baltimore City Public Schools**　　　　　　　　　　　　　　**Baltimore, Maryland**
**Executive Director Student Support**　　　　　　　　　　　**March 2008- Present**

- Direct the Student Support department with a $30 million combined budget and 90 staff in 12 offices; alternative options program, hospital & homebound, home school, school counseling, foster care & homeless students, student records, student placement, suspension services, attendance & truancy, safe schools, and SST/504.
- Conduct ongoing evaluation and reorganization of Student Support to provide effective guidance and support for schools.
- Implement new data collection, monitoring, and action process for key Student Support process and outcome indicators through SafetyStat, AttendanceStat, and StudentStat process.
- Lead multi-agency steering committee to align strategy, maximize use of resources, and increase positive student and school related outcomes.
- Develop and implement new alternative school opportunities for overage, suspended, and disengaged students.
- Expand and support youth leadership opportunities within schools.
- Expand support for students through increased mental health counseling and renewed guidance, support, and accountability for Student Support Teams.
- Conduct monthly Student Support related professional development for district staff.
- Member of Chief Executive Officer's Cabinet and Chair Safety Stat subcommittee.

**Duval County Public Schools**　　　　　　　　　　　　　　**Jacksonville, Florida**
DCPS is the sixth largest school district in Florida and 19th largest in the U.S. with 126,000 students and an operating budget of $1.3 billion.

**Chief Officer,**
**Superintendents Cluster and Special Services**　　　　　　**April 2006 – March 2008**

- Directed a cluster of 25 schools, approximately 17,000 students K-12 and alternative, and a $95 million operating budget.
- Designed a new service delivery model for supporting students by aligning special education, student support services, and alternative education within a newly established division.
- Used student support data to identify critical organizational needs and as a monitoring tool to evaluate on-going divisional performance.
- Led and managed a staff of 400 with a combined federal and operating budget of $65 million.
- Identified and provide professional development to increase knowledge, skills, and abilities of staff.
- Evaluated and supervised two executive directors, twenty-five principals K-12, and cluster office staff.

1

- 86% of the schools under my direction maintained or improved their school accountability grade when comparing the same FCAT criteria for SY 2006 and 2007.
- Designed, enacted, and evaluated new cluster concept that paired high performing and underperforming schools, by increasing principal and school collaboration, to accelerate student achievement in 10 elementary, 10 middle, 2 high, and three alternative schools.
- Developed, implemented, and monitored state assistance plans for three state or district designated "F" schools.
- Member of Superintendent's Executive Staff

**Christina School District**                                            **Wilmington, Delaware**

CSD is the largest school district in Delaware with 20,000 students and an operating budget of $365 million.

**Executive Director Alternative Programs &**
**Non-Traditional Schools**                                         **September 2005-April 2006**

- Created new alternative and non-traditional schools and programs for unsuccessful students.
- Directed the operations of two schools and four alternative education programs with administrators, teachers, and other instructional/support staff. These schools and programs have a combined yearly budget of $6 million.
- Evaluated and supervised principals and administrators of alternative schools and programs and adult education programs.
- Developed and implemented student accountability system for students in alternative schools.
- Member of Superintendent's Executive Staff.

**Anne Arundel County Public Schools**                                **Annapolis, Maryland**

The fifth largest school district in Maryland and 41st largest in the United States, AACPS has a student population of 75,000 students and an operating budget of $733 million.

**(Executive) Director of Program Planning,**                      **July 2003-September 2005**
**Research & Assessment,**
**Superintendent Intern to Dr. Eric J. Smith.**

- Directed operations of the Research and Testing, Technology, and Public Information departments with more than 170 employees and a $20 million combined operating budget.
- Designed and implemented a comprehensive accountability system that led to the administration, collection, and analysis of student performance data, K-12.
- Conceptualized, planned, and implemented the first AACPS student data warehouse to provide district personnel access to student level assessment data.
- Restructured the Technology department to provide improved support to schools by upgrading school connectivity, creation of an elementary electronic report card, and upgrading system-wide financial system.
- Restructured the Public Information Office to provide information to internal and external audiences through new communication vehicles, increased use of the district website and cable channel, and more effective relationships with television and print media in the Baltimore Washington corridor.

2

- Worked with executive staff to gain insight about instruction, budget and finance, research and assessment, and technology.
- Member of Superintendent's Executive Staff

**Baltimore County Public Schools**                                **Towson, Maryland**
The third largest school district in Maryland and 24th largest in the United States, BCPS had a student population of 108,000 students and an operating budget of $1 billion.

| | |
|---|---|
| **Assistant Principal (High School)** | **July 2000-July 2002** |
| **Assistant Principal (Middle School)** | **October 1998–July 2000** |
| **High School Social Studies Teacher and Coach,** | **January 1995–October 1998** |

**Baltimore City Public School System**                           **October 1993-July 1994**
**Long Term Substitute Teacher (6th grade science)**

## CONSULTANT ACTIVITIES
- Conducted leadership development seminars for central office and school based administrators.
- Developed interview protocol, conducted 60 interviews with school district leadership team, and synthesized and reported findings to district leadership team.

## EDUCATION
**Harvard Graduate School of Education,** Ed.D. Candidate **June 2009**
Concentration Urban Superintendents Program, Master of Education, **June 2003**
John E. Stevens Fellow 2002-2003

**Towson University**, Master of Science, **September 2001**
Human Resource Development, Concentration in Educational Leadership

**University of Baltimore,** Bachelor of Arts, **Summer 1993**
History

## PROFESSIONAL CERTIFICATIONS
- Maryland Advanced Professional Certificate
  **Administrator I and Social Studies, Grade 7-12** (Expiration December 2009)
- Delaware School leader II Certificate
  **Superintendent and Assistant Superintendent** (Expiration August 2010)
- Florida Educational Leadership,
  **All Levels** (Expiration June 2011)

### Membership
- University of Baltimore, Yale Gordon College of Liberal Arts Advisory Council

3

# JoAnne V. Koehler
12246 Roundwood Road
Timonium, MD 21093
jvk1129@yahoo.com

## Education

<u>Additional Post-Graduate Courses,</u> 33 additional graduate credits earned at Loyola College, University of Maryland, and Baltimore County Public Schools in-service from 1980-1993.

<u>Master of Education (Administrative and Supervision),</u> Loyola College, Baltimore, Maryland 21210, 1980.

<u>Bachelor of Science (Elementary Education and Psychology),</u> Towson University, Towson, Maryland 21204, 1968.

<u>Preparatory (High School Diploma),</u> The Catholic High School of Baltimore, Baltimore, Maryland 21213, 1964.

## Work Experience

### Baltimore City Public Schools

| | |
|---|---|
| Chief Human Resources Officer | 2007 |
| Director, Human Resources IMCI Team, MSDE | 2005-2007 |

### Baltimore County Public Schools

| | |
|---|---|
| Coordinator, Office of State and Federal Programs, Special Education and Title I | 2005 |
| Coordinator, Office of Secondary Education | 2004-2005 |
| Executive Director of Schools [Area Assistant Superintendent] | 2001-2002 |
| Director, Office of Food and Nutrition Services | 1996-2001 |
| Manager, Office of Student Data | 1994-1996 |
| Coordinator, Office of Teacher Personnel | 1993-1994 |
| Principal | 1985-1993 |
| Assistant Principal | 1982-1985 |
| Teacher | 1977-1982 |
| Teacher | 1969-1974 |

### Prince George's County Public Schools

| | |
|---|---|
| Teacher | 1968-1969 |