# GREAT KIDS
# GREAT SCHOOLS

## Fair Student Funding:

## The First Step To a System of Great Schools

# GREAT KIDS, GREAT SCHOOLS

## FAIR STUDENT FUNDING:
## THE FIRST STEP TO A SYSTEM OF GREAT SCHOOLS

We have great kids with great potential, and they all deserve great schools.

The first step to building a system of great schools is figuring out how we fund it. But the way we currently manage school money in Baltimore City prevents us from creating the schools our kids deserve.

- **In a system of great schools, all resources possible go to kids, not to supporting costly bureaucracies.** Now in Baltimore, we have an expensive central office with 1,531 full-time employees—8 central employees for every one of our 193 schools.
- **In a system of great schools, schools have money *and* freedom to spend that money.** Now in Baltimore, schools get staff, services and supplies tied to programs and jobs. Central office, far removed from students, decides what schools get; principals and teachers have little say.
- **In a system of great schools, all kids have the same shot at a great education.** Now in Baltimore, the amount of money per student is very different from school to school, even among students with the same characteristics.
- **In a system of great schools, processes are clear and decisions are open.** Now in Baltimore, our process for sending resources to schools is so complex as to be almost incomprehensible to many parents.
- **In a system of great schools, parents and communities are key partners.** Now in Baltimore, parents and communities have limited opportunity to participate in key decisions about their children's education.
- **In a system of great schools, schools are responsible to students for their success.** Now in Baltimore, we can't really hold principals and school communities responsible for student achievement because we haven't given them the opportunity to make decisions in students' best interests.

To build a system of great schools, we need a funding strategy that furnishes schools with the resources they need to educate students equally and well. And we need it now.

## OUR KIDS CANNOT WAIT

We are creating a new strategy for funding Baltimore City schools. And we are moving quickly to implement this strategy in the 2008-09 school year. We have neither the luxury nor right to make our students wait while we figure out how to fund great schools.

Some of the details and policy decisions that will ultimately shape this strategy are still in the works. But the strategy is modeled after successful student funding processes in urban school districts across the country. The basic approach is simple. How we distribute school resources, and why, will also be clear.

Three key principles will guide the strategy, both in its creation and execution:

- Fair, clear, open decision-making.
- School freedom = school responsibility.
- Families as partners.

And the strategy will have two main components:

1. We will give schools money, not staff and services, and we will give principals the discretion to spend that money to meet clear expectations for student achievement.
2. We will take every opportunity to move more and more money into our schools. As schools do more, we at central office will be left doing less. So we will cut central office resources to free up dollars for kids.

We are calling this new strategy Fair Student Funding. It is the first big step we are taking to build a system of great schools.

## SCHOOL FUNDING NOW:
## MYSTERIOUS, BUREAUCRATIC AND FAR FROM EQUAL

The process that Baltimore City schools' central office, or "North Avenue," currently uses to fund schools is cumbersome and confusing—so much so, that it's difficult to determine whether or not disparities among schools are fair.

North Avenue currently sends staff and services to schools based on student numbers. Staff includes assistant principals, secretaries, teachers, and aides; services include janitors, photocopier maintenance, textbook purchases, hall monitors, and the like. Teachers are parceled out according to very specific classroom-teacher ratios: 1 teacher for every 22 kindergarten students; 1 teacher for every 21.9 1st-3rd-graders; 1 teacher for every 26.9 4th-5th-graders; 1 teacher for every 30 6th-8th-graders; 1 teacher for every 32 high school students. When student numbers don't fit neatly into these ratios, kids end up getting different resources depending on random factors, like the number of students in their grade.

How many staff members schools get, and what kind of staff members they get—these are decisions that are made at North Avenue, along with decisions about distribution of school services and supplies. The only unrestricted money schools currently receive and choose how to spend is a small pot equivalent to $90 per student. This amounts to 3 percent of all money spent on schools.

It is difficult for people outside the school system to know just how school resources get distributed, but two things are clear: Right now in Baltimore City, similar students are getting very different dollars for their education. And right now, we are preventing school communities—the people who know best what students need to thrive—from managing their schools in a way that supports student achievement.

## THE NEW WAY: FAIR STUDENT FUNDING

### SCHOOL FREEDOM = SCHOOL RESPONSIBILITY

Research shows that great schools happen when instruction, teacher training and student assessment support each other, are all connected, and reflect a larger vision for student achievement. Because Baltimore City principals and teachers have little say in building instructional programs, they are unable to build an academic vision for their schools that is coherent. Central office may send a program that does not match the needs of the students, or a second assistant principal when what the school really needs is an art or music teacher—or vice versa. This distribution of resources diminishes the odds for student achievement, and it is a poor use of the school system's limited means.

So in the months ahead, we will move to a simple, clear and fair school funding formula that gives principals, families and school communities more choice, within clear policy boundaries:

- All schools will receive a base amount that approximately equals $5,600 per student.
- All schools will receive additional dollars, according to different weights for categories or status such as academic need. The Board of School Commissioners will determine these weights in the weeks ahead.
- All schools will continue to receive certain staff and services from North Avenue, such as food services, and dollars to contract for these services will also be added to the base student amount. (North Avenue will continue to fund unique programs that cannot be independently supported by schools, such as Baltimore School for the Arts, International Baccalaureate, Ingenuity, New Leaders for New Schools, etc. Participation in other valuable programs will become the responsibility of schools.)
- When all is said and done, and all dollars are calculated, each student will get the equivalent of roughly $9,100, on average. This approximately equals the value of staff, services and supplies schools currently receive, but under Fair Student Funding, it comes with an added non-cash bonus: flexibility in spending this money at the school level.

Under Fair Student Funding, schools will become fully responsible for all real costs such as hiring, so that they can maximize their resources for their students. Principals will go from controlling just 3 percent of their schools' budgets to 66 percent. The remaining 34% will continue to have strings attached, due to legal requirements that certain dollars be spent on certain things, such as special education. Principals will also, for the first time, control the many small but critical tasks that affect day-to-day school life, from ordering textbooks to custodial services their schools.

**Example:**

The principal of a school with 300 students currently has $27,000, or $90 a student, to use at his or her discretion. Under Fair Student Funding, the same principal would control about $1.7 million, or 66 percent of the money going to his or her school.

This financial discretion will allow schools to be directly responsible to their students. As the key decision-makers for their students and schools, principals will be fully responsible for student achievement. And the results they will be expected to achieve will be clear and specific, and based on what we know works.

We are asking more of our principals as part of Fair Student Funding. We are also placing great confidence in them as leaders, and giving them an opportunity like never before to put their talents and experience as educators to work. And we will make sure they get the training and support they need to do their new jobs well.

Finally, placing money in schools, and the responsibility for improving student achievement on principals, will put teachers, parents and communities much closer to important decisions that affect their children. They will have a meaningful role in helping principals establish priorities. Most importantly, those making important decisions about their children's education will no longer be faceless, but people they see every day in their children's schools.

### MORE ROBUST SCHOOLS = A LEANER NORTH AVENUE

The Baltimore City public school system is changing. For decades we have been a system that invested heavily in the school policy and oversight work of North Avenue. But schools are where the real work of educating kids takes place, especially now, as the workload and responsibility of schools grows under Fair Student Funding. So where- and whenever possible, schools are where our education resources will now be going.

This shift will start with the elimination of 310 full-time positions at North Avenue at the end of this school year. This amounts to 20 percent fewer central office employees. We will work closely with those who will be leaving central office, to ease as much as possible what will be a difficult transition.

And the shift of resources to support great schools will continue. We cannot yet say to what extent, but we can say this: We will continue to shrink the size and role of North Avenue in order to send more resources to our schools.

Under Fair Student Funding, North Avenue will become not a manager of schools, but a support to them. We will do all we can to help our schools thrive in this dramatically different operating environment.

## THIS IS RIGHT FOR BALTIMORE

Problems with the way we manage city schools' money aren't new. There have been several studies of central office spending in recent years, and time after time the same flaws surface: principals' inability to act in students' best interests; our inability to hold principals fully responsible for student achievement; inequalities among schools; a cumbersome process that prevents input from those closest to our kids; and central office bloat. So the need for change has been on our radar.

Now it is time to act.

Around the country, meanwhile, big-city school districts have been making the change. Among others, San Francisco, Oakland, Seattle, Cincinnati, Houston, and New York City have all adopted a school funding process that moves money and decision-making to the schools, and is based on a flat sum for students that is weighted according to student needs. Some, like New York, are still early in the process; others, like San Francisco, have shown solid increases in student achievement.

Several years ago, student performance was on the rise in San Francisco, but progress was slow. School funding was widely deemed arbitrary and unfair. There was little parent and teacher participation in decision-making. Schools' academic programs were all over the place—some good, some poor. And central office was widely considered a barrier to school success. So San Francisco created a "weighted student funding" strategy and put principals in control. Six consecutive years of academic gains ensued, making San Francisco California's top performing big-city district today.

National educations leaders and experts have also embraced a student-based formula for funding schools, coupled with spending discretion for principals. And community leaders in cities that have gone this route have rallied behind the change.

But the most compelling reason of all for adopting Fair Student Funding in Baltimore now is this: the way we currently fund and manage our schools isn't working in our students' favor. And they deserve the best we have to offer.

## THE CHALLENGES AHEAD

Fair Student Funding means making big changes in how we, as a school system, do business. In the near term: decisions on critical details of this new school funding strategy will require careful analysis and thought; getting the details right at the school level will require a great deal of work; and making sure principals and school communities are set up to succeed will be a non-stop effort right up until the first day of school in Fall 2008. We at central office will work tirelessly in the months ahead, and as we generate details and information, we will share them with all of our school communities.

But perhaps the biggest challenge we face moving forward under Fair Student Funding is our commitment as adults to work together to ensure that this change is a positive one for our communities, our schools and our kids. Fair Student Funding is the first step to building the system of great schools that all of our kids deserve.