8