# Secondary Schools Transformation

Baltimore City Public School System

March 11, 2008

Andres A. Alonso, CEO

# High School Transformation Goals

1. **College-prep programs.** Ensure college readiness, acceptance and success.

2. **School-to-career education programs.** Academic and Career focused options that link closely with community employment needs and opportunities for young people.

3. **Alternative/ dropout prevention specialty programs.** Alternative education options that particularly address the issues of over age students and students at risk.

# Implementation Plan for New Schools

- Two grades of students (beginning with 6th and 9th, 80 students per grade) and 1 school leader.
- Plan builds on the macro-level scaffolding being created in the district
- Key autonomy required for success of new schools:
  - Financial (Per pupil funding and start-up funds).
  - Operational (Relationship with Operator).
  - Programmatic (Choose staff, build team, choose focus).
  - Staffing (adhering to union contracts).

# Overview of Transformation School Process

1. RFI issued for 2008 and 2009 applicants on January 4, 2008.
2. Received 20 applications for 2008.
3. Held 10 interviews with applicants.
4. Site visits completed.
5. Four applicants recommended to open 5 schools in Fall 2008. Additionally, BFA will expand to include middle grades.

# Evaluation Methodology

Rubric for evaluation of written application focused on three key metrics:

- **Organizational Capacity/ Readiness.**
- **Organizational experience, efficacy of model, and demonstrated track record in implementation.**
- **Organizational expertise working in Baltimore or with youth in similar urban environments.**

# Transformation School Recommendations

- For SY 2008 – 2009:
  - 1 Career Pathway School
  - 3 Career/College Schools
  - 1 College Preparatory School
- Recommendations for new alternative schools will be announced as part of restructuring of alternative programs and interventions in BCPSS for over-age/under-credited students.

# Friendship/ Tech Prep Academy

**Recommendation:** Open 2 schools in Fall 2008.

**Type of school:** Career/College Prep

**Theme of school:** STEM/Early College

**Partnerships:** University of Maryland

**Prior experience:** Operate 5 schools in D.C. including one K-8, one middle and one 1300 student high school.

**Results in D.C.:**

- 90% graduation rate and 80% of graduates accepted into post-secondary education.
- Highest level of AP courses offered of all public and private schools in D.C.
- 600 students out of 1300 students are taking AP courses.
- 4 Posse Scholars at $120,000 each; 61 Achievers Scholarship Recipients at $50,000 each.
- 800 students in CTE programs

# Friendship/ Tech Prep Academy

**Instructional strengths of proposal:**

- Instructional program is fully articulated with middle school preparing students to be ready for Early College and AP level courses at high school level.
- Inquiry based instruction and full PD support and professional supports for teachers to implement.
- Full integration of technology into their instructional practices.
- Experience with designing and delivering AP courses.
- Experience with CTE programming- proposing to do three CTE strands: Engineering & technology Academy, Environmental Science Academy and Bioscience and Medical Science Academy.
- Strong PD program with time built into their day and into their proposed calendar for assessment data review and professional development.

# JHU CSOS/ Baltimore Civitas School

**Type of Program:** Career/College Prep
**Theme of school:** Civic engagement
**Partnerships:** CSOS JHU

- **Prior experience:** CSOS is the operator of Baltimore Talent Development High School. CSOS brings the organizational infrastructure to help support a start-up school, as well as lessons learned nationally from their work at middle and high schools with the Talent Development model.

- Proposed school leader has been a BCPSS teacher, Blum Mentor, and is a board member of the Baltimore Teacher Network, which operates two charter schools.

- The theme of public service is beginning to attract the interest of high profile individuals as advisory board members.

# JHU CSOS/ Baltimore Civitas School

**Instructional strengths:**

- Strong instructional vision and complimentary curricula already selected.
- Emphasis on learning through "public service" or "civic engagement" in keeping with the theme of the school.
- Teams of teachers will be formed with collaborative planning time scheduled daily.
- Staff meetings will use protocols to examine student work on a regular basis.
- Teachers will loop with their students.
- CSOS will support a tiered intervention system that will provide remediation or other kinds of supports, based on student needs.
- Partnerships with organizations like the Baltimore Algebra Project and the Baltimore Urban Debate League will enrich the academic offerings of the school.

# Civic Works/The REACH! School

**Recommendation:** 1 school

**Type of program:** Career Prep

**Specialty:** Allied Health and Construction

**Operator:** Civic Works

**Partnerships:** Johns Hopkins Hospital for health related career pathway. Associated Builders and Contractors of Maryland for construction related career pathway.

# Civic Works/The REACH! School

**Instructional Strengths:**

- Curricula and course sequence already developed for Allied Health and Construction with strong partnerships to provide students with work-based learning opportunities: field trips, job shadowing, mentoring, internships, and training. Students who follow the completer sequence will have a 1 year apprenticeship.

- Course sequences and schedules already developed. Double dose classes in reading and math. School will have both a reading and a math specialist on staff.

- Need to ensure alignment with VSC and CTE requirements.

# Replications, Inc./KAPPA

**Recommendation:** 1 school

**Type of school:** College Prep

**Specialty area:** Replication of KIPP model.

**Experience starting schools:** 2 schools in Baltimore; 24 schools in New York City.

# Replications, Inc./KAPPA

**Instructional Strengths:**

- Strong replication of KIPP culture and school model including longer days and Saturday school.
- Double instructional time in English and Math in grades 6-9.
- Hold Spring Leadership Retreat to provide support for leadership team around curriculum and instructional support. Will have cohort of NY principals also operating KAPPA schools.
- Want KAPPA to pursue IB accreditation.
- Committed to creating a support structure in Baltimore.