**GREAT KIDS
GREAT SCHOOLS**

# City Council Briefing on Student Support and Suspensions

Jonathan Brice
Executive Director, Student Services

Dr. Andres A. Alonso, Ed.D.
Chief Executive Officer
Baltimore City Public Schools

August 4, 2008

## Overview

**GREAT KIDS
GREAT SCHOOLS**

- **Update City Schools SY 07-08 Suspension Data.**

- **Prevention and Intervention strategies and City Schools Code of Conduct Policy.**

- **Support for Persistently Dangerous Schools.**

# Historical Suspension Data: Number of Incidents

The number of incidents that led to suspension decreased by more than 2,000 incidents in SY 2007-2008.

| | |
|---|---|
| SY 2003 – 2004 | 26,295 incidents |
| SY 2004 – 2005 | 16,631 incidents |
| SY 2005 – 2006 | 15,031 incidents |
| SY 2006 – 2007 | 16,752 Incidents |
| SY 2007 - 2008 | 14,649 Incidents* |

Data above were reported to the Maryland State Department of Education.
*Preliminary Data



## Suspensions SY 07/08
### (through June 30, 2008)

| Area | Short-Term Suspensions 07/08 | Short-Term Suspensions 06/07 | Proposed Long-Term Suspensions 07/08 | Proposed Long-Term Suspensions 06/07 |
|---|---|---|---|---|
| 1 | 330 | 474 | 45 | 46 |
| 2 | 975 | 977 | 125 | 121 |
| 3 | 1457 | 1499 | 137 | 153 |
| 4 | 427 | 524 | 36 | 91 |
| 5 | 3186 | 4952 | 601 | 503 |
| 6 | 1107 | 1112 | 149 | 164 |
| 7 | 2714 | 3637 | 539 | 600 |
| 8 | 1860 | 929 | 112 | 63 |
| 9 | 797 | 821 | 52 | 86 |
| Non-Public | 0 | 0 | 16 | 0 |
| District Totals | 12,853 | 14,925 | 1,796 | 1,827 |

4

# GREAT KIDS
# GREAT SCHOOLS

# Prevention and Intervention Strategies and the BCPSS Code of Conduct.

# SY 07-08 Supports vs. Prevention and Intervention Strategies

**GREAT KIDS GREAT SCHOOLS**

| Previous Supports: | New Approach for SY 08-09: |
|---|---|
| • Positive Behavior Intervention Supports. | • Instruction and school options that reach all students. |
| • Code of Conduct lessons – grades 1-12. | • Support that reaches all students. |
| City Schools Bridges Network- 116 schools participate. | • Clear guidelines for behavior. |
| • Community conferencing & mediation. | • Professional development. |
| | • Family/community involvement. |
| | • Youth leadership and development. |

# All Schools have Alternatives to Suspension



Alternatives to Suspension

| Alternative | SY 07-08 | SY 08-09 |
|---|---|---|
| School-wide Consistent Approach to Students | 71% | 81% |
| In-school Suspension (less than one hour) | 41% | 50% |
| After-School Detention/Saturday Classes | 82% | 85% |
| Counseling | 47% | 54% |
| Parent/Family Conferences | 90% | 94% |
| Community Conferencing | 42% | 46% |
| Restorative Practices | 16% | 20% |
| Incentives/Rewards | 78% | 83% |
| Not Offered | 0% | 0% |

**Summary:** Schools are increasing the alternatives to suspension in SY 08-09.

**Survey Response:** 190 schools responded to the survey.

7

8

## Approach: Supports that Reach All Students



GREAT KIDS GREAT SCHOOLS

- Implement positive behavioral programs.
- Implement and monitor Student Support Teams in every school.
- Expand mental health services, especially in middle schools.

## Approach: Supports that Reach All Students



- Expand peer leadership and character development curriculum.

- Expand youth leadership opportunities for middle and high school students (student government, student congress).

# The Revision of the City Schools Code of Conduct



- Provide additional support and intervention for students.

- Necessity to communicate clear guidelines for student behavior.

- Strong need to tighten discipline code providing clarity and less flexibility.

# City Schools Code of Conduct Components



- City Schools Philosophy.
- Rights and Responsibilities of the School Community.
- Prevention and Intervention Strategies.
- Description of Inappropriate and Disruptive Behaviors and Levels of Response.

# Expected Outcomes


GREAT KIDS
GREAT SCHOOLS

- The rights and responsibilities of all members of the school community are clearly outlined.

- The emphasis is on prevention and intervention to teach students how to conduct themselves appropriately.

- Consequences for inappropriate and disruptive behaviors will be universally applied.

- Only the most serious behaviors will result in the removal from school.

# GREAT KIDS GREAT SCHOOLS

# Persistently Dangerous Schools 07-08

**DEFINITION:**

A persistently dangerous school is defined as a school in which each year for three consecutive years the total number of student suspensions for more than 10 days or expulsions for serious offenses equals 2½ percent or more of the total number of students enrolled in a school.

14

# Schools on the Continuum...

## Persistently Dangerous Schools

- #075 Calverton
- #082 Dr. Roland N. Patterson Sr., Academy (Closing)
- #418 W.E.B. DuBois
- #041 Hamilton
- #419 Reginald F. Lewis

## Probationary Schools

- #042 Garrison
- #056 Robert Poole
- #133 Dunbar Middle
- #230 Canton
- #420 Dr. Samuel L. Banks
- #424 Thurgood Marshall High
- #434 Homeland Security
- #430 Augusta Fells Savage
- #435 Entrepreneurial Academy
- #450 Frederick Douglass

15

## Schools that Exited…

- #426 Doris M. Johnson High
- #406 Forest Park
- #254 Dr. Martin Luther King, Jr.
- #425 Heritage High
- #170 Thurgood Marshall Middle

16

## Supports for Persistently Dangerous Schools SY 07-08

- Increased monitoring and reporting of disciplinary incidents.
- Focus on suspensions for serious offenses.
- Installation of metal detectors/hand wands in 14 Schools.

17

# Supports for Persistently Dangerous Schools SY 08-09

- New principals appointed in 8 schools.
- Alternative Governance plans submitted and approved for 3 schools to include zero-basing staff.
- Closing 4 schools.

18

# Questions?

**Jonathan Brice**
**Executive Director Student Services**
**Jbrice@bcps.k12.md.us**
**(410) 396-8672**