JKA



# POLICY

BALTIMORE CITY
BOARD OF SCHOOL COMMISSIONERS

## STUDENT DISCIPLINE

I. **Purpose**

   A. The Board is committed to providing safe and orderly classrooms and schools for all students. When classrooms are orderly, teachers are able to teach, and students are able to learn. All students, including those with disabilities, are held accountable for actions that impede instruction and other students' ability to learn.

   B. The exclusion or removal of a student from the classroom should be the disciplinary action of last resort. The Board believes that the school system must focus both on changing or managing inappropriate behavior when administering disciplinary action as well as the consequences for certain behavior. Schools must focus on providing a positive learning atmosphere within the total school environment, and the limited use of removal or exclusion from the classroom must be part of that equation.

II. **Definitions**

   A. *Corporal punishment* – Any deliberate striking, paddling, application of an object or body part against the body of a student, or any other physical punishment used as a corrective or retaliatory measure against a student.

   B. *Expulsion* – The removal of a student from the student's regular school program for more than 45 school days.

   C. *Extended suspension* – The temporary exclusion of a student from school for a specified period of time longer than five (5) school days but not more than 45 school days by the CEO or the CEO's designee.

   D. *In-school suspension* – The exclusion within the school building of a student from the student's regular education program for up to but not more than three (3) school days per incident and no more than six (6) school days per semester.

   E. *Principal* – The principal of a school or, in his/her absence, the assistant principal or other school official authorized to act on behalf of the principal.

   F. *Short-term suspension* – The exclusion of a student from school for up to but not more than five (5) school days by the principal.

G. *Student Discipline Code* – A student code of conduct developed by a committee of parents, students, teachers, and administrators that outlines, by level, examples of conduct violations and the range of consequences.

III. **Policy Standards**

A. The schools shall be governed without corporal punishment.

B. Only the Chief Executive Officer or designated representative may suspend a student for more than 5 days or expel the student.

C. If a student violates a State or local law or regulation and during or as a result of the commission of that violation damaged, destroyed, or substantially decreased the value of school property or property of another that was on school property at the time of the violation, as part of a conference on the matter with the student, the student's parent or guardian and any other appropriate person, the principal will require the student or the student's parent to make restitution.

   1. The restitution may be in the form of monetary restitution not to exceed the lesser of the fair market value of the property or $2,500, or the student's assignment to a school work project, or both.

   2. This paragraph III.C. does not apply if the student has been referred to the Department of Juvenile Services.

D. The Chief Executive Officer's administrative regulations must provide the students with the necessary due process protections and explain their appeal rights.

E. To ensure a free and appropriate public education for students with disabilities, the Chief Executive Officer's administrative regulations shall implement the requirements of the Individuals with Disabilities Education Improvement Act of 2004, Section 504 of the Rehabilitation Act of 1973, and the Code of Maryland Regulations.

IV. **Implementation Strategies**

A. Administrators must keep in mind the need for age appropriate consequences when determining sanctions for code violations. Administrators must take into account degree of severity, frequency of offense, situation, age, prior interventions, and decision-making capacity of the student in determining sanctions and shall be required to provide a rationale for any deviations from the code.

B. The Board recognizes that the presence of a student who has been charged with a criminal or juvenile offense of a serious nature in the community, especially an offense involving violence or weapons, might pose a threat to the safety and welfare of the school community and might disrupt the educational process in the school. If

JKA

school administrators determine that this is the case, the student may be assigned to an alternative educational program pending a final administrative decision on the student's educational placement.

C. School personnel are required to use an array of positive behavior interventions, strategies, and supports to increase or decrease targeted student behaviors. Use of exclusion, restraint or seclusion will strictly adhere to all requirements of the Code of Maryland Regulations.

D. Forms for the disciplinary process have been developed and standardized for use throughout the BCPSS. These forms are found in the *Administrator's Student Discipline Handbook*. No other forms may be used.

V. **Legal and Policy References**

   A. Legal Authority:

   §§ 7-303, 7-305, 7-306, MD. CODE ANN., EDUC.
   COMAR 13A.08.01.11

   B. Policy References

   Related Board Policies: JKA-RA, JKA-RB, JKA-RC, JKA-RD, JKA-RE, JKA-RF
   Replaces Board Rules: 506.01, 506.04, 506.05, 506.06, 506.15