

**GREAT KIDS**
**GREAT SCHOOLS**

# **CREATING** GREAT
# School **Communities:**

Baltimore City Public Schools 2008-09 Code of Conduct



# Acknowledgement of Receipt: Code of Conduct

Please sign one form for each Baltimore City Public Schools in your household and return it to the child's school.

(*Note: Failure to sign this receipt form and to return it to the school does not relieve the student from responsibility for conforming to the Code of Conduct.*)

I have received a copy of the Creating Great School Communities Baltimore City Public Schools 2008-09 Code of Conduct.

_____

Child's name (please print)

_____

Child's school

_____

Parent/guardian signature

_____

Date

Tear Here

# Student Acknowledgement of Review:
## Acceptable Use Policy

As a student user of Baltimore City Public Schools' communications systems, I agree to fully comply with the Baltimore City Public Schools Technology Acceptable Use Policy.*

I am aware that Baltimore City Public Schools reserves the right to review, audit, intercept, access, and disclose all matters of Baltimore City Public Schools' electronic communication system at anytime.

I understand that if I fail to comply with the Acceptable Use Policy, I may be subject to district disciplinary action and/or any applicable legal penalty.

_____

Signature of Student User                         Date

I have reviewed the policy with my child. I understand that families may be held liable for violations. I accept responsibility for helping convey the standards for student users when using the Baltimore City Public Schools communication system.

_____

Signature of Parent/Guardian                      Date

* The Baltimore City Public Schools Technology Acceptable Use Policy can be found on pages 29-30.

Tear Here

## Letter from the CEO

August 25, 2008

Dear Baltimore City School Communities:

Welcome to a great new school year. The 2008-09 school year brings with it all kinds of opportunities for teaching, learning and engaging the entire Baltimore community as we work to create great schools for our 81,500 great kids.

Creating Great School Communities Baltimore City Public Schools 2008-09 Code of Conduct is a tool to guide us all in our efforts to ensure and create safe and supportive school environments for our students and staff. The Code is the result of months of collaboration among school leaders and staff, students, parents, and members of our broader community. I hope you will use it and find it helpful. And please remember that the central office staff and I are resources and sources of support for your school communities as well.

Together, we will work to address the academic, social and life needs of all of our students. Together, we will build a system of great schools.

Sincerely,

Andrés A. Alonso, Ed.D.
Chief Executive Officer



# Table of Contents

Acknowledgement of Receipt - Code of Conduct ...............................................1
Acknowledgement of Review - Technology Acceptable Use Policy ....................2
Letter from the CEO ................................................................................3
Table of Contents / Additional Resources ...................................................4
Code of Conduct Philosophy ......................................................................5
Rights and Responsibilities .......................................................................7
Prevention and Intervention Strategies .......................................................11
Levels of Intervention and Disciplinary Responses .......................................16
Inappropriate or Disruptive Behaviors and Potential Responses.......................17
Glossary of Key Terms ............................................................................21
Dress Code.............................................................................................25
Technology Acceptable Use Policy .............................................................27
Technology Policy Terms and Conditions......................................................28

# Baltimore City Public Schools
# Code of Conduct Philosophy

Baltimore City Public Schools is committed to providing an environment where teaching and learning takes place every day in safe and orderly schools, and student, school staff and administrators are valued and can succeed. Schools are safe when they have:

- A clear vision that the entire school community supports and owns;
- Instructions that reach all students and addresses their academic and behavioral needs;
- Supports for students who are dealing with serious challenges in their homes and communities;
- Training and resources for teachers, staff and students so that they can resolve conflicts peacefully and respectfully;
- Clear rules that everyone in the school understands and enforces; and
- Support from parents and community.

To make sure that schools are safe for students, Baltimore City Public Schools believes that:

- The school community (students, parents/guardians, teachers, staff, administrators) must work together to prevent inappropriate or disruptive behavior by encouraging good behavior and giving students a variety of opportunities to explore their interests;
- When students engage in inappropriate or disruptive behavior, school staff and administrators should use a variety of interventions to teach students appropriate behavior and correct any harm that resulted from the behavior; and
- In rare cases where students are suspended or expelled from school because of inappropriate or disruptive behavior, students must be provided with schoolwork to complete or be referred to other educational settings where learning will continue.

Creating Great School Communities Baltimore City Public Schools 2008-09 Code of Conduct (the "Code") was developed to ensure that students learn appropriate behavior so they may succeed in life and participate in society. It is written for the entire school community and describes the types of inappropriate or disruptive behaviors that are unacceptable in the school setting. Baltimore City Public Schools is committed to correcting these behaviors and teaching the appropriate behavior within the school setting so that students are given the opportunity to remain in school and learn. As a result, the Code includes prevention and intervention strategies to be used before and with any disciplinary response.

Baltimore City Public Schools recognizes that additional steps must be taken where students with disabilities are disciplined. The Code requires school staff and administrators to follow Board policies, Chief Executive Officer administrative regulations, and state and federal laws concerning the discipline of students with disabilities, including the procedures for determining manifestation, conducting functional behavior assessments, and developing behavior intervention plans. Baltimore City Public Schools is also committed to using this Code fairly and without discrimination based on a student's race, ethnicity, national origin, gender, sexual orientation, or religion.

# Code of Conduct Principles

In order to create a positive learning environment for all students, it is necessary to establish clear behavioral expectations for everyone in the district to follow. The principles listed below provide an important foundation to guide behavior, both individually and in interpersonal relationships. Lessons relating to the six principles are taught to every student in September of each school year to ensure students understand their importance and their relationship to the Code. If students abide by these principles, they will contribute to a positive learning environment and avoid conflict with the Code.

1. I respect others and myself. I am kind and courteous. I demonstrate positive verbal and non-verbal communication and positive behavior.
2. I am responsible for my behavior and its consequences.
3. I come to school on time, focused and prepared to work.
4. I demonstrate behaviors that promote a clean, safe and civil learning environment.
5. I respect school property and the property of others.
6. I present myself in an appropriate and orderly fashion at all times and in all settings. I demonstrate personal honor and integrity at all times.

# Rights and Responsibilities of the School Community

## Student Rights and Responsibilities

Students have the right to:

1. Attend school and receive a free and appropriate public education from age 5 to age 21, as provided by law;
2. Be taught in a safe learning environment;
3. Be treated courteously, fairly and respectfully by other students and school staff;
4. Receive a written copy of district and school policies and procedures at the beginning of the school year;
5. Bring complaints or concerns to the school principal or administrators;
6. Challenge or explain in writing anything in their student records;
7. Be told, orally and in writing, the reason(s) for any disciplinary decisions;
8. Receive information about the procedures for appealing disciplinary decisions;
9. Have a parent/guardian attend applicable disciplinary conferences and hearings; and
10. Have school staff or an administrator present when police are called, and have a parent/guardian notified of the nature of the investigation and other details as appropriate, unless the situation involves child abuse or neglect.

Students have the responsibility to:

1. Attend school daily, be prepared for class and complete assignments to the best of their ability;
2. Know and obey school rules and instructions given by school staff and administrators;
3. Tell school staff about any dangerous behavior or activity that occurs on school grounds;
4. Bring only those materials to school that are allowed;
5. Behave respectfully towards everyone in the school community; and
6. Keep parents/guardians informed of school-related issues and supply parents with materials provided by Baltimore City Public Schools.



# Rights and Responsibilities

**School Staff and Administrator Rights and Responsibilities**

School staff and administrators have the right to:

1. Work in a safe and orderly environment;
2. Be treated courteously, fairly and respectfully by students, parents/guardians and other school staff;
3. Communicate concerns, suggestions and complaints to the Baltimore City Public Schools administration;
4. Receive professional and supportive development training;
5. Receive the necessary resources for quality instruction; and
6. Modify instruction, if consistent with the Board policies and system regulations, and rules.

School staff and administrators have the responsibility to:

1. Attend work daily, be punctual and use well-planned, creative, engaged instructional plans every day;
2. Maintain safe and orderly schools by using prevention and intervention strategies and following the Code;
3. Be respectful and courteous to students, parents/guardians and other school staff, and serve as role models for students;
4. Be knowledgeable about Board policies, CEO administrative regulations and rules, and enforce them fairly and consistently;
5. Be knowledgeable about federal and state laws and regulations about the disciplinary process for students with disabilities;
6. Communicate policies, expectations and concerns, and respond to complaints or concerns from students and parents/guardians in a timely manner, and in a language they can understand;
7. Make sure that students are referred to the appropriate committees, departments, offices, divisions, agencies, and organizations when outside support is necessary;
8. Keep parents/guardians informed of student academic progress and behavior, create meaningful opportunities for parent/guardian participation and regularly communicate with parents/guardians in a language they can understand;
9. Provide make-up work for students with lawful absences, including those students who are absent for disciplinary reasons; and
10. Participate in required professional development opportunities.

## Rights and Responsibilities

### Parent/Guardian Rights and Responsibilities

Parents/guardians have the right to:

1. Be actively involved in their child's education;
2. Be treated courteously, fairly and respectfully by all school staff and administrators;
3. Get information about Board policies and procedures that relate to their child's education;
4. Get regular reports, whether written or oral, from school staff regarding their child's academic progress or behavior, including, but not limited to report cards, behavior progress reports and conferences;
5. Receive information and prompt notification of inappropriate or disruptive behaviors by their child, and any disciplinary actions taken by school staff or administrators;
6. Receive information about due process procedures for disciplinary matters concerning their child, including information on conferences and appeals;
7. Receive information from staff about ways to improve their child's academic or behavioral progress which includes, but is not limited to counseling, tutoring, after-school programs, academic programs, and mental health services within Baltimore City Public Schools and the community;
8. Receive information about services for students with disabilities and/or English language learners if/when applicable; and
9. Receive all communications in a language they can understand.

Parents/guardians have the responsibility to:

1. Make sure their child attends school regularly and on time, and let schools know why their child is absent;
2. Tell school officials about any concerns or complaints in a respectful and timely manner;
3. Work with school staff and administrators to address any academic or behavioral problems their child may experience;
4. Support Baltimore City Public Schools by talking with their child about school and expected behavior, and being a role model for their child;
5. Read and become familiar with Board policies and administrative regulations and this Code;
6. Give updated contact information to Baltimore City Public Schools and the child's individual school; and
7. Give their child a space to complete their homework, if possible, or allow participation in after-school programs that permit the completion of homework.

# Rights and Responsibilities

## Baltimore City Public Schools Administration Responsibilities

Baltimore City Public Schools' has the responsibility to:

1. Create and implement policies and procedures for safe and orderly schools for all students, school staff and administrators;
2. Protect the legal rights of school staff, administrators, students, and parents/guardians;
3. Be courteous, respectful and fair with students, parents/guardians, school staff and administrators;
4. Provide a broad-based and varied curriculum to meet individual school needs;
5. Inform the community, students, parents/guardians, school staff, and administrators about Board policies;
6. Ensure the protection of legal rights of students with disabilities;
7. Provide staff that are trained to meet the needs of students;
8. Provide professional and supportive development training to school staff and administrators to help them support students;
9. Support school staff and administrators in the fulfillment of their disciplinary responsibilities as defined by the Code; and
10. Contact and involve parents/guardians on disciplinary issues.

## Description of the Student Code of Conduct

This Code describes inappropriate or disruptive student behavior that may occur within Baltimore City Public Schools. It also provides a range of procedures that may used to prevent such behavior, and interventions and disciplinary responses that may be used if students engage in inappropriate or disruptive behavior.

Prevention techniques emphasize teaching correct behavior and rewarding good behavior. Baltimore City Public Schools is committed to using practices and programs that create rewards and incentives and emphasize positive feedback for students who exhibit appropriate, non-disruptive behavior.

Baltimore City Public Schools also supports the use of intervention procedures that provide students with guidance, direction and support for success in school. A combination of prevention and intervention procedures should generally be used before any disciplinary responses are invoked.

# Prevention and Intervention Strategies

To teach students to conduct themselves appropriately, the Code provides a list of prevention and intervention strategies that may be used prior, or in addition, to any disciplinary response to a student's behavior. Examples of prevention and intervention strategies include:

- **Behavioral Intervention Plan (BIP):** A proactive plan designed by school staff to correct inappropriate or disruptive student behavior through positive behavioral interventions, strategies and supports. This plan is appropriate for both students with and without disabilities.
- **Community Conferencing:** Allows students, school staff and others involved in a conflict to discuss the conflict, how it affected them and to propose solutions.
- **Community Service:** Allows the student to participate in some sort of activity to serve and benefit the community. Examples include working at a soup kitchen, cleaning up garbage, helping at a facility for the aged, etc.
- **Conference:** Conferences can involve students, teachers, administrators, and parents in discussion about student misbehavior and potential solutions that address social, academic and personal issues related to the behavior.
- **Conflict Resolution:** Conflict resolution empowers students to take responsibility for peacefully resolving conflicts. The student, parent, school staff and/or administrator engage in activities that promote problem-solving skills and techniques, such as conflict and anger management, active listening and effective communication.
- **Functional Behavior Assessment (FBA):** Involves gathering information about a student's inappropriate or disruptive behavior and determining approaches school staff should take to correct or manage the student's behavior. This information is used to develop a Behavioral Intervention Plan for the student.
- **Individualized Education Program (IEP) Teams:** Groups of individuals who are responsible for: identifying and evaluating students with disabilities; developing, reviewing/revising an IEP for a student with disabilities; Functional Behavior Assessments and Behavior Intervention Plans; and determining the placement of a student with a disability in the least restrictive environment.
- **Mentoring Program:** A student is paired with a mentor (a counselor, teacher, student, or community member) who helps the student in personal, academic and social development.
- **Parent Outreach:** Parent outreach requires school staff to inform parents of their child's behavior and seek the parents' assistance with correcting inappropriate or disruptive behavior. Parent outreach can include a request for parents to accompany the student to school or written or telephone communications that keep parents aware of the student's behavior, task completion and achievement.
- **Peer Mediation:** Peer mediation is a form of conflict resolution in which students help other students deal with, and develop solutions to conflicts.
- **Referral to Appropriate Substance Abuse Counseling Services:** Students with behavior-related to substance abuse and/or when there is reason to believe substance abuse counseling is needed, are referred to school-based or community-based services.
- **Referral to Community-based Organizations:** Students can be referred to community-

## Prevention and Intervention Strategies

based organizations for a variety of services, including after-school programming, individual or group counseling, leadership development, conflict resolution and/or tutoring.

- **Referral to School-based Health and Mental Health Clinics or other Social Services:** These services provide counseling and assessments to students who are in need. Students are allowed to privately share issues or concerns that lead to inappropriate or disruptive behavior or negatively affect academic success. In counseling sessions, students discuss goals and learn techniques that help them overcome personal challenges. Parents are to be regularly informed of student progress during counseling sessions and at school. Sessions can also involve family members or can be done in groups.
- **Referral to Student Support Team (SST):** Usually consists of teachers, administrators, social workers, nurses, mental health clinicians, psychologists, external agency representatives, and a Safe and Drug Free School representative that help develop prevention and intervention techniques and alternative strategies that ultimately lead to student success.
- **Restorative Justice Strategies:** Designed to identify and address the harm caused by an incident and develop a plan to heal and correct the situation.

# Other Disciplinary Responses

In certain circumstances, disciplinary responses that remove the student from the classroom or school environment may be necessary. In these cases, the goal of Baltimore City Public Schools is to make sure that students continue their education, learn how to behave appropriately and correct any harm they may have caused. Responses include:

- **Alternative Educational Placement (AEP):** Either a program inside a student's assigned school that is designed for disruptive students, or a transfer to another school when a specialized program is not available. Students may be recommended for an AEP if while/during on extended suspension or expulsion the behavior has seriously endangered the health, welfare or safety of other students or school personnel, and the student's continued presence in the school is a significant safety risk. The AEP is distinct from an Alternative Educational Setting (AES).
- **Alternative Educational Setting (AES):** Refers to a setting within or outside the student's current school that is selected to enable a student with an IEP to continue to progress in the general curriculum, and to continue to receive special education and related services and modifications needed to meet the goals of the IEP.
- **Expulsion:** The removal of a student from his/her regular school program for more than 45 schools days. A student may only be recommended for expulsion if an extended suspension is inadequate to address the behavior, the behavior has seriously endangered the health, welfare or safety of other students or school personnel, and the student's continued presence in the school constitutes a significant safety risk.
- **Extended suspension:** The temporary removal of a student from school for a specified period of time longer than five (5) days but not more than 45 school days by the CEO or the CEO's designee. A student may be referred for extended suspension if the student's presence in school presents a danger or severe disruption, additional time is needed to further investigate the incident or a recommendation to expel the student has been made.
- **In-school suspension (ISS):** The removal of a student within the school building from the student's regular education program for up to but not more than three (3) days per incident, and no more than six (6) days per semester.
- **Short-term suspension:** The removal of a student from school for up to, but not more than five (5) days by the principal.
- **Placement Review by Parent/School Administration:** Parents and school administrators may request that the SST conduct a placement review for general education students with documented disciplinary incidents. Students placement in an alternative setting based on placement review may not exceed 45 days. Placement is dependent upon enrollment availability.

## Other Disciplinary Responses

### Distribution of the Student Code of Conduct

Baltimore City Public Schools must post the Code in a visible area on the district's web site and in each individual school. Schools must provide each student with a personal copy. It shall be available in a language parents/guardians can understand. Parents/guardians may contact the principal or the principal's designee if additional assistance is needed.

### Make-Up Work

When students are removed from class because of inappropriate or disruptive behavior, school staff is to provide the student with missed assignments and the opportunity to make up those assignments without penalty. Students with Individualized Education Programs (IEPs) and 504 plans have additional protections that may require full IEP implementation, not just homework packets. School staff should refer to their *Administrator's Student Discipline Handbook* for more information on the discipline of students with disabilities.

### School Police

The Code identifies certain inappropriate or disruptive behaviors that may be considered a danger to the health, safety, and welfare of the school community. For these behaviors the Baltimore City School Police Force must be notified.

If school staff or administrators are unsure of whether to contact school police, they should contact the Department of Student Support: Office of Suspension Services at 410.396.8643. If and when school staff or administrators take steps to contact school police, parents and/or guardians of the affected student must be notified immediately.

### Appeals

In accordance with Board policy, students can appeal an extended suspension of greater than 10 days and/or an expulsion after a conference with the Office of Suspension Services.*

### Discipline Policy and Administrative Regulations

This Code was written in accordance with Board policies and CEO administrative regulations as well as Maryland law and regulations.

### Incorporation by Reference

The Family Information Guide is incorporated by reference in this document. In the event of any conflict between the Code and the Information Guide, the Code should be followed.

* Board Rule 507.06 is under review and will be replaced with Board Policy BLC. Please refer to the Board's website for the most up-to-date information.

# Other Disciplinary Responses

**Use of the Student Code of Conduct for Behavior That Occurs Off School Grounds**

The Code applies to all students and school personnel at all times while on Baltimore City Public Schools property during school hours, before and after school, while traveling on vehicles funded or owned by Baltimore City Public Schools and at any school-sponsored event, including field trips.

Incidents that occur off school grounds are generally not addressed by Baltimore City Public Schools and/or its Code, except for those incidents that occur during a student's regular route to and from school, in school-sponsored activities or within a reasonable time before and after school or school activities.

Baltimore City Public Schools recognizes that the presence of a student who has been charged with a criminal or juvenile offense of a serious nature that occurred outside of school, especially an offense involving violence or weapons, might pose a threat to the safety and welfare of the school community and might disrupt the educational process in the school. If this is determined to be the case, Baltimore City Public Schools may implement interventions or disciplinary responses included in the Code.

**Description of Inappropriate and Disruptive Behaviors and Levels of Response**

When students are disruptive or act inappropriately, school staff and administrators respond to this behavior logically, appropriate, and consistently. The Code divides the responses to inappropriate and disruptive behaviors into four levels. Each inappropriate or disruptive behavior is assigned to one or more levels of intervention and responses. School staff and administrators should use only the levels suggested below for each behavior.

If the inappropriate or disruptive behavior is assigned to two or more levels, then the lowest level of intervention and disciplinary response should be used first. For example, if a student refuses to follow directions, school staff and administrators should first use intervention strategies and responses in Level 1 before moving to Level 2.

When school staff and administrators respond to student misbehavior, they are expected to take into account: the age, health, decision-making ability, and disability or special education status of the student, the appropriateness of the student's academic placement; the student's prior conduct and record of behavior; the student's willingness to repair the harm; the seriousness of the offense and the degree of harm caused; and the impact of the incident on the school community.

# Levels of Interventions and Disciplinary Responses

| | Examples of Classroom Interventions & Responses: | |
|---|---|---|
| | These interventions aim to teach correct, alternative behavior so students can learn and demonstrate safe and respectful behavior. Teachers are encouraged to try a variety of teaching and classroom management strategies. | |
| **Level 1** | * Parent/Guardian Notification<br>* Verbal Correction | * Daily Progress Sheet on Behavior<br>* In-Class Time-Out |
| | * Reminders and Re-direction<br>* Role-Play | * Removal from Class to Another Supervised Classroom (Less than 1 hour) |
| | * Written Reflection/Apology | * Change in Schedule or Class |
| | * Seat Change | * Loss Of Privileges |
| | * Teacher/Student Conference | |
| | **Examples of Support Interventions & Responses:** | |
| | These interventions often involve the parent/guardian and other members of the school community. They aim to identify extenuating factors contributing to inappropriate or disruptive behavior and assist the student in working with these factors. These interventions may also include other students and focus on the student's relationship with the overall school community. | |
| | * Parent/Guardian Notification | * Community Service |
| | * Parent/Guardian Conference<br>* Parent/Guardian Accompany Student to School or Class | * Conflict Resolution<br>* Mentoring Program |
| | * Community Conferencing | * Peer Mediation |
| | * Detention | * Reprimand by Appropriate Administrator |
| | **Examples of Student Support Team Interventions & Responses:** | |
| | These interventions involve support staff, both school-based and within the broader community, and aim to engage the student's support system to ensure successful learning and consistency of interventions, and change the conditions that contribute to the student's inappropriate or disruptive behavior. | |
| | * Parent/Guardian Notification<br>* Parent/Guardian Conference | * Behavioral Intervention Plan<br>* Referral to School-based Health/Mental Health Clinics |
| | * Referral to Student Support Team (SST) and/or IEP Team | * Referral to Community Organization |
| | * Short-term Behavioral Progress Reports<br>* Functional Behavioral Assessment | * Referral to After-School Program |
| | **Examples of Intensive Support Staff and Appropriate Administration Interventions & Responses:** | |
| | These interventions can involve the school administration and aim to correct behavior by stressing the seriousness of the behavior while keeping the student in school. | |
| **Level 2** | * Parent/Guardian Notification<br>* Student Court (if applicable) | * Referral to SST and/or IEP Team<br>* Revision to IEP, as needed (if applicable) |
| | * Restorative Justice Strategies, including Community Conferencing and Community Service | * Restitution (does not apply to students receiving free and reduced-price meals)<br>* In-School Suspension |
| | **Examples of Suspension and Referral Responses:** | |
| | These interventions may involve the temporary, short-term removal of a student from the school environment because of the severity of the behavior. The duration of the short-term suspension, if issued, is to be limited as much as is practicable while adequately addressing the behavior. | |
| **Level 3** | * Parent/Guardian Notification<br>* Revision to IEP, as needed (if applicable) | * Referral to the Twilight and Credit Recovery Program |
| | * Short-Term Suspension (1-5 days) | |
| | **Examples of Extended Suspension and Referral Responses:** | |
| | These interventions involve the removal of a student from the school environment because of the severity of the behavior. They may involve the placement of a student in a safe environment that provides additional structure to address behavior. These interventions focus on maintaining the safety of the school community and ending self-destructive and/or dangerous behavior. | |
| **Level 4** | * Parent/Guardian Notification<br>* Extended Suspension<br>* Development of FBA/BIP | * Alternative Educational Placement by Office of Suspension Services |
| | * Referral to IEP Team for Manifestation Determination | * Expulsion (only used for serious behavioral infractions) |

# Inappropriate or Disruptive Behaviors and Potential Responses

## KEY: USE LOWEST LEVEL INDICATED FIRST

**Level 1:** Classroom Interventions - may be appropriate when student has no prior incidents and interventions have not been put in place.

**Level 2:** School and Administrative Interventions - may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact learning of student and others.

**Level 3:** Suspension and Referral - may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses).

**Level 4:** Extended Suspension, Expulsion and Referral - may be appropriate when student's behavior seriously impacts the safety of others in the school.

| Inappropriate or Disruptive Behavior | Levels | | | | Must be Referred to School Police |
|---|:-:|:-:|:-:|:-:|:-:|
| | 1 | 2 | 3 | 4 | |
| **Absences** (103) | | | | | |
| - Unexcused Absence From School | * | | | | |
| - Persistent or Excessive Absences From School | * | * | | | |
| - Habitual Truancy (e.g. unlawfully absent from school for a number of days in excess of 15%, or 14 days, within any marking period, semester, or year) | * | * | | | |
| **Academic Dishonesty** (e.g. cheating or plagiarizing)* (801) *Students may receive a failing grade for that assignment. | * | * | | | |
| **Alcohol*** (201) | | | | | |
| - Under the Influence | | * | * | | |
| - Using, Possessing, Distributing, or Selling *School staff is required to refer students to appropriate substance abuse counseling. | | | * | * | * |
| **Attack on Student** | | | | | |
| - No Injury (no visual, physical injuries) (402) | | * | * | | |
| - Bodily Injury (402) | | | | | |
|   - Pre-K to Grade 4 (408) | | * | * | * | * |
|   - Grade 5 to Grade 12* (408) *If administrators think Level 4 is warranted for students in Grade 5 to Grade 12, they must contact the executive directors of elementary or secondary schools, or student support services before giving Level 4 consequences. | | | * | * | * Only repeat infractions that reach Level 4 may be reported to police. |
| **Bomb Threat** (502) | | | | | |
| - Pre-K to Grade 4 | | | * | * | * |
| - Grade 5 to Grade 12 | | | | * | * |
| **Bullying, including Cyber-Bullying** | | | | | |
| - Minor Bullying/Threat to Student (e.g. verbal or physical threat to student) (404) | * | * | | | |
| - Serious Bullying (e.g. repeatedly over time engaging in intentional negative behaviors that adversely affect another student's ability to participate in or benefit from the school's education or extra-curricular | | * | * | * | |
| **Bus Violations** (705) | | | | | |
| - Minor Disruption on the Bus (e.g. eating, drinking, being too loud, standing, throwing objects from the bus) | * | * | | | |
| - Serious Disruption on the Bus | | * | * | * | * |
| **Class Cutting** (101) | * | * | | | |
| **Classroom Disruption** (704) (e.g. talking out in class or talking out of turn, throwing objects, picking on, bothering, or teasing other students, and other behavior that distracts from student learning) | * | * | * 1-2 day suspension maximum | | |
| **Defiance of Authority and/or Insubordination** (e.g. non-violent/non-physical) - Failure to Follow Directions (807) | * | * | * 1-2 day suspension maximum | | |
| - Failure to Respond to School Staff Questions or Requests (702) | * | * | * 1-2 day suspension maximum | | |

Please Note: Numbers in parentheses are the offense code and for internal use only.

## Inappropriate or Disruptive Behaviors and Potential Responses

### KEY: USE LOWEST LEVEL INDICATED FIRST

| | |
|---|---|
| **Level 1:** Classroom Interventions - may be appropriate when student has no prior incidents and interventions have not been put in place. | **Level 3:** Suspension and Referral - may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses). |
| **Level 2:** School and Administrative Interventions - may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact learning of student and others. | **Level 4:** Extended Suspension, Expulsion and Referral - may be appropriate when student's behavior seriously impacts the safety of others in the school. |

| Inappropriate or Disruptive Behavior | Levels | | | | Must be Referred to School Police |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | |
| Disrespectful Behavior (701) <br> - Making Inappropriate Gestures, Symbols, or Comments, or Using Profane or Offensive Language | * | * | * 1-2 day suspension maximum | | |
| - Using Verbal Insults or Put-Downs, or Lying to, Misleading or Giving False Information to School Staff | * | * | * 1-2 day suspension maximum | | |
| Dress Code Violation (807) | * | | | | |
| Drugs or Controlled Substances* (at school, school-sponsored activities, or when involved in incidents affecting the safety or welfare of the school community) | | * | * | | |
| - Under the Influence (203, 892) | | * | * | | * |
| - Using or Possessing (203, 892) | | | * | * | * |
| - Distributing or Selling (203, 891) *School staff is required to refer students to appropriate substance abuse counseling. | | | | * | * |
| Extortion (406) (e.g. taking or attempting to take from another money or property by threat of force, express or implied) <br> - Pre-K to Grade 4 | | * | * | | |
| - Grade 5 to 12 | | | * | * | * Only repeat infractions that reach Level 4 may be reported to police. |
| False Activation of a Fire Alarm* (502) <br> - Pre-K to Grade 4 | | | * | * | |
| - Grade 5 to Grade 12 | | | | * | * |
| Fighting (405) <br> - Physical Aggression with Another Student (e.g. shoving or pushing) | * | * | | | |
| - Minor Fighting (e.g. may include incidents resulting in minor injuries) | | * | * | | |
| Fire Setting/Arson* (501) *Students are required to complete any mandatory classes offered by the fire department. | | | | * | * |
| Gambling* (requiring the use of money or exchangeable goods) (807) | | * | * 1-2 day suspension maximum | | |
| Hallway Misbehavior: Running, Making Excessive Noise or Loitering (705) | * | * | | | |
| Harassment Based on Race, Ethnicity, Gender, Sexual Orientation, Disability, or Religion, including Cyber Harassment, Against Members of the School Community (703) <br> - Minor Harassment (e.g. verbal discriminatory actions) | * | * | | | |

Please Note: Numbers in parentheses are the offense code and for internal use only.

# Inappropriate or Disruptive Behaviors and Potential Responses

## KEY: USE LOWEST LEVEL INDICATED FIRST

| | |
|---|---|
| **Level 1:** Classroom Interventions - may be appropriate when student has no prior incidents and interventions have not been put in place. | **Level 3:** Suspension and Referral - may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses). |
| **Level 2:** School and Administrative Interventions - may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact learning of student and others. | **Level 4:** Extended Suspension, Expulsion and Referral - may be appropriate when student's behavior seriously impacts the safety of others in the school. |

| Inappropriate or Disruptive Behavior | Levels | | | | Must be Referred to School Police |
|---|:---:|:---:|:---:|:---:|:---:|
| | 1 | 2 | 3 | 4 | |
| - Serious Harassment (e.g. persistent or long-term harassment) | | * | * | * | * |
| Inciting/Participating in Disturbance (705) (e.g. causing a large disruption to the atmosphere of order and discipline in the school that is necessary for effective learning, outside of general classroom disruption, such as a riot) | | * | * | | |
| Inhalants* | | | | | |
| - Under the Influence (202, 892) | | * | * | | |
| - Using (202, 892) | | | * | * | * |
| - Distributing or Selling (202, 891) *Medical personnel must be immediately notified if a student is found to be under the influence or using an inhalant. School staff is required to refer students to appropriate substance abuse counseling. | | | | * | * |
| Physical Contact With School Personnel | | | | | |
| - Unintentional Physical Contact With School Personnel (704, 705) | * | | | | |
| - Attack Against School Personnel (e.g. intentional, physical attack)   - Pre-K to Grade 4 (401) | | | * | * | * Only repeat infractions that reach Level 4 may be reported to police. |
|   - Grade 5 to12 (401) | | | | * | * |
| Possession of Portable Electronic Devices* (e.g. cell phones, PDAs, iPods, electronic game devices) (802) *On the first infraction, students must only be given a warning. Only after the first infraction can the student be subject to Level 1 responses. On the second infraction, parent notification must occur. | * | * | | | |
| Property Damage, Including Graffiti (806)   - Minor or Accidental Damage (e.g. less than $50) | * | * | | | |
| - Intentional Damage to Another Person's or School Property ($50 to $500) | | * | * | | |
| - Intentional Damage to Another Person's or School Property (over $500) | | | * | * | * |
| Refusal to Obey School Policies (e.g. failure to comply with school rules, policies, procedures, or regulations) (807) | * | * | * 1-2 day suspension maximum | | |
| School Equipment Use without Permission (e.g. computers, fax machines, phones, etc.) (804) | * | * | | | |
| Serious Bodily Injury (causing substantial risk of death or causing permanent or serious disfigurement, loss of function of any part of the body, or impairment of the function of any part of the body) (408) | | | | * | * |
| Sexually-based Infractions* | | | | | |
| - Sexual Harassment (e.g. unwelcome sexual advances, requests for sexual favors, other inappropriate verbal, written, or physical conduct of a sexual nature) (602) | | * | * | * | * Only repeat infractions that reach Level 4 may be reported to police. |
| - Sexual Activity/Sexual Misconduct (e.g. indecent exposure, engaging in sexual activity, etc.) (603)   - Pre-K to Grade 4 | | * | * | * | |
|   - Grade 5 to12 | | | * | * | |
| - Sexual Assault/Offense (e.g. forced sexual act) (601) *School staff is required to refer students to appropriate counseling. | | | | * | * |

Please Note: Numbers in parentheses are the offense code and for internal use only.

## Inappropriate or Disruptive Behaviors and Potential Responses

### KEY: USE LOWEST LEVEL INDICATED FIRST

| | |
|---|---|
| **Level 1:** Classroom Interventions - may be appropriate when student has no prior incidents and interventions have not been put in place. | **Level 3:** Suspension and Referral - may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses). |
| **Level 2:** School and Administrative Interventions - may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact learning of student and others. | **Level 4:** Extended Suspension, Expulsion and Referral - may be appropriate when student's behavior seriously impacts the safety of others in the school. |

| Inappropriate or Disruptive Behavior | Levels | | | | Must be Referred to School Police |
|---|:--:|:--:|:--:|:--:|:--:|
| | 1 | 2 | 3 | 4 | |
| Tardiness (persistent or excessive tardiness to class/school) (102) | * | * | | | |
| Technology Acceptable Use Policy Violation (807) | * | * | * | * | Only Level 4 infractions reported. |
| Threat Against School Personnel (e.g. verbal or written) (403) *Level 4 responses can only be used if/when the student has created a list of targets. | | | * | * | * Only repeat infractions that reach Level 4 should be reported to police. |
| Theft (803) | | | | | |
|   - Less than $500 | | * | * | | |
|   - Greater than $500 *It is recommended that police are not to be contacted for students in Pre-K or K. | | | * | * | * |
| Trespassing (804) (students on school property without permission shall only be disciplined when they have been asked to leave the premises and have refused) | | | * | * | * |
| Tobacco Possession or Use* (204) *School staff is required to refer students to appropriate substance abuse counseling. | * | * | | | |
| Unauthorized Sale or Distribution (e.g. unauthorized or unapproved selling or distributing of items not otherwise included in this Code) (805)   - Items With Little Monetary Value (under $50) | * | * | | | |
|   - Items With Significant Monetary Value | | * | * | * | * School may notify Police to identify ownership |
| Weapons, Firearms and Explosives (at school, school-sponsored activities, or when involved in incidents affecting the safety or welfare of the school community)   - Explosives (503, 893)     - Possession, sale, distribution, detonation, or threat of detonation of an incendiary or explosive material or device including firecrackers, smoke bombs, flares, or any combustible or explosive substances or combination of substance or articles, other than a firearm. | | | | * | * |
|   - Firearms* (301, 893)     - Possession of a firearm as defined in 18 USC 921 of the federal code. (e.g. handguns, rifles, shotguns, and bombs) | | | | * | * |
|   - Other Guns (302, 893)     - Possession of any gun, of any kind, loaded or unloaded, operable or inoperable, including any object that is a look-alike of a gun, other than a firearm. (e.g. B-B guns, pellet guns, water guns, etc.) | | | | * | * |
|   - Other Weapons (303, 893)     - Possession of any implement which could cause bodily harm, other firearm, or other gun. *Expulsion for no less than one calendar year is mandated by state law, but can be modified on a case-by-case basis by the CEO. | | | | * | * |

Please Note: Numbers in parentheses are the offense code and for internal use only.

# Glossary of Key Terms

**Academic Dishonesty**

Providing, receiving or viewing answers to quiz or test items or independent assignments. Having books, notes/notebook out during test without permission.

**Bomb Threat**

The making of threats or providing false information concerning the presence of explosive material or devices on school property without cause in writing, in person or by phone.

**Bullying**

Repeated, conscious, willful, and deliberate intent, direct or indirect, to physically or psychologically intimidate or distress someone else; physical, social or verbal actions or intimidation toward another person with negative intent.

**Cell Phone Misuse**

Possession of cellular phone, camera phone, video phone, or other communication devices during the school day or on school buses.

**Community Service**

An unpaid service for the benefit of the public that is performed as part (or all) of their consequence for committing an infraction.

**Computer Misuse**

Any unauthorized or inappropriate use of computers.

**Conference**

A communication that takes place either face-to-face or by telephone.

**Consequence**

A result that follows from an action or condition.

**Criminal Behavior**

Any behavior that is considered as infraction against the law.

**Cutting Class**

Unlawful absence from a class or school activity. (see Absences, unlawful)

**Cyber-bullying**

The use of information and communication technologies-email, cell phones, pagers, text messages, instant messaging, defamatory personal Web sites, personal polling sites, or a combination of these-to support deliberate, repeated, and hostile behavior by an individual or group with the intention of physically or psychologically intimidating others. (See Bullying)

## Glossary of Key Terms

### Dangerous Implements
Any implement or substance used as a weapon to inflict bodily harm, including any object or implement capable of causing harm or used in such a way as to cause harm to another. This includes, but is not limited to, laser pointers, pencils and scissors.

### Demonstration and Mass Protest
Willful disturbance of school activities through a march or rally that prevents the orderly conduct of school classes or activities.

### Destruction of Property/Vandalism
Damage, destruction or defacement of property belonging to the school or others.

### Disrespect Towards Others
Inappropriate comments or physical gestures to others.

### Ethnicity/National Origin Harassment
A negative opinion of attitude toward a group of persons of the same race or national origin who share common or similar traits, languages, customs, and traditions.

### Putting Substances in Another Person's Food or Drink or on a Person's Body
Putting any substances in another person's food or drink, which poisons or contaminates that food or drink, or on a person's body, which causes injury or harm to the person.

### Racial Harassment
A negative opinion or attitude toward a group of persons who possess common physical characteristic - i.e., color of skin, eyes, hair or facial feature  genetically transmitted by descent and heredity which distinguish them as a distinct division of human kind.

### Religious Harassment
A negative opinion or attitude toward a group of persons who share the same religious beliefs regarding the origin and purpose of the universe and the existence or nonexistence of a supreme being.

### Reportable to Police
Certain offenses require police reports while others depend on whether the activity is considered criminal behavior. A standard or criterion to determine whether an offense is reportable to the police or not is whether the behavior is considered illegal or whether it causes injury to persons.

# Glossary of Key Terms

**Restitution**
Replacing item(s) that were stolen or damaged or providing fair market value by way of compensation or service.

**School Uniform Policy**
A mandatory school-site uniform policy is one in which the school prescribes a standard uniform and requires all students to participate unless the parent seeks an exemption from the policy.

**Sexual Activity**
Inappropriate behavior of a sexual nature, including, but not limited to indecent exposure, consensual sex or possession of sexually explicit material.

**Sexual Assault**
Physical sexual attack on school system staff or another student.

**Sexual Harassment**
Unwelcome sexual advances, requests for sexual favors and/or other inappropriate verbal, written or physical conduct of a sexual nature, directed toward others.

**Sexual-Orientation Harassment**
A negative opinion or attitude toward a group of persons based on their sexual attraction toward and responsiveness to members of the opposite or same sex.

**Stealing**
Taking or attempting to take property of another person or institution without permission or knowledge of the owner.

**Tardiness**
Arriving late to school or to class.

**Teen Court**
A merger of courthouse and classroom; hearings are for misdemeanor crimes such as, but not limited to minor assault, disorderly behavior, minor theft, alcohol and tobacco offenses, and trespassing.

**Theft**
Taking or obtaining the property of another person or institution without permission or knowledge of the owner.



## Glossary of Key Terms

**Tobacco (possession, use, sale, or distribution)**

Possession, use, sale, or distribution of tobacco or tobacco products, including but not limited to cigarettes, cigars, pipe tobacco, snuff, chewing tobacco, or smokeless tobacco.

**Trespassing**

Being on school property without permission, including while suspended or expelled; includes breaking and entering.

**Unsafe Action**

Any action that has the potential to cause danger or physical harm to self of others, to include Reckless Vehicle Use.

**Weapon (including look-a-like; also see Ammunition)**

A weapon is, by way of illustration and without limitation, one of the following:

- **Firearms:** A firearm as defined in 18 U.S.C. 921 of the federal code. Examples include handguns, rifles, shotguns, and bombs. Refer to the federal code for the complete definition.

- **Other Guns:** Any gun of any kind, loaded or unloaded, operable or inoperable, including any object other than a firearm which is a look-alike of a gun. This shall include, but is not limited to pellet gun, paintball gun, stun gun, taser, BB gun, flare gun, nail gun, and air soft gun.

- **Other Weapons:** Any implement which could cause, or is intended to cause bodily harm, other than a firearm or other gun. This shall include, but is not limited to, switchblade knife, hunting knife, star knife, razors (including straight or retractable razor), brass knuckles, box cutters, box cutters, nunchaku, spiked glove, spiked wristband, any mace derivative, tear gas device or pepper spray product.

- **Weapons Used to Cause Bodily Harm/injury:** Use of a weapon to injure any person on school property.

# Dress Code

The Dress Code addresses issues related to the safety of students. It represents a cooperative effort between the Board, the CEO, the school principals and the students of Baltimore City Public Schools.

### Fur and Leather
No real or imitation leather, fur or animal skin jackets, coats, vests, pants or skirts are allowed.

### Sweat Suits and Jogging Suits
No sweat pants or jogging pants with elastic at the bottom of the legs are allowed. No elastic fabric sportswear is allowed.

### Torn Clothing
No clothing designed or altered to expose undergarments or parts of the body except arms or legs, as defined throughout these rules, is allowed.

### Jewelry
Because theft and or loss is a school security concern, the wearing of precious jewelry in our schools is prohibited.
1. No metal chains, ropes, necklaces, bracelets or rings are allowed.
2. No large or extravagant earrings are allowed.
3. No multi-fingered rings are allowed.

*Exceptions:*
1. Wedding rings for married students. (These students will have to supply proof to the school of their marriage.)
2. School rings.
3. Non-visible metal religious items.
4. Medical identification bracelets.

### Underwear
No undergarments worn as outerwear are allowed.

### Printed Matter on Clothes
No wearing apparel printed with vulgar statements or statements promoting the use of drugs, alcohol, sex and/or violence is allowed.

### Footwear
Footwear such as slippers, thongs, "Heelys," and flip-flops is not allowed.



# Dress Code

### Headwear
No hats, hair rollers or hair curlers are allowed.

**Bedtime Apparel**
No pajama-type attire, undershirts or other bedtime attire is allowed.

**Shorts, Skirts and Tops**
No shorts above the knee (when student is standing), halter tops, tank tops, muscle shirts or see-through tops are allowed. No mini-skirts are allowed.

**School Level Implementation of Dress Code**
The implementation of the citywide dress code should be uniformly applied throughout Baltimore City's secondary schools. This means that an individual school may not add to or subtract from the dress code. However, each school may, at its option, establish its own dress code for such purposes as adopting a school uniform.

Each secondary school will establish a school safety committee composed of students, faculty and parents to work on school safety matters, including the implementation of the citywide dress code. The committee must have at least 50 percent student membership. This committee will hear concerns about the dress code and make recommendations on changes to the citywide dress code to the principal. In addition, the school safety committee will address other safety related issues, such as violence in the school and drug and alcohol use prevention.

**School Uniforms**
School uniforms may be required in some schools. Parents and guardians should contact their child's school about its policy on school uniforms.

# Technology Acceptable Use Policy for Students

## Purpose of Telecommunications

Telecommunications broaden the classroom and the educational experience beyond the traditional school building by affording users the ability to access information on local, state, national, and international networks, for example, the Internet.

Students must use telecommunications in Baltimore City Public Schools for educational purposes only. Students are allowed to access curriculum-related information and research topics and ideas that promote innovation in learning.

Learning how to electronically communicate and navigate through the wealth of information located on the Internet are information literacy skills which support student achievement in the 21st century.

## Telecommunications Safety

Baltimore City Public Schools staff will make every attempt to ensure that the Internet is a safe learning environment. Students will be supervised while using the Internet and will be instructed in the appropriate and safe use, selection and evaluation of information.

# Technology Policy Terms and Conditions

**Student users shall:**

- Use telecommunications for educational purposes only.
- Communicate with others in a respectful and courteous manner.
- Obey copyright laws and intellectual property rights of others.
- Maintain the privacy of personal name, phone number, address, password, and respect the same privacy of others.

**Student users shall not:**

- Post or transmit photographs or personal information about themselves and others without prior written consent from parent/legal guardian.
- Bypasss the school system's filtering server.
- Install personal software on computers.
- Access or distribute abusive, harassing, obscene, offensive, profane, libelous, pornographic, threatening, sexually explicit, or illegal material.
- Deliberately waste or overload computer resources, such as printing large quantities of a document from a work station.
- Attempt to monitor or tamper with another user's electronic communications, alter or delete another user's files or software without the explicit agreement of the owner.
- Use telecommunications for commercial, purchasing, or illegal purposes.
- Use telecommunications in any other manner that would violate school board disciplinary policies

**Penalties:**

Violations of the Technology Acceptable Use Policy may be a violation of the law, civil regulations or Board Policy 812. Suspension of telecommunications privileges, school disciplinary action and/or legal action may result from infringement of this policy.



**Baltimore City Public Schools**

200 East North Avenue
Baltimore MD 21202
**(410) 396-8704**
www.baltimorecityschools.org