

# Implementing Fair Student Funding: Alternatives to Suspension

GREAT KIDS GREAT SCHOOLS — BALTIMORE CITY PUBLIC SCHOOLS

Chart data (% of schools, SY 07-08 and SY 08-09):
- Offered: 100%, 100%
- School-wide Consistent Approach to...: 71%, 81%
- In-school Suspension (less than one hour): 41%, 50%
- Counseling: 82%, 85%
- After-School Detention/Saturday...: 47%, 54%
- Parent/Family Conferences: 90%, 94%
- Community Conferencing: 42%, 46%
- Restorative Practices: 16%, 20%
- Incentives/Rewards: 78%, 83%

**Summary:** Schools are increasing the alternatives to suspension in SY 08-09.

**Survey Response:** 190 schools responded to the survey.

DRAFT

GREAT KIDS GREAT SCHOOLS
BALTIMORE CITY PUBLIC SCHOOLS

# Implementing Fair Student Funding:
## Increasing Student Support

45

Schools' Fair Student Funding choices emphasize providing additional support and positive interventions for students.

Schools allocated **over $3 million in FY09** for intervention initiatives including twilight courses, character education, school-based programs, Student Support Teams, and others.

| | # Schools 2007-2008 | # Schools 2008-2009 |
|---|---|---|
| Positive Behavior Interventions & Supports (PBIS) | 32 | 49 |
| Promoting Alternative Thinking Strategies (PATHS) | 2 | 6 |
| Mental Health Professionals | 96 | 103 |