# Professional Development for 08-09

## Teachers

### Support within schools for Teachers

*Collaborative Planning*
- At least 45minutes a week with team

*Specialists and Professional Developer*
- Teaches 1 period a day
- Coaches, supports, and mentors within school

*Mentor*
- Works with new teachers

*Teacher Leaders/Exemplary Teachers*
- Teaches in school part time and demonstrates for other teachers in district
- Revises curriculum, benchmarks, and analysis of data, "Eyes & ears" throughout district; Provides content specific support throughout system

*School Site Professional Development*
- Site based professional development- 2 days before start of school and once a month as specified in contract

### BCPS teacher support provided by district teams, Curriculum, Student Support Service, Special Education
- New regular and special education teacher induction-August
- Differentiated systemic PD based on needs of schools- ten days/systemic
- Central office services are provided at the school site, cluster, or system wide on needs of students
- Alternative Governess Schools- 4 days of team building workshops
- Behavior Management Workshops- beginning of year (2 days) and throughout the year

### Professional Learning Communities
- Ex. Math Works, Alternative Governance/Saturday and and after school Literacy Works

### External Teacher Support

- MSDE Collabrative Lesson Planning
- HSA on-line course
- National Conferences

*University Partnerships for Teacher Development:*
- Praxis Support
- Morgan – Summer 8th grade Algebra 1 Project [58 schools]
- Coppin – Summer Authentic Learning with 60 schools

*Training for New Teachers*
- Baltimore City Teacher Residency Program
- Teach For America
- New Teacher Institute

### Principals/ Assistant Principals / Principal Coaches

### BCPS support provided by: district teams, Curriculum, Student Support Service, Special Education, Technical Support

- Summer & monthly workshops for administrators by clusters and system-wide based on needs
- CAO Principal Leadership Academy
- New Principal Induction
- Special Education summer and monthly training
- Ten day training during systemic Professional Development Days/ based on tier
- Learning Walks
- Technical Training

## Professional Learning Communities

- Work collaboratively with principals in cluster on school specific concerns & issues
- Attend training on coaching and mentoring

### External Support
- Aspiring Leaders Program by Hopkins University
- JHU Triad Model
- New Leaders for New Schools
- Leadership Academy by MSDE
- Special Education Training
- National Conferences

## RECOMMENDATION FOR PROFESSIONAL DEVELOPMENT

Systemic professional development training and support is made available through a tiered approach.

- ➢ **Tier I**- Schools not making AYP in Mathematics, Reading, and/or subgroups.

- • All teachers and principals must attend all systemic professional development sessions.

- ➢ **Tier II**- Schools that made AYP, but scores are borderline (Minimal passing scores).

- • Professional development plan must be submitted

- • Waiver must be submitted to Executive Director for the option of school-wide monitored professional Development (per session).

- • Option of having all or some teachers attend systemic professional development.
  (i.e. new, not making AYP in content area, on Performance Improvement Plans, or otherwise identified by principal)

- ➢ **Tier III**- (Schools that excel in performance and significantly exceeded AYP score and new schools with no available data)

- • Professional development plan must be submitted

- • Waiver must be submitted to Executive Director for the option of school-wide professional Development

- • Option of having all or some teachers attend systemic professional development for advance students

**Central/Area/School**

| | Monthly C&I | Student Support | SPED | 10 Day training | Learning walks | Monthly PD | PLC | AG Training | Behavior Manage. | Technical Training | Coaching/ Mentoring | Summer Training | Collab. Planning | CEO Academy | Praxis Support | Embedded PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Teachers | X | X | X | X | | X | X | | | | X | X | X | | | X |
| All Teachers | | X | | X | | X | X | | | | | X | X | | X | X |
| Principals/ Tier I | X | X | X | X | | X | X | | X | X | | X | X | X | | |
| Principals/Tier II | | | | | X | | X | X | X | X | | | | | | |
| Principals/Tier III | | | | | X | | X | X | X | X | | | | | | |
| Principals/ Tier IV | | | | | X | | X | | | X | | | | | | |
| Assistant Principals | | | | | X | | X | | | X | | | | | | |
| Principal Coaches | | | | | | | X | | | | | | | | | |
| Instructional Support | X | | | | | | | | | | | | | | | |
| Parents/Community | X | | | | | | X | | | | | | | | | |
| New Principals | X | | | | X | | X | X | | X | | | | | | |

**External**

| | JHU Triads | MSU | MSDE | Coppin | On-line Training | Teach America | BCTR | NLNS | Aspiring Leaders | Leadership Academy | Special Ed Training | National conference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Teachers | | | | | | | | | | | X | X |
| All Teachers | | X | X | X | X | X | X | | | | X | X |
| Principals/ Tier I | | | X | | | | | | | | X | X |
| Principals/Tier II | | | X | | | | | | | | X | X |
| Principals/Tier III | X | | X | | | | | | | | X | X |
| Principals/ Tier IV | | | X | | | | | X | X | | X | X |
| Assistant Principals | X | | | | | | | X | | | X | X |
| Principal Coaches | | | X | | | | | | X | | X | X |
| Instructional Support | | | X | | | | | | | | X | X |
| Parents/Community | | | | | | | | | | | | |
| New Principals | | | | | | | | | | X | X | X |



**Baltimore City Public Schools**
**Professional Development Plan**
**for**
**Leadership Development**
**2008-2009**
**GREAT KIDS, GREAT SCHOOLS!**
**Dr. Andrés Alonso, CEO**
**Dr. Mary Minter, CAO**

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| June 23-July 24 | Induction for 1st/2nd Year Administrators | • Demonstrate an understanding of system policies/procedures to support *Great Kids, Great Schools!* <br><br> • Develop relationships and network with resources supporting student learning <br><br> • Align systemic support to school-based needs <br><br> (click here to see matrix that links to session-specific outcomes) | Goal 3 | 1.1, 2.2, 3.5, 4.1, 5.2 | 1st/2nd Year Administrators <br><br> All principals and assistant principals must attend one of the repeating sessions in Special Education and Essentials <br><br> Optional for Experienced Administrators <br><br> Attendance is taken and shared with supervisors | Loyola College Graduate Center 2034 Greenspring Dr. Timonium, MD | 9:00 - 4:00 | Mike Pitroff, John Walker Keith Scroggins Tisha Edwards JoAnne Koehler Chief Goodwin Lynn Hauss Tammy Turner Ben Feldman Michael Sarbanes Kathy Volk Jonathan Brice | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated |

1

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|------|------|------|------|------|------|------|------|------|------|
| June 26, July 17, July 23 | Special Education Implementation Plan | • Access the knowledge of the special education division, organization and services<br><br>• Fulfill the requirements of the Implementation Plan at the school level<br><br>• Communicate the significance of the Vaughn G. Consent Decree to school staff | Goal 1 | 1.4 | All principals/assistant principals are required to attend one of the three repeating sessions<br><br>Attendance is taken and shared with supervisors | Loyola College Graduate Center 2034 Greenspring Dr. Timonium, MD | June 26- 1:00- 4:00 July 17- 9:00- 12:00 July 23- 9:00- 12:00 | Executive Director of Special Education | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated |
| July 18 | Scheduling | • Train secondary principals on necessary considerations for scheduling students with disabilities<br><br>• Provide training to secondary principals that will include record-keeping, transfer of students/documents; registration of students<br><br>• Provide training to secondary principals that will include maintaining manageable class sizes and appropriate special/ general education student ratios | Goal 1 | 2.1 | Secondary Principals | T/PQ Center Room #136 | 1:00- 4:00 p.m. | Roger Shaw/ Executive Director of Special Education | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated |

2

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Months of July through August | Scheduling Visits to Secondary Schools | • Visit secondary schools to review master schedules to ensure students with disabilities are scheduled in the correct classes according to their LRE | Goal 1 | 2.3, 2.1, 2.5 | Secondary Principals and school scheduling teams | All secondary schools | AM and PM | Roger Shaw and scheduling visit teams | Appropriate schedules for students |
| August 20 | Instructional Models to Sustain Co-Teaching | • Develop an understanding of available research and other evidence regarding the efficacy of co-teaching and its impact on the achievement of students both with and without disabilities<br><br>• Gain an understanding of strategies required for the implementation of co-teaching as a systems change initiative<br><br>• Identify school-specific strategies for incorporating co-teaching in the classroom setting | Goal 1 | 1.4 | All principals/assistant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Dr. Samuel L. Banks Professional Development Center 2500 E. Northern Parkway, Balt. MD 21214 | 9:00-12:00 | Executive Director of Special Education | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Design what a co-teaching model would look like in your school given your unique school setting<br><br>*Designs will be used in later sessions |

¹Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:   **August 20 --completed      September 18/19-confirmed**

All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.

**October 30/31        November 25/26        December 4/5        February 12/13        March 26/27        April 28/29/30, May 1        May 18/19/20/21/22**

² Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| September 17, 2008 | | Principals will be able to:<br>• define leadership and discuss what it looks like within their schools<br>• identify the characteristics of a functional leadership team<br>• define the roles and responsibilities for the members of the team<br>• identify the staff and develop a cross functional team that will include staff with expertise in data, curriculum/instruction, special education, behavior management, scheduling, others as needed<br>(Homework:<br>1. What does inclusive education look like in your school now – due Dec.;<br>2. Identify your leadership team and what role they will serve to provide general and special education leadership – due Oct.) | Goal 3; Indicator 3.2<br><br>IP 8. 7 | 1/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals | TBA | 4-6 PM | Executive Director of Special Education<br><br>Debra Barbour<br><br>Roger Shaw | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

4

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| September 17, 2008 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2.7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

5

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| September 25 / September 23 | Transformational Leadership that Builds Teacher Quality through effective instructional practices to Promote High Achievement for Every Student | • Navigate the dynamics of change for individuals and groups and for the organization as a whole<br><br>• Sharpen communication skills in four advanced areas: framing, rapport, verbal and non-verbal cognitive cues, and negotiation<br><br>• Organize an instructional leadership team at each school that will analyze and synthesize multiple forms of data that will be used in making instructional recommendations and monitoring the progress of students needing academic/ behavioral interventions<br><br>• Integrate the use of technology for the compilation of data* to inform decision making<br><br>*SMS/attendance/504/MSA HSA and other related data | Goal 3<br>IP 3.2.2 | 2.1, 2.2, 2.3, 2.4, 2.5 | All principals/assistant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 – 5:00 | Irma Johnson Roger Shaw Executive Director of Special Education Kathy Volk Michael Pitroff Jonathan Brice Michael Sarbanes Lorraine Cornish Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1] Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:    **August 20 —completed**    **September 18/19–confirmed**

All other dates are **TENTATIVE** but no less that 6 days and more than 9 days of on-site support will be provided.

**October 30/31    November 25/26    December 4/5    February 12/13    March 26/27    April 28/29/30, May 1    May 18/19/20/21/22**

[2] Three New York City site visits for School Year 2008–2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

6

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|------|---------------------------|----------------------|-----------------------------------------------|------------------------------|----------|----------|------|------|------------|
| October 15, 2008 | | Principal/Leadership Team will be able to: <br><br> • use the reporting tools in Maryland –on-Line and ET <br> • use the information in the data cleansing reports and CAP data to shape school procedures <br> • use the information from the various Maryland –on-Line reports to guide scheduling <br> • identify members of leadership team and the roles each will serve (homework assignment from Sept. 2008) <br><br> (Homework - at the school level: <br> 1. Pull data reports at the school; <br> 2. Replicate the discussion with school leadership teams) <br> (Central will provide technical assistance) | Goal 3; Indicator 3.2 <br><br> IP 8. 6 <br> 8. 7 | 1/1.1, 1.4 <br> 2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS) <br><br> Principals Leadership Team (at the individual school follow-up) | TBA | 4- 6 PM | Executive Director Special Education Kim Hoffmann James Padden Debra Barbour | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

7

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| October 15, 2008 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2.7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

8

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| October 23, 2008 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1, 1.2, 1.3, 1.4 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director  Executive Director of Special Education  Support Staff  Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

9

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| October 30/October 28 | Curriculum and Instruction that Supports High Achievement for Every Student Through Quality Decision Making | • Demonstrate an understanding of the alignment of instructional objectives to the VSC/CLG<br><br>• Develop an understanding of a lesson planning process that begins with the key objective from the VSC/CLG that can be scaffolded to accommodate individual student needs<br><br>• Clarify the joint expectations of what will be accomplished during joint planning time<br><br>• Recognize the importance of daily formative assessments in improving instruction and student achievement<br><br>• Apply the six cognitive maps* when goal setting and action planning.<br><br>*(Source: Bloom's Taxonomy: knowledge, comprehension, application synthesis analysis and evaluation) | Goal I IP 8.3 8.5.4 | 1.1, 1.2, 1.4, 1.5 | All principals/assist ant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00-5:00 | Kathy Volk Executive Director of Special Education Irma Johnson Roger Shaw Michael Pitroff Jonathan Brice Michael Sarbanes Lorraine Cornish Marilyn Friend' | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1]Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:  **August 20 —completed    September 18/19-confirmed**    **April 28/29/30, May 1    May 18/19/20/21/22**
All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.
**October 30/31    November 25/26    December 4/5    February 12/13    March 26/27**
[2]Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

10

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| November 13, 2008 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1. 1.2, 1.3, .14 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director

Executive Director of Special Education

Support Staff

Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

11

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| November 19, 2008 | | Principal/Leadership Team will be able to:<br><br>• identify components of effective team collaboration to affect decision-making practices in schools<br>• identify elements of school data regarding student progress (HSA, MOD HSA, Bridge)<br>• apply their best decision-making using data<br><br>Small Group:<br><br>• identifying what makes an effective IEP team<br>• who are the participants<br>• who from the leadership team represents the administration on the team<br>• what are the roles and responsibilities for general, special educators, related services, ITA | Goal 3; Indicator 3.2<br><br>IP 8. 3<br>8. 6<br>3. 2. 2<br>4. 1. 2<br>4. 1. 3 | 1/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals Leadership Team (at the individual schools will be the IEP teams) | TBA | 4-6 PM | Executive Director Special Education Roger Shaw DREAA Representative<br><br>Debra Barbour | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

12

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|------|---------------------------|----------------------|-----------------------------------------------|------------------------------|----------|----------|------|------|------------|
| November 19, 2008 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2. 7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

13

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| November 20/11 | Quality Decision Making–Utilizing Teachers/Parents Resources to Improve Learning | • Organize an instructional team to provide school-based leadership in analyzing data (instructional and behavioral data elements) making instructional recommendations, and monitoring the progress of students, in particular students receiving services in the LRE<br><br>• Partner general education, special education, and related service teams to co-teach the delivery of instruction<br><br>• Involve parents/family members/guardians/ community in the decision making processes (as it relates to their own children and the district as a whole)<br><br>• Synthesize multiple forms of data and use indicators to guide decision making to serve the best interests of their students and school communities | Goal 1<br>Goal 3<br>IP 4.1.2<br>4.1.3<br>4.1.3<br>8.2<br>8.3<br>8.5.4<br>11.1.a | Essentials 1, 4, and 5 all indicators | All principals/assistant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 - 5:00 | Executive Director of Special Education Kathy Volk Irma Johnson Roger Shaw Michael Pitroff Jonathan Brice Michael Sarbanes Lorraine Cornish Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1] Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:    **August 20 —completed    September 18/19-confirmed**
All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.
**October 30/31    November 25/26    December 4/5    February 12/13    March 26/27    April 28/29/30, May 1    May 18/19/20/21/22**
[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

14

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| December 11, 2008 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3<br>IP 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | 1.1, 1.2, 1.3, 1.4 | Principals<br>Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director<br><br>Executive Director of Special Education<br><br>Support Staff<br><br>Student Support Staff | Semi-annual implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

15

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| December 17, 2008 | | Principal/Leadership Team will be able to:<br>• identify the 6 indicators of inclusive schools<br>• review their own schools' for how they compare to indicators<br>• identify and prioritize areas for improvement<br><br>(Report out on homework assigned during September session) | Goal 3; Indicator 3.2<br><br>IP 8.2<br>8.7 | I/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals Leadership Team (at the individual school follow-up) | TBA | 4-6 PM | CTE Executive Director Special Education Kathy Volk | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

16

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| December 17, 2008 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2.7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

17

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| December 18/9 | Quality Decision Making- Utilizing Teachers/Parents/Resources to Improve Learning | • Provide leadership to support high-quality decisions at SST and IEP team meetings<br>• Identify interventions aligned with the assessed needs of students<br>• Implement interventions; assess at regular intervals; adjust implementation as needed based on student progress<br>• Understand the benefits to students, staff and families of delivering services in the LRE<br>• Recognize an effective master schedule that includes time for interventions, instruction, and related services in the LRE for students with disabilities<br>• Involve parents/family members/guardians/community in the decision making processes (as it relates to their own children and the district as a whole)<br>• Synthesize multiple forms of data and use indicators to guide decision making to serve the best interests of their students and school communities<br>• Plan for the most effective use of site-based fiscal and human resources. | Goal 1 IP 3.2.2 4.1.2 4.1.3 4 8.2 8.3 8.5.4 11.1.a | 1.4, 2.5, 3.1, 3.3, 4.4, 5.3 | All principals/assistant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 - 5:00 | Executive Director of Special Education Jonathan Brice Tisha Edwards Kathy Volk Irma Johnson Roger Shaw Michael Pitroff Michael Sarbanes JoAnne Koehler Lorraine Cornish Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Central Office/District personnel will attend each module session to provide support and reflection<br><br>80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1]Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:    **August 20 –completed    September 18/19-confirmed**

All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.

**October 30/31        November 25/26        December 4/5        February 12/13        March 26/27        April 28/29/30, May 1        May 18/19/20/21/22**

[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

18

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| January 21, 2008 | | Principal/Leadership Team will be able to:<br>• report on what they identified in December's activities above<br>• prioritize areas for improvement at their schools to make plans feasible<br>• identify the support needed to implement the plans<br><br>(Homework: How will they be able to integrate this plan into their school improvement plan or action plan?) | Goal 3; Indicator 3.2<br><br>IP 8.2 | 1/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals Leadership Team | TBA | 4-6 PM | Jonathan Brice<br>Kathy Volk Executive Director Special Education DREAA<br>Kim Hoffmann | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

19

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| January 8, 2009 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1, 1.2, 1.3, 1.4 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director Executive Director of Special Education Support Staff Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

20

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| January 21, 2009 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2.7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

21

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| January 15/20 | Quality Decision Making- Utilizing Teachers/Parents/Resources to Improve Learning | • Build joint planning time into the schedule for the partnered general education, special education and related service co-teaching teams<br>• Clarify the roles and responsibilities of staff relative to providing a strong differentiated instructional program for all students<br>• Use collaborative planning to discuss student needs, plan instruction, inform professional development, and establish expectations for collaboration<br>• Integrate the use of technology for the compilation of data* to inform decision making<br>• *SMS/attendance/504/MSA HSA and other related data of data and use indicators to guide decision making to serve the best interests of their students and school communities | Goal 1<br>Goal 3<br>IP 8.3<br>8.3.1<br>8.5.4<br>11.1.a | 2.1, 2.3 | All principals/assistant principals<br>Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 - 5:00 | Executive Director of Special Education Kathy Volk Irma Johnson Roger Shaw Michael Pitroff Michael Sarbanes Jonathan Brice Lorraine Cornish Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1]Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:    **August 20 –completed    September 18/19-confirmed**

All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.

**October 30/31    November 25/26    December 4/5    February 12/13    March 26/27    April 28/29/30, May 1    May 18/19/20/21/22**

[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

22

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| February 18, 2008 | | Principal/Leadership Team will be able to:<br>• identify options which already exist in present school schedule to facilitate instructional programs<br>• explore additional/alternative options to grouping<br>• define flexible grouping<br>• reflect on groupings most commonly used at school<br>• analyze how master schedule can accommodate grouping and LRE<br>• brainstorm ways to modify master schedule to meet LRE | Goal 3; Indicator 3.2<br><br>IP 8.7<br>8.3 | 1/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals<br>Leadership Team | TBA | 4-6 PM | CTE Executive Director Special Education Debra Barbour | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

23

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| February 5, 2009 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1. 1.2, 1.3, 1.4 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director Executive Director of Special Education Support Staff Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

24

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|------|---------------------------|---------------------|----------------------------------------------|------------------------------|----------|----------|------|------|------------|
| February 18, 2009 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2. 7 | 4.3 | Administrators | TBA | 4- 4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

25

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| February 12/17 | Instructional Models | • Establish each schools starting point for moving forward with co-teaching<br><br>• Designate differential instruction with co-teaching/inclusion as the instructional delivery model<br><br>• Clarify the norms for the functioning of co-teaching<br><br>• Develop teams for co-teaching; partnering general education, special education, and related service providers to support interdisciplinary learning for all students<br><br>• Review all students' IEPs to identify services, hours, environment, meeting dates to create a master grid of students' needs for scheduling IEP meetings and appropriate LRE | Goal 1<br>IP 8.2<br>8.3<br>8.3.1<br>11.1.a | 1.4 | All principals/assistant principals<br>Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 - 5:00 | Executive Director of Special Education Kathy Volk Irma Johnson Roger Shaw Michael Pitroff Michael Sarbanes Jonathan Brice Lorraine Cornish Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Central Office/District personnel will attend each module session to provide support and reflection<br><br>80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1]Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates: **August 20 –completed    September 18/19-confirmed**

All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.

**October 30/31    November 25/26    December 4/5    February 12/13    March 26/27    April 28/29/30, May 1    May 18/19/20/21/22**

[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

26

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| March 18, 2008 | | Principal/Leadership Team will be able to;<br>• critique their current inclusion plans<br>• identify what do they need to change/keep<br>• determine what are the priorities, resources<br>• identify the impact that Fair Student Funding will have on school plans<br>• identify what support is needed to implement/maintain plan<br>• identify how they will address interruptions in service at their school site | Goal 3; Indicator 3.2<br><br>IP 8.6, 8.7 | 1/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals Leadership Team | TBA | 4-6 PM | Executive Director Special Education Debra Barbour Kim Hoffman | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

27

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| March 19, 2009 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1, 1.2, 1.3, 1.4 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director  Executive Director of Special Education  Support Staff  Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

28

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|------|---------------------------|----------------------|-----------------------------------------------|------------------------------|----------|----------|------|------|------------|
| March 18, 2009 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2. 7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

29

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| March 5/10 | Developing the School Improvement Plan to Reflect the Leadership Essentials | • Provide information and training for school-based personnel on MSDE Corrective Action Plans and Outcomes<br>• Articulate how the support for improvement in the delivery of effective special education services in the LRE has impacted student achievement data<br>• Synthesize multiple forms of data and use indicators to guide decision making to serve the best interests of their students and school communities<br>• Build accountability for application of professional development | Goal 1 IP 8.3 8.6 8.7 | 2.1, 2.2 | All principals/assistant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 - 5:00 | Mary Minter Irma Johnson Roger Shaw Tisha Edwards Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Central Office/District personnel will attend each module session to provide support and reflection<br><br>80% of observed principals will demonstrate application of knowledge through the field practice activity. |

[1] Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:   **August 20 –completed**   **September 18/19-confirmed**
All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.
**October 30/31**   **November 25/26**   **December 4/5**   **February 12/13**   **March 26/27**   **April 28/29/30, May 1**   **May 18/19/20/21/22**
[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

30

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| April 22, 2008 | | Principal/Leadership Team will be able to:<br>• participate in mock IEP meetings using Md.- On line<br>• conduct meetings using sample case studies<br>• discuss preparation for meetings<br>• identify what information needs to brought the meeting (by whom)<br>• identify discussion points that must occur for an effective meeting<br>• focus on transition, LRE, ESY, accommodations, MOD testing in the decision-making process | Goal 3; Indicator 3.2<br><br>IP 8.4 | I/1.1, 1.4<br>2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS)<br><br>Principals Leadership Team | TBA | 4-6 PM | Executive Director Special Education Debra Barbour Roger Shaw Kathy Volk Related Service Staff | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

31

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| April 23, 2009 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3<br>IP 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | 1.1, 1.2, 1.3, 1.4 | Principals<br>Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director<br><br>Executive Director Special Education<br><br>Support Staff<br><br>Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

32

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|------|----------------------------|----------------------|----------------------------------------------|------------------------------|----------|----------|------|------|------------|
| April 15, 2009 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2. 7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

33

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| April 16/21 | Scheduling to Sustain Inclusive Student Improvement | • Identify the non-negotiable features of an effective master schedule <br> • Provide training for principals and other school-based personnel on the creation of an effective schedule <br> • Create an effective master schedule that incorporates time for interventions, instructions, and related services in the LRE | Goal 1 <br> IP 3.2.2 <br> 4.1.1 <br> 8.2 <br> 8.3 <br> 8.7 <br> 11.1.a | 1.4 | All principals/assistant principals Principal Coaches <br><br> Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 - 5:00 | Executive Director Special Education Roger Shaw Irma Johnson Jonathan Brice Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated <br><br> Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1]Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:

August 20-completed    September 18/19-confirmed

All other dates are TENTATIVE but no less that 6 days and no more than 9 days of on-site support will be provided.

October 30/31    November 25/26    December 4/5    February 12/13    March 26/27    April 28/29/30, May 1    May 18/19/20/21/22

[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

34

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| May 20, 2008 | | Principal/Leadership Team will be able to: <br>• participate in mock IEP meetings using Md.- On line <br>• conduct meetings using sample case studies <br>• discuss preparation for meetings <br>• identify what information needs to brought the meeting (by whom) <br>• identify discussion points that must occur for an effective meeting <br>• focus on transition, LRE, ESY, accommodations, MOD testing in the decision-making process | Goal 3; Indicator 3.2 <br><br> IP 8.4 | 1/1.1, 1.4 <br> 2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS) <br><br> Principals <br> Leadership Team | TBA | 4-6 PM | Executive Director Special Education Debra Barbour Roger Shaw Kathy Volk Related Service Staff | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

35

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| May 21, 2009 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1, 1.2, 1.3, 1.4 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director Executive Director Special Education Support Staff Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

36

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|------|---------------------------|---------------------|-----------------------------------------------|------------------------------|----------|----------|------|------|------------|
| May 20, 2009 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2. 7 | 4.3 | Administrators | TBA | 4-4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

37

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| May 7/12 | Instructional Models | • Use co-teaching as a means to differentiate instruction to meet learner needs<br><br>• Provide ongoing training and coaching for the co-teaching teams<br><br>• Require that each schedule supports the instructional delivery model that meets the needs of all students<br><br>• Incorporate SST process into decision making regarding instructional models to support success for all students<br><br>Continue with interdisciplinary method of providing effective instructional practices for all students | Goal 1<br>IP 3.2.2<br>4.1.1<br>4.1.2<br>8.2<br>8.3<br>8.7 | 1.4 | All principals/assistant principals<br>Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00 – 5:00 | Executive Director Special Education<br>Roger Shaw<br>Irma Johnson<br>Kathy Voik<br>Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Central Office/District personnel will attend each module session to provide support and reflection<br><br>80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1] Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:   August 20 –completed    September 18/19-confirmed

All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.

October 30/31    November 25/26    December 4/5    February 12/13    March 26/27    April 28/29/30, May 1    May 18/19/20/21/22

[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

38

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| June 16, 2008 | | Evaluation of Principal Leadership Development Planning for Next Steps Celebration | Goal 3; Indicator 3.2 IP 8.6 | 1/1.1, 1.4 2/2.4 | Intensive Support for Targeted Secondary Schools (ISTSS) All | TBA | TBA | All | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| June 11, 2009 | Implementation Plan Outcome | Train administrators on roles and responsibilities regarding Implementation Plan | Goal 1, 2, 3 IP 3 4 5 6 7 8 9 10 11 | 1.1, 1.2, 1.3, 1.4 | Principals Assistant Principals | TBA | 1:30 - 2:00 PM | Operations Director Executive Director Special Education Support Staff Student Support Staff | Semi-annual Implementation Plan Report MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

40

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/ Indicator | Audience | Location | Ti me | Team | Evaluation |
|------|---------------------------|----------------------|----------------------------------------------|------------------------------|----------|----------|-------|------|------------|
| June 17, 2009 | Code of Conduct and Student Discipline | Administrators will be trained on Code of Conduct and Student Discipline | Goal 4 IP 7.2. 7 | 4.3 | Administrators | TBA | 4- 4:30 PM | Student Support Services | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

41

| Date | Leadership Learning Module | Outcomes/Description | Master Plan Goal/ Implementation Plan Outcome | Essentials Number/Indicator | Audience | Location | Time | Team | Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| June 18/23 | Instructional Models | • Identify school-specific considerations (e.g. scheduling, planning time) for incorporating co-teaching in the classroom setting<br><br>• Create opportunities for interdisciplinary teaching/learning<br><br>• Create opportunities for co-teaching | Goal 1 IP 8.2 8.3 8.7 | 1.4 | All principals/assistant principals Principal Coaches<br><br>Attendance is taken and shared with supervisors | Professional Development Center 2500 E. Northern Parkway | 1:00-5:00 | Executive Director Special Education Roger Shaw Irma Johnson Kathy Volk Marilyn Friend[1] | MSDE Professional Development Standards aligned evaluation form will be sent electronically to all participants and an overall summary will be tabulated<br><br>Central Office/District personnel will attend each module session to provide support and reflection 80% of observed principals will demonstrate application of knowledge through the field practice activity |

[1]Dr. Marilyn Friend will provide leadership, guidance and presentation support to ensure the delivery of the Professional Development Leadership Development Plan outcomes on the following dates:  **August 20 –completed      September 18/19-confirmed**

All other dates are **TENTATIVE** but no less that 6 days and no more than 9 days of on-site support will be provided.

**October 30/31          November 25/26          December 4/5          February 12/13          March 26/27          April 28/29/30, May 1          May 18/19/20/21/22**

[2] Three New York City site visits for School Year 2008-2009 to observe best practices for teachers at a time and site to be determined by City Schools CEO.

42