Baltimore City Public Schools
Office of Special Education
Outcome #3 and #4 Calculation
2006-2007 School Year

| School Number | School Name | Number of Students with Exit Codes: | | | | Outcome #3: School Completion Rate | Outcome #4: Graduation Rate |
|---|---|---|---|---|---|---|---|
| | | B: Diploma | C: Certificate | D: Reached age 21 | H: Dropped Out | | |
| 042 | Garrison Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 046 | Chinquapin Middle | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 049 | Northeast Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 056 | Robert Poole Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 058 | Ashburton Elem/Middle | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 078 | Harlem Park Middle | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 082 | Dr. Roland N. Patterson Academy | 0 | 0 | 0 | 3 | 0.0% | 0.0% |
| 133 | Paul Laurence Dunbar Middle Sch | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 162 | Diggs | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 177 | George Mcmechen Middle/Sr | 0 | 20 | 16 | 1 | 97.3% | 0.0% |
| 178 | Francis M. Wood Alternative High | 14 | 0 | 0 | 39 | 26.4% | 26.4% |
| 181 | Southside Academy | 1 | 0 | 0 | 3 | 25.0% | 25.0% |
| 209 | Winston Middle School | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 220 | Morrell Park Elementary/Middle | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 230 | Canton Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 235 | Glenmount School | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 239 | Benjamin Franklin Middle Sch. | 0 | 7 | 0 | 2 | 77.8% | 0.0% |
| 307 | Claremont School | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 372 | Woodbourne Day School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 400 | Edmondson Westside High | 8 | 0 | 0 | 1 | 88.9% | 88.9% |
| 401 | Northwestern High School | 38 | 0 | 3 | 32 | 56.2% | 52.1% |
| 403 | Baltimore Polytechnic Institute | 1 | 0 | 0 | 0 | 100.0% | 100.0% |
| 405 | Patterson High School | 17 | 9 | 0 | 49 | 34.7% | 22.7% |
| 406 | Forest Park Senior High | 26 | 1 | 0 | 23 | 54.0% | 52.0% |
| 410 | Mergenthaler Vo Tech High | 18 | 0 | 0 | 4 | 81.8% | 81.8% |
| 412 | Southwestern High | 8 | 0 | 0 | 17 | 32.0% | 32.0% |
| 413 | Harbor City High Learning Center & Satellites | 13 | 0 | 1 | 123 | 10.2% | 9.5% |
| 414 | The New Paul L Dunbar High School | 1 | 0 | 0 | 0 | 100.0% | 100.0% |

Baltimore City Public Schools
Office of Special Education
Outcome #3 and #4 Calculation
2006-2007 School Year

| School Number | School Name | Number of Students with Exit Codes: | | | | Outcome #3: School Completion Rate | Outcome #4: Graduation Rate |
|---|---|---|---|---|---|---|---|
| | | B: Diploma | C: Certificate | D: Reached age 21 | H: Dropped Out | | |
| 415 | Baltimore School For The Art | 3 | 0 | 0 | 0 | 100.0% | 100.0% |
| 416 | Digital Harbor High School | 7 | 0 | 0 | 2 | 77.8% | 77.8% |
| 418 | W.E.B. Dubois High School | 34 | 3 | 0 | 20 | 64.9% | 59.6% |
| 419 | Reginald F. Lewis Sch Bus & Law | 10 | 5 | 1 | 17 | 48.5% | 30.3% |
| 420 | Dr. Samuel L. Banks High School | 13 | 0 | 0 | 15 | 46.4% | 46.4% |
| 421 | The National Academy Foundation Hs | 2 | 0 | 0 | 0 | 100.0% | 100.0% |
| 422 | New Era Academy | 2 | 0 | 0 | 6 | 25.0% | 25.0% |
| 423 | Baltimore Freedom Academy | 3 | 0 | 0 | 0 | 100.0% | 100.0% |
| 424 | Thurgood Marshall High School | 13 | 0 | 0 | 16 | 44.8% | 44.8% |
| 425 | Heritage High School | 14 | 2 | 1 | 30 | 36.2% | 29.8% |
| 426 | Doris M Johnson Hs | 10 | 6 | 0 | 11 | 59.3% | 37.0% |
| 427 | Acce High School | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 429 | Vivien T Thomas Med Arts Aca | 6 | 4 | 0 | 6 | 62.5% | 37.5% |
| 430 | Augusta Fells Savage Inst Vis Arts | 8 | 0 | 0 | 17 | 32.0% | 32.0% |
| 431 | Maritime Academy | 9 | 0 | 0 | 6 | 60.0% | 60.0% |
| 433 | Renaissance High School | 0 | 0 | 0 | 4 | 0.0% | 0.0% |
| 434 | Homeland Security High School | 10 | 0 | 0 | 27 | 27.0% | 27.0% |
| 435 | Business High School At Walbrook | 8 | 0 | 1 | 23 | 28.1% | 25.0% |
| 436 | Liberal Arts Academy Hs | 10 | 0 | 0 | 28 | 26.3% | 26.3% |
| 450 | Frederick Douglass High School | 18 | 0 | 0 | 21 | 46.2% | 46.2% |
| 451 | Central Career Academy At Briscoe | 6 | 2 | 0 | 27 | 22.9% | 17.1% |
| 454 | Carver Voc Tech High | 12 | 0 | 0 | 4 | 75.0% | 75.0% |
| 457 | Laurence G. Paquin Middle/High | 2 | 0 | 0 | 10 | 16.7% | 16.7% |
| 488 | Alternative Learning Center | 0 | 0 | 0 | 7 | 0.0% | 0.0% |
| 884 | Eager Street Academy | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| | All BCPSS Schools | 345 | 59 | 23 | 618 | 40.9% | 33.0% |
| | Nonpublic Schools | 46 | 12 | 11 | 35 | 66.3% | 44.2% |
| | All 14 - 21 year olds in exit file | 391 | 71 | 34 | 653 | 43.2% | 34.0% |
| | BCPSS High Schools only | 345 | 59 | 23 | 588 | 42.1% | 34.0% |

Baltimore City Public Schools
Office of Special Education
Outcome #3 and #4 Calculation
2007-2008 School Year

| School Number | School Name | Number of Students with Exit Codes: B: Diploma | C: Certificate | D: Reached age 21 | H: Dropped Out | Outcome #3: School Completion Rate | Outcome #4: Graduation Rate |
|---|---|---|---|---|---|---|---|
| 004 | Stewart Hill Academic Academy | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 042 | Garrison Middle School | 0 | 0 | 0 | 2 | 0.0% | 0.0% |
| 049 | Northeast Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 056 | Robert Poole Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 057 | Lombard Middle | 0 | 0 | 0 | 3 | 0.0% | 0.0% |
| 078 | Harlem Park Middle | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 079 | William Lemmel Middle | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 133 | Paul Laurence Dunbar Middle Sch | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 177 | George Mcmechen Middle/Sr | 0 | 5 | 39 | 0 | 100.0% | 0.0% |
| 178 | Francis M. Wood Alternative High | 7 | 0 | 0 | 55 | 11.3% | 11.3% |
| 181 | Southside Academy | 1 | 0 | 0 | 8 | 11.1% | 11.1% |
| 209 | Winston Middle School | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 220 | Morrell Park Elementary/Middle | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 223 | Pimlico Elementary | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 242 | Northwood Elementary | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 307 | Claremont School | 0 | 5 | 0 | 4 | 55.6% | 0.0% |
| 333 | Independence Local 1 High | 1 | 0 | 0 | 3 | 25.0% | 25.0% |
| 353 | | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 400 | Edmondson Westside High | 6 | 7 | 1 | 1 | 93.3% | 40.0% |
| 401 | Northwestern High School | 37 | 2 | 0 | 38 | 50.6% | 48.1% |
| 403 | Baltimore Polytechnic Institute | 1 | 0 | 0 | 0 | 100.0% | 100.0% |
| 405 | Patterson High School | 33 | 8 | 0 | 51 | 44.6% | 35.9% |
| 406 | Forest Park Senior High | 17 | 1 | 0 | 23 | 43.9% | 41.5% |
| 410 | Mergenthaler Vo Tech High | 26 | 0 | 0 | 4 | 86.7% | 86.7% |
| 413 | Harbor City High Learning Center & Satellites | 14 | 1 | 2 | 99 | 14.7% | 12.1% |
| 414 | The New Paul L Dunbar High School | 1 | 0 | 0 | 0 | 100.0% | 100.0% |

Baltimore City Public Schools
Office of Special Education
Outcome #3 and #4 Calculation
2007-2008 School Year

| School Number | School Name | Number of Students with Exit Codes: B: Diploma | C: Certificate | D: Reached age 21 | H: Dropped Out | Outcome #3: School Completion Rate | Outcome #4: Graduation Rate |
|---|---|---|---|---|---|---|---|
| 415 | Baltimore School For The Art | 1 | 0 | 0 | 0 | 100.0% | 100.0% |
| 416 | Digital Harbor High School | 8 | 0 | 0 | 8 | 50.0% | 50.0% |
| 418 | W.E.B. Dubois High School | 25 | 6 | 0 | 18 | 63.3% | 51.0% |
| 419 | Reginald F. Lewis Sch Bus & Law | 12 | 3 | 0 | 13 | 53.6% | 42.9% |
| 420 | Dr. Samuel L. Banks High School | 20 | 0 | 0 | 22 | 47.6% | 47.6% |
| 421 | The National Academy Foundation Hs | 1 | 0 | 0 | 1 | 50.0% | 50.0% |
| 422 | New Era Academy | 2 | 0 | 0 | 4 | 33.3% | 33.3% |
| 423 | Baltimore Freedom Academy | 2 | 0 | 0 | 2 | 50.0% | 50.0% |
| 424 | Thurgood Marshall High School | 22 | 1 | 0 | 17 | 57.5% | 55.0% |
| 425 | Heritage High School | 11 | 5 | 0 | 26 | 38.1% | 26.2% |
| 426 | Doris M Johnson Hs | 7 | 0 | 0 | 10 | 41.2% | 41.2% |
| 427 | ACCE High School | 12 | 0 | 0 | 3 | 80.0% | 80.0% |
| 428 | Baltimore Talent Development High | 11 | 0 | 0 | 8 | 57.9% | 57.9% |
| 429 | Vivien T Thomas Med Arts Aca | 9 | 0 | 0 | 14 | 39.1% | 39.1% |
| 430 | Augusta Fells Savage Inst Vis Arts | 14 | 2 | 0 | 15 | 51.6% | 45.2% |
| 431 | Maritime Academy | 1 | 0 | 0 | 10 | 9.1% | 9.1% |
| 433 | Renaissance High School | 0 | 0 | 0 | 5 | 0.0% | 0.0% |
| 434 | Homeland Security High School | 8 | 5 | 0 | 13 | 50.0% | 30.8% |
| 435 | Business High School At Walbrook | 17 | 0 | 0 | 21 | 44.7% | 44.7% |
| 450 | Frederick Douglass High School | 35 | 0 | 0 | 29 | 54.7% | 54.7% |
| 451 | Central Career Academy At Briscoe | 3 | 2 | 1 | 17 | 26.1% | 13.0% |
| 454 | Carver Voc Tech High | 15 | 0 | 0 | 0 | 100.0% | 100.0% |
| 457 | Laurence G. Paquin Middle/High | 5 | 0 | 1 | 7 | 46.2% | 38.5% |
| 488 | Alternative Learning Center | 0 | 0 | 0 | 1 | 0.0% | 0.0% |
| 884 | Eager Street Academy | 0 | 0 | 0 | 3 | 0.0% | 0.0% |
| | All BCPSS Schools | 385 | 53 | 44 | 570 | 45.8% | 36.6% |
| | Nonpublic Schools | 17 | 18 | 4 | 30 | 56.5% | 24.6% |
| | All 14 - 21 year olds in exit file | 402 | 71 | 48 | 600 | 46.5% | 35.9% |
| | BCPSS High Schools only | 385 | 53 | 44 | 552 | 46.6% | 37.2% |