Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

Please complete all of the sections in this report that are not shaded. Submit a paper copy and an electronic copy to the person designated in the letter or report of findings at the Maryland State Department of Education (MSDE)/ Division Special Education/Early Intervention Service (DSE/EIS). The boxes provided will expand to fit the text that is entered.

| I. GENERAL INFORMATION | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| LOCAL SCHOOL SYSTEM/PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
| CONTACT PERSON | Dean Richburg |
| PHONE NUMBER | 396-8910 |
| EMAIL ADDRESS | drichburg@bcps.k12.md.us |
| DATE OF MSDE FINDING, LETTER OR REPORT | N/A |
| DATE CAP IS DUE TO MSDE | April 8, 2008 |
| DATE CAP IS SUBMITTED TO MSDE | |
| PROJECTED DATE OF COMPLETION | June 30, 2008 |

| II. SOURCE OF THE CAP | CHECK |
|---|---|
| COMPLAINT | |
| MONITORING FOR CONTINUOUS IMPROVEMENT AND RESULTS (EMCIR) | X |
| OTHER (If checked, write an explanation in this box) | |

| III. AREA OF NONCOMPLIANCE (for use by MSDE) |
|---|
| Graduation Rate / Dropout Rate / Attendance Rate |

| IV. DESCRIPTION OF NONCOMPLIANCE ADDRESSED BY THIS CAP |
|---|
| SY 2007-2008 Graduation Data are not available. The description of compliance will be updated once the data is available. |

The graduation rate for all BCPSS students in the class of 2006-2007 was 60.05 percent, a .58 percentage point decrease from SY 2005-2006. With a 60.05 percent graduation rate, this rate is far below the Annual Measurable Objective (AMO) by 23.19 percentage

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

**points.** The number of graduates increased from 4,108 in SY 2005-2006 to 4,118 in SY 2006-2007. In reviewing data by subgroups, the following subgroups had an increase in the graduation rate:

- Asian/Pacific Islander posted a graduation rate of 90.63 percent, exceeding the Annual Measurable Objective (AMO) by 7.39 percentage points.
- Despite the modest increase, the graduation rate for students with disabilities continues to remain very low. In SY 2005-2006, students with disabilities posted a 35.20 percent graduation rate. This rate has increased in SY 2006-2007 to 35.79, a 0.59 percentage point increase.
- Hispanic students experienced an increase in the SY 2006-2007 graduation rate of 2.7 percentage points from the SY 2005-2006 rate.
- White (Not of Hispanic Origin) students exhibited an increase in the SY 2006-2007 graduation rate of .44 percentage points from the SY 2005-2006 rate.

**The dropout rate for SY 2006-2007 is 9.58 percent. This is a decrease by 0.94 percentage points** from the SY 2005-2006 dropout rate of 10.52 percent. In reviewing data by subgroups, the following subgroups had a decrease in the dropout rate:

- Asian/Pacific Islander students posted a 2.38 percent dropout rate in SY 2006-2007, a decrease of 3.18 percentage points from the SY 2005-2006 rate.
- African American students experienced 9.71 percent dropout rate in SY 2006-2007, a decrease of 1.08 percentage points from the SY 2005-2006 rate.
- Students with disabilities (SWD) experienced a 13.96 percent dropout rate in SY 2006-2007, a decrease of 2.45 percentage points from the SY 2005-2006 rate.
- Male students experienced an 11.78 percent dropout rate in SY 2006-2007, a decrease of 1.03 percentage points from the SY 2005-2006 rate.
- Female students experienced an 8.35 percent dropout rate in SY 2006-2007, a decrease of 1.51 percentage points from SY 2005-2006 rate.

Calculation for schools is the attendance rate for students enrolled in the school at the end of the school year or for students for whom the school was the last school attended. The numbers do NOT reflect the final school attendance as will be reported later by BCPSS and MSDE which includes the attendance rate for ALL students who attended the school at any point during the attendance period (the final rate will reflect only the attendance patterns for students while enrolled in the particular school).

Preliminary District Attendance Rate shows:

Regular Education Enrollment-77, 824
Special Education Enrollment-13,314
Regular Ed Attendance-90.8%
Special Ed Attendance-86.9%
Difference between Regular and Special Ed = -3.9%

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

**Maryland State Department of Education**
**Division of Special Education/Early Intervention Services**

## CORRECTIVE ACTION PLAN (CAP) – PART B

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 3 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| V. RESULTS OR MEASUREABLE OUTCOMES TO CORRECT NONCOMPLIANCE |
|---|
| • By June 30, 2008, the percentage of students graduating from high school will increase from 60.05% to 62%.<br>• The percentage of students with disabilities who receive a diploma will increase from 35.79% to 39%.<br>• By June 2008, the attendance rate for students with disabilities will increase by five percentage points.<br>• By June 30, 2008, the percentage of students dropping out of school will be reduced by 5 percentage points.<br>• The dropout rate for students with disabilities will decrease from 13.96% to 12.42%. |

Page 4 of 15

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| The BCPSS Transcript Audit Data for the Class of 2008 on school completion. The intermediate steps for completing this process are:<br><br>- Request from ITD the names of seniors who are within four credits for graduation<br>- Upon the receipt of the names and transcripts from ITD, review the randomly selected list of students' credit attainment, high school assessments passed, and service learning hours earned.<br>- Upon completion of the graduation review, categorize the students as: potential graduates as of June 2008, retained, or summer school graduates.<br>- After the BCPSS has completed all high school graduations and the EOY status has been completed for graduates and reported to the state, the Office of School Counseling will request an update on the original list of students in order to determine if any discrepancies exist.<br>- With a discrepancy, another transcript review is conducted and an official report is developed and shared with the IMCIT. | August 2008 | BCPSS Audit committee is still waiting for the revised data and the final graduation data in order to complete the audit. |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 5 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| • The BCPSS' School Stat Monthly Attendance Data | Monthly | **4th Quarter Update:**<br>April 15, 2008 AttendanceStat Meeting was conducted. Recommendations were made to:<br>• Target additional interventions and support to BCPSS Middle and High Schools<br>• Place a stronger emphasis on increasing the attendance of students with disabilities.<br>• To allocate resources to better meet the truancy concerns in BCPSS.<br>• To coordinate and collaborate additional efforts for SY 2008-2009 with the Community Site Coordinators for attendance improvement.<br><br>Coordinated attendance efforts community school coordinators.<br><br>An update was provided regarding schools' Attendance Improvement Plans and Initiatives for increasing attendance.<br><br>May and June meetings were cancelled in order to restructure the AttendanceStat process to better meet the needs of the Baltimore city Baltimore Public School System regarding attendance and truancy. |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 6 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| • Data on Career and Technology enrollment and Career and Technology Completers. | Quarterly for the enrollment and annually for the completer status | MSDE has reported that the overall performance for Dual Completion for Baltimore City is 81.14%. BCPSS is still waiting for a breakdown of the data for general education and special education students who are dual completers. |

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| **Graduation and Dropout:**<br>Monitor and expand the School Counseling Program to focus on improving the graduation and attendance rates through more accurate reporting and record keeping and proactively assisting students in overcoming obstacles that interfere with their academic success. | 9/06–06/08 | According to PrepHq, school counselors completed 684 counseling sessions for attendance improvement, 738 counseling for academic support, and 1500 sessions to determine if students are on track for graduation. The data indicated only the entries in PrepHq by school staff, therefore other direct contact with the students may have occurred but was not documented in PrepHq. |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 7 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Continue to Implement the BCPSS' High School Choice process for all 8th grade students. High School Choice is based on the premise that involving students in the high school selection process, and allowing the students to attend a school of their choice, they will be more likely to attend regularly and complete high school. | 9/06-06/08 | For school year 2008-2009, 5,921 applications were received which represents 91.2 percent of our 8th grade population. The five schools receiving the highest number of applications were: Mergenthaler School No. 410, Digital Harbor School No. 416, Baltimore City College No. 480, Baltimore Polytechnic Institute School No. 403 and Carver Vocational-Technical High School No. 454.<br><br>Of this number, 61% were accepted to their first choice, 20% to their second choice. 9% to their third choice, 6% to their fourth choice and 5% to their 5th choice.<br><br>For students with disabilities, 880 students submitted applications for high school choice. A total of 3743 program choices were submitted. 411 students were accepted to their first choice, 160 to their second choice, 78 to their third choice, 46 to their 4th choice and 45 to their fifth choice. |
| Expand partnerships with institutions of higher education (IHE) and other organizations( i.e. Baltimore Urban Debate League, The College Board , BCCC.) to enhance curricular opportunities for all students in order to accelerate and/or recover credits toward graduation | 10/06-06/08 | During the 2008-2009 school year, Baltimore City public schools will re-organized their alternative programs to include the following:<br><br>• Two high schools will open for over-aged and under credited students<br>• One middle school will open for overage middle school students<br>• An alternative setting for students on long-term suspension will be open.<br><br>The purpose of the re-organization is to ensure that all students who been left out of the educational process have access to a quality curriculum that will enable them to accelerate their progress towards graduation. |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 8 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Provide professional development to all school principals, and all school counselors on student record maintenance and appropriate procedures for reviewing students' records to ensure that students are on track for graduation. The annual audit of all student records (inclusive of transcripts, cumulative records and course selections) will reveal greater accuracy of student records across time, thereby providing an accurate list of students on track to graduate and enabling earlier intervention for students who are off track at each grade level. | 10/06-06/08 | Provided professional development to all elementary – K8 clericals and high school Office Assistant IIIs on the maintenance and management of student records. The Certification of Student Record Cards – Maintenance of Accurate Data will reveal greater compliance with the completeness and accuracy of student records according to MSDE standards. |
| Design and implement a staff development program that addresses courses that meet the needs of students who are enrolled in special education citywide programs (e.g. Life Skills). | 9/06-06/08 | During SY 2007-2008, school principals received professional development on the BCPSS graduation requirements which included discussions about alternative options for students with disabilities to obtain a high school diploma. |
| IEP Team Meeting Minutes will reflect discussion of alternative program options for students with IEP's who fail high school assessment courses. Minutes will detail the discussion of appropriate accommodations, modifications, and instructional strategies. | 9/06-06/08 | Schools were provided a list of names for students who failed their high school assessment aligned courses (English, Biology, American Government, and Alegbra).. The names were provided to the IEP teams, and if needed, a review of their accommodations and modifications followed and revised if necessary. |
| Provide data on the percent of students who are promoted and graduated by enrolling in and completing Novel On-line Credit Recovery Courses. | July 7. 2008 | Twilight Program for second semester:<br>• 1141 students completed courses during the second semester.<br>• 132 special ed. students completed courses during the second semester.<br>• 337 students completed math courses during the second semester |
| **Attendance:**<br>Review, revise and implement a systemic attendance handbook policy. | 9/06-06/08 | **4th Quarter Update:**<br>The Attendance Handbook was reviewed and revised June 2008. The handbook is waiting approval from the Executive Director. |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 9 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Design interventions to help students increase/maintain State satisfactory standard of 94%. | 9/06-06/08 | **4th Quarter Update:** Attendance and Truancy Office Staff continued to consult and provide support to the six Tier I schools (Patterson, Northern, Thurgood, Chinquapin, and the two West Baltimore Middle campuses). Attendance and Truancy Office Staff met with principals and attendance monitors for support of data cleansing and attendance referrals. Attendance Data was disaggregated by Regular and Special Education Students. |
| The Baltimore City Public School System will allocate in the FY 2008 budget three additional positions (staff associate-pupil personnel) for the attendance office. The staff associates will be assigned to the elementary, middle, or high school subgroup as a resource to direct counseling and/or intervention services to improve student academic and attendance achievement. | 09/08 | **4th Quarter Update:** Attendance and Truancy Office Staff continued to make school site visits, provide support to identified schools, conduct informal hearings, and consult with the Special Education Office. Additionally, attendance data was cleansed and attendance cases closed out. |
| The Attendance Office will strategize with the Motor Vehicle Administration in support of HB 571 and SB 519 which requires youth under the age of 16 to present a school attendance record to be eligible for a learner's permit. | 9/07-6/08 | **4th Quarter Update:** The Learner's Permit School Attendance Certification form continued to be provided to schools and students. |
| The Attendance Office will provide attendance rewards and incentives to students and schools. | 9/07-6/08 | **4th Quarter Update:** Awards were presented to students who graduated from University of Baltimore's Truancy Court Program during a reception at the Governor's Mansion May 15, 2008 |
| The Attendance Office will coordinate efforts with the Communication Office for the development of a communication plan regarding attendance/truancy. | 9/07-6/08 | **4th Quarter Update:** Ongoing collaboration was held June 10, 2008 for the purpose of initiating an Attendance Awareness Campaign to promote the importance of attending school everyday-"Door to Door; Every Child Matters" |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 10 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Attendance Office in partnership with the University of Baltimore School of Law, is organizing an attendance/truancy coordination of efforts roundtable with community agencies scheduled for September 24, 2007. | 9/07-6/08 | **4th Quarter Update:** The Truancy Roundtable recommendations were circulated in May 2008. |
| Through coordination of the Attendance Office, University of Baltimore School of Law Truancy Court Program will be implemented in five identified elementary or elementary/middle schools based on an application process and needs to increase student attendance rates, achievement parental involvement and expand services to families. | 9/07-6/08 | **4th Quarter Update:** May 22, 2008 Truancy Court Program Workshop was scheduled to provide information, data, and the application process to Principals. The Truancy Court Program will increase to six BCPSS schools for SY 2008-2009. |
| A University of Maryland School of Law Truancy Mediation Program will be implemented in five identified schools to support families in finding solutions to causes of absenteeism or lateness through scheduled mediation meetings. | 9/07-6/08 | **4th Quarter Update:** The BSMART program continued to address the attendance needs in identified schools. A meeting is scheduled for July 8, 2008 with the University of Maryland to discuss the upcoming SY 2008-2009 |
| B-TAC will be assigned to assist with student immunization compliance during August/September 2007. | 9/07-6/08 | **4th Quarter Update:** No update needed |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Each school will identify an attendance monitor or designee to manage attendance and be provided with on-going professional development to increase attendance. The attendance monitors will support students and their families. Under the direction of the principals and in collaboration with the Attendance and Truancy Office the attendance monitors will be responsible for providing services to students and the school to improve attendance rate. The attendance monitor will record and analyze attendance data and take necessary actions for improvement where needed. The monitors will contact homes (letters, telephone calls) and involve families in the attendance process. The monitor will act as a liaison between the home, school, central office and community agencies. | 9/07-6/08 | **4th Quarter Update:** The Attendance and Truancy Office Staff worked with Attendance Monitors on data cleansing and closing out student files. Administrators identified Attendance Monitors and/or a designee for SY 2008-2009.<br><br>Professional developments are being scheduled for SY 2008-2009. |
| The Baltimore Truancy Assessment Center will be assigned to the attendance/truancy office in school year 2007-2008, to focus on middle school students who are habitually truant. | 9/07-6/08 | **4th Quarter Update:** Counselors for B-TAC and the Attendance and Truancy Office continues to provide case management and informal hearings for Middle School students who were habitually truant. |
| In collaboration with the Mayor's Office, the Governor Office on Crime Prevention Grant (GOCCP) was written to employ two additional social workers for B-TAC to assess students and provide a service plan for addressing any identified needs. | 9/07-6/08 | **4th Quarter Update:** The Mayor's Office of Criminal Justice and BCPSS revised the GOCCP grant to reflect funds re-directed to support the Summer Bridge Program for students transitioning for Middle to High School who were identified as having a high truancy rate. |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 12 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| The middle school area is specifically adding attendance monitors to support students and their families. | 9/07-6/08 | **4th Quarter Update:** The Attendance and Truancy Office continued to consistently work with Attendance Monitors to provide support for attendance issues. |
| Area accountability during Attendance Stat will be increased by Area Officer Verification on strategies implemented to improve attendance/truancy with identified subgroups. | 9/07-6/08 | **4th Quarter Update:** April 17, 2008 professional development was conducted for the Associate Student Congress of Baltimore City on July/August 2008 professional development will be provided to Administrators |
| Implement revised attendance policy/procedures. | 9/07-6/08 | **4th Quarter Update:** The Attendance Handbook was reviewed and revised June 2008. The handbook is waiting approval from the Executive Director. |
| Participate in professional development regarding the Compulsory Attendance Law. | 9/07-6/08 | **4th Quarter Update:** Professional Development is being scheduled for July and August for Administrators, Attendance Liaisons, and Attendance Monitors. |
| Utilize the Student Support Teams for developing Individual Learning Plans (ILP) to address student attendance needs. | 9/07-6/08 | **4th Quarter Update:** Central Office Student Support Teams will be developed to address student attendance needs for SY 2008-2009 |
| Identify student attendance initiatives and strategies in the School Improvement Plans. | 9/07-6/08 | **4th Quarter Update:** Updated School Improvement Plans were reviewed by Attendance and Truancy Staff |

**VIII. IDENTIFY THE ONGOING STEPS THE LOCAL SCHOOL SYSTEM/PUBLIC AGENCY WILL TAKE TO ENSURE THE IDENTIFIED NONCOMPLIANCE HAS BEEN CORRECTED**

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

Key strategies in addressing this priority are the development and implementation of Individual Learning Plans, high school assessment mastery courses, and on-going professional development related to course sequence, and transcript verification The BCPSS will be evaluated on the effectiveness of this priority by tracking the number of students who graduate high school, have individual learning plans, the percent of transcripts that are verified as accurate through an internal transcript audit, and by tracking the percentage of students who meet the USM and Career and Technology requirements. Furthermore, the utilization of Attendance Stat to focus on attendance district wide for attaining or exceeding the state mandated goal of 94 percent attendance rate for all students will also be a method for measuring success on the activities associated with this strategy.

**LOCAL SCHOOL SYSTEM/PUBLIC AGENCY AUTHORIZED SIGNATURE**

_____   _____
Director of Special Education           Date

Note: This signature indicates the Director has reviewed and approved the contents of this plan and has authorized implementation of this corrective action plan.

**For use by MSDE Only**

| | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| MSDE CONTACT INFORMATION | |
| CONTACT PERSON, NAME AND TITLE | |
| PHONE NUMBER | |
| EMAIL ADDRESS | |

| | DATE | COMMENTS |
|---|---|---|
| STATUS OF CAP | | |
| CAP RECEIVED | | |
| MSDE APPROVED PLAN | | |
| MSDE NOTIFIED LSS/PA OF APPROVAL | | |
| MSDE VERIFIED CAP COMPLETED | | |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 14 of 15

Maryland State Department of Education
Division of Special Education/Early Intervention Services

**CORRECTIVE ACTION PLAN (CAP) - PART B**

| CONTACTS: | DATE | NOTES |
|---|---|---|
| | | |
| | | |
| | | |

EMCIR Grad. Rate / Dropout Rate / Attendance CAP – 4th Quarter Update
2007-2008 SY

Page 15 of 15