# Attendance Liaison's Handbook:

# Attendance and Truancy

## How to Ensure Great Attendance Among our Students



### Baltimore City Public Schools (City Schools)
### 2008-2009 School Year

**Jonathan Brice, M.S., M.Ed.**
*Executive Director, Student Support*

**Dr. Tina Spears**
*Director, Attendance and Truancy*

# Baltimore City
# Board of School Commissioners

Brian Morris, *Board Chair*

Jerrelle F. Francois, *Board Vice Chair*

Anirban Basu
James W. Campbell
Neil E. Duke
Robert W. Heck
Kalman R. Hettleman
George M. VanHook, Sr.
Maxine J. Wood, Ed.D.

Dominique Duval
*Student Commissioner*

Andrés A. Alonso, Ed.D.
*Chief Executive Officer*

The Baltimore City Public Schools offers equal employment and educational opportunities regardless of race, religion, color, age, sex, national origin, handicapping condition, veteran's status or any other occupational irrelevant criteria.

# Table of Contents

Message from Executive Director, Student Support Jonathan Brice ............................................. 1

A First Step to Great Attendance: Understanding Why Our Students Miss School ..................... 2

A Second Step to Great Attendance: We Must All Take Responsibility ........................................ 4
- Ensuring Great Attendance for Students with Disabilities ......................................................... 5
- Supporting Our "Over-age" Students ......................................................................................... 7
- 2008-2009 School Responsibility and District Support ............................................................. 8

School Strategies That Support Great Attendance ........................................................................ 10
- Attendance Marking ................................................................................................................... 10
- Attendance Accountability .......................................................................................................... 10
- School Attendance Program ........................................................................................................ 12
- Daytime Curfew Enforcement ..................................................................................................... 12

Attendance Strategies/Interventions ............................................................................................. 13

Sample Attendance Letter .............................................................................................................. 16

Referral Form ................................................................................................................................. 17

BCPSS School Board Rules ........................................................................................................... 18
- 501.01  Admissions ..................................................................................................................... 18
- 501.02  Physical Examination ..................................................................................................... 18
- 501.03  Identification of Students ............................................................................................... 18
Code of Maryland Regulations (COMAR) ................................................................................... 20
      Attendance ............................................................................................................................... 20
      Lawful Absence ....................................................................................................................... 20
      Unlawful Absence ................................................................................................................... 20
      Student Attendance Policy ....................................................................................................... 21
      Educational Programs for Pregnant Girls ............................................................................... 23
      Student Withdrawal Status ....................................................................................................... 24

Compulsory Attendance Law ......................................................................................................... 26

# Message from *Executive Director* Jonathan Brice

Fall 2008

Dear Principals,

Your work and responsibility are enormous. Here is a tool to guide and support you in your efforts to ensure that our great kids have great attendance during the 2008-09 school year. Starting school on time and setting the tone for strong attendance year-round is critical to getting the year off to a great start.

Strong student attendance is a critical component of making sure our kids succeed in school, and in life once they leave. And the expectation of strong attendance is critical to building great schools. You, our school leaders, establish that expectation; it is the job of your staff, parents and school communities to reinforce it, and my job, and that of the central office, to do everything we can to bolster and support it.

The *Attendance Liaison's Handbook* lays out, by way of attendance requirements, the expectation we have of all of our students in Baltimore City Public Schools. It also lays out the expectations we have, and the responsibilities of our school leaders and communities. It offers insight into why some of our students struggle with attendance, so that we are at all times grounded in, and attuned to what they need to succeed. Truancy is never a problem in its own right, but a symptom of other challenges our students face. When they aren't in school, we need to understand why and help get them back on track. The handbook offers strategies for doing this through student incentives to attend school and initiatives to improve school-wide attendance rates.

I hope you find the handbook useful as a reference tool and guide. And I look forward to helping you make 2008-09 a great school year through great attendance at your schools.


Sincerely,


Jonathan Brice, M.S., M.Ed.
Executive Director, Student Support

# A First Step to Great Attendance:
# Understanding Why Our Students Miss School

Poor student attendance and truancy are challenges school systems face across the country, and extensive research points out the adverse effects they have on students, families, communities, and schools. From this research, numerous strategies have emerged to improve attendance and reduce truancy, all of which emphasize the importance of community-wide collaboration in ensuring student success. The role of the community cuts across all aspects and stages of addressing poor student attendance and truancy: in the identification of root causes of attendance problems; in making sure students and families have access to effective and appropriate strategies and interventions; in the implementation of truancy programs; in the referral of families to outside agencies; and in the allocation of resources to address attendance issues.

Excessive absence and truancy are indicators of deeper issues. It is imperative that teachers, principals and school support staff work closely with students, parents and community partners—with the full support of Baltimore City Public Schools' central office—to address the underlying causes of school absenteeism to improve student attendance.

Baltimore City Public Schools collected and analyzed district wide attendance data as well as reviewed literature of best practices in order to generate a list of common causes of poor student attendance. The list, not intended to be comprehensive, is a snapshot of problems that are linked to chronic truancy.

## Causes of Poor Attendance

*Health Reasons*
- Poor nutrition, vision, and/or hearing problems
- Asthma or other chronic illness
- Child abuse and/or neglect (physical, psychological, or sexual)
- Drug or alcohol use and/or abuse
- Childhood depression

*School Reasons*
- Inappropriate programming
- Student pattern of avoiding certain classes
- Fear of administrators or teachers
- A broken locker, lost book, incomplete homework
- Curriculum boredom
- Learning style differs from teaching style
- Classroom management
- Trash and debris around the school

*Cultural Reasons*
- Bullying due to cultural differences
- Teased about heritage or ethnic background
- Insensitivity to cultural differences
- Language barriers

*Financial Reasons*
- Insufficient food
- Proper clothing not available
- Homelessness
- Parent unemployment
- Problems communicating with social services
- Student employment

*Family Reasons*
- Insufficient parent support
- Ineffective parenting skills
- Child kept home for babysitting or caring for a sick parent
- Family sleeps late, no alarm clock
- Inappropriate role models
- Family history of dropping out
- No adult supervision
- Parent addicted to drugs or alcohol

*Community Reasons*
- Gang involvement
- Lack of safety in the community
- School rezoning
- Insufficient use of community agencies

*Personal Reasons*
- Peer pressure
- Feelings of rejection and failure
- Embarrassment due to lack of "fashionable" clothing
- Perception of being different
- Child believes the teacher does not like him/her
- Inability to maintain friendships
- Low self-esteem

# A Second Step to Great Attendance:
# We Must **All** Take Responsibility

1. **It is our students' responsibility** to attend school on time every day, and attend every class. It is also students' responsibility to request make-up work for the time missed within three days of their return to school.

2. **It is our parents' responsibility** to make sure their children attend school every day. They are also responsible for maintaining regular contact with their children's schools and for sending a note to the schools explaining their children's absence or lateness.

3. **It is our schools' responsibility** to educate each child, to notify parents about unsatisfactory attendance, and to work with parents and students to maintain the highest possible level of attendance. Schools must keep accurate attendance data and monitor students' attendance. Schools are also responsible for enforcing the Compulsory Attendance Law (See page 26).

4. **It is our community's responsibility** to support Baltimore City Public Schools by engaging in partnerships to reduce truancy.

5. **It is our principals' and School Improvement Teams' responsibility** to monitor the attendance plans in individual schools and ensure compliance with required procedures.

6. **It is our Student Support Teams'** responsibility to develop and implement prevention/intervention plans and strategies for students experiencing difficulties.

7. **It is our IEP teams' responsibility** to monitor attendance of student with disabilities.

8. **It is our Office of Student Support's responsibility** to make sure our students and schools attain necessary attendance outcomes and desired results.

9. **It is the Attendance and Truancy Office's responsibility** to develop, direct and monitor system-wide strategies and/or activities to support students, families and schools.

## Ensuring Great Attendance for Students with Disabilities

Baltimore City Public Schools must follow the state Compulsory Attendance Law (please see page 22) and document all efforts to do so for all students—disabled and non-disabled.

- All teachers must submit a daily list of absences to their principal, attendance monitor or a designated staff person to handle attendance matters.

- The attendance monitor or staff person prepares a daily, school-wide list of absentees and distributes it among appropriate staff people in their school.

- All homeroom teachers must submit in writing to their attendance monitor/staff person the full name and homeroom of every student with three unexcused absences.

- Teachers must regularly report to their attendance monitor/staff person the names of students who begin to exhibit erratic attendance patterns, e.g.: five unexcused absences in one month.

- Once a student has five unexcused absences in one month, the teacher, attendance monitor or staff person must request a conference with the student's parent(s) to identify reasons for the absences and, where necessary, refer the student to the IEP (Individual Education Plan) Team.

- The IEP team must monitor the student's attendance.

- After a student has 10 unexcused absences in a marking period, semester or year, the principal, attendance monitor or staff person must set up an informal hearing with the parent to:
  - Formally explain the legal requirements and ramifications of school attendance;
  - Determine the nature of the poor attendance and develop an action plan;
  - Facilitate improved attendance;
  - Make a referral for additional support/assistance if this hasn't been done; and
  - Develop a contract or agreement between all parties citing responsibilities and consequences.

- If after-school strategies and/or interventions are exhausted, and there is no improvement in a student's attendance, the case is referred to the Attendance and Truancy Office for appropriate follow-up and/or court action.

## "No Show" Students

A "no show" student is one who is on a school's roll the first day of school, but who does not show up the first day—or for the first full month of school, through September. When a student is a no show:

- The school must verify the student's whereabouts. This ensures that no show students who receive special education services but who do not return to Baltimore City Public Schools at the start of the new school year receive the appropriate exit codes. It also allows schools to make sure requirements are being met to hold IEP team meetings for students who receive

special education services and who are also designated as dropouts. According to the "no show" verification process and Compulsory Attendance Law procedures, schools will identify students as, "students known to have transferred," "students' whereabouts unknown" or "potential dropouts."

- If the "student is known to have transferred," school staff should enter the appropriate exit codes into SASI and SETS (An IEP meeting is not needed).

- If the "student's whereabouts are unknown," IEP teams must schedule an IEP review meeting within 60 calendar days of September 30th. (Diligent efforts to notify the parent and student of the scheduled IEP review meeting must be made and documented).
    - If the family cannot be found, the student should be exited with a code G in SETS—moved, not known to be continuing in another special education program— and code W50 in SASI—whereabouts unknown. (Note: Leave codes and leave dates must match between SETS and SASI.)
    - If the family is found, and the student does not return to school, schools must follow procedures for "potential dropouts."

**Potential Dropouts**

If a student misses 20 or more unlawful days in a quarter, semester or year, the student is considered a "potential dropout" and the IEP team must convene a meeting to:

- Review and/or revise the student's IEP
- Discuss the student's attendance
- Discuss parent and student input/rationale for low or non-attendance
- Identify barriers that prevent the student from accessing services
- Determine special circumstances that prevent the student from attending school
- Discuss and document the need for additional services and supports
- Review previous steps/diligent efforts the school has taken to improve attendance or have student return to school
- Develop interventions and strategies to be included on the IEP to address attendance
- Determine if the student is returning to school
- Determine if the student is being designated as a dropout
- Discuss and document the availability of services until the age of 21

If the IEP team determines that the student is a "dropout," the student's special education services may be suspended or put on hold. The team must discuss and document that services will be available to the student if he/she re-enrolls in Baltimore City Public Schools. The student should then be exited from SETS with an exit code of H—dropped out—and from SASI with the appropriate W code.

Under the state Compulsory Attendance Law, all schools are required to continue to make and document diligent efforts to return students to school until the age of 16.

## Supporting Our "Over-age" Students

"Over-age" students are those who are over the compulsory attendance age of 16, according to the state Compulsory Attendance Law.

No student may be automatically removed from a school's rolls for poor attendance until the school has contacted the home to:

- Explain formally the legal requirements and ramifications of school attendance
- Determine the nature of the poor attendance and develop a plan for improved attendance
- Make a referral for additional support/assistance if this has not already been done
- Develop a contract (agreement) between all parties citing responsibilities and consequences

Schools must provide services to students in an attempt to improve attendance. After documenting efforts to assist overage students, schools must write to students' families stating these efforts. Schools must also call parents or guardians, or make a home visit.

Students will be referred to the Alternative Options Program if they are not in school within 10 days of the official withdrawal date, or if they or their parent/guardian has not contacted their school. Students will remain on referring schools' roll until the Alternative Options Program notifies the school and the student has received another placement or their removal from the rolls has been approved.

Principals must follow the student referral procedures in the Alternative Options Program manual. Packets must include the referral form, Student Support Team Intervention Plans, the student's transcript, the student's current enrollment schedule of courses, two proofs of address, and a cumulative record. Referrals for students with Individualized Education Plans (IEPs) go to the Alternative Options Program director.

Students with disabilities are not excluded from the policies and procedures outlined above. Given the unique nature of each student's needs, IEP teams should work with the students, parents/guardians and school staff to ensure regular attendance.

Specific procedures for working with over-age students with disabilities who have poor attendance are in the *Standard Operation Procedural Manual for Special Education.*

* This section excludes due process procedures already established for special education and suspension issues.

## 2008-2009 Baltimore City Public Schools (City Schools)
## School Responsibility and District Support for Absent/Truant Students

|  | Ongoing Absence/Truancy School Based Interventions | Ongoing Absence/Truancy District Based Interventions |
|---|---|---|
|  | • Teachers record accurate daily attendance.<br>• Identify administrator point person for attendance issues.<br>• Identify staff contact as attendance liaison.<br>• Attendance staff will maintain up to date and accurate attendance.<br>• Attendance staff will ensure students are marked appropriately in SASI . i.e. tardy vs. absent<br>• Each day schools will ensure that attendance is entered in SASI.<br>• Confer and collaborate with SST staff for additional school level strategies and interventions. | • Begin the school year monitoring and contacting the top 7,191 truant students (Phone, mail, home visits).<br>• Monthly review of chronic truants by name and school<br>• Monthly identification of top 1,000 students and contact by phone, mail, and/or home visits.<br>• Attend SIT or SST meetings with attendance staff and school administrative staff.<br>• Monitor students with chronic attendance challenges.<br>• Conduct attendance hearings.<br>• Focus on 21 schools that account for over 50% of City Schools' truancy rate.<br>• Provide bi-weekly absences report to principals.<br>• Distribute monthly absences list to schools. |
|  | **School Responsibility**<br>**(Actions required when students are absent)** | **District Support**<br>**(Actions required when students are absent)** |
| 1-3 Days Absent Attendance Bands | • Teachers should meet with student regarding the importance of attendance<br>• Contact parent/guardian via telephone call. |  |
| 4-5 Days Absent Attendance Bands | • Administrator to meet with student to discuss attendance.<br>• Letters will be mailed to parents to request a conference to ascertain the reasons for absences.<br>• Refer student to SST when appropriate. | • Attend school level parent conferences when appropriate.<br>• Refer student and parent to community resources if necessary. |

| | School Responsibility (Actions required when students are absent) | District Support (Actions required when students are absent) |
|---|---|---|
| 6-10 Days Absent Attendance Bands | • Letter will be mailed to parent to request an informal hearing at the school to determine nature of chronic absences, explain legal consequences, and make referral for additional support/assistance.<br>• Develop attendance agreement between all concerned parties<br>• Monitor student attendance daily. | • Make home visits where necessary.<br>• Weekly monitoring of students with 10 or more absences to include contact at school or home if absent.<br>• Attend informal hearing at schools when necessary.<br>• Phone calls and home visits to parents if student is absent.<br>• Monitor attendance weekly.<br>• Collaborate with schools to discuss the progress of attendance for these students; develop action plan for improved attendance.<br>• Refer students to school-based community programs(where available).i.e. Truancy Court, BSMART, Community Mediation |
| 11-15 Days Absent Attendance Bands | • Continued monitoring of daily attendance.<br>• Make phone calls to remind parents and student about the agreement from the informal hearing. | • Assist schools by making additional calls to parents.<br>• Conduct home visits.<br>• Continued monitoring of student's attendance.<br>• Continued collaboration with school to discuss next steps for non-compliance.<br>• Students and parents will attend a Mock attendance hearing at District Court. |
| 16+ Days Absent Attendance Bands | • Support central office attendance staff by attending informal hearing to provide additional information about school level efforts. | • Parent and student are required to attend a formal hearing at Central Office to further discuss reasons for non-compliance; collaborate to provide interventions.<br>• Parent and student attendance contract will be signed.<br>• File 'Statement of Charges' when necessary.<br>• Provide updates to school on individual cases. |

# School Strategies That Support Great Attendance

## Attendance Marking

- Elementary teachers record daily attendance and forward to the attendance monitor/designated staff person by the end of the homeroom period.
- Secondary teachers record period attendance forward it to the attendance monitor/staff person by the end of homeroom and last periods.
- Attendance monitors/staff persons mark students appropriately in SASI (i.e.: tardy vs. absent)
- Attendance monitors/staff persons distribute daily list of absent students to each teacher by 12 p.m. for verification.

## Attendance Accountability

- All teachers (elementary and secondary) submit daily lists of absences to principals or designated staff persons at the end of the homeroom period.
- Attendance monitors or staff persons prepare daily lists of absentees and distribute them as appropriate (per class section, grade level, etc.)

### Great Attendance Classifications and Guidelines

Perfect Attendance
Students must attend school every day to be recognized as having perfect attendance. If students are absent from school—lawfully or unlawfully—they no longer have perfect attendance.

Lateness
It is important for students to be in school on time for the start of the school day. Students coming late to school are required to obtain a late pass before being admitted to any classroom. Schools are required to admit students to school regardless of the time. The late pass must be brought to the attention of the attendance monitor or staff person. Students are required to bring a note from the parent or guardian explaining the reason for the lateness.

Full Day Attendance
Student are counted present for a full day if they are in attendance four hours or more of the school day.

Half-Day Attendance
Students are counted present for a half-day if they are in attendance for at least two hours of the school day, but less than four hours.

Partial Day Attendance
Students scheduled for less than a full day are to be counted present based on the amount of time they are scheduled.

Example: *Students scheduled for a two-hour block of time will be counted present for a full day if they are in attendance for that entire block of time. If they are absent for that entire block of time, they will be counted absent for a full day. Students scheduled for a two-hour block of time*

*will be counted present for a half-day if they are in attendance for one hour.*

<u>Early Dismissal</u>
Baltimore City Public Schools request that whenever possible, doctor, dentist or other special appointments be scheduled after school hours to reduce the potential for lost instructional time. When this is not possible, a written permission request must be sent to school with students. The note must have a valid and verifiable parent/guardian signature. Schools must contact the parent/guardian to verify the note.

## Lateness (Tardiness) and Half-Day Attendance

- All schools must have a procedure for admitting students who arrive late regardless of time; this should allow for changing an absence to lateness (tardiness).
- Students arriving at school later than the designated arrival times set by their principals must obtain a late pass before being admitted to any subject class.
- A late note is required if students arrive after the end of the first period, but students cannot be denied admission to school.
- Schools should keep daily rosters of all students who obtain late passes and maintain those lists until the close of the school year.
- Principal should write to and/or call the parent of students who are habitually late for school.

## Absences

- Homeroom and last period teachers must complete an attendance sheet on a daily basis. The attendance sheet, including the name and homeroom of each student who is absent, is given to attendance monitors or designated staff persons for appropriate data entry.
- After three unexcused absences, attendance monitors or designee must contact students' parents or guardians to ascertain the reason for the absences and determine whether assistance is needed. Each communication must be accurately documented.
- Teachers must regularly give attendance monitors or staff persons the names of students who begin to exhibit erratic attendance patterns, such as five unexcused absences in one month.
- After students have four to five unexplained absences in a month, teachers, attendance monitors or staff persons must request a conference with the parent(s) to ascertain the reasons for the unexcused absences and refer the students to Student Support Teams if needed.
- Student Support Teams will develop an Individual Learning Plan with school-based interventions or community agency supports if needed.
- After students have six to 10 unexplained absences in a marking period, semester or year, principals must set up *attendance hearings* and request that parents appear to:

  o Formally explain the legal requirements and ramifications of school attendance;
  o Determine the nature of the poor attendance and develop an action plan;
  o Facilitate improved attendance;
  o Make a referral for additional support/assistance if this hasn't been done; and
  o Develop a contract between all parties citing responsibilities and consequences.

- If after school strategies and/or interventions are exhausted, and there is no improvement in the student's attendance, the case shall be referred to the Attendance and Truancy Office for appropriate follow-up and/or court action.

## School Attendance Program

- Baltimore City Public Schools require all schools to have an active School Improvement Team (SIT) that meets throughout the school year. The SIT team includes, along with teachers and principals, a minimum of two parents, one of whom is a representative of the recognized parent group, and a minimum of two community members, one of whom is a business partner.
- Each school principal must designate a staff member as the "school attendance liaison" who, with the attendance monitor/designated staff person, will work with the attendance sub-committee of the SIT. The attendance liaisons will be the points of contact between schools and the central office to plan, develop and implement school attendance programs.
- School attendance programs must be integral components of school improvement plans and should work in conjunction with Student Support Teams for assistance with implementation.

## Daytime Curfew Enforcement

Definitions

**Minor:** A person under the age of 16 years

**Curfew:** The period from 9:00 a.m. to 2:30 p.m. on days minors are required to be in school

**Parent**: A natural parent or guardian, or any person legally responsible for the care and custody of a minor

**Attendance and Truancy Office:** 200 E. North Avenue, Room 311, and 443.984.1714

**Member:** Baltimore City Police Department officer

Process

- When a minor is transported by the Baltimore City Police Department back to his or her zoned school, a principal or designated staff person determines the minor's enrollment.
- If the minor is enrolled in the school, pertinent identifying information is provided to the transporting police officer and recorded in the Juvenile Custody Report. The Juvenile Custody Report is signed prior to the release of the minor.
- The school notifies a parent or guardian about the Daytime Curfew Violation and takes appropriate measures to reduce the probability of the minor committing a subsequent violation. The principal or designated staff person is responsible for the follow-up with the parent and/or minor.
- If the school is unable to identify the minor and/or the minor does not provide correct identifying information, city police release the student to Baltimore City Public Schools Police for investigation and identification (***New Process***).

Daytime Curfew Enforcement does not apply under the following circumstances:

- The minor has written proof from a parent or guardian that they are late to school for a doctor's appointment or other similar appointment
- The minor is accompanied by the minor's parent or by a person 21 years or older

# Attendance Strategies/Interventions

## General Recommendations

### Information Dissemination

Inform students and parents about your school's attendance plan or requirements for the school year by Aug. 25, the first day of school for 2008-09. Develop a "mini-handbook" or flyer for this purpose. Also, encourage homeroom or classroom teachers to spend instructional time discussing the attendance policy/procedures with students during the first few days of school.

### Attendance "Kick-Off" Assembly

Once school starts, schools can conduct assemblies to explain and the attendance program and discuss it with students. These can include schools' expectations of students, including rewards, consequences and the legal ramifications of non-attendance. Speakers can include school staff, students and parents; representatives of the Attendance and Truancy Office, city police, the State's Attorney's Office, or Truancy Court; and judges and community partners. Successful "graduates" also make excellent speakers.

### Great Partnerships

Local businesses can be extremely helpful in designing, contributing towards and implementing attendance programs, such as rewards for attendance.

### Making the Classroom Climate Great

Make every effort to create safe and caring school environments.

### Parent Involvement

Encourage parents to actively participate in improving student attendance. Parents can assist specific classes or grade levels, blocks or neighborhoods, or they can serve as "buddies" to parents whose children are not attending regularly. The Attendance and Truancy Office can assist by providing workshops to parents.

### Competitions

Attendance incentives do not always have to be prizes. Daily announcements recognizing classes or students with the highest daily attendance can also be very effective.

### School-to-School Competitions

These can be organized between neighboring schools, districts or on a citywide basis

### School, Area or System-wide Attendance Awards

These (trophies, certificates, etc.) can be awarded for perfect attendance, outstanding attendance (98 percent or better) or most improved attendance (year-to-year, quarter-to-quarter, or month-to-month)

### Automated Telephone Calls

These can be made at the end of the day

**Special School Activities**
These might include assemblies and field trips on Mondays or Fridays

**Faculty Awards**
Give these out for perfect attendance

**In the Classroom ...**
- Positive verbal reinforcement for good attendance and behavior in the classroom
- Expressing concern when students are absent and warm welcomes when they return
- Assigning particular daily duties to at-risk students to make them feel a part of the class
- Developing behavior contracts with difficult, non-attending and at-risk students
- Inviting parents to spend a day or part of a day in the classroom
- Sponsoring a poster, essay or slogan contest to focus on attendance

**Attendance Incentives**
—Bicycle accessories
—Soccer ball
—Lunch with the principal
—Circus tickets
—School pencils
—Note pads with school logo
—T-shirts, backpack, windbreaker with school logo
—Bowling passes
—Skating passes
—Movie passes
—Popcorn tin
—Stuffed animals
—Lunchtime picnic
—Calculator
—Camera
—Homework passes
—Savings bond
—Reception for students with perfect attendance and their parents
—Amusement park tickets
—Bookmarkers and buttons with school logo
—Stickers
—Banners
—Trophies
—Ribbons with "I'm Perfect"
—Jump ropes
—Roller skates
—Board games
—Sporting event tickets
—Magazine subscription
—Pizza party for class with perfect attendance

—Tickets to a play
—Sporting event
—Free DVD film rental
—Clock radio
—Gift certificates for CDs
—T-shirts, backpack, windbreaker with school logo
—Stereo or portable TV
—Watch
—$50 contribution to class fund for class with highest percentage
—Dance with DJ (Must have perfect attendance certificate for admission)
—Books

Recommended consequences for poor attendance include:
- Daily monitoring of attendance
- Written contract between the student and school
- Telephone calls to parent/guardian
- Student conferences
- Referral to the Student Support Team
- Saturday school (non-teaching day attendance)
- Attendance hearings
- Loss of school privileges
- Reduction in grades or loss of credit (if academic work is not made up)
- Referral to Attendance and Truancy Office for violation of the Compulsory School
- Attendance Law
- Referral to Department of Juvenile Services or Department of Social Services

# Sample Attendance Letter

**(REPLACE LETTERHEAD with *YOUR SCHOOL* INFORMATION)**

CITY OF BALTIMORE

SHEILA DIXON, Mayor



BALTIMORE CITY PUBLIC SCHOOLS

ANDRES A. ALONSO, Ed.D.
Chief Executive Officer
200 E. North Avenue
Baltimore, Maryland 21202

Student's Name/PIF#:_____Date:_____

Dear Parent,

I wish to express my deep concern about the number of times your child has been absent from school. The Compulsory Attendance Law of the State of Maryland requires students between the ages of 5 and up to 16 to attend school each day unless there is a lawful reason for being absent. This law states that it is the parent's responsibility to see that his/her child is in school regularly and on time.  We have corresponded with you regarding this matter, but your child's attendance has not improved.  I am therefore requesting that you:

☐Attend a conference with your child's teacher_____(Name) on _____ (Date and time) to discuss your child's attendance.

☐Attend a conference with the school Administrator_____ (Name) on _____ (Date and time) for an attendance hearing.

☐Attend a Student Support Team Meeting at your child's school on _____ (Date and time) for support services

Because your child's attendance is a serious matter, failure to respond to this letter can result in appropriate action directed against the parent or guardian by the Attendance and Truancy Office including possible court action.

Please call me at the school 410-_____-_____ for further information.

Sincerely,


Principal

# Referral Form

Referred By: _____   Position: _____

**Student/Parent Information:**

| Name: | | ID# | | DOB: | | Age: |
|---|---|---|---|---|---|---|

Sex: ☐ Male    ☐ Female         Race: _____

| Grade: | Special Education: ☐ Yes ☐ No | Regular Education: Yes ☐  ☐ No |
|---|---|---|

| Home Address: | Home Phone#: |
|---|---|

| Mother's Name: | Work /Cell Phone #: |
|---|---|

| Race: | Height: | Weight: | Eye Color: | Hair Color: | Complexion: |
|---|---|---|---|---|---|

Address (*if different*):

| Father's Name: | Work/Cell Phone#: |
|---|---|

| Race: | Height: | Weight: | Eye Color: | Hair Color: | Complexion: |
|---|---|---|---|---|---|

Address (*if different*):

| Primary Language: | Special Accommodations Needed |
|---|---|
| Translation needed: ☐ Yes ☐ No | ☐ Yes ☐ No |

**School Information:**

Current School Name & #:

| Telephone #: | Principal: | Homeroom Teacher: |
|---|---|---|

Student Date of Entry:

| # of Days Absent_____ | # of Days Tardy _____ |
|---|---|

Attach SASI/Attendance Data

**School Interventions/Strategies**

☐ Referred to Student Support Team (Date and Outcome):
☐ Referred to IEP Team (Date and Outcome):
☐ Teacher Conference (Date and Outcome):
☐ Administrative Conference (Date and Outcome):
☐ Home Visits, Telephone Calls, Parent Letters (Dates and Outcomes):

| DJS Involved: ☐ Yes ☐ No | Probation Officer's Name & #: | Phone#: |
|---|---|---|
| DSS Involved: ☐ Yes ☐ No | Case Worker's Name & #: | |
| Medical Concerns: ☐ Yes ☐ No | SH-19, CHIP Program, Home teaching | |

**Special Education Information:**

| Active IEP: ☐ Yes ☐ No  Date of IEP: | Disability/LRE: |
|---|---|
| Active 504 Plan: ☐ Yes ☐ No  Date of 504 Plan: | Most Recent IEP or 504 Plan Mtg. Date: |

Attendance Addressed: ☐ Yes ☐ No

**PRINCIPAL'S SIGNATURE & DATE:**

ATTENDANCE AND TRUANCY OFFICE USE ONLY

**Specific Checklist for Attendance and Truancy Referral:**

☐ Supporting Documents Attached (i.e. letters to parents, telephone logs, SASI report, SST document, conference notes)
☐ Attendance Office Case Manager_____ Date Assigned_____ Date Closed_____

17

# BCPSS School Board Rules
## Section 501: SCHOOL ATTENDANCE

**501.01    Admissions**[1]

All individuals who are five (5) years old or older[2] and under 21 shall be admitted free of charge to the city's public schools if that child's parent or guardian is domiciled within the city's borders. The Chief Executive Officer may allow individuals who are not five years old at the beginning of the school year, but who will become five years old during the school year, if, after an evaluation, the child is deemed ready to benefit from kindergarten.

The Chief Executive Officer may allow a child to attend school in the city even if the child is not domiciled in the city, on a case by case basis. Fraudulent attendance may result in monetary penalties to the child's parent or guardian. The Board will implement all admissions policies in accordance with state and local laws.

**501.02    Physical Examination**[3]

Each child entering the Maryland Public School System for the first time must have a physical examination completed by a physician or certified nurse practitioner between the 9-month period before entering the school system or 6-months after entering the school system.

**501.03    Identification of Students**[4]

The Baltimore City Public School System shall:

1. Identify all students not in compliance with state compulsory attendance laws;

2. Report such identified students so that adequate investigation and research may be conducted to determine the cause or causes of noncompliance;

---

[1] Maryland Education Article Section 7-101 and COMAR 13A.08.01. [2] COMAR 13A.08.01.02 specifies age requirements for entrance into prekindergarten and kindergarten classes. For prekindergarten the requirements are as follows: a child shall be four years old on or before November 30, 2002, for entrance for the 2002-03 school year; by October 31, 2003, for entrance for the 2003-04 school year; by September 30, 2004, for entrance for the 2004-05 school year; and September 1, 2005, for entrance for the 2005-06 school year and every year thereafter. For kindergarten the requirements are as follows: a child shall be five years old on or before November 30, 2003, for entrance for the 2003-04 school year; by October 31, 2004, for the 2004-05 school year; September 30, 2005, for the 2005-06 school year; and September 1, 2006, for the 2006-07 school year and every year thereafter. [3] Maryland Education Article Section 7-402. [4] Maryland Education Article Section 7-302 and COMAR 13A.08.01.05.

3. Institute such programs and services and make such program and services changes as will reduce substantially the amount of noncompliance;

4. Work with and involve students, families, and the community so as to maintain the highest possible level of attendance; and

5. Enforce the laws to the fullest possible extent against those students, parents, and adults who fail to comply.

# Code of Maryland Regulations (COMAR)
## Article 5: Students

*13A.08.01.01*

### Attendance

Who Shall Attend. Each child who resides in this State and is 5 years old or older and under 16 shall attend a public school regularly during the entire school year unless the child is otherwise receiving regular, thorough instruction during the school year in the studies usually taught in the public schools to children of the same age, or the child is exempted under Regulation .02-2A of this chapter.

A child who resides in this State shall attend a public or nonpublic kindergarten program regularly during the school year before entering the first grade unless the child is enrolled in an alternative program as specified in Regulation .02-2B of this chapter or is receiving home instruction as provided in COMAR 13A.10.01.

A child who resides in this State and attends a nonpublic kindergarten program for part of the year may transfer to a public kindergarten.

Students shall be considered in attendance at school when participating in school-sponsored activities during the school day, and when that participation is approved by the local superintendent of schools or the school principal, or their designees. Students shall be considered in attendance in an alternative program setting when participating in activities during the day sponsored by the alternative program, and when that participation is approved by the director of a licensed child care center, registered family day care home, or Head Start 5-year-old program.

Daily Attendance Record. A record of the daily attendance of each student shall be kept in accordance with regulations of the State Board of Education and the Maryland Student Records System Manual (2007), which is incorporated by reference in COMAR 13A.08.02.01.

*13A.08.01.03*

### Lawful Absence

Students presently enrolled in public schools are considered lawfully absent from school, including absence for any portion of the day, only under the following conditions:

A. Death in the immediate family. The local school system shall determine what relationships constitute the immediate family.

B. Illness of the student. The principal or a pupil personnel worker shall require a physician's certificate from the parent or guardians of a student reported continuously absent for illness.

C. Court summons.

D. Hazardous weather conditions. Hazardous weather conditions shall be interpreted to mean weather conditions which would endanger the health or safety of the student when in transit to and from school.

E. Work approved or sponsored by the school, the local school system, or the State Department of Education, accepted by the local superintendent of schools or the school principal, or their designees as reason for excusing the students.

F. Observance of a religious holiday.

G. State emergency.

H. Suspension.

I. Lack of authorized transportation. This does not include students denied authorized transportation for disciplinary reasons.

J. Other emergency or set of circumstances which, in the judgment of the superintendent or designee, constitutes a good and sufficient cause for absence from school.

*13A.08.01.04*

**Unlawful Absence**

A. An absence, including absence for any portion of the day, for any reason other than those cited as lawful are presumed to be unlawful and may constitute truancy. Local school systems may add specified criteria for unlawful absences to local board-approved attendance policies.

B. Truancy. A truant is a student who is absent without lawful cause as defined in Regulation .03 from the attendance for a school day or portion of it.

C. Habitual Truant. A student is an habitual truant if the student is unlawfully absent from school for a number of days or portion of days in excess of 20 percent of the school days within any marking period, semester, or year. A local school system has the prerogative of defining habitual truancy in a more but not less stringent manner (for example, unlawful absences in excess of 15 percent of the school days).

*13A.08.01.05*

**Student Attendance Policy.**

Each local school system shall develop a student attendance policy which includes:

A. A general statement dealing with the local school system's purpose and rationale for promoting regular school attendance.

B. Rules, Definitions, and Procedures for Policy Implementation.

(1) Reasons for lawful and unlawful absences and tardiness include lawful/unlawful absence as defined in Regulations .03 and .04, above. Clarification of special situations for unlawful absence may also be identified.

(2) Standards for regular attendance include minimal requirements for student attendance in order to foster continuity of the instructional program. The standards for school attendance may identify a specific number of excessive or unlawful absences allowed within a marking period, semester, or school year.

(3) Procedure to verify absences/tardiness includes responsible persons, time limits, and methods of absent/tardy verification.

(4) Penalties for not meeting standards for regular attendance requirements include actions taken by school system staff when a student is unlawfully absent or accumulates an equivalent number of excessive or unlawful absences which exceeds the standard for regular school attendance. The penalties should be identified, and should reflect a continuum of excessive or unlawful absences.

(5) Make-up work requirements include classroom teacher and student responsibility, time limits, and grading policy for make-up work. Make-up work requirements may also involve a procedure for completing class work in advance of an absence wherever possible.

(6) Attendance-monitoring procedure includes:

(a) Record-keeping format to comply with State attendance reporting requirements;

(b) Intervention strategies and procedures for dealing with absenteeism at the beginning stages of the problem as well as chronic absenteeism; and

(c) A referral process to pupil services or other central office professionals for case management of chronic attendance cases.

(7) Reward process includes an identified motivational program to reward regular school attendance.

(8) Information dissemination includes methods for informing school staff, students, parents, and community members of attendance policy requirements.

(9) Appeals process includes specific due process procedures for appealing attendance violation decisions at the school and central office level.

(10) Legal foundation includes citations of legal authority for attendance policy development and implementation.

*13A.08.01.06*

**Educational Programs for Pregnant Girls.**

A. The local school system has responsibility to provide appropriate school programs for all students including pregnant girls, married or unmarried. These programs shall include provisions for counseling, pupil personnel work, social work, and psychological services as needed.

B. A girl, 16 years old or older, who is pregnant, either married or unmarried, who has not completed her high school education may elect to remain in the regular school program and may not be involuntarily excluded from any part of this program. The decision to modify this program or provide an appropriate alternative educational program as defined in Regulation .06D, shall be reached in joint consultation with the girl and appropriate educational and medical personnel.

C. A girl who is pregnant, either married or unmarried, who is under compulsory school age, may voluntarily withdraw from the regular school program provided that she enrolls in an appropriate educational program planned for her. The decision concerning an appropriate educational program as defined in Regulation .06D for the pregnant girl shall be reached in joint consultation with the girl, her parents, guardians, or husband, and appropriate educational and medical personnel.

D. Appropriate educational programs may be:

(1) Continuation of the regular school program (modified in terms of individual needs);

(2) Enrollment in a special school or special class for pregnant girls;

(3) Enrollment in a residential school (may be regional);

(4) Telephone teaching;

(5) TV teaching;

(6) Home teaching;

(7) Programmed instruction;

(8) Admittance to a private maternity home;

(9) Combination of the above programs.

E. It is the responsibility of the local school system working with the home to cooperate with other State, county, and city agencies, such as health, welfare, and juvenile services and with private physicians or agencies to assure that the pregnant girl receives proper medical, psychological, and social services before termination of pregnancy and for as long as needed after that.

*13A.08.01.07*

**Student Withdrawal Status.**

A. The Maryland Pupil Attendance Register prescribes the withdrawal status for students. In general a student will be withdrawn when the student has completed a high school program, transfers to another school, or terminates the student's formal education.

B. Graduate.

(1) A graduate is defined as a student who completes the student's program of study at the high school level and satisfies the graduation requirements for a Maryland High School Diploma or the requirements for a Maryland High School Certificate.

(2) A graduate includes a:

(a) Student receiving a diploma as a result of the completion of a State-approved regular or alternative secondary school;

(b) Handicapped student who cannot meet the requirements for a diploma and is awarded a Maryland High School Certificate.

(3) A graduate does not include a student:

(a) Leaving school and completing a GED or other State-approved high school equivalency program;

(b) Completing a program of study and time in grade but not meeting the basic skills testing requirements.

C. Dropout.

(1) A student who terminates the student's formal education is a dropout. A dropout is defined as a student who, for any reason other than death, leaves school before graduation or the completion of a Maryland-approved educational program (including a special education program) and is not known to enroll in another school or State-approved program during a current school year.

(2) A dropout includes a student:

(a) Who drops out for the reasons as identified in the Maryland Pupil Attendance Register;

(b) Who leaves school and enters a program not qualifying as an elementary/secondary school;

(c) Of any age who drops out;

(d) From special education who drops out.
(3) A dropout does not include a student:

(a) Who dies;

(b) Out of school for temporary periods, for example, extended suspension, reinstatements of expulsion during the school year, or extended illness;

(c) Who transfers to another public elementary/secondary school, to another State-approved elementary/secondary educational program that continues the student's education, or to a nonpublic elementary/secondary school;

(d) Transferred to another public institution with an educational program;

(e) Placed at another grade level.

D. Nontraditional Graduate.

(1) A nontraditional graduate is a student who leaves school (terminates/withdraws) but finishes a high school equivalency through the General Educational Development Testing Program or The Adult External Diploma Program.

(2) A nontraditional graduate includes all completers of a high school equivalency regardless of age.

(3) A nontraditional graduate does not include any student who has earned the Maryland High School Diploma or Maryland High School Certificate.

E. Each local school system shall develop and implement a procedure to conduct an educational interview with all students who leave school before graduation, or with their parent or guardian, or all of the above. At a minimum, the interview should encourage the student to remain in the student's current school program or enroll in an alternative school program, verify the reason, or reasons, for a student dropping out of school, and ensure that the parent or guardian is informed.

# Compulsory Attendance Law
### Annotated Code of Maryland, Education Article, § 7-301, Compulsory Attendance.

(a) Who must attend. -

(1) Except as otherwise provided in this section, each child who resides in this State and is 5 years old or older and under 16 shall attend a public school regularly during the entire school year unless the child is otherwise receiving regular, thorough instruction during the school year in the studies usually taught in the public schools to children of the same age.

(2) In accordance with regulations of the State Board of Education, a child who resides in this State and is 5 years old may be exempted from mandatory school attendance for 1 year if the child's parent or guardian files a written request with the local school system asking that the child's attendance be delayed due to the child's level of maturity.

(3) Except as provided in subsection (f) of this section or in regulations of the State Board of Education, each child who resides in this State shall attend a kindergarten program regularly during the school year prior to entering the first grade unless the child is otherwise receiving regular, thorough instruction in the skills and studies usually taught in a kindergarten program of a public school.

(b) Excused absences. - A county superintendent, school principal, or an individual authorized by the county superintendent or principal may excuse a student for a lawful absence.

(c) Duty of parent or guardian. - Each parent who has legal custody or care and control of a child who is 5 years old or older and under 16 shall see that the child attends school or receives instruction as required by this section.

(d) Application of section. -

(1) This section applies to any child who has a mental, emotional, or physical handicap.

(2) This section does not apply to a child:
   (i) Whose mental, emotional, or physical condition makes his instruction detrimental to his progress; or
   (ii) Whose presence in school presents a danger of serious physical harm to others.

(3) With the advice of the school principal, supervisor, pupil personnel supervisor, or visiting teacher and with the written recommendation of a licensed physician or a State Department of Education certified or licensed psychologist, the county superintendent may:
   (i) Make other appropriate provisions for the free education of any student excepted from attendance under paragraph (2) of this subsection; or
   (ii) Permit the parents or guardians of that student to withdraw him from public school, for as long as the attendance of the child in a public school would be detrimental to his progress or his presence in school would present a danger of serious physical harm to others.

(4) If a child is withdrawn from a public school under this subsection, the county board shall make other appropriate provisions for the education of the child.

(5) If an appropriate educational placement is not available immediately, the county board shall make interim provisions for the education of the child until an appropriate placement becomes available.

(e) Penalties. -

(1) Any person who induces or attempts to induce a child to absent himself unlawfully from school or employs or harbors any child who is absent unlawfully from school while school is in session is guilty of a misdemeanor and on conviction is subject to a fine not to exceed $500 or imprisonment not to exceed 30 days, or both.

(2) Any person who has legal custody or care and control of a child who is 5 years old or older and under 16 who fails to see that the child attends school or receives instruction under this section is guilty of a misdemeanor and:
   (i) For a first conviction is subject to a fine not to exceed $50 per day of unlawful absence or imprisonment not to exceed 10 days, or both; and
   (ii) For a second or subsequent conviction is subject to a fine not to exceed $100 per day of unlawful absence or imprisonment not to exceed 30 days, or both.

(3) As to any sentence imposed under this subsection, the court may suspend the fine or the prison sentence and establish terms and conditions which would promote the child's attendance. The suspension authority provided for in this subsection is in addition to and not in limitation of the suspension authority under Article 27, § 641A of the Code.

(f) Exemption from attending kindergarten. - A child may be exempted from attending kindergarten if a parent or guardian of the child files a written request with the local school system and verifies that the child is enrolled:

(1) Full time in a licensed child care center;

(2) Full time in a registered family day care home; or

(3) Part time in a Head Start 5 year old program.

(g) Minimum days or hours for kindergarten programs. - Kindergarten programs are not subject to the requirements of § 7-103 (a) of this title relating to minimum days or hours of operation.

(An. Code 1957, art. 77, § 92; 1978, ch. 22, § 2; 1981, ch. 236, § 2; 1984, ch. 524; 1985, ch. 205; 1991, ch. 463; 1993, ch. 321; 1995, ch. 350; 1996, ch. 10, § 1.)