# Middle/High Schools with Truancy Needs

July 30, 2008

| School | School Name | 2005-2006 truant students | 2006-2007 truant students | 2007-2008 truant students |
|---|---|---|---|---|
| #75 | Calverton Middle School | 140 | 88 | 107 |
| #162 | Diggs-Johnson Middle School | 137 | 143 | 103 |
| #41 | Hamilton Middle School | 211 | 203 | 92 |
| #82 | Dr. Roland Patterson Academy | 148 | 63 | 90 |
| #239 | Benjamin Franklin Middle School | 34 | 53 | 72 |
| #133 | Paul Lawrence Dunbar Middle School | 8 | 67 | 71 |
| #230 | Canton Middle School | 59 | 161 | 65 |
| #57 | Lombard Middle School | 103 | 122 | 44 |
| #78 | Harlem Park Middle School | 166 | 80 | 28 |
| #56 | Robert Poole Middle School | 131 | 55 | 11 |
| #450 | Frederick Douglass High School | 304 | 456 | 381 |
| #413 | Harbor City High School | 480 | 258 | 270 |
| #401 | Northwestern High School | 159 | 182 | 249 |
| #430 | Augusta Fells Savage Inst of Visual Arts | 138 | 222 | 216 |
| #434 | Homeland Security High School | 120 | 149 | 187 |
| #424 | Thurgood Marshall High School | 266 | 211 | 184 |
| #457 | Laurence G. Paquin Middle/High | 109 | 131 | 167 |
| #178 | Francis M. Wood Alternative High | 139 | 133 | 144 |
| #181 | Southside Academy | 8 | 57 | 52 |
| #451 | Center Career Academy at Briscoe | 25 | 20 | 39 |