

# Our Critical Data: Dropout Rate

GREAT KIDS GREAT SCHOOLS
BALTIMORE CITY PUBLIC SCHOOLS

30

**Baltimore City Public Schools
Number of Dropouts
2003-04 through 2007-08**

- 2004: 3,241 (Rate=11.65%)
- 2005: 3,214 (Rate=11.69%)
- 2006: 2,898 (Rate=10.52%)
- 2007: 2,637 (Rate=9.56%)
- 2008*: 2,067 (Rate Not Yet Available)

*2008 data is preliminary and unofficial and may not match State numbers.





**Our Critical Data: Percent of Students Missing Fewer than 5 Days**

BALTIMORE CITY PUBLIC SCHOOLS

Baltimore City Public Schools
Percent of Students Who Missed Fewer than 5 Days
2003-04 through 2007-08
(Calculated only for students enrolled more than 90 days)

Legend: Elementary, Middle, High

2004 (Elem N=34,402) (Midd N=21,444) (High N=23,989): 34.2 [11,772]; 19.1 [4,088]; 14.2 [3,398]

2005 (Elem N=32,415) (Midd N=21,536) (High N=23,181): 36.2 [11,743]; 22.0 [4,746]; 16.4 [3,795]

2006 (Elem N=30,894) (Midd N=20,363) (High N=23,384): 36.0 [11,132]; 22.7 [4,621]; 16.2 [3,786]

2007 (Elem N=29,821) (Midd N=18,700) (High N=23,347): 35.8 [10,667]; 21.2 [3,969]; 16.0 [3,746]

2008* (Elem N=30,456) (Midd N=17,281) (High N=23,381): 36.2 [11,030]; 27.0 [4,661]; 15.8 [4,196]

*2008 data is preliminary and unofficial and may not match State numbers.

Our Critical Data: Percent of Students Missing More than 20 Days

GREAT KIDS GREAT SCHOOLS
BALTIMORE CITY PUBLIC SCHOOLS

## Baltimore City Public Schools
### Percent of Students Who Missed More than 20 Days 2003-04 through 2007-08
(Calculated only for students enrolled more than 90 days)



Legend: ■ Elementary  ■ Middle  ■ High

| Year | Elementary | Middle | High |
|---|---|---|---|
| 2004 (Elem N=34,402; Midd N=21,444; High N=23,989) | 49.7 (11,916) | 36.8 (7,894) | 15.6 (5,354) |
| 2005 (Elem N=32,415; Midd N=21,536; High N=23,181) | 42.1 (9,750) | 35.1 (7,554) | 14.4 (4,657) |
| 2006 (Elem N=30,894; Midd N=20,363; High N=23,384) | 42.6 (9,970) | 32.6 (6,631) | 13.7 (4,229) |
| 2007 (Elem N=29,821; Midd N=18,700; High N=23,347) | 43.5 (10,156) | 33.7 (6,308) | 14.0 (4,183) |
| 2008* (Elem N=30,456; Midd N=17,281; High N=23,381) | 42.1 (9,748) | 27.1 (4,683) | 12.4 (3,771) |

*2008 data is preliminary and unofficial and may not match State numbers.



# Our Critical Data: Number & Rate of Truant Students

BALTIMORE CITY PUBLIC SCHOOLS
GREAT KIDS GREAT SCHOOLS

**Baltimore City Public Schools
Number of Truant Students
2003-04 through 2007-08**

- 2004 (Rate=10.7%): 9,266
- 2005 (Rate=10.4%): 8,991
- 2006 (Rate=10.6%): 8,461
- 2007 (Rate=9.2%): 8,068
- 2008* (Rate Not Yet Available): 7,191

*2008 data is preliminary and unofficial and may not match State numbers.

10

BCPS Attendance Rates, by School and School Year

| School | reg_att 2006 | sped_att 2006 | reg_att 2007 | sped_att 2007 | reg_att 2008 | sped_att 2008 |
|---|---|---|---|---|---|---|
| 4 Steuart Hill | 88.3 | 87.6 | 91.6 | 90.8 | 91.1 | 89 |
| 5 Langston Hughes | 95.6 | 93.1 | 96 | 94.5 | 96.4 | 93 |
| 7 Cecil | 97.1 | 95.5 | 96.4 | 93.9 | 96.3 | 94.5 |
| 8 City Springs | 97 | 93.1 | 97.3 | 92.4 | 94.2 | 91.9 |
| 10 James McHenry | 93.9 | 92.9 | 95 | 91.9 | 92.2 | 91.5 |
| 11 Eutaw-Marshburn | 96.9 | 95.9 | 96.4 | 89.5 | 93.4 | 88.6 |
| 12 Lakeland | 93.1 | 92 | 94.4 | 93.2 | 93.3 | 93.5 |
| 13 Tench Tilghman | 92.5 | 89.6 | 92.2 | 91.3 | 92.2 | 92.2 |
| 15 Stadium School | 97.8 | 97.2 | 96.8 | 93.5 | 97.3 | 96.6 |
| 16 Johnston Square | 91.7 | 88.8 | 91.4 | 91.2 | 93.8 | 92.9 |
| 21 Hilton | 91.4 | 90.4 | 92.4 | 92 | 93.3 | 93.8 |
| 22 George Washington | 93.5 | 90.3 | 95.2 | 95.2 | 94.2 | 95.3 |
| 23 General Wolfe | 94.6 | 95.2 | 94.6 | 94.3 | 94.8 | 94.2 |
| 24 Westside | 92.6 | 90 | 93.9 | 90.8 | 91.8 | 90.8 |
| 25 Dr. Rayner Browne | 94.8 | 94.9 | 93.6 | 96 | 93.9 | 91.6 |
| 27 Commodore John Rogers | 89.7 | 88.3 | 91.1 | 86.9 | 91.2 | 86.8 |
| 28 William Pinderhughes | 95 | 95.1 | 94.8 | 92.6 | 96.3 | 94.4 |
| 29 Matthew A. Henson | 95.7 | 93.7 | 95.5 | 95.7 | 92.7 | 94.7 |
| 31 Coldstream Park | 93.9 | 91.7 | 93.1 | 91.2 | 93.4 | 91.8 |
| 34 Charles Carroll Barrister | 93.7 | 92.1 | 93.5 | 92.8 | 93.3 | 92.4 |
| 35 Harlem Park ES | 93.9 | 94.1 | 94.6 | 94 | 94.5 | 93.8 |
| 36 Harford Heights Primary | 92.2 | 90.9 | 93.5 | 91.4 | 93.2 | 95.4 |
| 37 Harford Heights Elementary | 95.2 | 90.4 | 95 | 91.5 | 95.2 | 91 |
| 39 Dallas F. Nicholas Sr. | 94.1 | 93.7 | 95.4 | 95.3 | 94 | 94 |
| 41 Hamilton MS | 82.7 | 77.1 | 81.3 | 74.7 | 81.1 | 80.9 |
| 42 Garrison | 93 | 91.8 | 91.9 | 90.8 | 91.4 | 88.6 |
| 44 Montebello Elementary | | | | | 94.2 | 89.4 |
| 45 Federal Hill | 94.6 | 92.4 | 94.6 | 93 | 95.1 | 93.6 |
| 46 Chinquapin | 92.8 | 91 | 89.7 | 82.7 | 91.2 | 87.4 |
| 47 Hampstead Hill Academy | 95.2 | 93 | 94.7 | 91.1 | 94.5 | 91 |
| 49 Northeast | 93.4 | 89.9 | 88.3 | 80.8 | 90 | 87.4 |
| 50 Abbottston | 97.8 | 95.4 | 96.8 | 88 | 97.5 | 91.1 |
| 51 Waverly | 93.6 | 91.8 | 92 | 91.6 | 94.8 | 94.8 |
| 53 Margaret Brent | 94.9 | 94.3 | 96.5 | 89.4 | 96.5 | 93.9 |
| 54 Barclay | 95 | 92.9 | 95.9 | 93.5 | 95.2 | 94.5 |
| 55 Hampden | 94.3 | 90.8 | 94.2 | 92.6 | 93.7 | 92.4 |
| 56 Robert Poole | 78.3 | 77.2 | 82 | 77 | 86.4 | 87.8 |
| 57 Lombard | 85 | 78.2 | 80 | 77.9 | 81.5 | 81 |

## BCPS Attendance Rates, by School and School Year

| School | reg_att 2006 | sped_att 2006 | reg_att 2007 | sped_att 2007 | reg_att 2008 | sped_att 2008 |
|---|---|---|---|---|---|---|
| 58 Dr. Nathan A. Pitts\Ashburton | 94.2 | 94 | 93.8 | 93 | 93.4 | 93.4 |
| 60 Gwynns Falls | 93.7 | 92.8 | 93.2 | 92.6 | 93.5 | 94.7 |
| 61 John Eager Howard | 98.5 | 98.8 | 99.5 | 99.2 | 98.3 | 98.2 |
| 62 Edgecombe Circle | 91.4 | 91.4 | 91.6 | 91.5 | 92.4 | 91.4 |
| 63 Rosemont | 93.7 | 93.4 | 93.1 | 92.9 | 93.9 | 92.6 |
| 64 Liberty | 94.6 | 94.1 | 94.1 | 94.7 | 93.9 | 95.8 |
| 66 Mount Royal | 95.6 | 91 | 95.5 | 90.7 | 95.4 | 91.9 |
| 67 Edgewood | 94 | 93.1 | 93.6 | 93.8 | 91.8 | 90.7 |
| 73 Sarah M. Roach | 93.9 | 93.5 | 92.4 | 92.4 | 91.9 | 90.1 |
| 75 Calverton | 84.6 | 79.3 | 87.8 | 85.3 | 87.4 | 86.7 |
| 76 Francis Scott Key | 93.8 | 89.6 | 94.7 | 89.6 | 94.4 | 88.4 |
| 78 Harlem Park MS | 73.7 | 78.8 | 79.8 | 78.1 | 83.4 | 87.8 |
| 79 William H. Lemmel | 84.2 | 78.9 | 84.5 | 80 | 86.8 | 82.8 |
| 80 West Baltimore | 86.7 | 84.8 | 84.3 | 80.6 | 86.9 | 83.1 |
| 81 North Bend | 94.1 | 93 | 92.4 | 91.4 | 93.6 | 91.5 |
| 82 Dr. Roland N. Patterson | 83.2 | 77.2 | 85.4 | 81.5 | 79.1 | 74.3 |
| 83 William Paca | 95.4 | 94.3 | 97.7 | 96 | 98.1 | 97.2 |
| 84 Thomas Johnson | 94.7 | 92.3 | 92.6 | 89.3 | 93.1 | 92.4 |
| 85 Fort Worthington | 91.2 | 88.4 | 92.1 | 90.9 | 93.4 | 92.6 |
| 86 Lakewood | 88.2 | 91.1 | 88.4 | 89.7 | 91.4 | 93.2 |
| 87 Windsor Hills | 93 | 91 | 94 | 91.9 | 91.6 | 89.7 |
| 88 Lyndhurst | 93.8 | 93.1 | 94.3 | 92.3 | 93.4 | 93.9 |
| 89 Rognel Heights | 92.5 | 89.8 | 92.4 | 90.8 | 91.3 | 89.8 |
| 95 Franklin Square | 94.9 | 95.8 | 96.1 | 95.2 | 96.6 | 96.5 |
| 97 Collington Square | 95.5 | 91.5 | 89.9 | 86.8 | 96 | 91.9 |
| 98 Samuel F. B. Morse | 91.9 | 89.7 | 92 | 90.4 | 93.1 | 91.2 |
| 105 Moravia Park | 93.8 | 92.2 | 93.1 | 93.5 | 93.5 | 91.2 |
| 107 Gilmor Elementary | | | | | 97.2 | 96.4 |
| 122 Samuel Coleridge-Taylor | 93 | 85.8 | 89.9 | 86.2 | 92.6 | 92.2 |
| 124 Bay-Brook | 95.1 | 91.5 | 96.6 | 91.7 | 94 | 92.1 |
| 125 Furman Templeton Elementary | | | | | 95.2 | 93.8 |
| 130 Booker T. Washington | 85.1 | 82 | 79.2 | 77.6 | 87.1 | 82.1 |
| 133 Paul Laurence Dunbar MS | 94.7 | 91.1 | 86.8 | 86.3 | 88.6 | 85.2 |
| 134 Walter P. Carter | 91.8 | 91.3 | 91.4 | 91.5 | 92.8 | 92.2 |
| 138 Harriet Tubman | 94.1 | 93.7 | 93.7 | 93.6 | 93.7 | 93.4 |
| 142 Robert W. Coleman | 92.1 | 91.9 | 95.2 | 92 | 95.9 | 91.7 |
| 144 James Mosher | 92.7 | 91.1 | 92.3 | 90.4 | 90.7 | 90.4 |
| 145 Alexander Hamilton | 95.7 | 94.4 | 97.8 | 94.6 | 96.6 | 96.2 |

## BCPS Attendance Rates, by School and School Year

| School | reg_att 2006 | sped_att 2006 | reg_att 2007 | sped_att 2007 | reg_att 2008 | sped_att 2008 |
|---|---|---|---|---|---|---|
| 150 Bentalou | 95.1 | 95.3 | 95.7 | 94 | 95.8 | 93.5 |
| 157 George G. Kelson | 94.1 | 91.8 | 90.5 | 89.3 | 92.5 | 88.9 |
| 159 Cherry Hill | 91.7 | 89.2 | 92.4 | 90 | 93 | 91.1 |
| 160 Dr. Carter Godwin Woodson | 95 | 92.1 | 95.6 | 93.2 | 94.3 | 93.5 |
| 162 Diggs-Johnson | 81.4 | 79.2 | 77.4 | 81.3 | 77.8 | 82.8 |
| 163 Patapsco | 94.5 | 92.7 | 96.3 | 93.4 | 96.2 | 95.8 |
| 164 Arundel | 92.8 | 91.8 | 94.3 | 91 | 95.7 | 89.6 |
| 170 Thurgood Marshall MS | 78.9 | 72.9 | 86.7 | 79.7 | 93.1 | 86.7 |
| 177 George W. F. McMechen |  | 88 |  | 89.9 | 81.2 | 88.9 |
| 178 Francis M. Wood | 48 | 47.3 | 62.5 | 57.9 | 64.2 | 63.4 |
| 181 Southside Academy | 95.5 | 92.6 | 82.9 | 75.6 | 81.7 | 84.2 |
| 201 Dickey Hill | 93.4 | 90.8 | 92.4 | 90.8 | 93.1 | 92 |
| 203 Maree Garnett Farring | 91 | 90.5 | 93.3 | 92.7 | 94.9 | 91.5 |
| 204 Mary E. Rodman | 99 | 93.3 | 94.5 | 93.8 | 92.6 | 93.7 |
| 205 Woodhome | 95.1 | 93 | 94.4 | 92.5 | 94.4 | 92.7 |
| 206 Furley | 94.3 | 91.6 | 94.8 | 92.9 | 94.3 | 93.1 |
| 207 Curtis Bay | 92.8 | 91 | 92 | 89.3 | 93.6 | 90.3 |
| 209 Winston | 94.2 | 91.1 | 94.9 | 92.6 | 92.7 | 91.6 |
| 210 Hazelwood | 92.6 | 93.3 | 91.5 | 92 | 93.1 | 91.5 |
| 211 Gardenville | 93.5 | 92.3 | 92 | 91.6 | 93.9 | 92.6 |
| 212 Garrett Heights | 95.2 | 94.8 | 94.9 | 95.6 | 94.7 | 95 |
| 213 Govans | 92.7 | 92.4 | 93.4 | 92.5 | 93.5 | 93.9 |
| 214 Guilford | 95.1 | 94.3 | 94.1 | 93.5 | 94.3 | 95.5 |
| 215 Highlandtown #215 | 89.9 | 89.1 | 91 | 91.1 | 91.5 | 92.5 |
| 217 Belmont | 93.8 | 92.4 | 92.9 | 93.1 | 93.2 | 93.3 |
| 219 Yorkwood | 94.4 | 92.1 | 94 | 93.3 | 94.4 | 95.4 |
| 220 Morrell Park | 90.5 | 89.7 | 88.6 | 84.9 | 92.4 | 90.3 |
| 221 Mount Washington | 96 | 94.9 | 95.8 | 93.8 | 95.8 | 94.4 |
| 223 Pimlico ES | 95.4 | 94.2 | 94.7 | 92.8 | 95 | 92 |
| 224 Grove Park | 93.8 | 92.5 | 93.9 | 91.7 | 94.4 | 93.2 |
| 225 Westport Academy | 91.6 | 89.9 | 93.1 | 90.3 | 93.8 | 93 |
| 226 Violetville | 93.6 | 91.1 | 92.6 | 86.6 | 92.5 | 90.4 |
| 228 John Ruhrah | 94.2 | 91.9 | 93.9 | 89.4 | 93.9 | 89.7 |
| 229 Holabird | 91.1 | 90.4 | 90.6 | 91.5 | 92.2 | 92 |
| 230 Canton | 86.8 | 81.4 | 78.8 | 71.3 | 79.2 | 78.9 |
| 231 Brehms Lane | 94.1 | 92.9 | 93.8 | 92.9 | 93.9 | 93.8 |
| 232 Thomas Jefferson | 94.6 | 92 | 94.8 | 94.6 | 94.9 | 95.2 |
| 233 Roland Park | 95.8 | 93.3 | 96.2 | 94.1 | 96.3 | 94.6 |

## BCPS Attendance Rates, by School and School Year

| School | reg_att 2006 | sped_att 2006 | reg_att 2007 | sped_att 2007 | reg_att 2008 | sped_att 2008 |
|---|---|---|---|---|---|---|
| 234 Arlington | 93.6 | 92.2 | 93.4 | 92.3 | 93.7 | 93.1 |
| 235 Glenmount | 92.8 | 89.1 | 92.4 | 88.2 | 93.2 | 92.5 |
| 236 Hamilton EM | 95 | 93.4 | 95.3 | 94.3 | 95.7 | 94.5 |
| 237 Highlandtown # 237 | 90 | 89.7 | 91.2 | 90 | 92.4 | 89.5 |
| 239 Benjamin Franklin Jr. | 89.7 | 83 | 86.8 | 82.9 | 83.4 | 79.4 |
| 240 Graceland Park/O'Donnell Heights | 96.5 | 95.2 | 96.5 | 94.5 | 97.2 | 95.3 |
| 241 Fallstaff | 94.4 | 94.3 | 95 | 92.1 | 95.2 | 94.1 |
| 242 Northwood | 94.4 | 93.7 | 95.7 | 94.3 | 94.3 | 94.4 |
| 243 Armistead Gardens | 94.1 | 91.5 | 93.7 | 92.3 | 93.8 | 93.8 |
| 245 Leith Walk | 95.1 | 94 | 95.2 | 94.2 | 94.9 | 94.2 |
| 246 Beechfield | 93.4 | 93.6 | 94.1 | 92 | 93 | 90.8 |
| 247 Cross Country | 95.2 | 94.5 | 95.2 | 95.5 | 95.6 | 95.5 |
| 248 Sinclair Lane | 90.5 | 88.6 | 89.8 | 87.3 | 91.1 | 88.9 |
| 249 Medfield Heights | 94.3 | 94 | 93.7 | 94.6 | 94.3 | 94.8 |
| 250 Dr. Bernard Harris, Sr. | 95.3 | 94 | 94.4 | 92.3 | 93.3 | 92.2 |
| 251 Callaway | 93.2 | 92.4 | 92.4 | 88.9 | 93 | 92 |
| 254 Dr. Martin Luther King, Jr. | 94.4 | 93.1 | 94.3 | 93.6 | 96.5 | 95.8 |
| 255 Southeast | 93.2 | 93.7 | 89.5 | 82.9 | 85.7 | 84.7 |
| 256 Calvin M. Rodwell | 94.9 | 95.1 | 93.8 | 92.3 | 95.7 | 94.9 |
| 260 Frederick | 95.3 | 94 | 95.2 | 93.3 | 93.1 | 93.9 |
| 261 Lockerman Bundy | 92.1 | 95.3 | 90.8 | 93.2 | 92.5 | 96.5 |
| 262 Empowerment Academy | 94.6 | 90.5 | 95.4 | 91 | 95.8 | 96.4 |
| 263 William C March MS | | | 89.5 | 86.5 | 87.8 | 83.6 |
| 288 Alternative Elementary School | 95.8 | 80.1 | 90 | 84.2 | 88.8 | |
| 301 William S. Baer School | 91.8 | 84.4 | 90.3 | 80.5 | 86.7 | 78.2 |
| 307 Claremont School | | 86.1 | | 86.2 | 76.4 | 84.3 |
| 313 Lois T. Murray | | 90.9 | | 90.9 | 92.6 | 91.9 |
| 314 Sharp-Leadenhall | | 87.2 | 67.4 | 84.7 | 86.7 | 87.1 |
| 321 Midtown Academy | 95 | 94.6 | 94.5 | 92.8 | 95.7 | 94.4 |
| 322 New Song Academy | 100 | 100 | 98.1 | 97.1 | 98 | 98.1 |
| 323 The Crossroads School | 95.7 | 91.8 | 95 | 93.9 | 95.5 | 92.8 |
| 324 KIPP Ujima Village Academy | 96.5 | 95.6 | 95.3 | 92 | 96.2 | 94.3 |
| 325 ConneXions | 96 | 94.6 | 94.7 | 93.6 | 96.3 | 92.4 |
| 326 City Neighbors Charter School | 96.4 | 96.8 | 96.5 | 95.8 | 96.3 | 95.9 |
| 327 Patterson Park Public Charter | 93 | 90.2 | 92.9 | 89.2 | 95 | 92.8 |
| 328 Southwest Baltimore Charter | 90.3 | 92.9 | 93.4 | 90.2 | 93.7 | 95.4 |
| 329 Inner Harbor East Academy | 93.2 | 90.4 | 93.6 | 91.3 | 95.3 | 92.4 |
| 330 Northwood Appold Community Academy | 94.6 | 92.3 | 95 | 92 | 96.1 | 90.8 |

## BCPS Attendance Rates, by School and School Year

| School | reg_att 2006 | sped_att 2006 | reg_att 2007 | sped_att 2007 | reg_att 2008 | sped_att 2008 |
|---|---|---|---|---|---|---|
| 331 Maryland Academy of Technology & Math | | | 93.6 | 90.7 | 93.1 | 89.1 |
| 332 The Green School | | | 95.1 | 92.3 | 94.8 | 93.2 |
| 333 Independence School Local I | | | | | 88.6 | 92.7 |
| 334 Bluford Drew Jemison MST Academy | | | | | 95.2 | 96.8 |
| 335 Baltimore International Academy | | | | | 94.5 | 91.6 |
| 372 Woodbourne Day School | | 75.4 | | 81.2 | 83.6 | 77 |
| 400 Edmondson-Westside | 89.9 | 88 | 89 | 88.5 | 87.5 | 90.1 |
| 401 Northwestern | 83.3 | 76.5 | 82 | 78.6 | 79.1 | 78.2 |
| 403 Baltimore Polytechnic | 95.1 | 90.2 | 94.5 | 91.1 | 94.4 | 91.1 |
| 405 Patterson | 82.6 | 75.4 | 81.4 | 75.5 | 81.6 | 80 |
| 406 Forest Park | 81.9 | 75.2 | 83.1 | 76.7 | 80.4 | 78.1 |
| 407 Western | 94.1 | 80.5 | 94.6 | 91.5 | 94.7 | 89.1 |
| 410 Mergenthaler | 90.2 | 87.7 | 86.9 | 86.4 | 88.8 | 90.4 |
| 413 Harbor City | 65.1 | 45.3 | 62.8 | 44.7 | 55.2 | 51.3 |
| 414 Paul Laurence Dunbar HS | 93 | 94.8 | 92.3 | 91.3 | 92.7 | 92.6 |
| 415 Baltimore School For The Arts | 96.1 | 96.9 | 95.9 | 97.1 | 96.5 | 98.4 |
| 416 Digital Harbor | 92.6 | 92.9 | 93.1 | 92.3 | 92 | 91.9 |
| 418 W.E.B. DuBois | 85.5 | 82.1 | 86.3 | 81.8 | 82.9 | 82.8 |
| 419 Reginald F. Lewis | 80.8 | 78.5 | 81.2 | 79.1 | 81.1 | 85.4 |
| 420 Dr. Samuel L. Banks | 85.5 | 84.5 | 85 | 79.2 | 82.3 | 80.7 |
| 421 NAF Learning Community | 91.6 | 91.6 | 94 | 98.3 | 94.6 | 97.2 |
| 422 New Era Academy | 88.3 | 85.1 | 84.7 | 78.1 | 84.9 | 82.6 |
| 423 Baltimore Freedom Academy | 90.3 | 88.7 | 89.9 | 89.9 | 91.7 | 90.9 |
| 424 Thurgood Marshall HS | 76.6 | 75.1 | 75.8 | 74 | 74.9 | 77.9 |
| 425 Heritage School | 75.1 | 75.6 | 82.6 | 77 | 82.9 | 85.1 |
| 426 Doris M. Johnson | 85.8 | 83.5 | 80.4 | 79.9 | 82.2 | 82.4 |
| 427 Academy for College and Career Exploration | 87.3 | 92.3 | 84 | 84 | 84.8 | 89.4 |
| 428 Baltimore Talent Development | 89.7 | 90.6 | 88.1 | 86.3 | 83.5 | 84.6 |
| 429 Vivian T. Thomas Medical Arts Academy | 78.5 | 78.5 | 81 | 80.9 | 82.8 | 79.1 |
| 430 Augusta Fells Savage Institute of Visual Arts | 76.7 | 76.1 | 69.9 | 70.9 | 71.3 | 71.7 |
| 431 Maritime Industries Academy | 82.4 | 82.7 | 90.5 | 82 | 78.8 | 81.6 |
| 432 Coppin Academy | 93.7 | 91 | 88.8 | 82.6 | 89.6 | 84.2 |
| 433 Renaissance Academy | 89 | 75.2 | 91.3 | 88.5 | 87.7 | 86.2 |
| 434 Homeland Security | 81.4 | 83.7 | 68.3 | 70.7 | 71.9 | 72.6 |
| 435 Institute of Business and Entrepreneurship | 81.2 | 78.6 | 73.6 | 73.8 | 79.9 | 77.1 |
| 450 Frederick Douglass | 80.1 | 70.3 | 73 | 66.6 | 75.7 | 72.5 |
| 451 Central Career Center at Briscoe | 0 | 58.6 | | 60.5 | 39.3 | 58.4 |
| 454 Carver Vocational-Technichal | 86.5 | 88 | 90.1 | 90.3 | 88.9 | 91.1 |

BCPS Attendance Rates, by School and School Year

| School | reg_att 2006 | sped_att 2006 | reg_att 2007 | sped_att 2007 | reg_att 2008 | sped_att 2008 |
|---|---|---|---|---|---|---|
| 457 Laurence G. Paquin | 68.7 | 73.9 | 65.2 | 67.7 | 52.1 | 60 |
| 480 Baltimore City College | 94.3 | 96.4 | 94.8 | 94.7 | 96.1 | 96.4 |
| 488 Alternative Learning Center | 70.8 | 74.1 | 68.3 | 52.4 | 54.3 | 49.5 |
| 884 Eager Street Academy | 100 | 100 | 100 | 100 | 84.2 | 55 |
| TOTALS | | | | | 90.8 | 86.9 |