Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| LOCAL SCHOOL SYSTEM/ PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
|---|---|
| MSDE TRACKING | |

Please complete all of the sections in this report that are not shaded. Submit a paper copy and an electronic copy to the person designated in the letter or report of findings at the Maryland State Department of Education (MSDE)/ Division Special Education/Early Intervention Service (DSE/EIS). The boxes provided will expand to fit the text that is entered.

| I. GENERAL INFORMATION | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| LOCAL SCHOOL SYSTEM/PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
| CONTACT PERSON | Christine A. Cichan |
| PHONE NUMBER | 410-396-8643 |
| EMAIL ADDRESS | ccichan@bcps.k12.md.us |
| DATE OF MSDE FINDING, LETTER OR REPORT | April 8, 2008 |
| DATE CAP IS DUE TO MSDE | April 7, 2008 |
| DATE CAP IS SUBMITTED TO MSDE | |
| PROJECTED DATE OF COMPLETION | July 31, 2008 |

| II. SOURCE OF THE CAP | CHECK |
|---|---|
| COMPLAINT | |
| MONITORING FOR CONTINUOUS IMPROVEMENT AND RESULTS (EMCIR) | X |
| OTHER (If checked, write an explanation in this box) | |

| III. AREA OF NONCOMPLIANCE (for use by MSDE) |
|---|
| Discipline Disproportionality |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

## IV. DESCRIPTION OF NONCOMPLIANCE ADDRESSED BY THIS CAP

While the overall number of disciplinary removals has decreased, the relative percentage of students with disabilities subject to short-term suspension and expulsion compared to the whole has increased. Data for the 2003-2004 SY, 2004-2005 SY, and 2005-2006 SY appears in the chart below.

| School Year | Total Enrollment - Students with disabilities %* | Total Disciplinary Removals (suspensions) % | Total Short-Term Suspensions % | Total Long-Term Suspensions % | Total Expulsions % |
|---|---|---|---|---|---|
| 04-05 | 16.9% | 29.9% | 30.5% | 15.8% | 33.1% |
| 05-06 | 15.6% | 28.9% | 30.0% | 21.4% | 9.0% |
| 06-07 | 15.0% | 27.0% | 26.0% | 29.0% | 29.0% |

* Enrollment percentage was obtained by dividing the number of students with disabilities from the respective years Child Count by the total enrollment from the September 30th count.

## V. RESULTS OR MEASUREABLE OUTCOMES TO CORRECT NONCOMPLIANCE

The percentage of students receiving short-term suspensions and expulsions will not exceed the percentage of students with disabilities in the BCPSS population.

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| Evidence of at least 10% reduction in percentage of students with disabilities subject to disciplinary removals as compared with non-disabled peers over three year period from 2005 through 2008. | August 2008 | Suspension Count |

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Review suspension documentation, including school-wide suspension logs, as a part of Office of Special Education Monitoring and Compliance (OSEMC) Quality Compliance Audits. Audit findings will be reported to the SFG and the student services officer (SSO). | October 2007 | 4th Quarter Update: The OSEMC Director reported QCA Audit Suspension Compliance Results for School #157, #406, #217 and #423 during Suspension Focus Group Meetings conducted during April, May and June 2008. (See Attachments) |
| Provide training to newly assigned school administrators and IEP teams on BCPSS discipline policies and procedures regarding students with disabilities; including implementation of Behavioral Intervention Plans (BIP). Additional training will be conducted during the school year as schools in need of corrective action are identified through suspension data and discipline audits. | October 2007 | 4th Quarter Update: No training was conducted in the 4th quarter. |
| Provide suspension disproportionality data to Area Academic Officers and principals on a monthly basis. Schools with disproportionate numbers of students with disabilities subject to suspension will develop strategies to address the problem. | October 2007 | 4th Quarter Update: Data reports that include disproportionality data are provided to the CEO, Deputy Special Education Officer and the Student Support Officer weekly. Data report generated 06/13/08 attached. Attached are data reports generated as of 05/30/08 |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Review suspension disproportionality at BCPSS School Stat as part of the monthly meeting focusing on attendance and discipline. | September 2007 | 4th Quarter Update: School Stat has not met to date during 07-08 SY. The Suspension Focus Group continues to discuss this issue monthly. |
| Disseminate list of students who meet the BCPSS definition of students exhibiting chronic, escalating, and severe behaviors to IEP team at each school monthly. The IEP team will develop, review, and revise BIP for each student, as appropriate, to address the behaviors leading to disciplinary action. | October 2007 | 4th Quarter Update: School # 427, received training at the request of their principal in order to gain a better understanding of how students are identified as chronic/severe. It is apparent that more training is needed systemically with principals included. In order to capture the missing data for severe/chronic, the coordinator of SST held five Data Days. The purpose of the days provided data entry persons with opportunities to come to PDC and enter the missing data without interruption. During the sessions, copies of C/S lists were provided to each school. |
| Provide training to school support staff on the development and implementation of Behavior Intervention Plans for students with chronic, escalating, violent behaviors. | October 2007 | 4th Quarter Update: Two sessions were held on December 17, 2007 and January 25, 2008 to address the need for severe/chronic students. At school # 98, training was provided for a group of first/second social workers. The task was how to utilize the data to address student needs. Most of the year was spent addressing technical concerns, data training, and to prepare schools to shut SST/SETS for the year. Also this year, the coordinator of SST supported Tier I schools from August 2007- March 2008. |
| Expand PBIS into additional schools based on system priorities in consultation with MSDE. Priority schools include persistently dangerous, probationary, watch list and schools exceeding the suspension threshold for institution of a school-wide behavior management model. | January 2008 | 4th Quarter Update: MSDE has given the BCPSS permission to host its own PBIS training. PBIS expansion training is scheduled for the first week in August. |
| Provide electronic access to research-based violence prevention curricula to all previously trained schools K – 12. A license with the Discovery Education on-line curriculum will allow all schools access to a research-based violence prevention curriculum. | August 2007 | 4th Quarter Update: The contract has ended with Discovery Health Connection for the 2007-2008 school year. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Monitor attendance of students assigned to interim alternative educational settings during long-term suspensions and expulsions. Procedures include training staff of AES sites, verifying diligent efforts by sites, and contacting parents to identify and resolve any barriers that may be interfering with students attending AES sites. | September 2007 | 4th Quarter Update: The AES Unit attendance monitor entered attendance in SASI for students assigned to AES placements. He tracked the students' entry and exit from the AES. He made contact with parents when students failed to attend on a regular basis. |
| Provide list of students with disabilities with 8 or more days of removal without IEP services to Special Education Officer and Director of IEP Teams monthly. Under their direction, IEP teams will convene meetings to review IEPs and educational placements and develop interventions and strategies to meet the students' behavioral needs. | September 2007 | 4th Quarter Update: At monthly Area Special Education Coordinators" meetings, the list of students with disabilities with 8 or more days of removal without IEP services are shared with coordinators for dissemination to IEP Teams and conducting of required IEP meetings. |
| The SSD will monitor issues and data related to the three tiers of intervention/prevention services. They will review and monitor data related to attendance, suspension, and chronic behavior problems. | October 2007 | 4th Quarter Update: Provide opportunity to participate in on-going professional development. |
| Continue the Why Try program in high schools with ED Programs. Each site will submit an implementation plan for the 2007-2008 school year. | October 2007 | 4th Quarter Update: WHY Try program plan for the 4th quarter consisted of working on Chapter 7 which had the children focusing on Jumping Hurdles. The use of the multi-sensory approach to teaching social skills and student journals offered the students a great opportunity for reflection and to record their responses. However, there were some barriers to full implementation on the part of many programs due to challenges with scheduling and due to several new support teachers in ED programs. |
| The BCPSS will revise the system discipline policies for students. The revised policies will be compliant with all legal requirements as mandated in the IDEA and COMAR. | September 2007 | 4th Quarter Update: A revised Student Code of Conduct was developed, presented at community forums for public contact, and input was solicited from all stakeholders. The code and discipline regulations were submitted to the CEO for his approval in June. School administrators will receive training over the summer if the revised code is approved by the CEO. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VIII. IDENTIFY THE ONGOING STEPS THE LOCAL SCHOOL SYSTEM/PUBLIC AGENCY WILL TAKE TO ENSURE THE IDENTIFIED NONCOMPLIANCE HAS BEEN CORRECTED |
|---|
| The BCPSS will utilize data presented to schools and area offices concerning number of students with disabilities experiencing suspensions and expulsions as well as on-going review of the data by the Office of Student Services, the Office of Special Education, and School Stat |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

LOCAL SCHOOL SYSTEM/PUBLIC AGENCY AUTHORIZED SIGNATURE

_____   _____
Director of Special Education       Date

Note: This signature indicates the Director has reviewed and approved the contents of this plan and has authorized implementation of this corrective action plan.

For use by MSDE Only

| | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| MSDE CONTACT INFORMATION | |
| CONTACT PERSON, NAME AND TITLE | |
| PHONE NUMBER | |
| EMAIL ADDRESS | |

| | DATE | COMMENTS |
|---|---|---|
| STATUS OF CAP | | |
| CAP RECEIVED | | |
| MSDE APPROVED PLAN | | |
| MSDE NOTIFIED LSS/PA OF APPROVAL | | |
| MSDE VERIFIED CAP COMPLETED | | |

| | DATE | NOTES |
|---|---|---|
| CONTACTS: | | |
| | | |
| | | |
| | | |