**Baltimore City Public School System**
**Department of Special Education**
**Disengagement Outcome Quarterly Report Summary**
**2007-2008 School Year: Fourth Quarter**
**Outcome #8: Percentage of Special Needs Students Placed in LRE A and B**

**Disengagement Outcome**: Within three years 58.8% of students with disabilities will receive IEP required services in regular education (LRE A) and/or combined programs (LRE B) (resource room).

**Data Source:** Special Education Tracking System (SETS).

**Data Timeframe:** Active special education student as of June 30, 2008. A student is viewed as active if they had a valid IEP recorded in SETS as of June 30, 2008.

**Description:** The table shows the percentage of special needs students placed in LRE A and LRE B for each school in an area. The summary was based on the attending school recorded in SETS for each student.

**Calculation:** # special needs students placed in LRE A and B / total number of special needs students in the school

**District Placement Rate in LRE A and B**

| Report Date | Quarter | % Students in LRE A and B |
|---|---|---|
| 6/30/2008 | 4th | 65.3% |
| 6/30/2007 | 4th | 64.6% |
| 6/30/2006 | 4th | 64.8% |
| 6/30/2005 | 4th | 64.5% |
| 6/30/2004 | 4th | 65.2% |
| 6/30/2003 | 4th | 63.0% |
| 6/30/2002 | 4th | 58.0% |

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|
| | June 30, 2007** | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Elementary Area 1 | 62.5% | 62.0% | 61.5% | 61.8% | 60.4% |
| Elementary Area 2 | 58.5% | 57.0% | 57.2% | 58.3% | 59.0% |
| Elementary Area 3 | 64.3% | 65.1% | 65.4% | 67.7% | 67.4% |
| Elementary Area 4 | 64.1% | 64.0% | 64.1% | 66.5% | 67.2% |
| Middle School Area | 59.4% | 57.1% | 58.0% | 57.2% | 59.0% |
| High School Area 6 | 60.3% | 62.7% | 63.8% | 63.9% | 61.9% |
| High School Area 7 | 72.3% | 68.6% | 69.6% | 70.5% | 68.0% |
| Charter Schools | 90.8% | 85.3% | 87.4% | 87.9% | 85.0% |
| Elementary Area 9 | 62.7% | 62.9% | 63.5% | 64.3% | 65.7% |
| All BCPSS Schools | 64.6% | 64.8% | 65.2% | 66.0% | 65.3% |
| Disengagement Standard | | | 58.80% | | |

*Only students ages 6-21 included in calculation.

**6/30/07 data recalculated based on the 2007-2008 SY Area Configuration.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Elementary Area 1 | 010 | 80.9% | 80.0% | 76.7% | 80.9% | 77.4% |
| | 016 | 52.1% | 57.1% | 63.0% | 63.3% | 57.1% |
| | 021 | 65.9% | 62.9% | 64.9% | 71.1% | 65.9% |
| | 024 | 46.3% | 52.8% | 43.2% | 41.2% | 50.0% |
| | 039 | 56.1% | 55.8% | 60.8% | 57.4% | 59.6% |
| | 060 | 72.7% | 62.1% | 65.2% | 59.4% | 58.5% |
| | 061 | 72.2% | 50.0% | 58.8% | 57.1% | 57.9% |
| | 067 | 36.0% | 42.4% | 46.7% | 43.1% | 43.3% |
| | 073 | 62.2% | 54.8% | 55.6% | 60.0% | 60.0% |
| | 138 | 87.1% | 92.6% | 91.7% | 87.5% | 77.8% |
| | 144 | 43.3% | 45.8% | 40.0% | 46.2% | 46.4% |
| | 150 | 68.3% | 71.2% | 75.5% | 67.9% | 64.1% |
| | 204 | 48.9% | 55.3% | 53.1% | 61.8% | 60.3% |
| | 206 | 56.3% | 55.3% | 53.1% | 60.0% | 58.6% |
| | 207 | 55.1% | 56.9% | 54.0% | 54.3% | 55.0% |
| | 213 | 53.6% | 50.0% | 49.2% | 52.2% | 54.3% |
| | 219 | 71.6% | 61.8% | 54.7% | 53.7% | 59.4% |
| | 221 | 71.4% | 75.0% | 80.6% | 81.8% | 82.9% |
| | 242 | 58.7% | 57.6% | 58.9% | 55.9% | 48.5% |
| | 249 | 82.9% | 84.2% | 86.5% | 85.4% | 78.3% |
| | 250 | 75.8% | 72.7% | 63.5% | 67.7% | 63.2% |
| | 256 | 100.0% | 96.3% | 92.6% | 81.5% | 86.2% |
| | 260 | 68.1% | 79.5% | 80.0% | 75.6% | 65.8% |
| | 261 | 54.2% | 46.7% | 46.2% | 50.0% | 57.1% |
| | 288 | N/A | N/A | N/A | N/A | N/A |
| All Schools in Area | | 62.5% | 62.0% | 61.5% | 61.8% | 60.4% |
| Disengagement Standard | | 58.80% | | | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Elementary Area 2 | 004 | 61.3% | 54.9% | 55.3% | 58.0% | 58.9% |
| | 035 | 100.0% | 97.6% | 97.3% | 92.3% | 86.7% |
| | 051 | 71.0% | 67.8% | 67.8% | 67.4% | 71.6% |
| | 054 | 72.0% | 70.1% | 73.8% | 78.3% | 80.3% |
| | 055 | 66.7% | 74.4% | 78.9% | 71.4% | 62.9% |
| | 075 | 43.1% | 35.9% | 35.3% | 35.6% | 34.2% |
| | 087 | 62.5% | 64.1% | 60.5% | 60.5% | 63.9% |
| | 095 | 70.3% | 70.7% | 68.9% | 71.4% | 67.2% |
| | 210 | 61.0% | 57.1% | 65.4% | 67.1% | 72.2% |
| | 223 | 52.0% | 51.5% | 56.5% | 52.6% | 51.8% |
| | 224 | 83.7% | 71.7% | 77.3% | 77.3% | 84.8% |
| | 228 | 56.6% | 57.3% | 51.3% | 55.8% | 58.8% |
| | 232 | 65.9% | 69.8% | 63.4% | 73.9% | 74.0% |
| | 233 | 83.8% | 78.8% | 80.0% | 77.6% | 83.1% |
| | 234 | 62.5% | 66.7% | 78.5% | 79.4% | 67.1% |
| | 236 | 69.1% | 69.1% | 69.6% | 71.7% | 68.7% |
| | 241 | 68.0% | 68.0% | 66.7% | 64.3% | 67.6% |
| | 243 | 58.5% | 55.4% | 58.3% | 66.7% | 72.1% |
| | 247 | 65.3% | 64.3% | 58.1% | 66.2% | 67.1% |
| | 254 | 63.3% | 62.8% | 60.6% | 60.0% | 61.4% |
| | 301 | 10.7% | 6.4% | 1.8% | 2.5% | 1.6% |
| All Schools in Area | | 58.5% | 57.0% | 57.2% | 58.3% | 59.0% |
| Disengagement Standard | | | 58.80% | | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B ||||| 
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Elementary Area 3 | | | | | | |
| | 012 | 60.7% | 65.0% | 63.1% | 64.6% | 62.9% |
| | 013 | 81.3% | 76.7% | 74.3% | 77.8% | 65.8% |
| | 045 | 93.5% | 91.7% | 100.0% | 97.1% | 97.7% |
| | 053 | 56.7% | 65.0% | 70.8% | 77.8% | 76.0% |
| | 058 | 47.9% | 47.5% | 50.8% | 81.5% | 88.7% |
| | 062 | 53.3% | 61.5% | 53.7% | 62.7% | 62.7% |
| | 066 | 69.4% | 68.8% | 69.4% | 72.2% | 71.1% |
| | 076 | 51.2% | 44.8% | 45.7% | 39.4% | 43.9% |
| | 081 | 92.9% | 91.4% | 97.1% | 91.9% | 86.5% |
| | 084 | 97.6% | 100.0% | 97.9% | 98.0% | 94.3% |
| | 089 | 91.9% | 87.3% | 90.0% | 96.4% | 92.9% |
| | 105 | 35.9% | 42.2% | 43.1% | 42.6% | 41.9% |
| | 124 | 59.6% | 55.6% | 58.8% | 60.8% | 66.3% |
| | 157 | 48.2% | 51.0% | 59.2% | 65.9% | 76.7% |
| | 201 | 63.8% | 64.4% | 63.4% | 69.8% | 65.0% |
| | 205 | 67.8% | 62.0% | 62.0% | 61.5% | 59.5% |
| | 212 | 91.2% | 91.5% | 92.0% | 87.8% | 81.0% |
| | 215 | 91.7% | 91.7% | 85.7% | 88.6% | 88.6% |
| | 226 | 97.9% | 97.4% | 97.4% | 94.4% | 94.4% |
| | 235 | 66.7% | 69.3% | 75.9% | 76.5% | 73.9% |
| | 237 | 60.9% | 59.4% | 56.8% | 56.4% | 57.4% |
| | 240 | 75.7% | 73.9% | 68.9% | 66.7% | 64.4% |
| | 313 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| All Schools in Area | | 64.3% | 65.1% | 65.4% | 67.7% | 67.4% |
| Disengagement Standard | | | 58.80% | | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Elementary Area 4 | 005 | 92.9% | 100.0% | 90.0% | 84.6% | 100.0% |
| | 007 | 81.3% | 72.0% | 69.6% | 77.3% | 78.3% |
| | 022 | 85.2% | 79.2% | 79.2% | 80.8% | 81.5% |
| | 028 | 57.9% | 69.2% | 81.8% | 83.3% | 100.0% |
| | 029 | 66.1% | 70.0% | 80.4% | 82.6% | 83.3% |
| | 031 | 51.1% | 48.3% | 57.7% | 60.0% | 60.9% |
| | 034 | 72.7% | 88.9% | 88.0% | 86.4% | 69.2% |
| | 036 | 100.0% | 92.9% | 100.0% | 87.5% | 90.2% |
| | 050 | 47.8% | 80.0% | 84.2% | 81.0% | 80.0% |
| | 064 | 67.2% | 69.2% | 66.7% | 71.4% | 77.6% |
| | 086 | 66.7% | 0.0% | 16.7% | 9.1% | 22.2% |
| | 088 | 79.5% | 75.0% | 71.0% | 66.7% | 70.6% |
| | 098 | 63.5% | 51.1% | 58.0% | 61.2% | 66.7% |
| | 122 | 23.4% | 30.4% | 30.2% | 55.8% | 64.3% |
| | 142 | 42.2% | 54.5% | 54.1% | 61.4% | 62.0% |
| | 145 | 43.2% | 54.5% | 52.8% | 62.5% | 68.0% |
| | 203 | 71.4% | 72.1% | 68.2% | 68.8% | 71.4% |
| | 211 | 72.7% | 71.6% | 72.5% | 74.6% | 77.8% |
| | 217 | 70.3% | 69.5% | 80.0% | 77.8% | 73.4% |
| | 231 | 83.0% | 74.1% | 69.0% | 73.2% | 74.1% |
| | 245 | 83.8% | 78.1% | 82.4% | 86.3% | 77.5% |
| | 251 | 41.2% | 50.0% | 51.2% | 53.3% | 54.2% |
| | 314 | 1.7% | 0.0% | 0.0% | 0.0% | 0.0% |
| All Schools in Area | | 64.1% | 64.0% | 64.1% | 66.5% | 67.2% |
| Disengagement Standard | | | | 58.80% | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Middle School Area | 041 | 73.9% | 70.8% | 71.2% | 76.7% | 77.9% |
| | 042 | 46.8% | 46.7% | 49.3% | 49.3% | 47.1% |
| | 046 | 46.4% | 47.6% | 45.5% | 40.4% | 41.1% |
| | 049 | 64.0% | 70.4% | 70.5% | 64.7% | 67.0% |
| | 056 | 60.6% | 75.0% | 66.7% | 68.4% | 76.5% |
| | 057 | 69.0% | 70.2% | 89.1% | 91.7% | 93.2% |
| | 078 | 67.3% | 70.6% | 66.7% | 71.9% | 66.7% |
| | 079 | 61.1% | 58.5% | 66.7% | 70.9% | 70.5% |
| | 080 | 66.5% | 70.4% | 71.3% | 71.7% | 72.1% |
| | 082 | 46.5% | 37.9% | 41.8% | 39.1% | 33.3% |
| | 130 | 45.0% | 46.3% | 48.7% | 46.6% | 45.6% |
| | 133 | 77.9% | 64.4% | 62.0% | 54.6% | 56.5% |
| | 162 | 65.9% | 62.7% | 55.6% | 51.4% | 54.3% |
| | 170 | 81.8% | 100.0% | 100.0% | 100.0% | 80.0% |
| | 209 | 67.3% | 67.0% | 71.7% | 71.1% | 72.4% |
| | 230 | 74.5% | 70.0% | 67.2% | 71.4% | 68.6% |
| | 239 | 58.8% | 55.6% | 56.6% | 53.9% | 61.0% |
| | 255 | 92.2% | 93.9% | 96.3% | 93.1% | 93.3% |
| | 263 | 40.8% | 50.0% | 44.4% | 47.9% | 64.2% |
| | 372 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 488 | 88.2% | 100.0% | 85.7% | 87.5% | 92.0% |
| All Schools in Area | | 59.4% | 57.1% | 58.0% | 57.2% | 59.0% |
| Disengagement Standard | | | | 58.80% | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| High School Area 6 | 177 | 2.3% | 2.2% | 5.2% | 4.3% | 3.1% |
| | 178 | 64.1% | 64.5% | 69.1% | 66.9% | 63.3% |
| | 181 | 73.3% | 69.7% | 72.1% | 76.7% | 72.7% |
| | 307 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 400 | 47.3% | 56.8% | 58.7% | 61.4% | 62.0% |
| | 403 | 100.0% | 100.0% | 75.0% | 75.0% | 75.0% |
| | 407 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 410 | 98.3% | 91.4% | 95.0% | 94.2% | 91.1% |
| | 413 | 78.8% | 87.4% | 92.8% | 99.2% | 97.7% |
| | 414 | 83.3% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 415 | 80.0% | 75.0% | 100.0% | 100.0% | 100.0% |
| | 416 | 100.0% | 99.1% | 98.0% | 98.9% | 98.8% |
| | 421 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 451 | 12.5% | 8.2% | 7.4% | 9.5% | 2.8% |
| | 454 | 100.0% | 98.5% | 100.0% | 100.0% | 100.0% |
| | 457 | 100.0% | 100.0% | 100.0% | 96.7% | 95.7% |
| | 480 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| All Schools in Area | | 60.3% | 62.7% | 63.8% | 63.9% | 61.9% |
| Disengagement Standard | | 58.80% | | | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| High School Area 7 | 401 | 83.1% | 78.9% | 81.7% | 82.1% | 79.7% |
| | 405 | 61.2% | 67.0% | 68.6% | 70.4% | 65.3% |
| | 406 | 66.2% | 60.6% | 63.5% | 63.5% | 61.1% |
| | 418 | 69.5% | 64.2% | 63.5% | 64.9% | 59.7% |
| | 419 | 54.9% | 56.6% | 60.9% | 61.7% | 55.2% |
| | 420 | 90.7% | 67.5% | 66.0% | 64.9% | 66.1% |
| | 424 | 80.8% | 80.5% | 89.7% | 92.5% | 94.7% |
| | 425 | 54.5% | 57.1% | 53.5% | 59.0% | 64.7% |
| | 426 | 73.0% | 69.7% | 70.6% | 68.6% | 68.7% |
| | 429 | 92.2% | 93.5% | 95.5% | 93.2% | 95.8% |
| | 430 | 68.4% | 65.9% | 66.1% | 65.2% | 64.0% |
| | 434 | 62.4% | 63.0% | 63.4% | 66.2% | 58.5% |
| | 435 | 67.0% | 56.9% | 59.1% | 61.8% | 58.6% |
| | 450 | 92.7% | 86.9% | 83.8% | 82.3% | 83.5% |
| All Schools in Area | | 72.3% | 68.6% | 69.6% | 70.5% | 68.0% |
| Disengagement Standard | | | 58.80% | 58.80% | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Charter Schools | 008 | 67.4% | 88.6% | 98.1% | 90.4% | 84.2% |
| | 015 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 023 | 81.8% | 71.4% | 80.0% | 68.2% | 65.2% |
| | 025 | 87.5% | 90.5% | 94.4% | 94.4% | 95.0% |
| | 044 | N/A | 68.9% | 69.1% | 73.2% | 66.7% |
| | 047 | 96.0% | 89.7% | 100.0% | 100.0% | 100.0% |
| | 063 | 89.8% | 83.0% | 80.0% | 81.4% | 80.6% |
| | 097 | 71.4% | 71.4% | 74.5% | 70.0% | 66.7% |
| | 107 | N/A | 70.6% | 73.0% | 68.3% | 70.0% |
| | 125 | N/A | 73.9% | 70.4% | 75.0% | 69.0% |
| | 262 | N/A | 100.0% | 100.0% | 100.0% | 100.0% |
| | 321 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 322 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 323 | 100.0% | 100.0% | 92.9% | 100.0% | 100.0% |
| | 324 | 95.5% | 86.8% | 100.0% | 100.0% | 96.8% |
| | 325 | 100.0% | 62.9% | 65.5% | 71.9% | 68.6% |
| | 326 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 327 | 97.6% | 97.9% | 92.2% | 97.9% | 91.5% |
| | 328 | 85.7% | 87.5% | 100.0% | 100.0% | 100.0% |
| | 329 | 100.0% | 100.0% | 91.7% | 100.0% | 91.7% |
| | 330 | 75.0% | 72.7% | 100.0% | 92.9% | 100.0% |
| | 331 | 81.8% | 95.5% | 100.0% | 100.0% | 94.4% |
| | 332 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | 333 | N/A | 100.0% | 100.0% | 100.0% | 100.0% |
| | 334 | N/A | 90.9% | 100.0% | 100.0% | 80.0% |
| | 335 | N/A | 75.0% | 100.0% | 100.0% | 100.0% |
| | 422 | 88.2% | 85.5% | 86.4% | 93.2% | 92.3% |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Charter Schools Cont'd | 423 | 100.0% | 97.1% | 97.0% | 96.6% | 100.0% |
| | 427 | 100.0% | 98.0% | 100.0% | 100.0% | 100.0% |
| | 428 | 100.0% | 100.0% | 98.7% | 100.0% | 96.2% |
| | 431 | 91.4% | 87.7% | 100.0% | 100.0% | 100.0% |
| | 432 | 100.0% | 91.3% | 100.0% | 100.0% | 100.0% |
| | 433 | 81.5% | 77.2% | 74.5% | 76.9% | 81.6% |
| All Schools in Area | | 90.8% | 85.3% | 87.4% | 87.9% | 85.0% |
| Disengagement Standard | | | | 58.80% | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.

Baltimore City Public School System
Department of Special Education
Outcome #8: Percentage of Special Needs Students Placed in LRE A and B
2007-2008 School Year: Fourth Quarter Report

| Area | School Number | Proportion of Special Needs Students Placed in LRE A and B ||||||
|---|---|---|---|---|---|---|
| | | June 30, 2007* | 1st Quarter* | 2nd Quarter* | 3rd Quarter* | June 30, 2008* |
| Elementary Area 9 | | | | | | |
| | 011 | 70.2% | 67.6% | 62.5% | 59.4% | 66.7% |
| | 027 | 54.0% | 54.7% | 51.9% | 59.0% | 54.1% |
| | 037 | 53.1% | 56.5% | 59.2% | 53.4% | 52.7% |
| | 083 | 77.8% | 70.5% | 72.0% | 80.4% | 87.2% |
| | 085 | 49.2% | 63.8% | 60.8% | 60.4% | 66.1% |
| | 134 | 33.7% | 36.4% | 40.7% | 35.1% | 39.6% |
| | 159 | 65.2% | 54.1% | 52.4% | 58.2% | 58.9% |
| | 160 | 68.8% | 65.0% | 66.7% | 68.3% | 64.4% |
| | 163 | 59.6% | 61.4% | 57.4% | 55.0% | 56.8% |
| | 164 | 62.9% | 63.3% | 63.3% | 64.7% | 59.1% |
| | 214 | 75.6% | 67.6% | 73.0% | 75.6% | 76.2% |
| | 220 | 71.2% | 76.3% | 73.0% | 78.1% | 79.2% |
| | 225 | 70.3% | 75.9% | 76.0% | 75.0% | 75.0% |
| | 229 | 65.0% | 82.6% | 95.5% | 100.0% | 96.4% |
| | 246 | 65.1% | 61.8% | 64.4% | 65.9% | 69.5% |
| | 248 | 80.4% | 71.8% | 74.3% | 73.7% | 78.4% |
| All Schools in Area | | 62.7% | 62.9% | 63.5% | 64.3% | 65.7% |
| Disengagement Standard | | | | 58.80% | | |

*Recalculated based on the 2007-2008 SY Area Configuration. Only students ages 6-21 included in calculation.