Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| LOCAL SCHOOL SYSTEM/ PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
|---|---|
| MSDE TRACKING | |

Please complete all of the sections in this report that are not shaded. Submit a paper copy and an electronic copy to the person designated in the letter or report of findings at the Maryland State Department of Education (MSDE)/ Division Special Education/Early Intervention Service (DSE/EIS). The boxes provided will expand to fit the text that is entered.

| I. GENERAL INFORMATION | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| LOCAL SCHOOL SYSTEM/PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
| CONTACT PERSON | Debra Y. Barbour and Denise Mabry 4th quarter |
| PHONE NUMBER | 410.396.8562 |
| EMAIL ADDRESS | DBarbour@bcps.k12;DMabry@bcps.k12.md.us |
| DATE OF MSDE FINDING, LETTER OR REPORT | August 6, 2007 |
| DATE CAP IS DUE TO MSDE | August 6, 2007 |
| DATE CAP IS SUBMITTED TO MSDE | |
| PROJECTED DATE OF COMPLETION | June 30, 2008 |

| II. SOURCE OF THE CAP | CHECK |
|---|---|
| COMPLAINT | |
| MONITORING FOR CONTINUOUS IMPROVEMENT AND RESULTS (EMCIR) | X |
| OTHER (If checked, write an explanation in this box) | |

| III. AREA OF NONCOMPLIANCE (for use by MSDE) |
|---|
| LRE – ages 6 through 21 |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| IV. DESCRIPTION OF NONCOMPLIANCE ADDRESSED BY THIS CAP |
|---|
| The number of BCPSS school aged students with disabilities (ages 6-21) receiving special education services in LRE A & LRE B continues to fall below the state and federal expectations. All schools continue to make progress in this area, however, a review of the data shows that there is one Area ( Area 2 K-8)  who has not met the goal of the original CAP, of the 58.8% goal of the Special Education Implementation Plan (Ultimate Measurable Outcome #8). All school should be working towards the state goal of 80% of students with disabilities receiving their services in LRE A. |

| V. RESULTS OR MEASUREABLE OUTCOMES TO CORRECT NONCOMPLIANCE |
|---|
| The number of schools under 58.8% and Tier 1 schools ( 405, 401, 424, 80, and 46) of school aged students with disabilities (6-21) receiving special education services in general education (LRE A) or combined settings (LRE B- general education and resource) will increase 5%. |

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| Monthly LRE A & B Data | Quarterly | 4th Quarter Update: Fourth quarter data attached |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| Inclusive Practices Classroom Visitation Checklist | Quarterly | **4th Quarter Update:** There has been a total of 383 Inclusive Classroom Visitation Checklist completed by School-based administrators and 152 completed by Inclusion Specialists from March 2008- May 2008. Strengths were indicated for teacher's knowledge of the IEP content for Areas 1-9; teachers' provides instructional accommodations for Areas 1, 2, 3, 4 & 9; and teacher provides supplementary aides and services for Areas 1-9. The indicated areas of need consists of teacher(s) differentiates instruction to accommodate diverse learners' need (Areas 5 & 7); IEP skills identified in lesson plans or additional documentation tools such as an IEP matrix (Areas 2, 5, 6, & 7); and planning/collaborative consultation for indirect hours (Areas 2, 4, & 5). |
| Inclusive Decision Making Checklist | Quarterly | **4th Quarter Update:** Quarterly data indicated that a total of 9 IEP Decision Making checklists were completed from March 2008 to May 2008. An analysis of the checklist indicated that appropriate LRE decisions were made based on documentation provided (i.e., quarterly assessments, teacher progress notes, and team's input). For the 2008-2009 SY, this monitoring checklist will be updated and more meetings will be monitored to ensure quality decision-making. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| IEP Folder Review Summary | Quarterly | **4th Quarter Update:** There has been a total of 173 IEP Folder Reviews completed by school-based administrators, including Area Staff and 327 IEP Folder Reviews completed by the Office of Low Incidence and Inclusion Staff from March 2008 – May 2008. Strengths were identified for Areas 1-9: students' appropriate LRE has been identified, exact percentage of time the student spends inside the general education class was calculated correctly, and both the special educator and general educator were listed on the appropriate goal pages. The area of needs identified remained consistent throughout the school year and across all areas which is Indirect Services Hours were not given to students in LRE A and B and the students' LRE was not consistent with their schedule. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 1. MSDE/LRE Grant: Enhancing Inclusive Practices PreK-12: Inclusion Specialist will provide intensive professional development on differentiation of instruction, co-teaching, accommodations and modifications and the decision making process to improve LRE by 5%. Sessions will be designed for Administrators, Special and Regular Education Teachers, Instructional Specialists, Instructional Support Teachers and IEP Teams, in Area 2 K-8, Area 5 E-MS- Middle Schools, Restructuring Schools and Tier 1 Schools (405, 401, 424, 080, and 046). | September 2007- August 2008 | 4th Quarter Update:<br>• March 10th – Accommodations & Modifications (#223)<br>• March 10th – Elements of Inclusion (#246)<br>• March 10th – Accommodations and Modifications (#031)<br>• March 12th – Completing Assessments & Reviewing Accommodations/Modifications (#157)<br>• March 14th – Accommodations and Modifications (#406)<br>• March 19th – Roles and Responsibilities for SWD for General Educators (Elementary Teachers)<br>• March 19th – Differentiation of Instruction for General Educators (Secondary Teachers)<br>• March 20th – Accommodations and Modifications (#246)<br>• April 11th – Flexible Grouping II (#162)<br>• April 14th – Collaboration and Consultation (#211)<br>• April 16th – Best Practices and Strategies for Inclusion (#145)<br>• April 24th –Including Students with Autism in The General Ed. Setting (#046)<br>• April 30th – Collaboration and Co-Teaching (#145)<br>• May 1st – How to Document and Plan for Co-Teaching (#049)<br>• May 5th – Co-Teaching (#029)<br>• May 7th – Role and Responsibilities of the General Educator for SWD (#239)<br>• May 15th – Aligning IEP with Instruction (#080 A&B)<br>• May 19th - Best Practices and Strategies for Inclusion (#088)<br>• May 28th - Role and Responsibilities of the General Educator for SWD (#162)<br>• May 22nd – Instructional Behavior Strategies (#124) |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 2. Focus Schools and Restructuring Schools will develop and include the LRE Inclusion Action Plan in their School Improvement Plan to monitor the percentage of students with disabilities receiving IEP services in the general education setting. | September 2007 – June 2008 | **4th Quarter Update:** All focus and restructuring schools have developed and continue to update and monitor the implementation of the inclusion action plan through monthly school improvement team meetings. Inclusion Specialist developed and made changes to SIP/Action Plans for next school year with schools during monthly action planning meetings in the month of May. |
| 3. Focus and Restructuring Schools will review and update Inclusion Action Plans monthly in order to monitor the percentage of students with disabilities receiving services in the general education setting. | October 2007 – May 2008 | **4th Quarter Update:** All focus and restructuring schools have developed and continue to update and monitor the implementation of the inclusion action plan through monthly school improvement team meetings. Inclusion Specialist developed and made changes to SIP/Action Plans for next school year with schools during monthly action planning meetings in the month of May. |
| 4. Schools in Areas 1, 3, 4, 6, 7 and 8 with LRE percentages below 58.8% of students with disabilities receiving special education services in LRE A or LRE B will develop Inclusion Action Plans and receive technical support to increase LRE by 5%. | September 2007 – June 2008 | **4th Quarter Update:** Schools with LRE percentages below 58.8% received technical assistance at least twice a month as needed per the request of the school administrators and/or teachers. Monthly meetings were also held to support school staff and to review LRE and activities put in place by the inclusion team. Out of the 42 focused schools, there has been an increase in LRE by 5% in 16 of the schools: Area 1 (3/10); Area 2 (2/5); Area 3(4/5); Area 4 (6/6); Area 5 (1/7); Area 6 (1/1); Area 7 (0/3); Area 9 (0/4). |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 5. Schools that have 58.8% or above of students with disabilities receiving special education services in general (LRE A) or combined settings (LRE B) will maintain or increase their LRE by 5%. | September 2007 - June 2008 | **4th Quarter Update:** Schools with LRE percentages above 58.8% receive technical assistance as needed per the request of the school administrators and/or teachers. Out of the 139 schools that have LRE percentages above 58.8%, their LRE has been maintained and/or increase in LRE by 5% in 136 of the schools (97.8%). |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 6. Inclusion Specialist will provide professional development for special and general education teachers on teaching strategies needed to differentiate instruction to accommodate students with disabilities in the general education setting. Professional development will include:<br>• Differentiation of Instruction<br>• Co-teaching, consultation, and other best practices<br>• Implementing IEPs in general education settings<br>• Providing accommodation/modifications in general education settings<br>• Quality IEPs, that match appropriate VSC/Academic Achievement Standards/ indicators | September 2007- June 2008 | 4th Quarter Update:<br>• March 10th – Accommodations & Modifications (#223)<br>• March 10th – Elements of Inclusion (#246)<br>• March 10th – Accommodations and Modifications (#031)<br>• March 12th – Completing Assessments & Reviewing Accommodations/Modifications (#157)<br>• March 14th – Accommodations and Modifications (#406)<br>• March 19th – Roles and Responsibilities for SWD for General Educators (Elementary Teachers)<br>• March 19th – Differentiation of Instruction for General Educators (Secondary Teachers)<br>• March 20th – Accommodations and Modifications (#246)<br>• April 11th – Flexible Grouping II (#162)<br>• April 14th – Collaboration and Consultation (#211)<br>• April 16th – Best Practices and Strategies for Inclusion (#145)<br>• April 24th – Including Students with Autism in The General Ed. Setting (#046)<br>• April 30th – Collaboration and Co-Teaching (#145)<br>• May 1st – How to Document and Plan for Co-Teaching (#049)<br>• May 5th – Co-Teaching (#029)<br>• May 7th – Role and Responsibilities of the General Educator for SWD (#239)<br>• May 15th – Aligning IEP with Instruction (#080 A&B)<br>• May 19th - Best Practices and Strategies for Inclusion (#088)<br>• May 28th - Role and Responsibilities of the General Educator for SWD (#162)<br>• May 22nd – Instructional Behavior Strategies (#124) |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 7a. Administrators, Area Special Education Instructional Specialist, and Instructional Support Teachers will conduct classroom visits using the *Inclusive Practices Classroom Visitation Checklist* to verify that students with disabilities are receiving required IEP services in the general education setting. Indirect hours/Consultation Log between special and general educator should be attached to the classroom visitation checklist.<br><br>7b. Inclusion Specialist will conduct at least two classroom visits per school per month using the Inclusive Practices Classroom Visitation Checklist to verify that students with disabilities are receiving required IEP services in the general education setting. | September 2007- June 2008 | **4th Quarter Update:**<br>There has been a total of 383 Inclusive Classroom Visitation Checklist completed by School-based administrators and 152 completed by Inclusion Specialists from March 2008- May 2008. Strengths were indicated for teacher's knowledge of the IEP content for Areas 1-9; teachers' provides instructional accommodations for Areas 1, 2, 3, 4 & 9; and teacher provides supplementary aides and services for Areas 1-9. The indicated areas of need consists of teacher(s) differentiates instruction to accommodate diverse learners' need (Areas 5 & 7); IEP skills identified in lesson plans or additional documentation tools such as an IEP matrix (Areas 2, 5, 6, & 7); and planning/collaborative consultation for indirect hours (Areas 2, 4, & 5). |
| 8. Principals, Area Special Education Coordinators, Area Special Education Instructional Specialist and Inclusion Specialist staff will review selected student records to assess compliance with Federal Regulations and COMAR regarding LRE standards using the *IEP Folder Review* | October 2007- June 2008 | **4th Quarter Update:**<br>There has been a total of 173 IEP Folder Reviews completed by school-based administrators, including Area Staff and 327 IEP Folder Reviews completed by the Office of Low Incidence and Inclusion Staff from March 2008 – May 2008. Strengths were identified for Areas 1-9: students' appropriate LRE has been identified, exact percentage of time the student spends inside the general education class was calculated correctly, and both the special educator and general educator were listed on the appropriate goal pages. The area of needs identified remained consistent throughout the school year and across all areas which is Indirect Services Hours were not given to students in LRE A and B and the students' LRE was not consistent with their schedule. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 9. Inclusion Coordinator, Area Special Education Coordinators, Special Education Instructional Specialist, and Inclusion Specialist will review LRE data monthly to discuss trends, decision making-process and strategies to improve LRE and share the data with school-based staff. | October 2007- June 2008 | **4th Quarter Update:** 100% monthly meetings have been conducted with all Areas for the months of March and April. Due to Extended School Year (ESY) Obligations and Area Obligations on the scheduled meeting dates, 7 of the 9 (77%) of the monthly meetings have been conducted for the month of May. The identified trends for all areas continues to include correct completion of inclusion monitoring tools; strategies to improve LRE (i.e., providing professional development, scheduling and monitoring instruction) and documenting indirect service. We also discussed tentative plans for the SY 08-09 as far as the reorganization plan and monthly meetings. A final decision has to made by the Academic Director of Special Education as to how Special Education meetings will be held for the upcoming school year. |
| 10. The Maryland Coalition for Inclusive Education will provide professional development for Inclusion Specialist and Student Support Curriculum Specialist to ensure effective support to school-based staff. Topics may include:<br>• Collaborative teaming<br>• Positive behavior supports<br>• Universal lesson planning<br>• Positive interpersonal relationships for social and academic progress | October 2007- June 2008 | **4th Quarter Update:** We partnered with Howard County School System for co-teaching instructional strategies. We will continue this partnership for the 2008-2009 school year. |

**VIII. IDENTIFY THE ONGOING STEPS THE LOCAL SCHOOL SYSTEM/PUBLIC AGENCY WILL TAKE TO ENSURE THE IDENTIFIED NONCOMPLIANCE HAS BEEN CORRECTED**

The Inclusion Coordinator and Inclusion Specialist will continue to review monthly LRE data to identify trends. The data will also be used to plan professional development for special and regular educators. Inclusion Specialist will follow-up at the identified schools after professional development sessions to ensure that the instructional strategies are being demonstrated in the Inclusive Classroom. Monthly Inclusion Action Plan Committee meetings

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

will continue to be held in identified schools to monitor the effectiveness of the action steps in the Inclusion Action Plans. The Inclusion Coordinator will continue meeting with the Area Special Education Coordinators and the AAOs' designee to discuss and review LRE data and to review the results of the two monitoring tools being used for Inclusive Best Practices. (*Inclusive Practices Classroom Visitation Checklist* and *IEP Folder Review*)

**LOCAL SCHOOL SYSTEM/PUBLIC AGENCY AUTHORIZED SIGNATURE**

Director of Special Education _____    Date _____

Note: This signature indicates the Director has reviewed and approved the contents of this plan and has authorized implementation of this corrective action plan.

**For use by MSDE Only**

| | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| MSDE CONTACT INFORMATION | |
| CONTACT PERSON, NAME AND TITLE | |
| PHONE NUMBER | |
| EMAIL ADDRESS | |

| | DATE | COMMENTS |
|---|---|---|
| STATUS OF CAP | | |
| CAP RECEIVED | | |
| MSDE APPROVED PLAN | | |
| MSDE NOTIFIED LSS/PA OF APPROVAL | | |
| MSDE VERIFIED CAP COMPLETED | | |

| | DATE | NOTES |
|---|---|---|
| CONTACTS: | | |
| | | |
| | | |
| | | |
| | | |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

EMCIR LRE School ages CAP – 4th Quarter Update
2007-2008 SY