**Baltimore City Public School System**
**Office of Special Education**
**Disengagement Outcome Quarterly Report Summary**
**2007-2008 School Year:  Fourth Quarter Report**

**Outcome #11:  Interruptions in Service**

**Disengagement Outcome**:  No more than 2% of students with disabilities will have interruptions in services in any school year as reported by OCS.

**Data Source:**  Special Education Tracking System (SETS).

**Data Timeframe:**  Violation start date between August 27, 2007 to June 30, 2008.

**Description:** The table shows the percentage of students that experienced an interruption in at least one IEP service.  A list of students for which an interruption was charged to the identified school is also included for review.

**Calculation:**  # of students with an interruption / total number of special needs students

**District Interruptions in Services Rate from OCS**

| Report Date | Quarter | % Students with Interruptions |
|---|---|---|
| 6/30/2008 | 4th | 4.5% |
| 6/30/2007 | 4th | 4.1% |
| 6/30/2006 | 4th | 9.6% |
| 6/30/2005 | 4th | 80% rate determined by MSDE |
| 6/30/2004 | 4th | 4.1% |
| 6/30/2003 | 4th | 1.4% |
| 6/30/2002 | 4th | 4.7% |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year : Fourth Quarter**

| AREA | 1st Quarter 2007-2008 SY | | 2nd Quarter 2007-2008 SY | | 3rd Quarter 2007-2008 SY | | 2007-2008 SY | |
|---|---|---|---|---|---|---|---|---|
| | n | % | n | % | n | % | n | % |
| Elementary Area 1 | 1 | 0.08% | 9 | 0.74% | 10 | 0.78% | 18 | 1.28% |
| Elementary Area 2 | 1 | 0.06% | 3 | 0.17% | 5 | 0.27% | 20 | 1.03% |
| Elementary Area 3 | 0 | 0.00% | 6 | 0.40% | 56 | 3.63% | 74 | 4.66% |
| Elementary Area 4 | 0 | 0.00% | 3 | 0.09% | 4 | 0.36% | 24 | 2.05% |
| Middle School Area | 22 | 1.32% | 89 | 5.41% | 99 | 6.10% | 127 | 7.84% |
| High School - Citywide, Alternative, Special Ed. Area | 0 | 0.00% | 3 | 0.27% | 16 | 1.47% | 28 | 3.25% |
| High School - Neighborhood & Innovation Area | 0 | 0.00% | 0 | 0.00% | 25 | 1.08% | 63 | 3.28% |
| Charter / New Schools | 0 | 0.00% | 3 | 0.28% | 46 | 4.39% | 81 | 8.16% |
| Elementary Restructuring Area | 2 | 0.22% | 3 | 0.32% | 5 | 0.52% | 13 | 1.28% |
| All Areas | 26 | 0.19% | 119 | 0.94% | 266 | 2.06% | 448 | 3.58% |
| Pre-K (#821, 822, 823) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Central and Area Offices | 0 | N/A | 18 | N/A | 60 | N/A | 105 | N/A |
| Transportation (#541) | 0 | N/A | 6 | N/A | 6 | N/A | 6 | N/A |
| Total* | 26 | 0.19% | 143 | 1.13% | 332 | 2.57% | 559 | 4.47% |

\*  Counts reflect the number of students that expereinced an interruption.

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| Elementary | 10 | 0.00% | 0.00% | 0.00% | 0.00% |
| Area 1 | 16 | 0.00% | 0.00% | 1.25% | 1.18% |
| | 21 | 0.00% | 2.44% | 2.44% | 2.33% |
| | 24 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 39 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 60 | 0.00% | 0.00% | 0.00% | 2.00% |
| | 61 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 67 | 0.00% | 1.61% | 1.47% | 4.11% |
| | 73 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 138 | 0.00% | 3.70% | 3.70% | 12.50% |
| | 144 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 150 | 0.00% | 1.79% | 1.69% | 1.47% |
| | 204 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 206 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 207 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 213 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 219 | 0.00% | 1.19% | 1.19% | 1.08% |
| | 221 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 242 | 1.61% | 1.69% | 1.61% | 1.43% |
| | 249 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 250 | 0.00% | 0.00% | 0.00% | 1.37% |
| | 256 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 260 | 0.00% | 7.32% | 6.98% | 7.69% |
| | 261 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.08%** | **0.74%** | **0.78%** | **1.28%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| Elementary | 4 | 0.00% | 0.00% | 0.00% | 5.43% |
| Area 2 | 35 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 51 | 0.00% | 1.09% | 1.09% | 4.17% |
| | 54 | 0.00% | 0.00% | 1.45% | 3.85% |
| | 55 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 75 | 0.00% | 0.42% | 0.42% | 1.26% |
| | 87 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 95 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 210 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 223 | 0.00% | 0.00% | 0.00% | 0.86% |
| | 224 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 228 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 232 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 233 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 234 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 236 | 1.01% | 0.93% | 0.88% | 0.83% |
| | 241 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 243 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 247 | 0.00% | 0.00% | 1.20% | 1.22% |
| | 254 | 0.00% | 0.00% | 0.00% | 1.69% |
| | 301 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.06%** | **0.17%** | **0.27%** | **1.03%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|------|------|------|------|------|------|
| Elementary | 12 | 0.00% | 0.00% | 15.25% | 15.57% |
| Area 3 | 13 | 0.00% | 2.70% | 2.70% | 5.00% |
| | 45 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 53 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 58 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 62 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 66 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 76 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 81 | 0.00% | 0.00% | 0.00% | 7.50% |
| | 84 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 89 | 0.00% | 1.47% | 2.86% | 2.86% |
| | 105 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 124 | 0.00% | 2.67% | 35.00% | 35.37% |
| | 157 | 0.00% | 0.00% | 2.27% | 13.64% |
| | 201 | 0.00% | 0.00% | 2.27% | 9.52% |
| | 205 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 212 | 0.00% | 0.00% | 0.95% | 0.93% |
| | 215 | 0.00% | 0.00% | 0.00% | 2.04% |
| | 226 | 0.00% | 0.00% | 4.88% | 7.14% |
| | 235 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 237 | 0.00% | 5.26% | 4.88% | 8.51% |
| | 240 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 313 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.00%** | **0.40%** | **3.63%** | **4.66%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|------|------|------|------|------|------|
| Elementary | 5 | 0.00% | 0.00% | 0.00% | 0.00% |
| Area 4 | 7 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 22 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 28 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 29 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 31 | 0.00% | 0.00% | 4.00% | 4.17% |
| | 34 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 36 | 0.00% | 2.17% | 1.96% | 1.69% |
| | 50 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 64 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 86 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 88 | 0.00% | 3.13% | 2.70% | 40.00% |
| | 98 | 0.00% | 0.00% | 0.00% | 1.61% |
| | 122 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 142 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 145 | 0.00% | 0.00% | 0.00% | 1.64% |
| | 203 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 211 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 217 | 0.00% | 0.00% | 0.00% | 1.54% |
| | 231 | 0.00% | 0.00% | 0.00% | 1.06% |
| | 245 | 0.00% | 0.00% | 0.00% | 2.27% |
| | 251 | 0.00% | 1.85% | 1.59% | 2.90% |
| | 314 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.00%** | **0.09%** | **0.36%** | **2.05%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| Middle School | 41 | 16.67% | 18.57% | 23.33% | 22.06% |
| Area | 42 | 0.00% | 0.00% | 0.00% | 2.86% |
| | 46 | 5.99% | 5.99% | 8.64% | 10.37% |
| | 49 | 0.00% | 11.11% | 10.78% | 11.00% |
| | 56 | 0.00% | 0.00% | 0.00% | 11.76% |
| | 57 | 0.00% | 0.00% | 0.00% | 4.55% |
| | 78 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 79 | 0.00% | 14.29% | 14.41% | 15.04% |
| | 80 | 0.00% | 7.38% | 8.33% | 8.20% |
| | 82 | 0.00% | 0.00% | 0.00% | 1.52% |
| | 130 | 0.00% | 9.02% | 10.17% | 21.05% |
| | 133 | 0.00% | 8.33% | 8.33% | 8.26% |
| | 162 | 0.00% | 6.85% | 7.14% | 7.14% |
| | 170 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 209 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 230 | 0.00% | 6.90% | 7.02% | 7.69% |
| | 239 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 255 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 263 | 0.00% | 0.00% | 3.13% | 5.26% |
| | 372 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 488 | 0.00% | 4.17% | 4.17% | 4.00% |
| **All Schools** | | **1.32%** | **5.41%** | **6.10%** | **7.84%** |
| **Disengagement Standard** | | **Less than or Equal to 2.0%** | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2007-2008 School Year :  Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| **High School -** | 177 | 0.00% | 0.00% | 0.00% | 0.00% |
| **Citywide,** | 178 | 0.00% | 0.00% | 3.17% | 4.44% |
| **Alternative,** | 181 | 0.00% | 0.00% | 11.48% | 12.73% |
| **Special Ed. Area** | 307 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 400 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 403 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 407 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 410 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 413 | 0.00% | 0.67% | 1.49% | 2.20% |
| | 414 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 415 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 416 | 0.00% | 0.96% | 1.08% | 2.50% |
| | 421 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 451 | 0.00% | 0.00% | 1.19% | 1.39% |
| | 454 | 0.00% | 0.00% | 0.00% | 25.00% |
| | 457 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 480 | 0.00% | 11.11% | 10.00% | 9.09% |
| **All Schools** | | **0.00%** | **0.27%** | **1.47%** | **3.25%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2006-2007 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| **High School -** | 401 | 0.00% | 0.00% | 3.49% | 6.78% |
| **Neighborhood &** | 405 | 0.00% | 0.00% | 0.00% | 2.10% |
| **Innovation Area** | 406 | 0.00% | 0.00% | 0.00% | 5.56% |
| | 418 | 0.00% | 0.00% | 0.00% | 0.75% |
| | 419 | 0.00% | 0.00% | 0.00% | 3.45% |
| | 420 | 0.00% | 0.00% | 0.00% | 0.81% |
| | 424 | 0.00% | 0.00% | 6.42% | 8.97% |
| | 425 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 426 | 0.00% | 0.00% | 0.00% | 2.61% |
| | 429 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 430 | 0.00% | 0.00% | 6.57% | 8.70% |
| | 434 | 0.00% | 0.00% | 0.00% | 2.21% |
| | 435 | 0.00% | 0.00% | 0.63% | 3.76% |
| | 450 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.00%** | **0.00%** | **1.08%** | **3.28%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**2006-2007 School Year : Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| **Charter / New** | 8 | 0.00% | 0.00% | 42.59% | 42.11% |
| **Schools** | 15 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 23 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 25 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 44 | 0.00% | 0.00% | 19.74% | 17.24% |
| | 47 | 0.00% | 0.00% | 2.78% | 5.41% |
| | 63 | 0.00% | 1.75% | 1.67% | 6.35% |
| | 97 | 0.00% | 0.00% | 0.00% | 5.45% |
| | 107 | 0.00% | 0.00% | 1.47% | 4.11% |
| | 125 | 0.00% | 0.00% | 0.00% | 6.85% |
| | 262 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 321 | 0.00% | 0.00% | 0.00% | 22.22% |
| | 322 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 323 | 0.00% | 0.00% | 6.67% | 7.14% |
| | 324 | 0.00% | 0.00% | 0.00% | 3.23% |
| | 325 | 0.00% | 0.00% | 0.00% | 5.71% |
| | 326 | 0.00% | 0.00% | 0.00% | 6.67% |
| | 327 | 0.00% | 1.89% | 4.17% | 8.51% |
| | 328 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 329 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 330 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 331 | 0.00% | 0.00% | 0.00% | 5.56% |
| | 332 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 333 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 334 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 335 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 422 | 0.00% | 0.00% | 2.27% | 5.13% |
| | 423 | 0.00% | 0.00% | 0.00% | 28.00% |
| | 427 | 0.00% | 0.00% | 0.00% | 3.13% |
| | 428 | 0.00% | 1.32% | 1.52% | 3.85% |
| | 431 | 0.00% | 0.00% | 0.00% | 5.26% |
| | 432 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 433 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.00%** | **0.28%** | **4.39%** | **8.16%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Outcome #11 : Interruptions in Service**
**Fourth Quarter**

| Area | School Number | 1st Quarter 2007-2008 SY | 2nd Quarter 2007-2008 SY | 3rd Quarter 2007-2008 SY | 2007-2008 SY |
|---|---|---|---|---|---|
| Elementary | 11 | 0.00% | 0.00% | 0.00% | 0.00% |
| Restructuring | 27 | 0.00% | 0.00% | 1.20% | 1.14% |
| | 37 | 0.00% | 0.00% | 1.35% | 4.05% |
| | 83 | 0.00% | 0.00% | 0.00% | 2.04% |
| | 85 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 134 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 159 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 160 | 0.00% | 2.22% | 2.33% | 4.26% |
| | 163 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 164 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 214 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 220 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 225 | 1.82% | 1.89% | 2.04% | 7.69% |
| | 229 | 0.00% | 0.00% | 0.00% | 0.00% |
| | 246 | 1.08% | 1.00% | 1.05% | 1.03% |
| | 248 | 0.00% | 0.00% | 0.00% | 0.00% |
| **All Schools** | | **0.22%** | **0.32%** | **0.52%** | **1.28%** |
| **Disengagement Standard** | | Less than or Equal to 2.0% | | | |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 11-Classroom Instruction | 016 | Elementary Area 1 | 016 |
| | | | 11-Classroom Instruction | 021 | Elementary Area 1 | 021 |
| | | | 26-Counseling Services | 060 | Elementary Area 1 | 060 |
| | | | 13-Speech & Language | 060 | Elementary Area 1 | 060 |
| | | | 13-Speech & Language | 067 | Elementary Area 1 | 067 |
| | | | 22-Occupational Therapy | 067 | Elementary Area 1 | 067 |
| | | | 13-Speech & Language | 067 | Elementary Area 1 | 067 |
| | | | 13-Speech & Language | 067 | Elementary Area 1 | 067 |
| | | | 13-Speech & Language | 138 | Elementary Area 1 | 138 |
| | | | 13-Speech & Language | 138 | Elementary Area 1 | 138 |
| | | | 13-Speech & Language | 138 | Elementary Area 1 | 138 |
| | | | 13-Speech & Language | 138 | Elementary Area 1 | 138 |
| | | | 26-Counseling Services | 138 | Elementary Area 1 | 138 |
| | | | 29-Social Work Services | 138 | Elementary Area 1 | 138 |
| | | | 13-Speech & Language | 138 | Elementary Area 1 | 138 |
| | | | 26-Counseling Services | 138 | Elementary Area 1 | 138 |
| | | | 41-Aide Services | 150 | Elementary Area 1 | 150 |
| | | | 22-Occupational Therapy | 219 | Elementary Area 1 | 888 |
| | | | 11-Classroom Instruction | 242 | Elementary Area 1 | 242 |
| | | | 13-Speech & Language | 250 | Elementary Area 1 | 250 |
| | | | 26-Counseling Services | 250 | Elementary Area 1 | 250 |
| | | | 11-Classroom Instruction | 260 | Elementary Area 1 | 260 |
| | | | 11-Classroom Instruction | 260 | Elementary Area 1 | 260 |
| | | | 13-Speech & Language | 260 | Elementary Area 1 | 260 |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 004 |
| | | | 35-Orientation & Mobility Training Services | 004 | Elementary Area 2 | 004 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 004 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 004 |
| | | | 29-Social Work Services | 004 | Elementary Area 2 | 004 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 004 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 098 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 098 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 098 |
| | | | 13-Speech & Language | 004 | Elementary Area 2 | 004 |
| | | | 26-Counseling Services | 051 | Elementary Area 2 | 051 |
| | | | 26-Counseling Services | 051 | Elementary Area 2 | 051 |
| | | | 29-Social Work Services | 051 | Elementary Area 2 | 051 |
| | | | 13-Speech & Language | 054 | Elementary Area 2 | 037 |
| | | | 29-Social Work Services | 054 | Elementary Area 2 | 054 |
| | | | 29-Social Work Services | 054 | Elementary Area 2 | 080 |
| | | | 22-Occupational Therapy | 075 | Elementary Area 2 | 063 |
| | | | 22-Occupational Therapy | 075 | Elementary Area 2 | 075 |
| | | | 22-Occupational Therapy | 075 | Elementary Area 2 | 075 |
| | | | 26-Counseling Services | 075 | Elementary Area 2 | 075 |
| | | | 13-Speech & Language | 223 | Elementary Area 2 | 223 |
| | | | 22-Occupational Therapy | 223 | Elementary Area 2 | 223 |
| | | | 26-Counseling Services | 223 | Elementary Area 2 | 223 |
| | | | 13-Speech & Language | 236 | Elementary Area 2 | 236 |
| | | | 26-Counseling Services | 247 | Elementary Area 2 | 247 |
| | | | 26-Counseling Services | 254 | Elementary Area 2 | 254 |
| | | | 29-Social Work Services | 254 | Elementary Area 2 | 254 |

Page 2

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 012 |
| | | | 13--Speech & Language | 012 | Elementary Area 3 | 013 |
| | | | 22--Occupational Therapy | 013 | Elementary Area 3 | 013 |
| | | | 13--Speech & Language | 013 | Elementary Area 3 | 013 |
| | | | 13--Speech & Language | 081 | Elementary Area 3 | 081 |
| | | | 13--Speech & Language | 081 | Elementary Area 3 | 081 |

Page 3

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 22-Occupational Therapy | 081 | Elementary Area 3 | 081 |
| | | | 23-Physical Therapy | 081 | Elementary Area 3 | 081 |
| | | | 11-Classroom Instruction | 089 | Elementary Area 3 | 089 |
| | | | 22-Occupational Therapy | 089 | Elementary Area 3 | 089 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 22-Occupational Therapy | 124 | Elementary Area 3 | 124 |
| | | | 11-Classroom Instruction | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 26-Counseling Services | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |

Page 4

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 124 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 242 |
| | | | 13-Speech & Language | 124 | Elementary Area 3 | 260 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 083 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 157 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 157 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 157 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 162 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 424 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 424 |
| | | | 11-Classroom Instruction | 157 | Elementary Area 3 | 424 |
| | | | 13-Speech & Language | 201 | Elementary Area 3 | 066 |
| | | | 23-Physical Therapy | 201 | Elementary Area 3 | 201 |
| | | | 13-Speech & Language | 201 | Elementary Area 3 | 201 |
| | | | 13-Speech & Language | 201 | Elementary Area 3 | 201 |
| | | | 22-Occupational Therapy | 201 | Elementary Area 3 | 201 |
| | | | 23-Physical Therapy | 201 | Elementary Area 3 | 201 |
| | | | 13-Speech & Language | 212 | Elementary Area 3 | 212 |
| | | | 13-Speech & Language | 215 | Elementary Area 3 | 822 |
| | | | 11-Classroom Instruction | 226 | Elementary Area 3 | 226 |
| | | | 11-Classroom Instruction | 226 | Elementary Area 3 | 226 |
| | | | 11-Classroom Instruction | 226 | Elementary Area 3 | 226 |
| | | | 11-Classroom Instruction | 226 | Elementary Area 3 | 226 |
| | | | 13-Speech & Language | 237 | Elementary Area 3 | 237 |
| | | | 22-Occupational Therapy | 237 | Elementary Area 3 | 237 |
| | | | 26-Counseling Services | 237 | Elementary Area 3 | 237 |
| | | | 26-Counseling Services | 237 | Elementary Area 3 | 237 |

Page 5

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 22-Occupational Therapy | 031 | Elementary Area 4 | 031 |
| | | | 13-Speech & Language | 036 | Elementary Area 4 | 036 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 010 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 088 |
| | | | 13-Speech & Language | 088 | Elementary Area 4 | 144 |
| | | | 13-Speech & Language | 098 | Elementary Area 4 | 098 |
| | | | 13-Speech & Language | 145 | Elementary Area 4 | 039 |
| | | | 13-Speech & Language | 217 | Elementary Area 4 | 217 |
| | | | 29-Social Work Services | 231 | Elementary Area 4 | 231 |
| | | | 26-Counseling Services | 245 | Elementary Area 4 | 245 |
| | | | 26-Counseling Services | 245 | Elementary Area 4 | 245 |
| | | | 11-Classroom Instruction | 251 | Elementary Area 4 | 251 |
| | | | 13-Speech & Language | 251 | Elementary Area 4 | 251 |

Page 6

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 26-Counseling Services | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 041 |
| | | | 13-Speech & Language | 041 | Middle School Area | 049 |
| | | | 13-Speech & Language | 041 | Middle School Area | 130 |
| | | | 13-Speech & Language | 041 | Middle School Area | 163 |
| | | | 13-Speech & Language | 041 | Middle School Area | 210 |
| | | | 22-Occupational Therapy | 042 | Middle School Area | 042 |
| | | | 26-Counseling Services | 042 | Middle School Area | 042 |
| | | | 26-Counseling Services | 042 | Middle School Area | 042 |
| | | | 26-Counseling Services | 042 | Middle School Area | 042 |
| | | | 13-Speech & Language | 042 | Middle School Area | 042 |
| | | | 26-Counseling Services | 046 | Middle School Area | 046 |
| | | | 26-Counseling Services | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 26-Counseling Services | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 26-Counseling Services | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |

Baltimore City Public School System
Office of Special Education
Data Monitoring, Compliance and Support Unit
Violation Start Date between 8/27/2007 and 6/30/2008

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 046 |
| | | | 22-Occupational Therapy | 046 | Middle School Area | 046 |
| | | | 26-Counseling Services | 046 | Middle School Area | 046 |
| | | | 11-Classroom Instruction | 046 | Middle School Area | 239 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 012 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 11-Classroom Instruction | 049 | Middle School Area | 049 |
| | | | 26-Counseling Services | 056 | Middle School Area | 056 |
| | | | 35-Orientation & Mobility Training Services | 056 | Middle School Area | 056 |
| | | | 13-Speech & Language | 056 | Middle School Area | 056 |
| | | | 13-Speech & Language | 057 | Middle School Area | 057 |
| | | | 13-Speech & Language | 057 | Middle School Area | 057 |
| | | | 13-Speech & Language | 057 | Middle School Area | 057 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 075 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |

Page 8

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 26-Counseling Services | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 079 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 157 |
| | | | 11-Classroom Instruction | 079 | Middle School Area | 230 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 027 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 22-Occupational Therapy | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 11-Classroom Instruction | 080 | Middle School Area | 080 |
| | | | 26-Counseling Services | 082 | Middle School Area | 082 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 23-Physical Therapy | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 26-Counseling Services | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 26-Counseling Services | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 29-Social Work Services | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 26-Counseling Services | 130 | Middle School Area | 130 |
| | | | 13-Speech & Language | 130 | Middle School Area | 130 |
| | | | 26-Counseling Services | 130 | Middle School Area | 130 |
| | | | 26-Counseling Services | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 13-Speech & Language | 130 | Middle School Area | 130 |
| | | | 29-Social Work Services | 130 | Middle School Area | 130 |
| | | | 26-Counseling Services | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 130 |
| | | | 13-Speech & Language | 130 | Middle School Area | 130 |
| | | | 11-Classroom Instruction | 130 | Middle School Area | 457 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 027 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 133 | Middle School Area | 133 |
| | | | 11-Classroom Instruction | 162 | Middle School Area | 013 |
| | | | 11-Classroom Instruction | 162 | Middle School Area | 162 |
| | | | 11-Classroom Instruction | 162 | Middle School Area | 162 |
| | | | 11-Classroom Instruction | 162 | Middle School Area | 162 |
| | | | 11-Classroom Instruction | 162 | Middle School Area | 162 |
| | | | 11-Classroom Instruction | 162 | Middle School Area | 210 |
| | | | 11-Classroom Instruction | 230 | Middle School Area | 230 |
| | | | 11-Classroom Instruction | 230 | Middle School Area | 230 |
| | | | 11-Classroom Instruction | 230 | Middle School Area | 230 |
| | | | 11-Classroom Instruction | 230 | Middle School Area | 230 |
| | | | 13-Speech & Language | 263 | Middle School Area | 263 |
| | | | 11-Classroom Instruction | 263 | Middle School Area | 263 |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 263 | Middle School Area | 263 |
| | | | 21-Psychological Services | 263 | Middle School Area | 263 |
| | | | 26-Counseling Services | 263 | Middle School Area | 372 |
| | | | 19-Transition Services | 488 | Middle School Area | 488 |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 178 | HS6 | 178 |
| | | | 13-Speech & Language | 178 | HS6 | 178 |
| | | | 13-Speech & Language | 178 | HS6 | 178 |
| | | | 13-Speech & Language | 178 | HS6 | 457 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 181 |
| | | | 26-Counseling Services | 181 | HS6 | 451 |
| | | | 11-Classroom Instruction | 413 | HS6 | 413 |
| | | | 22-Occupational Therapy | 413 | HS6 | 413 |
| | | | 13-Speech & Language | 416 | HS6 | 416 |
| | | | 26-Counseling Services | 416 | HS6 | 416 |
| | | | 26-Counseling Services | 451 | HS6 | 451 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 454 | HS6 | 454 |
| | | | 11-Classroom Instruction | 480 | HS6 | 480 |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 26-Counseling Services | 420 | HS7 | 420 |
| | | | 13-Speech & Language | 401 | HS7 | 401 |
| | | | 11-Classroom Instruction | 401 | HS7 | 401 |
| | | | 11-Classroom Instruction | 401 | HS7 | 401 |
| | | | 11-Classroom Instruction | 401 | HS7 | 401 |
| | | | 29-Social Work Services | 401 | HS7 | 401 |
| | | | 13-Speech & Language | 401 | HS7 | 401 |
| | | | 13-Speech & Language | 401 | HS7 | 401 |
| | | | 29-Social Work Services | 401 | HS7 | 401 |
| | | | 21-Psychological Services | 401 | HS7 | 401 |
| | | | 29-Social Work Services | 401 | HS7 | 401 |
| | | | 26-Counseling Services | 401 | HS7 | 401 |
| | | | 29-Social Work Services | 401 | HS7 | 401 |
| | | | 26-Counseling Services | 401 | HS7 | 401 |
| | | | 22-Occupational Therapy | 405 | HS7 | 405 |
| | | | 21-Psychological Services | 405 | HS7 | 405 |
| | | | 29-Social Work Services | 405 | HS7 | 405 |
| | | | 21-Psychological Services | 405 | HS7 | 405 |
| | | | 26-Counseling Services | 405 | HS7 | 405 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 13-Speech & Language | 406 | HS7 | 406 |
| | | | 26-Counseling Services | 406 | HS7 | 406 |
| | | | 29-Social Work Services | 406 | HS7 | 406 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 11-Classroom Instruction | 406 | HS7 | 406 |
| | | | 26-Counseling Services | 418 | HS7 | 418 |
| | | | 26-Counseling Services | 419 | HS7 | 419 |
| | | | 29-Social Work Services | 419 | HS7 | 419 |
| | | | 22-Occupational Therapy | 419 | HS7 | 419 |

Page 13

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 29-Social Work Services | 419 | HS7 | 419 |
| | | | 11-Classroom Instruction | 424 | HS7 | 424 |
| | | | 26-Counseling Services | 424 | HS7 | 424 |
| | | | 13-Speech & Language | 424 | HS7 | 424 |
| | | | 13-Speech & Language | 424 | HS7 | 424 |
| | | | 13-Speech & Language | 424 | HS7 | 424 |
| | | | 11-Classroom Instruction | 424 | HS7 | 424 |
| | | | 13-Speech & Language | 424 | HS7 | 424 |
| | | | 11-Classroom Instruction | 424 | HS7 | 424 |
| | | | 11-Classroom Instruction | 424 | HS7 | 424 |
| | | | 26-Counseling Services | 426 | HS7 | 426 |
| | | | 22-Occupational Therapy | 426 | HS7 | 426 |
| | | | 29-Social Work Services | 426 | HS7 | 426 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 21-Psychological Services | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 13-Speech & Language | 430 | HS7 | 430 |
| | | | 26-Counseling Services | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 11-Classroom Instruction | 430 | HS7 | 430 |
| | | | 29-Social Work Services | 434 | HS7 | 434 |
| | | | 21-Psychological Services | 434 | HS7 | 434 |
| | | | 29-Social Work Services | 434 | HS7 | 434 |
| | | | 26-Counseling Services | 435 | HS7 | 435 |
| | | | 26-Counseling Services | 435 | HS7 | 435 |
| | | | 13-Speech & Language | 435 | HS7 | 435 |
| | | | 26-Counseling Services | 435 | HS7 | 435 |
| | | | 13-Speech & Language | 435 | HS7 | 450 |

Page 14

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 008 | Charter Schools | 004 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 22-Occupational Therapy | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 008 |
| | | | 13-Speech & Language | 008 | Charter Schools | 075 |
| | | | 13-Speech & Language | 008 | Charter Schools | 098 |
| | | | 13-Speech & Language | 008 | Charter Schools | 888 |
| | | | 13-Speech & Language | 008 | Charter Schools | 888 |
| | | | 29-Social Work Services | 044 | Charter Schools | 044 |
| | | | 26-Counseling Services | 044 | Charter Schools | 044 |
| | | | 26-Counseling Services | 044 | Charter Schools | 044 |
| | | | 26-Counseling Services | 044 | Charter Schools | 044 |
| | | | 26-Counseling Services | 044 | Charter Schools | 044 |
| | | | 13-Speech & Language | 044 | Charter Schools | 044 |
| | | | 13-Speech & Language | 044 | Charter Schools | 044 |

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 044 | Charter Schools | 044 |
| | | | 29-Social Work Services | 044 | Charter Schools | 044 |
| | | | 29-Social Work Services | 044 | Charter Schools | 044 |
| | | | 13-Speech & Language | 044 | Charter Schools | 044 |
| | | | 13-Speech & Language | 044 | Charter Schools | 044 |
| | | | 13-Speech & Language | 044 | Charter Schools | 044 |
| | | | 29-Social Work Services | 044 | Charter Schools | 044 |
| | | | 13-Speech & Language | 044 | Charter Schools | 062 |
| | | | 13-Speech & Language | 044 | Charter Schools | 085 |
| | | | 29-Social Work Services | 044 | Charter Schools | 085 |
| | | | 13-Speech & Language | 044 | Charter Schools | 212 |
| | | | 13-Speech & Language | 044 | Charter Schools | 212 |
| | | | 13-Speech & Language | 044 | Charter Schools | 223 |
| | | | 13-Speech & Language | 044 | Charter Schools | 888 |
| | | | 13-Speech & Language | 047 | Charter Schools | 047 |
| | | | 13-Speech & Language | 047 | Charter Schools | 047 |
| | | | 26-Counseling Services | 063 | Charter Schools | 004 |
| | | | 11-Classroom Instruction | 063 | Charter Schools | 042 |
| | | | 13-Speech & Language | 063 | Charter Schools | 063 |
| | | | 22-Occupational Therapy | 063 | Charter Schools | 063 |
| | | | 20-Audiological Services | 097 | Charter Schools | 097 |
| | | | 13-Speech & Language | 097 | Charter Schools | 097 |
| | | | 22-Occupational Therapy | 097 | Charter Schools | 097 |
| | | | 13-Speech & Language | 107 | Charter Schools | 107 |
| | | | 13-Speech & Language | 107 | Charter Schools | 107 |
| | | | 22-Occupational Therapy | 107 | Charter Schools | 107 |
| | | | 26-Counseling Services | 125 | Charter Schools | 125 |
| | | | 13-Speech & Language | 125 | Charter Schools | 125 |
| | | | 13-Speech & Language | 125 | Charter Schools | 125 |
| | | | 13-Speech & Language | 125 | Charter Schools | 125 |
| | | | 13-Speech & Language | 321 | Charter Schools | 251 |
| | | | 13-Speech & Language | 321 | Charter Schools | 321 |
| | | | 22-Occupational Therapy | 321 | Charter Schools | 321 |

Page 16

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 321 | Charter Schools | 321 |
| | | | 11-Classroom Instruction | 323 | Charter Schools | 075 |
| | | | 13-Speech & Language | 323 | Charter Schools | 075 |
| | | | 26-Counseling Services | 324 | Charter Schools | 130 |
| | | | 13-Speech & Language | 325 | Charter Schools | 325 |
| | | | 26-Counseling Services | 325 | Charter Schools | 325 |
| | | | 26-Counseling Services | 326 | Charter Schools | 326 |
| | | | 26-Counseling Services | 326 | Charter Schools | 326 |
| | | | 13-Speech & Language | 327 | Charter Schools | 327 |
| | | | 22-Occupational Therapy | 327 | Charter Schools | 327 |
| | | | 22-Occupational Therapy | 327 | Charter Schools | 327 |
| | | | 26-Counseling Services | 327 | Charter Schools | 327 |
| | | | 29-Social Work Services | 327 | Charter Schools | 327 |
| | | | 26-Counseling Services | 331 | Charter Schools | 331 |
| | | | 11-Classroom Instruction | 422 | Charter Schools | 422 |
| | | | 26-Counseling Services | 422 | Charter Schools | 422 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 13-Speech & Language | 423 | Charter Schools | 423 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 13-Speech & Language | 423 | Charter Schools | 423 |
| | | | 11-Classroom Instruction | 423 | Charter Schools | 423 |
| | | | 13-Speech & Language | 423 | Charter Schools | 423 |
| | | | 13-Speech & Language | 427 | Charter Schools | 427 |
| | | | 11-Classroom Instruction | 428 | Charter Schools | 428 |
| | | | 26-Counseling Services | 428 | Charter Schools | 428 |
| | | | 13-Speech & Language | 431 | Charter Schools | 431 |
| | | | 26-Counseling Services | 431 | Charter Schools | 431 |

Page 17

**Baltimore City Public School System**
**Office of Special Education**
**Data Monitoring, Compliance and Support Unit**
**Violation Start Date between 8/27/2007 and 6/30/2008**

| First Name | Last Name | Perm Number | Service Interrupted | Violation School | Area | Current Attending School |
|---|---|---|---|---|---|---|
| | | | 13-Speech & Language | 027 | Elementary Area 9 | 027 |
| | | | 13-Speech & Language | 037 | Elementary Area 9 | 037 |
| | | | 13-Speech & Language | 037 | Elementary Area 9 | 037 |
| | | | 22-Occupational Therapy | 037 | Elementary Area 9 | 037 |
| | | | 22-Occupational Therapy | 083 | Elementary Area 9 | 083 |
| | | | 13-Speech & Language | 083 | Elementary Area 9 | 083 |
| | | | 29-Social Work Services | 083 | Elementary Area 9 | 083 |
| | | | 13-Speech & Language | 160 | Elementary Area 9 | 160 |
| | | | 13-Speech & Language | 160 | Elementary Area 9 | 160 |
| | | | 13-Speech & Language | 225 | Elementary Area 9 | 225 |
| | | | 13-Speech & Language | 225 | Elementary Area 9 | 225 |
| | | | 11-Classroom Instruction | 225 | Elementary Area 9 | 225 |
| | | | 13-Speech & Language | 225 | Elementary Area 9 | 225 |
| | | | 11-Classroom Instruction | 246 | Elementary Area 9 | 246 |
| | | | 11-Classroom Instruction | 246 | Elementary Area 9 | 246 |

Page 18