Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| LOCAL SCHOOL SYSTEM/ PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
|---|---|
| MSDE TRACKING | |

Please complete all of the sections in this report that are not shaded. Submit a paper copy and an electronic copy to the person designated in the letter or report of findings at the Maryland State Department of Education (MSDE)/ Division Special Education/Early Intervention Service (DSE/EIS). The boxes provided will expand to fit the text that is entered.

| I. GENERAL INFORMATION | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| LOCAL SCHOOL SYSTEM/PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
| CONTACT PERSON | James V. Padden, Director of Related Services |
| PHONE NUMBER | 410.396.8924 |
| EMAIL ADDRESS | jpadden@bcps.k12.md.us |
| DATE OF MSDE FINDING, LETTER OR REPORT | June 14, 2005 |
| DATE CAP IS DUE TO MSDE | |
| DATE CAP IS SUBMITTED TO MSDE | |
| PROJECTED DATE OF COMPLETION | July 1, 2008 |

| II. SOURCE OF THE CAP | CHECK |
|---|---|
| COMPLAINT | |
| MONITORING FOR CONTINUOUS IMPROVEMENT AND RESULTS (EMCIR) | X |
| OTHER (If checked, write an explanation in this box) | |

| III. AREA OF NONCOMPLIANCE (for use by MSDE) | |
|---|---|
| Provision of IEP Services – Related Services | |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

### IV. DESCRIPTION OF NONCOMPLIANCE ADDRESSED BY THIS CAP

Interruptions in IEP Related Services (Speech/Language Therapy, Psychological Services, Social Work Services, Occupational Therapy, Physical Therapy, Counseling, Audiology)
MSDE Audit results from the 2005/06 school year indicated that 54.78% of students and 37.72% of related services audited experienced an interruption.
MSDE Audit results from the 2006/07 school year indicated that 26.76% of students and 16.99% of related services audited experienced an interruption.

Amendment for Low Incidence Related Services – Additionally, Interruptions in IEP Related Services (Recreation Therapy, Orientation and Mobility, School Nurse Services, Parent Counseling and Training, Medical Services (for diagnostic or evaluation purposes), and Interpreting Services.)

### V. RESULTS OR MEASUREABLE OUTCOMES TO CORRECT NONCOMPLIANCE

Related Services (Speech/Language Therapy, Psychological Services, Social Work Services, Occupational Therapy, Physical Therapy, Counseling, and Audiology, Recreation Therapy, Orientation and Mobility, School Nurse Services, Parent Counseling and Training, Medical Services (for diagnostic and evaluation purposes), and Interpreting Services) for students with disabilities will be provided 100% of the time without interruption as indicated in their IEPs.

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| 1. Encounter Tracker (ET) Compliance Reports.<br>A. Revise Third Party Billing business rules to include instructions for use of ET<br>B. Successful SETS data transfers<br>C. Develop and refine custom reports<br>D. Train Related Services Unit (RSU) supervisory staff in report access and utilization<br>E. Train Prevention Plan Associates to assist supervisory staff with follow-up<br>F. Secure and image computers/arrange access for all RSU staff<br>G. Full implementation of ET with RSU (excluding audiology) clinical staff by 10/01/07 | Quarterly Reporting of Progress | **4th Quarter Update:**<br>A. Continue to receive a daily feed from MD Online IEP. Also began receiving a daily goals and objectives data feed from MD Online IEP in March 2008.<br>B. Management and supervisory reports are being distributed at RSU staff meetings to support successful implementation of ET supervision plan, Circular 8, and to prevent interruptions and to receive feedback from supervisors/coordinators as reports are refined. Additional trainings on the ET School Wide Compliance reports have been provided to principals and areas identified in Outcome 11 Implementation reports as needing additional assistance. Data management schedule ongoing implementation to ensure timely distribution of reports to support clinical supervision, prevention of interruptions, and Third Party Billing accuracy.<br>C. ET report distribution and discussion of issues are a standing agenda item at weekly RSU staff meetings. Assistance sought from Office of Data Monitoring, Compliance and Support to determine systems and streamline reports to increase supervisor efficiency.<br>D. Ongoing training provided as-needed for RSU supervisory staff; at PDC for newly hired clinical staff and those who are identified in reports and supervision process as in need of additional technical assistance or compliance support. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| | | E. Prevention Plan Associate Access to ET being utilized to verify implementation of Form B Prevention Plans. On a limited basis, ET information being utilized to validate or correct Prevention Plan database. Prevention Plan expanded access will begin SY 08-09<br><br>F. Audiologists all given laptops in fourth quarter. ITD will add audiological services in summer with expected implementation beginning of SY 08-09<br><br>G. Laptops with Encounter Tracker image collected and stored at PDC for re-distribution at the beginning of SY 08-09. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| 2. Compilation of Prevention Plan-Form B Data<br>A. Training of new staff<br>B. Refine Prevention Plan Business Rules<br>C. Continue internal audits by Data Support group<br>D. Develop weekly, monthly and quarterly custom reports to identify areas of non-compliance and trends<br>E. Begin monthly I-Stat reporting on data and trends as of 09/07 (See #6)<br>F. Replace paper submission of Prevention Plans with an electronic system<br>G. Develop mechanism of reporting acceptance of Prevention Plan documents by RSU; explore feasibility of remote access to Prevention Plan Database for tracking purposes | Quarterly Reporting of Progress | **4th Quarter Update:**<br>A. Staff Specialist Prevention Plan position has remained open during the quarter. A candidate was identified to fill the position on an interim basis over the summer. As the school year ended the candidate declined. Moving forward, an acceptable candidate has been identified as part of the District's staffing re-allocation process. Anticipated start date by end of July 2008.<br>B. Prevention Plan Associates continued to accept both electronic and paper Prevention Plans during the quarter (approximately 50%-50%). Plan to be fully electronic as of the start of the 2008-09 school year. Also, during the quarter, PPAs worked extensively with ITD in the creation and refinement of a revised, self-guided training module that will include at least three post-tests. Currently in testing phase; rollout expected for start of school year.<br>C. Data transfers for informal audits ongoing. In June 2008, advice from Office of Data Monitoring, Compliance and Support sought for strategies as to Prevention Plan database redesign and reporting for SY 2008-09.<br>D. See comments from C, above. Presently re-defining database and associated business rules.<br>E. IP-Stat reporting-ongoing during the quarter. Discussion as to need for feedback back from schools when possible violations due to late assessments are identified. To refine reporting process in 2008-09 school year.<br>F. See B, above. Notification of acceptance and remote access available during the quarter but under-utilized. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| 3. OSEMC Quality Compliance Audit (QCA) Prevention Plan and Interruption in Related Services Data/Findings<br>  A. Cooperate with OSEMC audits<br>  B. RSU clinical staff training in documentation<br>  C. RSU clinical staff training in compliance and audit preparation | Quarterly Reporting of Progress | **4th Quarter Update:**<br>A. During the quarter, a total of five OSEMC QCA Audits were conducted. Typically, a minimum of ten student records are randomly selected at each school, for review of Related Service provision. George G. Kelson #157 the interruption rate was 10%; at Forest Park High #406 the interruption rate was 12.5%; at Belmont Elementary School #217 the interruption rate was 5.5%; at Baltimore Freedom Academy #423 the interruption rate was 17.6%, at Booker T. Washington Middle #130 the interruption rate was 42%. (See Attachments).<br>B. All RSU staff received training on acceptable versus unacceptable documentation at discipline-specific staff meetings during the quarter.<br>C. All RSU staff received feedback on compliance, the audit process and high and low points of the annual MSDE audit in at least two discipline-specific staff meetings during the quarter. Specific findings based on the EMCIR Addendum dated April 2008rt reviewed with all staff. Areas for improvement discussed.<br>D. All RSU staff received training on acceptable versus unacceptable documentation at discipline-specific staff meetings during the quarter.<br>E. All RSU staff received feedback on compliance, the audit process and high and low points of the annual MSDE audit in at least two discipline-specific staff meetings during the quarter. Specific findings based on the EMCIR Addendum dated April 2008rt reviewed with all staff. Areas for improvement discussed. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| 4. IP Outcome #11 Rate of Interruptions Data<br>   A. Staff training/feedback by MSDE staff on audit processes and findings<br>   B. Follow-up on audit findings<br>   C. Appropriate Related Services staff supervision to ensure completion and implementation of corrective action plan | Quarterly Reporting of Progress | **4th Quarter Update:**<br>A. Formalized EMCIR Addendum/Audit Report dated April 2008 received during the quarter. Audit results reviewed and discussed at length with RSU management and supervisory staff. Also reviewed and discussed at length with Special Education Officer and Directors.<br>B. A collaborative BCPSS-IMCIT-MSDE work group was developed to examine the nature, type, severity and frequency of interruptions. Patterns identified. Common mechanisms for chart review discussed and piloted by work group.<br>C. RSU supervisory staff working with Office of Data Monitoring, Support and Compliance in the refinement of ET reporting systems and processes + data management and oversight capabilities. CAP grant application to provide additional staffing support to increase compliance is presently in development. CAP presently in development. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| 5. Vacancy Report<br>A. Maintain current staffing<br>B. More closely approximate budgeted FTE(s)<br>C. Maintain and expand qualified, contractual, supplemental staffing | Quarterly Reporting of Progress | **4th Quarter Update:**<br>A. Social Work Coordinator position filled during the quarter. Social Work Supervisor position vacated by individual who had been out of the office on FMLA for six months; presently vacant. Staff Specialist-Prevention Plan position presently with pending hire. Four (4) new OT staff and one (1) new PT hired during the quarter.<br>B. For clinical staff, PT and OTs expecting to utilize significantly fewer contractors in SY 2008-09. Psychology recruitment going extremely well; full staffing (120 FTEs) + has five (5) interns scheduled to complete one year commitments. Speech status quo as compared with third quarter. Social Work responsibilities changing significantly in schools, yielding significantly decreased SST responsibilities. Possibility of reduction in force for up to eight (8) FTEs; if necessary, RIF will be for staff who are LGSW and not fully certified.<br>C. No new contracts added during the quarter. Met with most of the contractual trainings for two summer school/ESY/Comp-Remedy documentation trainings in 06/08. |
| 6. Results of Interruptions Stat Meetings<br>A. Continue follow-up to violation reporting<br>B. Begin monthly reporting of Prevention Plan Data and Trends at I-Stat<br>C. Include data obtained from ET (as a subset of Prevention Plan data) in I-STAT reporting (e.g. % of students with missed services, ) | Quarterly Reporting of Progress | **4th Quarter Update:**<br>Reporting on ET and Prevention Plan was ongoing during the quarter. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 1. Hire and train clinical supervisors<br>  A. Thorough district and RSU orientation<br>  B. Training to include: SETS, SASI, PBES, ET, progressive discipline<br>  C. Evaluations of <u>ALL</u> RSU staff per PBES guidelines<br>  D. Develop and implement RSU Administrative and Clinical Goals for SY 2007-2008 | Fully Staffed as of July 2007 | 4th Quarter Update:<br>School year ended with all clinical staff having completer at least one formal observation/evaluation. In most instances, two were complete (as per PBES). Audiology violations (missing notes of daily sessions) discovered resulting in one termination. Moving into SY 08-09, supervisory staff instructed to begin the year utilizing enhanced oversight of individuals identified as under-performing and/or out of compliance in the 07-08 school year. Administrative and clinical goals for SY 08-09 presently in development. |
| 2. Related service providers to provide documentation of service delivery via the *Encounter Tracking system; Universal Contact Log/Third Party Billing Encounter Form (Audiology only)* | 8/27/07 | 4th Quarter Update:<br>Audiologists received laptops and basic ET/system orientation in 4th quarter. Anticipate to "go live" with start of the 08-09 school year. |
| 3. Design and implement professional development for related service providers on the various procedures, data systems, and documentation to improve the quality of services provided to students and to prevent interruptions in services.<br>  A. Full staff meeting and inservice on 8/22/07<br>  B. Break-out staff meetings by clinical discipline on 8/23/07 and 8/24/07<br>  C. Staff meeting and continuing education opportunities on a regular basis; CEU(s) when appropriate | 8/22/07 | 4th Quarter Update:<br>During the quarter, each clinical discipline conducted at least two staff meetings that were typically evenly split between clinical PD and operations issue resolution. Moving into SY 08-09, a consolidated RSU PD calendar for the entire school year is presently in development; anticipated completion 07/08. Calendar will include three (3) full staff meetings. Kick-off (full staff) meeting/professional development for SY 08-09 tentatively planned for August 19, 2008. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 4. Continue monthly Interruptions Stat meetings with CAO, SEO, AAOs, area staff, central office staff to report violations, discuss interventions and make recommendations for improvement. The primary focus of these monthly meeting is to review data showing where violations have occurred, discuss what was done to correct the issue and prevent reoccurrence. In addition, through the course of the meeting issues discussed at prior meeting are reviewed to ensure that follow-up activities were completed and problems do not recur. Prevention Plan reporting of status, problems and trends will begin in 09/07. | 9/07 | **4th Quarter Update:** Ongoing. See other comments related to ET, Prevention Plan process and IP-Stat reporting. |
| 5. Prevention Plan and Interruptions in Related Services modules to be incorporated into the OSEMC Quality Compliance Audit (QCA). The purpose of these modules is to determine the existence of interruptions and monitor the provision of IEP required services. In addition, if noncompliance is noted audit follow-up procedures require the development and implementation of corrective actions. | 9/1/05-ongoing For SY 2007-2008 | **4th Quarter Update:** Ongoing. See VI.3, above. Also see OSEMC school-based and summary reports. |
| 6. Monitor of 30-day web-based application for interruptions in services. As a result of the December 05 consent order, related service providers now have a 30 day period in which to make up weekly service. Policies and procedures relative to the implementation of this consent order were reviewed with all related service providers on 8.23.2006. The data base is monitored by the OT/PT Educational Specialist and follow up is provided to all related service providers who are not implementing procedures appropriately. This tracking system will become a function of Encounter Tracker for SY 2007-2008; full Implementation by 10/31/07. | 8/28/06 – ongoing for SY 2007-2008 Becoming a function of ET by 10/31/07 | **4th Quarter Update:** During the quarter, operational procedures for 60 day make-ups were developed and disseminated to all RSU staff. Associated 30-day compliance report expanded to add "31-60 day" as a defining category. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| 7. Monitor implementation of Revised/New Related Services Management Model. Ensure provision of adequate support and follow-up. Determine measures to evaluate effectiveness. | 12/31/07 | 4th Quarter Update: Ongoing. BCPSS work group and BCPSS-IMCIT-MSDE work group presently meeting to develop enhanced reporting, monitoring and staff efficiency. Model in development (for pending CAP grant application) indicating staffing levels needed to conduct enhanced monitoring on every student at frequencies of once per month and once every two months. |
| 8. Since the 04/05 school year, BCPSS has experienced numerous interruptions in OT/PT contractual staff. Contractual agencies are often unable to provide the amount of service specified in their contract and do not notify BCPSS staff when employees resign. The RSU Educational Specialist for OT/PT monitors OT/PT contractors to ensure initiation and ongoing provision of services. For SY 2007-2008 this will also be a focus area for the newly hired Speech, Social Work and Psychology supervisory staffing (7 newly filled positions). | 8/27/07 | 4th Quarter Update: Ongoing. During the quarter, attempts were made to make-up missed services (speech) that were within the 60 day time line. All contractual coverage needs appear to have been met during the quarter. |

| VIII. IDENTIFY THE ONGOING STEPS THE LOCAL SCHOOL SYSTEM/PUBLIC AGENCY WILL TAKE TO ENSURE THE IDENTIFIED NONCOMPLIANCE HAS BEEN CORRECTED |
|---|
| The BCPSS will utilize the data elements identified in Section VI as well as the on-going review by the IFG. |

LOCAL SCHOOL SYSTEM/PUBLIC AGENCY AUTHORIZED SIGNATURE

_____     _____
Director of Special Education           Date

**Maryland State Department of Education**
**Division of Special Education/Early Intervention Services**

## CORRECTIVE ACTION PLAN (CAP) - PART B

Note: This signature indicates the Director has reviewed and approved the contents of this plan and has authorized implementation of this corrective action plan.

**For use by MSDE Only**

| | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| MSDE CONTACT INFORMATION | |
| CONTACT PERSON, NAME AND TITLE | |
| PHONE NUMBER | |
| EMAIL ADDRESS | |

| | DATE | COMMENTS |
|---|---|---|
| STATUS OF CAP | | |
| CAP RECEIVED | | |
| MSDE APPROVED PLAN | | |
| MSDE NOTIFIED LSS/PA OF APPROVAL | | |
| MSDE VERIFIED CAP COMPLETED | | |

| | DATE | NOTES |
|---|---|---|
| CONTACTS: | | |
| | | |
| | | |