# Baltimore City Public School System
## Department of Special Education
### Disengagement Outcome Quarterly Report Summary
### 2007-2008 School Year: Fourth Quarter Report
### Outcome #13: Students with Disabilities Designated as Dropouts

**Disengagement Outcome**: BCPSS will ensure a minimum of 98% of the students with disabilities who are designated as "dropouts" will have an IEP Review Meeting.

**Data Source:** School Administrative Student Information (SASI) and Special Education Tracking System (SETS).

**Data Timeframe:** Assigned an exit code indicating dropout in SETS, SASI or both with an exit date between July 1, 2007 and June 30, 2008.

**Description:** The data summary report lists, by school, the number of students with disabilities that were designated as a dropout in SETS and/or SASI. Students were classified as **"Outcome Met"** if the data in SETS and SASI was consistent, both showing a dropout code, and the date of the IEP meeting where the student was designated as a dropout is within 60 calendar days of the SASI leave date. Students classified as "Met, Beyond Timeline" were coded as a dropout in both SETS and SASI, but there were more than 60 calendar days between the SASI leave date and the date of the IEP review meeting to assign the dropout code. Cases classified as "Outcome Not Met" have inconsistent data in SETS and SASI; only one of the data systems shows that the student is a dropout. The list of students is included to facilitate reconciliation of SETS and SASI, and to determine students that require an IEP meeting to assign a dropout code in SETS.

### District Compliance Rate Summary

| Report Date | Quarter | Compliance Rate |
|---|---|---|
| 6/24/2008 | 4th | 93.6% |
| 6/30/2007 | 4th | 87.8% |
| 6/30/2006 | 4th | 94.6% |
| 6/30/2005 | 4th | 93.6% |
| 6/30/2004 | 4th | 90.4% |
| 6/30/2003 | 4th | 89.2% |
| 6/30/2002 | 4th | 79.1% |

**Baltimore City Public School System**
**Department of Special Education**
**Outcome #13: Students with Disabilities Designated as Dropouts**
**2007 - 2008 School Year: June 2008**

| AREA | School | Total Dropouts | Outcome #13 Status | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Outcome Met | | Met, Beyond | | Outcome Not Met | |
| | | | n | % | n | % | n | % |
| **Elementary Area 2** | 004 | 1 | 1 | 100.0% | | | | |
| | 075 | 1 | 1 | 100.0% | | | | |
| **Area Total** | | **2** | **2** | **100.0%** | | | | |
| **Elementary Area 3** | 076 | 1 | 1 | 100.0% | | | | |
| **Area Total** | | **1** | **1** | **100.0%** | | | | |
| **Middle School Area** | 042 | 2 | 2 | 100.0% | | | | |
| | 046 | 1 | 1 | 100.0% | | | | |
| | 056 | 1 | 1 | 100.0% | | | | |
| | 057 | 3 | 3 | 100.0% | | | | |
| | 079 | 1 | 1 | 100.0% | | | | |
| | 133 | 1 | 1 | 100.0% | | | | |
| | 372 | 1 | 1 | 100.0% | | | | |
| | 488 | 1 | 1 | 100.0% | | | | |
| **Area Total** | | **11** | **11** | **100.0%** | | | | |
| **High School Area 6** | 178 | 55 | 54 | 98.2% | | | 1 | 1.8% |
| | 181 | 8 | 8 | 100.0% | | | | |
| | 307 | 2 | 2 | 100.0% | | | | |
| | 400 | 1 | 1 | 100.0% | | | | |
| | 410 | 4 | 4 | 100.0% | | | | |
| | 413 | 88 | 88 | 100.0% | | | | |
| | 416 | 8 | 8 | 100.0% | | | | |
| | 451 | 17 | 16 | 94.1% | | | 1 | 5.9% |
| | 454 | 1 | 1 | 100.0% | | | | |
| | 457 | 7 | 7 | 100.0% | | | | |
| | 884 | 5 | 1 | 20.0% | | | 4 | 80.0% |
| **Area Total** | | **196** | **190** | **96.9%** | | | **6** | **3.1%** |

**Baltimore City Public School System**
**Department of Special Education**
**Outcome #13:  Students with Disabilities Designated as Dropouts**
**2007 - 2008 School Year: June 2008**

| AREA | School | Total Dropouts | Outcome #13 Status | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Outcome Met | | Met, Beyond | | Outcome Not Met | |
| | | | n | % | n | % | n | % |
| High School Area 7 | 401 | 37 | 36 | 97.3% | | | 1 | 2.7% |
| | 405 | 44 | 43 | 97.7% | | | 1 | 2.3% |
| | 406 | 18 | 12 | 66.7% | | | 6 | 33.3% |
| | 418 | 19 | 18 | 94.7% | | | 1 | 5.3% |
| | 419 | 13 | 11 | 84.6% | | | 2 | 15.4% |
| | 420 | 19 | 17 | 89.5% | | | 2 | 10.5% |
| | 424 | 19 | 18 | 94.7% | | | 1 | 5.3% |
| | 425 | 17 | 16 | 94.1% | | | 1 | 5.9% |
| | 426 | 8 | 8 | 100.0% | | | | |
| | 429 | 13 | 13 | 100.0% | | | | |
| | 430 | 11 | 8 | 72.7% | | | 3 | 27.3% |
| | 431 | 9 | 9 | 100.0% | | | | |
| | 434 | 12 | 10 | 83.3% | | | 2 | 16.7% |
| | 435 | 19 | 17 | 89.5% | 1 | 5.3% | 1 | 5.3% |
| | 450 | 27 | 25 | 92.6% | 1 | 3.7% | 1 | 3.7% |
| **Area Total** | | **285** | **261** | **91.6%** | **2** | **0.7%** | **22** | **7.7%** |
| Charter School Area | 333 | 3 | 3 | 100.0% | | | | |
| | 422 | 2 | 2 | 100.0% | | | | |
| | 423 | 2 | 1 | 50.0% | | | 1 | 50.0% |
| | 427 | 4 | 3 | 75.0% | | | 1 | 25.0% |
| | 428 | 4 | 3 | 75.0% | | | 1 | 25.0% |
| | 433 | 3 | 3 | 100.0% | | | | |
| **Area Total** | | **18** | **15** | **83.3%** | | | **3** | **16.7%** |
| **District Total** | | **513** | **480** | **93.6%** | **2** | **0.4%** | **31** | **6.0%** |
| **Disengagement Standard** | | 98% | | | | | | |

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CH | 333 | | | | 01/16/91 | 11 | H | 11/29/07 | W33 | 11/29/07 | MET |
| CH | 333 | | | | 02/18/90 | 11 | H | 04/25/08 | W33 | 04/25/08 | MET |
| CH | 333 | | | | 12/03/89 | 12 | H | 04/25/08 | W33 | 04/25/08 | MET |
| CH | 422 | | | | 01/31/91 | 9 | H | 04/22/08 | W33 | 03/31/08 | MET |
| CH | 422 | | | | 11/20/88 | 11 | H | 05/29/08 | W31 | 04/22/08 | MET |
| CH | 423 | | | | 07/18/90 | 10 | G | 01/08/08 | T16 | 01/08/08 | NOT MET |
| CH | 423 | | | | 07/16/90 | 9 | H | 02/08/08 | W33 | 02/08/08 | MET |
| CH | 427 | | | | 07/07/92 | 9 | F | 04/14/08 | W33 | 04/14/08 | NOT MET |
| CH | 427 | | | | 08/12/92 | 9 | G | 08/28/07 | W50 | 09/28/07 | MET |
| CH | 427 | | | | 11/16/93 | 9 | G | 08/27/07 | W50 | 09/28/07 | MET |
| CH | 427 | | | | 04/12/90 | 10 | H | 11/28/07 | W31 | 11/28/07 | MET |
| CH | 428 | | | | 05/22/90 | 10 | H | 12/04/07 | W33 | 12/05/07 | MET |
| CH | 428 | | | | 11/28/88 | 10 | H | 04/15/08 | W33 | 04/15/08 | MET |
| CH | 428 | | | | 11/14/90 | 12 | H | 02/07/08 | W33 | 02/07/08 | MET |
| CH | 428 | | | | 10/24/93 | 9 | H | 12/07/07 | T13 | 12/07/07 | NOT MET |
| CH | 433 | | | | 03/17/90 | 9 | H | 05/06/08 | W33 | 05/06/08 | MET |
| CH | 433 | | | | 03/06/90 | 10 | H | 05/16/08 | W33 | 05/16/08 | MET |
| CH | 433 | | | | 03/24/92 | 9 | H | 10/16/07 | W33 | 10/16/07 | MET |
| E2 | 4 | | | | 10/20/91 | 8 | H | 03/31/08 | W33 | 03/31/08 | MET |
| E2 | 75 | | | | 01/29/94 | 8 | F | 01/15/08 | W38 | 01/15/08 | MET |
| E3 | 76 | | | | 10/06/92 | 8 | F | 04/14/08 | W38 | 04/14/08 | MET |
| HS6 | 178 | | | | 01/07/87 | 12 | H | 01/04/08 | W33 | 01/04/08 | MET |
| HS6 | 178 | | | | 12/28/87 | 9 | H | 05/06/08 | W33 | 05/06/08 | MET |
| HS6 | 178 | | | | 10/30/87 | 11 | H | 11/19/07 | T15 | 08/31/07 | NOT MET |
| HS6 | 178 | | | | 05/29/89 | 9 | H | 04/14/08 | W33 | 04/14/08 | MET |
| HS6 | 178 | | | | 07/20/91 | 9 | H | 05/13/08 | W33 | 05/13/08 | MET |
| HS6 | 178 | | | | 03/31/90 | 9 | H | 11/27/07 | W33 | 11/27/07 | MET |

1

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 178 | | | | 01/01/90 | 9 | H | 04/15/08 | W33 | 04/15/08 | MET |
| HS6 | 178 | | | | 09/02/89 | 9 | H | 10/09/07 | W33 | 10/10/07 | MET |
| HS6 | 178 | | | | 03/24/89 | 10 | H | 02/26/08 | W33 | 02/26/08 | MET |
| HS6 | 178 | | | | 10/25/88 | 9 | H | 11/01/07 | W33 | 11/01/07 | MET |
| HS6 | 178 | | | | 01/22/89 | 10 | H | 05/28/08 | W33 | 05/28/08 | MET |
| HS6 | 178 | | | | 10/05/89 | 10 | H | 11/27/07 | W33 | 11/27/07 | MET |
| HS6 | 178 | | | | 05/08/91 | 9 | H | 12/13/07 | W33 | 12/13/07 | MET |
| HS6 | 178 | | | | 11/11/89 | 10 | H | 04/10/08 | W33 | 04/01/08 | MET |
| HS6 | 178 | | | | 08/11/91 | 9 | H | 11/01/07 | W33 | 11/01/07 | MET |
| HS6 | 178 | | | | 12/25/88 | 10 | H | 04/21/08 | W33 | 04/21/08 | MET |
| HS6 | 178 | | | | 08/09/88 | 9 | H | 01/04/08 | W33 | 01/04/08 | MET |
| HS6 | 178 | | | | 12/14/91 | 9 | H | 04/08/08 | W33 | 04/08/08 | MET |
| HS6 | 178 | | | | 09/06/89 | 11 | H | 11/06/07 | W33 | 11/06/07 | MET |
| HS6 | 178 | | | | 05/11/90 | 9 | H | 10/31/07 | W33 | 10/31/07 | MET |
| HS6 | 178 | | | | 06/30/90 | 9 | H | 02/06/08 | W50 | 02/05/08 | MET |
| HS6 | 178 | | | | 07/29/89 | 11 | H | 06/05/08 | W33 | 06/05/08 | MET |
| HS6 | 178 | | | | 07/27/89 | 10 | H | 05/12/08 | W33 | 06/12/08 | MET |
| HS6 | 178 | | | | 03/07/89 | 9 | H | 06/05/08 | W33 | 06/05/08 | MET |
| HS6 | 178 | | | | 05/05/90 | 10 | H | 05/23/08 | W33 | 05/23/08 | MET |
| HS6 | 178 | | | | 02/09/91 | 9 | H | 03/07/08 | W33 | 03/07/08 | MET |
| HS6 | 178 | | | | 07/02/92 | 10 | H | 11/21/07 | W33 | 11/21/07 | MET |
| HS6 | 178 | | | | 04/28/91 | 9 | H | 11/03/07 | W33 | 11/03/07 | MET |
| HS6 | 178 | | | | 01/20/92 | 9 | H | 04/01/08 | W33 | 04/01/08 | MET |
| HS6 | 178 | | | | 11/21/89 | 10 | H | 12/18/07 | W33 | 12/18/07 | MET |
| HS6 | 178 | | | | 01/18/90 | 10 | H | 10/27/07 | W33 | 10/27/07 | MET |
| HS6 | 178 | | | | 05/21/91 | 10 | H | 04/01/08 | W33 | 04/01/08 | MET |
| HS6 | 178 | | | | 11/01/91 | 9 | H | 03/18/08 | W33 | 02/28/08 | MET |

2

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June  2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 178 | | | | 07/30/88 | 10 | H | 10/25/07 | W33 | 10/25/07 | MET |
| HS6 | 178 | | | | 05/06/88 | 9 | H | 05/28/08 | W33 | 05/28/08 | MET |
| HS6 | 178 | | | | 03/25/89 | 10 | H | 11/20/07 | W33 | 11/20/07 | MET |
| HS6 | 178 | | | | 01/27/91 | 9 | H | 05/09/08 | W33 | 04/28/08 | MET |
| HS6 | 178 | | | | 01/07/89 | 10 | H | 12/19/07 | W33 | 12/19/07 | MET |
| HS6 | 178 | | | | 11/15/86 | 12 | H | 05/13/08 | W33 | 05/13/08 | MET |
| HS6 | 178 | | | | 06/22/91 | 9 | H | 05/05/08 | W33 | 04/21/08 | MET |
| HS6 | 178 | | | | 10/15/89 | 12 | H | 05/14/08 | W33 | 05/14/08 | MET |
| HS6 | 178 | | | | 06/14/89 | 12 | H | 05/15/08 | W33 | 05/15/08 | MET |
| HS6 | 178 | | | | 07/05/90 | 9 | H | 05/19/08 | W33 | 05/19/08 | MET |
| HS6 | 178 | | | | 08/04/91 | 9 | H | 05/02/08 | W33 | 05/02/08 | MET |
| HS6 | 178 | | | | 04/24/90 | 9 | H | 04/28/08 | W33 | 04/28/08 | MET |
| HS6 | 178 | | | | 06/09/90 | 10 | H | 03/18/08 | W33 | 03/18/08 | MET |
| HS6 | 178 | | | | 01/26/90 | 9 | H | 05/16/08 | W33 | 05/16/08 | MET |
| HS6 | 178 | | | | 01/11/89 | 11 | H | 03/07/08 | W33 | 03/08/08 | MET |
| HS6 | 178 | | | | 08/13/89 | 10 | H | 12/04/07 | W33 | 12/04/07 | MET |
| HS6 | 178 | | | | 12/08/89 | 10 | H | 11/08/07 | W33 | 11/08/07 | MET |
| HS6 | 178 | | | | 10/23/90 | 9 | F | 02/15/08 | W38 | 02/22/08 | MET |
| HS6 | 178 | | | | 07/21/91 | 9 | H | 10/23/07 | W33 | 10/23/07 | MET |
| HS6 | 178 | | | | 07/17/89 | 10 | H | 05/09/08 | W33 | 05/09/08 | MET |
| HS6 | 178 | | | | 12/12/87 | 10 | H | 05/14/08 | W33 | 05/14/08 | MET |
| HS6 | 178 | | | | 08/31/89 | 10 | H | 05/06/08 | W33 | 05/06/08 | MET |
| HS6 | 178 | | | | 05/19/91 | 9 | H | 03/19/08 | W33 | 03/19/08 | MET |
| HS6 | 181 | | | | 07/20/91 | 9 | G | 04/09/08 | W50 | 04/18/08 | MET |
| HS6 | 181 | | | | 12/26/91 | 9 | H | 03/06/08 | W33 | 03/06/08 | MET |
| HS6 | 181 | | | | 03/25/92 | 9 | H | 10/10/07 | W50 | 10/10/07 | MET |
| HS6 | 181 | | | | 04/19/92 | 9 | H | 05/07/08 | W33 | 05/07/08 | MET |

3

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 181 | | | | 02/05/92 | 9 | H | 01/04/08 | W50 | 01/04/08 | MET |
| HS6 | 181 | | | | 04/12/91 | 9 | H | 05/07/08 | W33 | 05/07/08 | MET |
| HS6 | 181 | | | | 07/21/91 | 9 | H | 05/07/08 | W33 | 05/07/08 | MET |
| HS6 | 307 | | | | 01/12/90 | 12 | H | 01/30/08 | W33 | 01/30/08 | MET |
| HS6 | 307 | | | | 02/17/89 | 12 | H | 05/20/08 | W33 | 05/20/08 | MET |
| HS6 | 400 | | | | 08/19/91 | 9 | H | 10/23/07 | W33 | 10/23/07 | MET |
| HS6 | 410 | | | | 06/24/91 | 9 | H | 04/30/08 | W33 | 04/30/08 | MET |
| HS6 | 410 | | | | 01/03/91 | 10 | H | 09/27/07 | W31 | 09/27/07 | MET |
| HS6 | 410 | | | | 06/15/90 | 10 | H | 05/08/08 | W33 | 05/08/08 | MET |
| HS6 | 410 | | | | 07/15/89 | 10 | H | 11/05/07 | W33 | 11/16/07 | MET |
| HS6 | 413 | | | | 07/01/90 | 10 | H | 04/25/08 | W33 | 04/25/08 | MET |
| HS6 | 413 | | | | 11/23/89 | 9 | H | 01/10/08 | W33 | 01/09/08 | MET |
| HS6 | 413 | | | | 12/04/89 | 10 | H | 10/24/07 | W33 | 10/23/07 | MET |
| HS6 | 413 | | | | 01/20/88 | 10 | H | 01/29/08 | W33 | 01/29/08 | MET |
| HS6 | 413 | | | | 03/19/90 | 9 | H | 11/26/07 | W33 | 11/26/07 | MET |
| HS6 | 413 | | | | 10/05/90 | 10 | H | 11/15/07 | W33 | 11/15/07 | MET |
| HS6 | 413 | | | | 11/20/89 | 9 | H | 10/26/07 | W33 | 10/25/07 | MET |
| HS6 | 413 | | | | 07/02/89 | 9 | H | 12/21/07 | W33 | 12/20/07 | MET |
| HS6 | 413 | | | | 11/04/86 | 12 | H | 01/22/08 | W33 | 01/22/08 | MET |
| HS6 | 413 | | | | 05/06/88 | 10 | H | 01/18/08 | W33 | 01/18/08 | MET |
| HS6 | 413 | | | | 03/07/91 | 9 | H | 10/31/07 | W33 | 10/30/07 | MET |
| HS6 | 413 | | | | 02/02/89 | 10 | H | 09/12/07 | W50 | 09/12/07 | MET |
| HS6 | 413 | | | | 01/20/88 | 10 | H | 11/13/07 | W33 | 11/13/07 | MET |
| HS6 | 413 | | | | 09/30/88 | 9 | H | 11/13/07 | W33 | 11/13/07 | MET |
| HS6 | 413 | | | | 06/09/89 | 9 | H | 01/09/08 | W33 | 01/09/08 | MET |
| HS6 | 413 | | | | 07/04/90 | 9 | H | 04/01/08 | W33 | 04/01/08 | MET |
| HS6 | 413 | | | | 01/15/91 | 9 | H | 01/22/08 | W33 | 01/22/08 | MET |

4

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 413 | | | | 03/20/88 | 10 | H | 05/09/08 | W33 | 05/09/08 | MET |
| HS6 | 413 | | | | 02/06/91 | 10 | H | 12/12/07 | W33 | 12/12/07 | MET |
| HS6 | 413 | | | | 06/11/88 | 11 | H | 05/06/08 | W33 | 05/20/08 | MET |
| HS6 | 413 | | | | 02/06/89 | 9 | H | 11/01/07 | W33 | 10/31/07 | MET |
| HS6 | 413 | | | | 05/17/91 | 9 | H | 03/04/08 | W33 | 03/04/08 | MET |
| HS6 | 413 | | | | 04/05/89 | 10 | H | 10/17/07 | W33 | 10/16/07 | MET |
| HS6 | 413 | | | | 01/26/87 | 10 | H | 01/24/08 | W33 | 01/23/08 | MET |
| HS6 | 413 | | | | 04/18/87 | 11 | G | 11/27/07 | W50 | 11/27/07 | MET |
| HS6 | 413 | | | | 10/24/91 | 9 | H | 05/29/08 | W33 | 05/29/08 | MET |
| HS6 | 413 | | | | 04/07/89 | 9 | H | 05/13/08 | W33 | 05/13/08 | MET |
| HS6 | 413 | | | | 09/17/88 | 10 | H | 11/08/07 | W33 | 11/08/07 | MET |
| HS6 | 413 | | | | 07/16/90 | 9 | G | 10/24/07 | W50 | 10/24/07 | MET |
| HS6 | 413 | | | | 01/17/90 | 9 | H | 12/04/07 | W33 | 12/04/07 | MET |
| HS6 | 413 | | | | 12/18/89 | 9 | H | 02/05/08 | W33 | 02/05/08 | MET |
| HS6 | 413 | | | | 02/05/89 | 9 | H | 11/01/07 | W33 | 10/30/07 | MET |
| HS6 | 413 | | | | 10/29/90 | 9 | G | 12/07/07 | W50 | 12/10/07 | MET |
| HS6 | 413 | | | | 06/26/90 | 9 | H | 11/14/07 | W33 | 11/13/07 | MET |
| HS6 | 413 | | | | 01/25/90 | 9 | G | 09/05/07 | W50 | 09/17/07 | MET |
| HS6 | 413 | | | | 07/29/89 | 11 | H | 04/04/08 | W33 | 04/03/08 | MET |
| HS6 | 413 | | | | 04/21/90 | 9 | H | 02/21/08 | W33 | 02/21/08 | MET |
| HS6 | 413 | | | | 04/29/89 | 9 | H | 11/21/07 | W33 | 11/20/07 | MET |
| HS6 | 413 | | | | 07/05/87 | 10 | H | 10/12/07 | W33 | 10/11/07 | MET |
| HS6 | 413 | | | | 05/17/88 | 9 | H | 01/31/08 | W33 | 01/30/08 | MET |
| HS6 | 413 | | | | 02/08/90 | 9 | H | 01/24/08 | W33 | 01/24/08 | MET |
| HS6 | 413 | | | | 01/27/90 | 9 | H | 01/25/08 | W33 | 01/10/08 | MET |
| HS6 | 413 | | | | 12/20/90 | 9 | H | 12/14/07 | W33 | 12/13/07 | MET |
| HS6 | 413 | | | | 01/31/90 | 10 | H | 05/13/08 | W33 | 05/13/08 | MET |

5

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 413 | | | | 11/20/90 | 9 | H | 03/05/08 | W33 | 03/04/08 | MET |
| HS6 | 413 | | | | 07/30/90 | 9 | H | 12/18/07 | W33 | 12/18/07 | MET |
| HS6 | 413 | | | | 02/08/90 | 9 | H | 06/06/08 | W33 | 06/06/08 | MET |
| HS6 | 413 | | | | 01/17/90 | 9 | H | 12/20/07 | W33 | 12/20/07 | MET |
| HS6 | 413 | | | | 05/04/91 | 9 | H | 12/20/07 | W33 | 11/09/07 | MET |
| HS6 | 413 | | | | 01/10/91 | 9 | G | 10/11/07 | W50 | 10/11/07 | MET |
| HS6 | 413 | | | | 02/09/89 | 11 | H | 04/24/08 | W33 | 04/24/08 | MET |
| HS6 | 413 | | | | 05/28/89 | 9 | H | 12/21/07 | W33 | 12/20/07 | MET |
| HS6 | 413 | | | | 06/20/90 | 10 | H | 02/14/08 | W33 | 02/14/08 | MET |
| HS6 | 413 | | | | 08/29/90 | 10 | H | 11/28/07 | W33 | 11/26/07 | MET |
| HS6 | 413 | | | | 10/06/86 | 9 | H | 11/14/07 | W33 | 11/29/07 | MET |
| HS6 | 413 | | | | 01/14/91 | 9 | H | 01/09/08 | W33 | 12/17/07 | MET |
| HS6 | 413 | | | | 05/22/91 | 9 | H | 10/31/07 | W33 | 10/25/07 | MET |
| HS6 | 413 | | | | 06/14/90 | 9 | G | 11/20/07 | W50 | 11/20/07 | MET |
| HS6 | 413 | | | | 11/10/88 | 11 | H | 04/22/08 | W33 | 05/06/08 | MET |
| HS6 | 413 | | | | 05/16/90 | 9 | H | 01/31/08 | W33 | 01/31/08 | MET |
| HS6 | 413 | | | | 01/01/90 | 9 | H | 12/14/07 | W33 | 12/14/07 | MET |
| HS6 | 413 | | | | 05/05/89 | 11 | H | 05/29/08 | W33 | 05/29/08 | MET |
| HS6 | 413 | | | | 07/25/90 | 9 | H | 11/14/07 | W33 | 11/15/07 | MET |
| HS6 | 413 | | | | 08/17/90 | 9 | H | 11/28/07 | W33 | 11/26/07 | MET |
| HS6 | 413 | | | | 09/15/90 | 9 | H | 10/12/07 | W33 | 10/11/07 | MET |
| HS6 | 413 | | | | 03/12/89 | 12 | H | 02/27/08 | W33 | 02/27/08 | MET |
| HS6 | 413 | | | | 08/08/89 | 10 | H | 02/29/08 | W33 | 03/03/08 | MET |
| HS6 | 413 | | | | 02/16/91 | 9 | H | 11/20/07 | W33 | 11/20/07 | MET |
| HS6 | 413 | | | | 09/15/89 | 9 | H | 05/16/08 | W33 | 05/16/08 | MET |
| HS6 | 413 | | | | 11/05/89 | 10 | G | 05/29/08 | W50 | 05/28/08 | MET |
| HS6 | 413 | | | | 05/01/87 | 12 | H | 04/25/08 | W33 | 05/06/08 | MET |

9

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 413 | | | | 11/16/88 | 9 | H | 04/15/08 | W33 | 04/15/08 | MET |
| HS6 | 413 | | | | 03/20/91 | 9 | H | 04/03/08 | W33 | 04/04/08 | MET |
| HS6 | 413 | | | | 06/03/89 | 10 | H | 11/16/07 | W33 | 11/15/07 | MET |
| HS6 | 413 | | | | 08/20/88 | 9 | H | 05/20/08 | W33 | 05/20/08 | MET |
| HS6 | 413 | | | | 12/02/87 | 12 | H | 05/16/08 | W33 | 05/16/08 | MET |
| HS6 | 413 | | | | 03/19/90 | 9 | H | 11/01/07 | W33 | 11/01/07 | MET |
| HS6 | 413 | | | | 12/11/90 | 9 | H | 11/14/07 | W33 | 11/13/07 | MET |
| HS6 | 413 | | | | 05/16/88 | 9 | G | 04/08/08 | W50 | 04/08/08 | MET |
| HS6 | 413 | | | | 10/12/87 | 10 | H | 09/22/07 | W33 | 09/20/07 | MET |
| HS6 | 413 | | | | 05/18/89 | 9 | H | 03/03/08 | W33 | 03/03/08 | MET |
| HS6 | 413 | | | | 08/13/89 | 9 | H | 01/22/08 | W33 | 01/22/08 | MET |
| HS6 | 413 | | | | 09/28/88 | 11 | H | 04/25/08 | W33 | 04/25/08 | MET |
| HS6 | 413 | | | | 09/07/90 | 11 | H | 11/20/07 | W33 | 11/20/07 | MET |
| HS6 | 413 | | | | 05/21/91 | 9 | H | 05/20/08 | W33 | 05/20/08 | MET |
| HS6 | 413 | | | | 12/24/90 | 9 | H | 02/21/08 | W33 | 02/21/08 | MET |
| HS6 | 413 | | | | 12/20/88 | 11 | H | 05/06/08 | W33 | 05/06/08 | MET |
| HS6 | 413 | | | | 08/19/89 | 9 | H | 10/17/07 | W33 | 10/15/07 | MET |
| HS6 | 416 | | | | 06/26/90 | 10 | H | 03/31/08 | W31 | 03/31/08 | MET |
| HS6 | 416 | | | | 05/06/89 | 12 | H | 04/17/08 | W31 | 04/23/08 | MET |
| HS6 | 416 | | | | 09/07/91 | 9 | H | 05/20/08 | W31 | 05/20/08 | MET |
| HS6 | 416 | | | | 10/26/90 | 9 | G | 03/31/08 | W50 | 03/31/08 | MET |
| HS6 | 416 | | | | 10/01/91 | 10 | H | 12/08/07 | W33 | 12/08/07 | MET |
| HS6 | 416 | | | | 07/18/90 | 10 | G | 01/30/08 | W50 | 01/29/08 | MET |
| HS6 | 416 | | | | 01/25/91 | 9 | H | 03/31/08 | W33 | 03/31/08 | MET |
| HS6 | 416 | | | | 01/16/92 | 9 | G | 01/24/08 | W50 | 01/23/08 | MET |
| HS6 | 451 | | | | 07/20/91 | 9 | H | 05/21/08 | W31 | 05/21/08 | MET |
| HS6 | 451 | | | | 05/26/90 | 9 | H | 11/01/07 | W33 | 11/07/07 | MET |

7

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June  2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 451 | | | | 10/12/89 | 9 | H | 02/20/08 | W31 | 02/20/08 | MET |
| HS6 | 451 | | | | 02/22/89 | 10 | G | 09/18/07 | W50 | 09/18/07 | MET |
| HS6 | 451 | | | | 10/21/88 | 12 | H | 01/09/08 | W33 | 01/09/08 | MET |
| HS6 | 451 | | | | 04/28/92 | 9 | H | 05/19/08 | W31 | 05/19/08 | MET |
| HS6 | 451 | | | | 11/05/88 | 12 | H | 02/13/08 | W33 | 02/13/08 | MET |
| HS6 | 451 | | | | 06/05/89 | 10 | H | 03/19/08 | W31 | 03/19/08 | MET |
| HS6 | 451 | | | | 11/18/89 | 10 | H | 05/13/08 | W33 | 05/13/08 | MET |
| HS6 | 451 | | | | 09/27/91 | 9 | H | 02/14/08 | W31 | 02/14/08 | MET |
| HS6 | 451 | | | | 09/17/90 | 10 | H | 02/21/08 | W31 | 02/21/08 | MET |
| HS6 | 451 | | | | 12/27/89 | 9 | H | 05/19/08 | W31 | 05/19/08 | MET |
| HS6 | 451 | | | | 07/03/88 | 10 | H | 02/13/08 | W31 | 02/13/08 | MET |
| HS6 | 451 | | | | 02/23/90 | 9 | H | 03/14/08 | W31 | 03/20/08 | MET |
| HS6 | 451 | | | | 11/16/90 | 9 | F | 03/06/08 | W38 | 03/06/08 | MET |
| HS6 | 451 | | | | 12/16/89 | 11 | H | 11/21/07 | W33 | 11/21/07 | MET |
| HS6 | 451 | | | | 08/11/90 | 9 | G | 12/12/07 | W33 | 12/12/07 | NOT MET |
| HS6 | 454 | | | | 12/06/91 | 10 | H | 04/16/08 | W33 | 04/17/08 | MET |
| HS6 | 457 | | | | 11/16/91 | 9 | H | 10/25/07 | W44 | 10/25/07 | MET |
| HS6 | 457 | | | | 01/29/90 | 11 | H | 02/21/08 | W33 | 02/21/08 | MET |
| HS6 | 457 | | | | 03/08/91 | 9 | H | 05/29/08 | W44 | 05/29/08 | MET |
| HS6 | 457 | | | | 06/14/90 | 10 | H | 12/14/07 | W44 | 12/19/07 | MET |
| HS6 | 457 | | | | 01/07/89 | 11 | H | 10/05/07 | W34 | 10/05/07 | MET |
| HS6 | 457 | | | | 09/05/91 | 10 | H | 10/29/07 | W44 | 10/29/07 | MET |
| HS6 | 457 | | | | 09/26/90 | 10 | H | 12/21/07 | W33 | 12/21/07 | MET |
| HS6 | 884 | | | | 07/15/88 | 12 | G | 10/30/07 | W33 | 10/30/07 | NOT MET |
| HS6 | 884 | | | | 04/04/90 | 8 | G | 06/12/08 | W33 | 09/06/07 | NOT MET |
| HS6 | 884 | | | | 02/23/90 | 9 | H | 04/11/08 | W50 | 01/30/08 | MET |
| HS6 | 884 | | | | 11/19/90 | 9 | F | 04/03/08 | W33 | 04/02/08 | NOT MET |

8

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS6 | 884 | | | | 12/26/89 | 9 | F | 03/01/08 | W33 | 09/21/07 | NOT MET |
| HS7 | 401 | | | | 07/10/90 | 9 | H | 10/29/07 | W33 | 10/29/07 | MET |
| HS7 | 401 | | | | 07/26/91 | 9 | H | 06/11/08 | W33 | 06/13/08 | MET |
| HS7 | 401 | | | | 02/05/90 | 9 | H | 11/12/07 | W33 | 11/12/07 | MET |
| HS7 | 401 | | | | 11/23/90 | 9 | H | 06/10/08 | W33 | 06/13/08 | MET |
| HS7 | 401 | | | | 03/03/92 | 9 | H | 10/12/07 | W33 | 10/12/07 | MET |
| HS7 | 401 | | | | 09/13/90 | 10 | H | 10/24/07 | W33 | 10/24/07 | MET |
| HS7 | 401 | | | | 12/31/90 | 11 | H | 05/09/08 | W33 | 05/09/08 | MET |
| HS7 | 401 | | | | 09/29/89 | 9 | H | 05/19/08 | W33 | 05/19/08 | MET |
| HS7 | 401 | | | | 05/06/90 | 9 | H | 05/21/08 | W33 | 05/21/08 | MET |
| HS7 | 401 | | | | 06/22/90 | 9 | H | 06/10/08 | W33 | 06/10/08 | MET |
| HS7 | 401 | | | | 08/07/88 | 10 | H | 05/21/08 | W33 | 05/21/08 | MET |
| HS7 | 401 | | | | 09/09/90 | 9 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 11/12/91 | 9 | H | 12/06/07 | W33 | 12/06/07 | MET |
| HS7 | 401 | | | | 07/21/89 | 10 | H | 10/15/07 | W33 | 10/16/07 | MET |
| HS7 | 401 | | | | 04/08/91 | 9 | H | 01/30/08 | W33 | 01/30/08 | MET |
| HS7 | 401 | | | | 04/18/91 | 10 | G | 10/24/07 | W50 | 10/24/07 | MET |
| HS7 | 401 | | | | 06/08/91 | 11 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 12/13/89 | 9 | H | 05/22/08 | C63 | 05/22/08 | NOT MET |
| HS7 | 401 | | | | 12/26/91 | 9 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 06/16/90 | 11 | H | 04/30/08 | W33 | 04/30/08 | MET |
| HS7 | 401 | | | | 09/26/90 | 9 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 11/12/90 | 10 | H | 05/06/08 | W33 | 05/06/08 | MET |
| HS7 | 401 | | | | 01/12/88 | 9 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 08/22/91 | 9 | H | 12/17/07 | W33 | 12/17/07 | MET |
| HS7 | 401 | | | | 01/22/90 | 12 | H | 02/08/08 | W33 | 02/08/08 | MET |
| HS7 | 401 | | | | 06/07/89 | 10 | H | 10/25/07 | W33 | 10/25/07 | MET |

9

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 401 | | | | 04/06/90 | 12 | H | 10/11/07 | W33 | 10/10/07 | MET |
| HS7 | 401 | | | | 09/04/89 | 10 | H | 10/26/07 | W33 | 10/26/07 | MET |
| HS7 | 401 | | | | 09/12/91 | 9 | H | 02/25/08 | W33 | 02/25/08 | MET |
| HS7 | 401 | | | | 08/18/90 | 12 | H | 05/21/08 | W33 | 05/21/08 | MET |
| HS7 | 401 | | | | 09/30/91 | 9 | H | 10/12/07 | W33 | 10/12/07 | MET |
| HS7 | 401 | | | | 07/12/90 | 12 | H | 04/25/08 | W33 | 04/25/08 | MET |
| HS7 | 401 | | | | 05/03/90 | 10 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 06/20/89 | 9 | H | 10/15/07 | W33 | 10/15/07 | MET |
| HS7 | 401 | | | | 07/05/90 | 9 | H | 10/26/07 | W33 | 10/26/07 | MET |
| HS7 | 401 | | | | 02/05/91 | 9 | H | 02/08/08 | W33 | 02/08/08 | MET |
| HS7 | 401 | | | | 09/14/91 | 9 | H | 10/01/07 | W33 | 10/01/07 | MET |
| HS7 | 405 | | | | 01/10/91 | 9 | H | 06/12/08 | W31 | 06/12/08 | MET |
| HS7 | 405 | | | | 03/22/88 | 11 | H | 03/12/08 | W33 | 03/12/08 | MET |
| HS7 | 405 | | | | 12/18/89 | 9 | H | 03/14/08 | W33 | 03/14/08 | MET |
| HS7 | 405 | | | | 11/23/91 | 9 | H | 01/07/08 | W33 | 01/07/08 | MET |
| HS7 | 405 | | | | 11/24/88 | 9 | H | 01/09/08 | W33 | 01/09/08 | MET |
| HS7 | 405 | | | | 01/01/90 | 11 | H | 03/14/08 | W33 | 03/14/08 | MET |
| HS7 | 405 | | | | 06/13/91 | 9 | H | 11/26/07 | W33 | 11/29/07 | MET |
| HS7 | 405 | | | | 01/29/89 | 11 | H | 05/22/08 | W33 | 05/22/08 | MET |
| HS7 | 405 | | | | 12/10/88 | 9 | H | 12/13/07 | W33 | 12/13/07 | MET |
| HS7 | 405 | | | | 01/26/93 | 9 | H | 03/10/08 | T13 | 03/10/08 | NOT MET |
| HS7 | 405 | | | | 05/24/91 | 9 | H | 03/14/08 | W33 | 03/17/08 | MET |
| HS7 | 405 | | | | 10/01/91 | 9 | H | 11/05/07 | W33 | 11/29/07 | MET |
| HS7 | 405 | | | | 07/31/90 | 9 | H | 05/15/08 | W33 | 05/15/08 | MET |
| HS7 | 405 | | | | 09/08/91 | 9 | H | 05/06/08 | W33 | 05/17/08 | MET |
| HS7 | 405 | | | | 10/20/92 | 9 | H | 05/06/08 | W33 | 05/06/08 | MET |
| HS7 | 405 | | | | 11/06/89 | 12 | H | 12/13/07 | W33 | 12/11/07 | MET |

10

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June  2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 405 | | | | 01/10/91 | 9 | H | 05/12/08 | W31 | 05/12/08 | MET |
| HS7 | 405 | | | | 04/13/90 | 11 | H | 05/22/08 | W31 | 05/22/08 | MET |
| HS7 | 405 | | | | 09/07/91 | 9 | H | 10/27/07 | W33 | 10/27/07 | MET |
| HS7 | 405 | | | | 07/29/90 | 9 | H | 05/12/08 | W31 | 05/12/08 | MET |
| HS7 | 405 | | | | 05/08/90 | 10 | H | 11/12/07 | W50 | 11/12/07 | MET |
| HS7 | 405 | | | | 02/02/92 | 9 | H | 03/14/08 | W33 | 03/17/08 | MET |
| HS7 | 405 | | | | 12/05/90 | 11 | H | 03/07/08 | W33 | 03/07/08 | MET |
| HS7 | 405 | | | | 03/12/91 | 9 | H | 01/09/08 | W33 | 01/09/08 | MET |
| HS7 | 405 | | | | 01/02/90 | 10 | H | 04/08/08 | W33 | 04/08/08 | MET |
| HS7 | 405 | | | | 03/03/92 | 9 | H | 05/30/08 | W50 | 05/30/08 | MET |
| HS7 | 405 | | | | 09/20/89 | 11 | H | 10/30/07 | W31 | 10/30/07 | MET |
| HS7 | 405 | | | | 01/10/92 | 9 | H | 11/29/07 | W33 | 01/10/08 | MET |
| HS7 | 405 | | | | 12/27/88 | 11 | H | 11/27/07 | W33 | 11/27/07 | MET |
| HS7 | 405 | | | | 03/18/92 | 9 | H | 12/17/07 | W31 | 03/18/08 | MET |
| HS7 | 405 | | | | 05/10/92 | 9 | H | 05/13/08 | W31 | 05/13/08 | MET |
| HS7 | 405 | | | | 02/17/90 | 11 | H | 04/02/08 | W31 | 04/02/08 | MET |
| HS7 | 405 | | | | 12/07/91 | 9 | H | 11/01/07 | W31 | 11/01/07 | MET |
| HS7 | 405 | | | | 09/22/88 | 11 | H | 11/27/07 | W33 | 11/27/07 | MET |
| HS7 | 405 | | | | 07/16/91 | 9 | H | 10/24/07 | W33 | 10/24/07 | MET |
| HS7 | 405 | | | | 09/12/89 | 11 | H | 12/17/07 | W33 | 12/17/07 | MET |
| HS7 | 405 | | | | 11/08/90 | 9 | H | 05/22/08 | W31 | 05/22/08 | MET |
| HS7 | 405 | | | | 12/02/91 | 9 | H | 04/08/08 | W33 | 04/08/08 | MET |
| HS7 | 405 | | | | 01/10/90 | 12 | H | 05/05/08 | W31 | 05/05/08 | MET |
| HS7 | 405 | | | | 11/24/89 | 12 | H | 10/09/07 | W33 | 10/09/07 | MET |
| HS7 | 405 | | | | 09/15/91 | 9 | H | 11/29/07 | W33 | 11/29/07 | MET |
| HS7 | 405 | | | | 12/28/90 | 9 | H | 10/11/07 | W33 | 10/13/07 | MET |
| HS7 | 405 | | | | 02/23/92 | 9 | H | 01/23/08 | W50 | 01/23/08 | MET |

11

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 – 2008 School Year:  June  2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 405 | | | | 05/21/90 | 11 | H | 03/26/08 | W33 | 03/17/08 | MET |
| HS7 | 406 | | | | 04/24/89 | 11 | H | 11/01/07 | W33 | 11/01/07 | MET |
| HS7 | 406 | | | | 8/1/1989 | 12 | | | W33 | 06/20/08 | NOT MET |
| HS7 | 406 | | | | 09/08/92 | 10 | F | 06/10/08 | W33 | 06/10/08 | NOT MET |
| HS7 | 406 | | | | 10/02/90 | 9 | H | 01/24/08 | W33 | 01/24/08 | MET |
| HS7 | 406 | | | | 09/05/90 | 10 | H | 02/15/08 | T13 | 02/15/08 | NOT MET |
| HS7 | 406 | | | | 09/03/89 | 12 | F | 02/06/08 | W33 | 02/06/08 | NOT MET |
| HS7 | 406 | | | | 06/22/90 | 9 | H | 12/05/07 | W31 | 12/05/07 | MET |
| HS7 | 406 | | | | 12/19/91 | 10 | H | 12/04/07 | W33 | 12/04/07 | MET |
| HS7 | 406 | | | | 04/22/90 | 11 | H | 02/13/08 | W33 | 02/13/08 | MET |
| HS7 | 406 | | | | 12/02/87 | 10 | H | 11/27/07 | W33 | 11/27/07 | MET |
| HS7 | 406 | | | | 10/30/90 | 10 | G | 05/23/08 | W33 | 05/23/08 | NOT MET |
| HS7 | 406 | | | | 07/02/91 | 9 | H | 03/18/08 | W33 | 03/18/08 | MET |
| HS7 | 406 | | | | 04/30/92 | 9 | F | 04/25/08 | W50 | 04/25/08 | NOT MET |
| HS7 | 406 | | | | 11/07/90 | 11 | H | 12/12/07 | W33 | 12/12/07 | MET |
| HS7 | 406 | | | | 01/09/91 | 9 | G | 11/27/07 | W50 | 11/27/07 | MET |
| HS7 | 406 | | | | 04/21/88 | 12 | G | 12/18/07 | W50 | 12/18/07 | MET |
| HS7 | 406 | | | | 09/13/91 | 9 | H | 01/10/08 | W33 | 01/10/08 | MET |
| HS7 | 406 | | | | 09/20/88 | 10 | G | 09/21/07 | W50 | 09/22/07 | MET |
| HS7 | 418 | | | | 04/18/92 | 9 | H | 05/12/08 | W33 | 05/12/08 | MET |
| HS7 | 418 | | | | 10/22/88 | 12 | H | 02/20/08 | W33 | 02/20/08 | MET |
| HS7 | 418 | | | | 10/02/91 | 9 | H | 01/22/08 | W33 | 01/22/08 | MET |
| HS7 | 418 | | | | 08/08/89 | 11 | H | 01/22/08 | W33 | 01/22/08 | MET |
| HS7 | 418 | | | | 01/03/91 | 9 | H | 04/21/08 | W31 | 04/21/08 | MET |
| HS7 | 418 | | | | 09/12/88 | 12 | H | 02/21/08 | W33 | 02/21/08 | MET |
| HS7 | 418 | | | | 01/05/92 | 9 | H | 04/08/08 | W33 | 04/08/08 | MET |
| HS7 | 418 | | | | 01/08/92 | 9 | H | 02/07/08 | W33 | 02/07/08 | MET |

12

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June  2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 418 | | | | 04/11/91 | 9 | H | 11/09/07 | W33 | 11/09/07 | MET |
| HS7 | 418 | | | | 05/19/92 | 9 | F | 01/08/08 | W38 | 01/08/08 | MET |
| HS7 | 418 | | | | 07/17/91 | 9 | H | 10/30/07 | W31 | 10/30/07 | MET |
| HS7 | 418 | | | | 06/22/91 | 9 | H | 11/15/07 | T13 | 11/15/07 | NOT MET |
| HS7 | 418 | | | | 10/03/90 | 9 | H | 02/29/08 | W31 | 02/29/08 | MET |
| HS7 | 418 | | | | 11/22/90 | 11 | H | 02/20/08 | W33 | 02/20/08 | MET |
| HS7 | 418 | | | | 01/25/91 | 10 | G | 09/28/07 | W50 | 09/28/07 | MET |
| HS7 | 418 | | | | 10/20/90 | 9 | H | 01/29/08 | W33 | 01/29/08 | MET |
| HS7 | 418 | | | | 03/21/89 | 11 | H | 11/09/07 | W33 | 11/09/07 | MET |
| HS7 | 418 | | | | 01/15/91 | 9 | H | 11/21/07 | W33 | 11/21/07 | MET |
| HS7 | 418 | | | | 04/17/91 | 9 | H | 11/14/07 | W33 | 11/14/07 | MET |
| HS7 | 419 | | | | 02/24/91 | 9 | H | 05/13/08 | W33 | 05/12/08 | MET |
| HS7 | 419 | | | | 01/22/91 | 9 | H | 02/11/08 | W33 | 02/11/08 | MET |
| HS7 | 419 | | | | 09/27/89 | 9 | H | 10/11/07 | W33 | 10/10/07 | MET |
| HS7 | 419 | | | | 11/25/90 | 9 | H | 02/25/08 | W50 | 02/06/08 | MET |
| HS7 | 419 | | | | 12/15/88 | 12 | H | 11/09/07 | W33 | 11/09/07 | MET |
| HS7 | 419 | | | | 09/30/90 | 9 | G | 05/16/08 | W33 | 05/16/08 | NOT MET |
| HS7 | 419 | | | | 03/11/93 | 9 | F | 06/05/08 | W33 | 06/05/08 | NOT MET |
| HS7 | 419 | | | | 05/18/90 | 10 | H | 03/11/08 | W33 | 02/25/08 | MET |
| HS7 | 419 | | | | 12/04/90 | 9 | H | 10/03/07 | W33 | 10/03/07 | MET |
| HS7 | 419 | | | | 05/31/91 | 10 | H | 11/15/07 | W33 | 11/13/07 | MET |
| HS7 | 419 | | | | 08/17/91 | 9 | H | 04/26/08 | W33 | 04/25/08 | MET |
| HS7 | 419 | | | | 10/18/89 | 10 | H | 10/02/07 | W33 | 10/01/07 | MET |
| HS7 | 419 | | | | 10/07/89 | 9 | H | 03/06/08 | W31 | 03/06/08 | MET |
| HS7 | 420 | | | | 12/12/89 | 10 | H | 10/24/07 | W33 | 10/24/07 | MET |
| HS7 | 420 | | | | 06/17/91 | 9 | F | 05/01/08 | W33 | 05/01/08 | NOT MET |
| HS7 | 420 | | | | 03/08/91 | 9 | H | 03/22/08 | W31 | 03/22/08 | MET |

13

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 420 | | | | 11/12/89 | 12 | H | 05/28/08 | W33 | 05/29/08 | MET |
| HS7 | 420 | | | | 11/23/89 | 9 | H | 01/25/08 | W33 | 01/25/08 | MET |
| HS7 | 420 | | | | 03/29/91 | 9 | F | 04/30/08 | W33 | 04/30/08 | NOT MET |
| HS7 | 420 | | | | 05/01/92 | 9 | H | 03/06/08 | W31 | 03/06/08 | MET |
| HS7 | 420 | | | | 01/18/90 | 9 | H | 06/02/08 | W33 | 06/02/08 | MET |
| HS7 | 420 | | | | 01/18/90 | 11 | H | 06/11/08 | W33 | 06/11/08 | MET |
| HS7 | 420 | | | | 10/08/89 | 12 | H | 12/05/07 | W33 | 12/05/07 | MET |
| HS7 | 420 | | | | 01/22/88 | 11 | H | 11/08/07 | W33 | 11/08/07 | MET |
| HS7 | 420 | | | | 10/22/88 | 12 | H | 01/04/08 | W33 | 01/04/08 | MET |
| HS7 | 420 | | | | 07/08/88 | 10 | H | 03/04/08 | W33 | 03/04/08 | MET |
| HS7 | 420 | | | | 01/09/91 | 9 | H | 01/24/08 | W33 | 01/31/08 | MET |
| HS7 | 420 | | | | 08/10/90 | 9 | H | 02/29/08 | W33 | 02/29/08 | MET |
| HS7 | 420 | | | | 12/27/89 | 11 | H | 11/27/07 | W33 | 01/30/08 | MET |
| HS7 | 420 | | | | 08/13/89 | 9 | H | 01/23/08 | W33 | 10/22/07 | MET |
| HS7 | 420 | | | | 07/21/89 | 10 | H | 12/20/07 | W33 | 01/02/08 | MET |
| HS7 | 420 | | | | 03/08/89 | 9 | H | 04/04/08 | W33 | 04/14/08 | MET |
| HS7 | 424 | | | | 05/24/91 | 9 | H | 10/10/07 | W33 | 10/10/07 | MET |
| HS7 | 424 | | | | 03/23/92 | 9 | H | 06/02/08 | W33 | 06/02/08 | MET |
| HS7 | 424 | | | | 03/08/90 | 9 | H | 09/25/07 | W33 | 09/25/07 | MET |
| HS7 | 424 | | | | 12/23/89 | 10 | H | 05/27/08 | W33 | 05/26/08 | MET |
| HS7 | 424 | | | | 10/13/91 | 9 | H | 10/18/07 | W33 | 10/17/07 | MET |
| HS7 | 424 | | | | 10/25/90 | 9 | H | 05/27/08 | W33 | 05/26/08 | MET |
| HS7 | 424 | | | | 11/29/90 | 9 | H | 10/18/07 | W33 | 10/17/07 | MET |
| HS7 | 424 | | | | 05/30/89 | 10 | H | 11/15/07 | W33 | 11/14/07 | MET |
| HS7 | 424 | | | | 09/15/89 | 11 | F | 02/13/08 | W38 | 02/13/08 | MET |
| HS7 | 424 | | | | 02/13/88 | 12 | H | 05/14/08 | W31 | 05/14/08 | MET |
| HS7 | 424 | | | | 12/29/91 | 10 | F | 03/11/08 | W50 | 03/11/08 | NOT MET |

14

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 424 | | | | 02/16/90 | 10 | H | 11/27/07 | W33 | 11/27/07 | MET |
| HS7 | 424 | | | | 01/31/91 | 9 | H | 10/18/07 | W33 | 10/17/07 | MET |
| HS7 | 424 | | | | 11/13/89 | 12 | H | 05/13/08 | W33 | 05/13/08 | MET |
| HS7 | 424 | | | | 05/27/92 | 9 | H | 11/12/07 | W33 | 11/15/07 | MET |
| HS7 | 424 | | | | 02/15/87 | 10 | H | 11/30/07 | W33 | 11/29/07 | MET |
| HS7 | 424 | | | | 03/22/92 | 9 | H | 01/18/08 | W33 | 01/17/08 | MET |
| HS7 | 424 | | | | 09/13/90 | 11 | H | 05/15/08 | W33 | 05/15/08 | MET |
| HS7 | 424 | | | | 05/25/92 | 9 | H | 03/07/08 | W33 | 03/06/08 | MET |
| HS7 | 425 | | | | 05/27/91 | 9 | H | 02/26/08 | W33 | 02/26/08 | MET |
| HS7 | 425 | | | | 09/21/89 | 9 | H | 02/26/08 | W33 | 02/26/08 | MET |
| HS7 | 425 | | | | 11/16/90 | 9 | H | 04/18/08 | W33 | 04/18/08 | MET |
| HS7 | 425 | | | | 08/13/91 | 9 | H | 03/04/08 | W31 | 03/08/08 | MET |
| HS7 | 425 | | | | 06/22/91 | 9 | H | 04/25/08 | W33 | 04/25/08 | MET |
| HS7 | 425 | | | | 04/22/88 | 12 | H | 05/16/08 | W33 | 05/16/08 | MET |
| HS7 | 425 | | | | 09/06/91 | 10 | G | 08/14/07 | W50 | 08/21/07 | MET |
| HS7 | 425 | | | | 11/27/90 | 11 | H | 05/16/08 | W33 | 05/16/08 | MET |
| HS7 | 425 | | | | 02/12/89 | 11 | H | 04/25/08 | W31 | 04/25/08 | MET |
| HS7 | 425 | | | | 12/17/91 | 9 | H | 05/14/08 | W33 | 05/14/08 | MET |
| HS7 | 425 | | | | 12/09/90 | 10 | H | 04/18/08 | W33 | 04/18/08 | MET |
| HS7 | 425 | | | | 11/30/90 | 9 | H | 10/10/07 | W31 | 10/10/07 | MET |
| HS7 | 425 | | | | 10/31/89 | 10 | H | 10/25/07 | W31 | 10/25/07 | MET |
| HS7 | 425 | | | | 10/25/90 | 10 | H | 02/12/08 | W33 | 02/12/08 | MET |
| HS7 | 425 | | | | 02/16/92 | 9 | F | 11/08/07 | W50 | 08/21/07 | NOT MET |
| HS7 | 425 | | | | 01/25/89 | 12 | H | 03/18/08 | W31 | 01/28/08 | MET |
| HS7 | 425 | | | | 05/29/90 | 10 | H | 05/08/08 | W33 | 05/07/08 | MET |
| HS7 | 426 | | | | 05/24/90 | 9 | H | 08/27/07 | W34 | 08/27/07 | MET |
| HS7 | 426 | | | | 05/01/90 | 10 | H | 11/08/07 | W50 | 11/08/07 | MET |

15

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13:  Students with Disabilities Designated as Dropouts
2007 - 2008 School Year:  June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 426 | | | | 08/14/89 | 11 | H | 01/14/08 | W33 | 01/14/08 | MET |
| HS7 | 426 | | | | 06/29/91 | 9 | H | 10/03/07 | W34 | 10/03/07 | MET |
| HS7 | 426 | | | | 01/04/91 | 9 | H | 09/27/07 | W34 | 10/23/07 | MET |
| HS7 | 426 | | | | 01/02/88 | 12 | H | 01/29/08 | W33 | 01/29/08 | MET |
| HS7 | 426 | | | | 04/09/90 | 9 | H | 04/04/08 | W33 | 04/04/08 | MET |
| HS7 | 426 | | | | 03/21/90 | 12 | H | 11/13/07 | W33 | 11/13/07 | MET |
| HS7 | 429 | | | | 07/23/89 | 10 | H | 06/02/08 | W33 | 06/02/08 | MET |
| HS7 | 429 | | | | 05/04/90 | 9 | H | 06/02/08 | W33 | 06/02/08 | MET |
| HS7 | 429 | | | | 10/23/90 | 9 | H | 11/16/07 | W31 | 11/16/07 | MET |
| HS7 | 429 | | | | 12/27/89 | 9 | H | 09/25/07 | W44 | 09/25/07 | MET |
| HS7 | 429 | | | | 11/20/88 | 12 | H | 09/26/07 | W33 | 09/26/07 | MET |
| HS7 | 429 | | | | 11/22/91 | 10 | H | 03/18/08 | W31 | 03/18/08 | MET |
| HS7 | 429 | | | | 07/27/91 | 9 | H | 09/17/07 | W31 | 09/17/07 | MET |
| HS7 | 429 | | | | 07/19/90 | 9 | H | 03/18/08 | W31 | 03/18/08 | MET |
| HS7 | 429 | | | | 12/03/88 | 10 | H | 10/12/07 | W33 | 10/12/07 | MET |
| HS7 | 429 | | | | 02/20/89 | 10 | H | 10/11/07 | W31 | 10/11/07 | MET |
| HS7 | 429 | | | | 01/03/92 | 9 | H | 03/18/08 | W31 | 03/18/08 | MET |
| HS7 | 429 | | | | 09/29/89 | 10 | H | 06/02/08 | W33 | 06/02/08 | MET |
| HS7 | 429 | | | | 08/16/89 | 11 | H | 10/10/07 | W31 | 10/10/07 | MET |
| HS7 | 430 | | | | 12/02/91 | 11 | H | 05/28/08 | W33 | 05/28/08 | MET |
| HS7 | 430 | | | | 07/05/90 | 9 | G | 05/12/08 | W33 | 01/11/08 | NOT MET |
| HS7 | 430 | | | | 07/13/88 | 12 | G | 02/19/08 | W33 | 02/19/08 | NOT MET |
| HS7 | 430 | | | | 03/09/92 | 9 | H | 02/21/08 | W33 | 04/17/08 | MET |
| HS7 | 430 | | | | 07/25/90 | 10 | H | 03/04/08 | W33 | 03/04/08 | MET |
| HS7 | 430 | | | | 03/09/90 | 11 | H | 01/08/08 | W33 | 01/08/08 | MET |
| HS7 | 430 | | | | 05/08/89 | 12 | H | 10/09/07 | W33 | 10/07/07 | MET |
| HS7 | 430 | | | | 12/26/90 | 9 | F | 04/11/08 | W33 | 04/11/08 | NOT MET |

16

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 430 | | | | 03/08/90 | 10 | H | 10/23/07 | W33 | 10/23/07 | MET |
| HS7 | 430 | | | | 12/05/91 | 9 | G | 11/27/07 | W50 | 11/27/07 | MET |
| HS7 | 430 | | | | 10/27/91 | 9 | H | 09/25/07 | W31 | 09/25/07 | MET |
| HS7 | 431 | | | | 02/26/90 | 9 | H | 10/31/07 | W31 | 10/31/07 | MET |
| HS7 | 431 | | | | 11/06/90 | 9 | H | 05/14/08 | W33 | 05/14/08 | MET |
| HS7 | 431 | | | | 10/31/90 | 9 | H | 10/10/07 | W31 | 10/09/07 | MET |
| HS7 | 431 | | | | 04/20/91 | 9 | H | 10/15/07 | W31 | 10/15/07 | MET |
| HS7 | 431 | | | | 04/21/89 | 12 | H | 01/29/08 | W31 | 01/29/08 | MET |
| HS7 | 431 | | | | 11/03/89 | 11 | H | 10/30/07 | W33 | 10/30/07 | MET |
| HS7 | 431 | | | | 09/05/91 | 9 | H | 12/03/07 | W31 | 12/03/07 | MET |
| HS7 | 431 | | | | 12/30/91 | 9 | H | 01/12/08 | W31 | 01/12/08 | MET |
| HS7 | 431 | | | | 06/16/93 | 9 | G | 11/26/07 | W50 | 11/26/07 | MET |
| HS7 | 434 | | | | 05/10/88 | 10 | G | 01/10/08 | W50 | 12/18/07 | MET |
| HS7 | 434 | | | | 04/25/88 | 12 | H | 05/27/08 | W31 | 05/27/08 | MET |
| HS7 | 434 | | | | 12/08/89 | 10 | H | 05/02/08 | W33 | 05/02/08 | MET |
| HS7 | 434 | | | | 10/20/91 | 9 | H | 03/04/08 | W33 | 03/08/08 | MET |
| HS7 | 434 | | | | 12/12/89 | 11 | G | 01/10/08 | W50 | 12/18/07 | MET |
| HS7 | 434 | | | | 04/21/89 | 10 | H | 05/27/08 | W31 | 05/27/08 | MET |
| HS7 | 434 | | | | 11/20/89 | 11 | H | 03/14/08 | W34 | 03/14/08 | MET |
| HS7 | 434 | | | | 02/12/89 | 10 | H | 04/04/08 | W50 | 04/04/08 | MET |
| HS7 | 434 | | | | 04/21/90 | 11 | H | 04/04/08 | W50 | 04/04/08 | MET |
| HS7 | 434 | | | | 06/05/88 | 11 | H | 04/04/08 | W50 | 04/04/08 | MET |
| HS7 | 434 | | | | 11/09/88 | 12 | F | 04/01/08 | W33 | 04/01/08 | NOT MET |
| HS7 | 434 | | | | 10/28/90 | 11 | F | 03/12/08 | W33 | 03/12/08 | NOT MET |
| HS7 | 435 | | | | 09/28/90 | 10 | F | 08/14/07 | W33 | 08/27/07 | NOT MET |
| HS7 | 435 | | | | 06/17/90 | 9 | G | 09/07/07 | W50 | 09/08/07 | MET |
| HS7 | 435 | | | | 07/07/89 | 10 | H | 01/24/08 | W33 | 01/24/08 | MET |

17

18

Baltimore City Public School System
Department of Special Education Data Monitoring, Compliance and Support Unit
Outcome #13: Students with Disabilities Designated as Dropouts
2007 - 2008 School Year: June 2008

| IEP School Area | IEP | Last | First | PIF | DOB | Grade | SETS Exit Code | Exit Date | SASI Leave Code | SASI Leave Date | Outcome #13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS7 | 435 | | | | 10/29/89 | 12 | H | 04/07/08 | W50 | 05/01/08 | MET |
| HS7 | 435 | | | | 04/23/90 | 9 | H | 04/01/08 | W31 | 03/11/08 | MET |
| HS7 | 435 | | | | 09/23/91 | 10 | H | 01/15/08 | W33 | 01/15/08 | MET |
| HS7 | 435 | | | | 06/05/90 | 9 | G | 09/25/07 | W50 | 09/25/07 | MET |
| HS7 | 435 | | | | 01/18/92 | 9 | H | 01/28/08 | W33 | 01/28/08 | MET |