Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| LOCAL SCHOOL SYSTEM/ PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
|---|---|
| MSDE TRACKING | |

Please complete all of the sections in this report that are not shaded. Submit a paper copy and an electronic copy to the person designated in the letter or report of findings at the Maryland State Department of Education (MSDE)/ Division Special Education/Early Intervention Service (DSE/EIS). The boxes provided will expand to fit the text that is entered.

| I. GENERAL INFORMATION | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| LOCAL SCHOOL SYSTEM/PUBLIC AGENCY | Baltimore City Public School System (BCPSS) |
| CONTACT PERSON | Willie Henry |
| PHONE NUMBER | 410-396-8952 |
| EMAIL ADDRESS | whenry@bcpss.k12.md.us |
| DATE OF MSDE FINDING, LETTER OR REPORT | |
| DATE CAP IS DUE TO MSDE | |
| DATE CAP IS SUBMITTED TO MSDE | |
| PROJECTED DATE OF COMPLETION | June 13, 2008 |

| II. SOURCE OF THE CAP | CHECK | |
|---|---|---|
| COMPLAINT | | |
| MONITORING FOR CONTINUOUS IMPROVEMENT AND RESULTS (EMCIR) | X | |
| OTHER (If checked, write an explanation in this box) | | |

| III. AREA OF NONCOMPLIANCE (for use by MSDE) | | |
|---|---|---|
| Assignment and Documentation of Exit Codes | | |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| IV. DESCRIPTION OF NONCOMPLIANCE ADDRESSED BY THIS CAP |
|---|
| Inconsistencies between appropriate SETS exit codes and SASI codes and no documentation to verify codes assigned. The Exit Audits reported in EMCIR VI showed that for the 2004-05 school year and the 2005-06 school year only 56% of all exit codes assigned to students with disabilities ages 14 and older could be verified as accurate through review of the confidential records. |

| V. RESULTS OR MEASUREABLE OUTCOMES TO CORRECT NONCOMPLIANCE |
|---|
| The percentage of Exit Codes for students with disabilities will be documented and verified in students records and recorded appropriately in SETS and SASI with 95% accuracy. |

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| Exit Code Discrepancy and Compliance Rate Report | Quarterly | 4th Quarter Update: The summary of the Data Monitoring, Compliance, and Support Unit Consistency Rate report, for the period of April 1st – June 30th, indicates that 1671 cases were reviewed. Of the 1671 cases 1583 were reported as being consistent with no discrepancies. There were a total of 88 discrepant cases. 20 of the cases reported were active in SETS and inactive in SASI. 21 of the discrepant cases were active in SASI and inactive in SETS. 47 of the discrepant cases had exit code discrepancies. The total consistency rate is 94.7%. (The report is available upon request.) The Support, Training, Monitoring, and Compliance Unit will continue to provide technical assistance as needed. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| SETS Code A and H Verification Summary Report | Quarterly | 4th Quarter Update: The summary of the Exit Code Audit conducted during the period of April 1st – June 30th, indicates that out of a total of 62 students, 14 exited with code A, and 48 exited with code H. Of the 14 students exited with code A, 86% of the students exited with all of the necessary documentation. Of the 48 students exited with code H, 75% of the students exited with all of the necessary documentation. <br><br> The Office of IEP Teams will continue to provide technical assistance and trainings as needed. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| Results of Exit Code Verification Audits | Quarterly | **4th Quarter Update:** For Exit Code A, 22 cases were reviewed. Of those 22 cases 72.7% of the reviewed cases had the required documentation for Exit Code A. For Exit Code E, 2 cases were reviewed. Of those 2 cases 100% of the required cases had the required documentation for Exit Code E and 100% of the reviewed cases have consistent SETS and SASI codes. For Exit Code F, 23 cases were reviewed. Of those 23 cases 69.5% of the reviewed cases had the required documentation for SETS Exit Code F and 82.6% of the reviewed cases had consistent SETS and SASI codes. For Exit Code G, 9 cases were reviewed. Of those 9 cases 55.5% of the reviewed cases had the required documentation for SETS Exit Code G, and 77.7% of the reviewed cases had consistent SETS and SASI codes. For Exit Code H, 17 cases were reviewed. Of the 17 cases, 70.5% of the reviewed cases had the required documentation for SETS Exit Code H, and 100% of the reviewed cases had consistent SETS and SASI.<br><br>(Attached please find a copy of the OSEMC June 2008 Exit Audit Data Summary. A full copy of the report is available upon request.)<br><br>Of the 73 cases reviewed, a total of 69.8% of the reviewed cases had the required documentation for the corresponding SETS Exit Code, and 88.2% had consistent SETS / SASI Codes.<br><br>As a result of this audit, further trainings will be conducted by the Support, Training, Data Monitoring, and Compliance Unit. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VI. DESCRIPTION OF EVIDENCE OF CHANGE TO SUPPORT THE CORRECTION OF THE NONCOMPLIANCE THAT IS REQUIRED TO BE SUBMITTED TO MSDE | DATE FOR SUBMISSION TO MSDE | NOTES (Optional) |
|---|---|---|
| Results of OSEMC Audit of Exit Codes | Semiannually | **4th Quarter Update:**<br>The OSEMC Office conducted 4 QCA audits at #406, #217, #423, and #130 to review exit procedures. A total of 14 cases were reviewed at the 4 audited schools. 100% of the reviewed cases had consistent SETS and SASI codes and 57% of the cases contained appropriate documentation to substantiate the assigned SETS exit codes. Of the cases reviewed all of the inactive folders were available. Two compensatory violations were found.<br><br>(See attached OSEMC QCA Exit Audit summaries.) |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Produce and analyze the SETS/SASI exit code discrepancy reports. The reports will include students that fall into three categories of discrepancies:<br>1. Students Active in SETS/ Inactive in SASI<br>2. Students Active in SASI/ Inactive in SETS<br>3. SETS Exit Code/ Date –SASI Leave Code/ Date | 09/15/2007 and then biweekly | **4th Quarter Update:** The May, 2008 Data Monitoring Compliance, and Support Unit Consistency Rate report #1 indicates that of the discrepant cases reported there are 20 cases that were active in SETS and inactive in SASI. Report #2 indicates that 21 of the discrepant cases were active in SASI and inactive in SETS. Report #3 indicates that 47 of the discrepant cases have SETS exit and SASI leave code discrepancies. (Report available upon request)<br><br>The Support, Training, Monitoring, and Compliance Unit will continue to provide technical assistance and trainings as needed. |
| Random internal audit of cumulative records to track compliance with required documentation to support exit codes assigned for students with disabilities ages 14 through 21. Technical assistance will be provided to school staff for all identified issues at the time of the audit.<br>• Audits will be completed by OSEMC at the close of the 1st quarter for 20% of the exited students for the 07/08 SY. Results will determine if the audit will be repeated quarterly or annually.<br>• Monthly review of records will be completed by the specialists in the Support, Training, Monitoring and Compliance Unit. | 10/15/07 and then monthly | **4th Quarter Update:**<br>The OSEMC Office conducted 4 QCA audits at #406, #217, #423, and #130 to review exit procedures. A total of 14 cases were reviewed at the 4 audited schools. 100% of the reviewed cases had consistent SETS and SASI codes and 57% of the cases contained appropriate documentation to substantiate the assigned SETS exit codes. Of the cases reviewed all of the inactive folders were available. Two compensatory violations were found.<br><br>(See attached OSEMC QCA Exit Audit summaries.)<br><br>As a result of the audits findings, further trainings will be conducted by the Support, Training, Data Monitoring, and Compliance Unit. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| Provide technical assistance to school-based IEP teams and administrators to ensure that appropriate corrective actions are taken to correct inconsistencies between SETS Exit Codes and SASI Leave Codes. Technical assistance will include site visits, additional professional development and follow-up activities. | Ongoing | 4th Quarter Update: The OSTDM will continue to provide technical assistance to schools in response outstanding questions and issues regarding the resolution of cases that appeared on the discrepancy reports. Professional developments have been held during Discipline Specific Meetings for ITA's and Special Education Coordinators on this subject matter throughout the months of April and May. On May 31st, 2008, an additional staff development was held on Exit Codes and SETS / SASI Discrepancy Reports by the Suspension Focus groups for the following schools: #024, #085, #098, #124, #223, #236, #246, #041, #042, #046, #079, #080A, #080B, #130, #230, #401, #406, #420, #426, #430, #434, and #435 from the Suspension Focus Group Audit held in April, 2008. Follow-up for those troubled schools have been conducted. |
| Review data reports to track and analyze trends in the number and type of SETS/SASI exit code discrepancies. The data specialists will work with schools identified as having chronic compliance issues in this area to develop an action plan based on discrepancy trends. | Ongoing | 4th Quarter Update: The Data Monitoring, Compliance, and Support Unit Consistency Rate report indicates that the following area possess 10 or more discrepant cases in Active in SETS / Inactive in SASI, Active in SASI and Inactive in SETS, and Exit Code discrepancies: Area #6 w/ 14 discrepant cases, Area #7 w/ 33 discrepant cases, Area #8 w/ 10 discrepant cases, and Area #9 w/ 12 discrepant cases. |
| The Office of IEP Team Support will conduct desk audits to verify that exit code A is appropriately assigned and documented in the IEP meeting minutes. | 10/31/07 and then monthly | 4th Quarter Update: The Office of IEP Team Support and OSEMC will continue to conduct desk audits for students exited with Exit Codes A and H. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

CORRECTIVE ACTION PLAN (CAP) - PART B

| VII. STRATEGIES AND ACTIVITIES TO BE IMPLEMENTED TO CORRECT THE AREA OF NONCOMPLIANCE | PROJECTED IMPLEMENTATION DATE | NOTES (Optional) |
|---|---|---|
| The Office of IEP Team Support will conduct desk audits to verify that exit code H is appropriately assigned and documented in the IEP meeting minutes. Audit will ensure that language is present indicating that the student remains eligible for services and has a right to return to school anytime through the school year in which they turn 21. | 10/31/07 and then monthly | **4th Quarter Update:** The Office of IEP Team Support and OSEMC will continue to conduct desk audits for students exited with Exit Codes A and H. |
| Provide results of code A and code H audit results to Area Special Education Coordinators and the Director of Special Education. Results will be reviewed to determine schools in need to additional professional development and technical assistance. | 11/30/07 and then monthly | **4th Quarter Update:** The summary of the Exit Code Audit conducted during the period of April 1st – June 30th, indicates that out of a total of 62 students, 14 exited with code A, and 48 exited with code H. Of the 14 students exited with code A, 86% of the students exited with all of the necessary documentation. Of the 48 students exited with code H, 75% of the students exited with all of the necessary documentation. The Office of IEP Teams will continue to provide technical assistance and trainings as needed. |

Maryland State Department of Education
Division of Special Education/Early Intervention Services

## CORRECTIVE ACTION PLAN (CAP) - PART B

**VIII. IDENTIFY THE ONGOING STEPS THE LOCAL SCHOOL SYSTEM/PUBLIC AGENCY WILL TAKE TO ENSURE THE IDENTIFIED NONCOMPLIANCE HAS BEEN CORRECTED**

BCPSS will utilize the elements identified in Section IV to monitor, review and provide technical assistance to comply with outcome 13 and Consent Decree Data.

**LOCAL SCHOOL SYSTEM/PUBLIC AGENCY AUTHORIZED SIGNATURE**

_____   _____
Director of Special Education        Date

Note: This signature indicates the Director has reviewed and approved the contents of this plan and has authorized implementation of this corrective action plan.

**For use by MSDE Only**

| | ENTER SPECIFIED INFORMATION BELOW |
|---|---|
| MSDE CONTACT INFORMATION | |
| CONTACT PERSON, NAME AND TITLE | |
| PHONE NUMBER | |
| EMAIL ADDRESS | |

| | DATE | COMMENTS |
|---|---|---|
| STATUS OF CAP | | |
| CAP RECEIVED | | |
| MSDE APPROVED PLAN | | |
| MSDE NOTIFIED LSS/PA OF APPROVAL | | |
| MSDE VERIFIED CAP COMPLETED | | |

| | DATE | NOTES |
|---|---|---|
| CONTACTS: | | |
| | | |
| | | |
| | | |